# 15-180(L)

### 15-208 (XAP)

## United States Court of Appeals
## for the Second Circuit

———————————————

MIAMI GROUP, CONSISTING OF THE RETIREMENT SYSTEM FOR GENERAL EMPLOYEES OF THE CITY OF MIAMI BEACH, FRANCOIS R. GERARD, PRIGEST S.A. AND TOCQUEVILLE FINANCE S.A., PEARSON-DONIGER FAMILY, CONSISTING OF TWO SISTERS AND THEIR RESPECTIVE FAMILY MEMBERS BEATRICE DONIGER, GRANDCHILDREN'S TRUST BY BRUCE DONIGER TRUSTEE, ALISON DONIGER, MICHAEL DONIGER, EDWARD B. BRUNSWICK AND RUTH PEARSON TRUST PEARSON TRUSTEE, GAMCO INVESTORS, INCORPORATED, OPPENHEIM KAPITALANLAGEGESELLSCHAFT MBH, PLAINTIFF KBC ASSET MANAGEMENT N.V., CAPITALIA ASSET MANAGEMENT SGR, S.P.A., CAPITALIA INVESTMENT MANAGEMENT S.A., EURIZON CAPITAL SGR S.P.A., BADEN-WURTTEMBERGISCHE INVESTMENTGESELLSCHAFT MBH, BARCLAYS GLOBAL INVESTORS (DEUTSCHLAND),

*[caption continued on next page]*

———————————————

On Appeal From The United States District Court
For The Southern District Of New York, No. 02-cv-05571-SAS

———————————————

**JOINT APPENDIX, VOLUME I OF XIX, PAGES JA1-JA283**

———————————————

Jeffrey A. Lamken
MOLO LAMKEN LLP
The Watergate, Suite 660
600 New Hampshire Ave., N.W.
Washington, D.C.  20037
(202) 556-2000

*Counsel of Record for*
*Class Plaintiffs*

Miguel A. Estrada
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
(202) 955-8500

*Counsel of Record for*
*Vivendi S.A.*

*[caption continued]*

COMINVEST ASSET MANAGEMENT GMBH, DEUTSCHE ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH, DWS (AUSTRIA) INVESTMENTGESELLSCHAFT MBH, DWS INVESTMENT GMBH, ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT M.B.H., FORSTA AP-FONDEN, FORTIS INVESTMENT MANAGEMENT SA, KBC ASSET MANAGEMENT S.A., LANDESBANK BERLIN INVESTMENT GMBH, LBBW LUXEMBURG S.A., OPPENHEIM ASSET MANAGEMENT SERVICES S.A.R.L., PIONEER INVESTMENT MANAGEMENT LIMITED, PIONEER INVESTMENT MANAGEMENT SGRPA, PIONEER INVESTMENTS AUSTRIA GMBH, PIONEER INVESTMENTS KAPITALANLAGEGESELLSCHAFT MBH, RAIFFEISEN KAPITALANLAGE-GESELLSCHAFT M.B.H., SEB INVESTMENT MANAGEMENT AB, SKANDIA INSURANCE COMPANY LTD., UNION ASSET MANAGEMENT HOLDING AG, UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH, SEB INVESTMENT GMBH, ANDRA AP-FONDEN, BAYERN-INVEST KAPITALANLAGEGESELLSCHAFT MBH, DEKA INVESTMENT GMBH, PRIGEST, S.A., TOCQUEVILLE FINANCE, S.A., ROSENBAUM PARTNERS, L.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, RUTH PEARSON TRUST, DEKA INTERNATIONAL (IRELAND) LIMITED, DEKA INTERNATIONAL S.A. LUXEMBURG, DEKA FUNDMASTER INVESTMENTGESELLSCHAFT MBH, FIDEURAM INVESTIMENTI S.G.R., FIDEURAM GESTIONS S.A., INTERFUND SICA V, FRANKFURT-TRUST INVESTMENT-GESELLSCHAFT MBH, FRANKFURT-TRUST INVEST LUXEMBURG AG, HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH, HSBC TRINKAUS & BURKHARDT AG, INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH, MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH, MEAG MUNICH ERGO ASSET MANAGEMENT GMBH, METZLER INVESTMENT GMBH, METZLER IRELAND LTD, NORDCON INVESTMENT MANAGEMENT AG, NORGES BANK, SWISS LIFE HOLDING AG, SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG, SWISS LIFE ASSET MANAGEMENT AG, SWISS LIFE FUNDS AG, SWISS LIFE (BELGIUM) S.A., SWISS LIFE ASSET MANAGEMENT GMBH, SWISS LIFE ASSET MANAGEMENT (NEDERLAND) B.V., TREDJE AP-FONDEN, WESTLB MELLON ASSET MANAGEMENT KAPITALANLAGEGESELLSCHAFT MBH, ALECTA PENSIONSFORSAKRING, OMSESIDIGT, SJUNDE AP-FONDEN, VARMA MUTUAL PENSION INSURANCE COMPANY, DANSKE INVEST ADMINISTRATION A/S, AFA LIVFORSAKRINGSAKTIEBOLAG, AFA TRYGGHETSFORSAKRINGSAKTIEBOLAG, AFA SJUKFORSAKRINGSAKTIEBOLAG, AMF PENSION FONDFORVALTNING AB, ARBETSMARKNADSFORSAKRINGAR, PENSIONSFORSAKRINGSAKTIEBOLAG, PENSIONSKASSERNES ADMINSTRATION A/S, ARBEJDSMARKEDETS TILLAEGSPENSION, INDUSTRIENS PENSIONSFORIKRING A/S, ARCA SGR S.P.A.,

*[caption continued]*

ILMARINEN MUTUAL PENSION INSURANCE COMPANY, PRIMA SOCIETA' DI GESTIONE DEL RISPARMIO S.P.A., NORDEA INVEST FUND MANAGEMENT A/S, NORDEA FONDER AB, NORDEA INVESTMENT FUNDS COMPANY I.S.A., NORDEA FONDENE NORGE AS, NORDEA FONDBOLAG FINLAND AB, SWEDBANK ROBUR FONDER AB, FJARDE AP-FONDEN, OLIVIER CHASTAN, REED S. CLARK, DAHA DAVIS, COLLEN DODI, RUTH PEARSON TRUST PEARSON TRUSTEE, EDWARD B. BRUNSWICK, MICHAEL DONIGER, ALISON DONIGER, GRANDCHILDREN'S TRUST BY BRUCE DONIGER TRUSTEE, BRUCE DONIGER, BEATRICE DONIGER, JEFFREY KURTZ, PRICE HAL, W. SCOTT POLLAND, JR., NICHOLAS A. RADOSEVICH, CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, AGF ASSET MANAGEMENT, S.A., IRISH LIFE INVESTMENT MANAGERS LIMITED,

*Plaintiffs-Appellees*,

BRUCE DONIGER, GERARD MOREL, OLIVER M. GERARD, THE RETIREMENT SYSTEM FOR GENERAL EMPLOYEES OF THE CITY OF MIAMI BEACH,

*Plaintiffs-Appellees/Cross-Appellants*,

WILLIAM CAVANAGH,

*Cross-Appellant*,

v.

VIVENDI, S.A.,

*Defendant-Appellant - Cross-Appellee*,

JEAN-MARIE MESSIER, GUILLAUME HANNEZO, VIVENDI UNIVERSAL,

*Defendants*.

# TABLE OF CONTENTS

Page

## DOCKET ENTRIES, PLEADINGS, ORDERS, AND EXPERT REPORTS

Docket Sheet (No. 1:02-cv-05571-SAS-HBP), Feb. 19, 2015 ............................ JA1

Consolidation Order (Dkt. 7) (Oct. 1, 2002) ..................................................... JA292

Consolidated Class Action Complaint (Dkt. 18) (Jan. 7, 2003) ....................... JA294

Hannezo's Notice of Motion to Dismiss (Dkt. 20) (Feb. 24, 2003) ................. JA410

Vivendi's Notice of Motion to Dismiss (Dkt. 23) (Feb. 24, 2003) .................. JA412

Vivendi's Memorandum in Support of Motion to Dismiss (Dkt. 26)
(Feb. 24, 2003) ........................................................................................ JA415

Messier's Notice of Motion to Dismiss (Dkt. 28) (Feb. 24, 2003) .................. JA432

Vivendi's Reply Memorandum in Further Support of Motion to Dismiss
(Dkt. 35) (Apr. 10, 2003) ......................................................................... JA435

Consolidation Order, *Liberty Media Corp. v. Vivendi Universal S.A.*
(S.D.N.Y. 03-cv-2175) (Dkt. 14) (May 13, 2003) ................................. JA443

First Amended Consolidated Class Action Complaint (Dkt. 93)
(Nov. 24, 2003) ........................................................................................ JA445

Notice of Plaintiffs' Substituted Motion for Class Certification (Dkt. 234)
(July 15, 2005) ......................................................................................... JA560

Plaintiffs' Memorandum of Law in Support of Substituted Motion for Class
Certification (Dkt. 235) (July 15, 2005) .................................................. JA562

Bisiaux Declaration in Opposition to Plaintiffs' Motion for Class
Certification and Exhibit 5 (Sept. 30, 2005) (Sealed) ............................ JA581

Vivendi's Memorandum in Opposition to Plaintiffs' Substituted Motion for
Class Certification (Oct. 5, 2005) (Sealed) ............................................ JA594

Plaintiffs' Reply in Support of Their Substituted Motion for Class
Certification (Dec. 21, 2005) (Sealed) .................................................... JA606

i

Consolidation Order (Dkt. 395) (Dec. 14, 2007)..............................................JA642

Report of Andrew M. Mintzer, CPA and Exhibit C
    (Dec. 21, 2007) (Sealed)........................................................JA648

Expert Report of Blaine F. Nye, Ph.D. and Exhibits 1-9 and 13-15
    (Dec. 21, 2007) (Sealed)........................................................JA664

Expert Report of William L. Silber and Exhibits
    (Mar. 7, 2008) (Sealed)........................................................JA1025

Memorandum in Opposition to Vivendi's Motion for Partial
    Reconsideration, (Dkt. 506) (May 2, 2008) (Redacted)......................JA1177

Rebuttal Expert Report of Blaine F. Nye, Ph.D.
    (May 15, 2008 ) (Sealed)........................................................JA1180

Memorandum in Support of Defendants' Motion for Summary Judgment
    Against Class Plaintiffs for Failure to Establish Loss Causation
    (Aug. 15, 2008) (Sealed) .......................................................JA1439

Statement of Undisputed and Material Facts in Support of Defendants'
    Motion for Summary Judgment Against Class Plaintiffs for Failure to
    Establish Loss Causation (Aug. 15, 2008) (Sealed)...........................JA1473

Memorandum in Support of Defendants' Motion for Summary Judgment
    Against Individual Plaintiffs for Failure to Establish Loss Causation
    (Aug. 15, 2008) (Sealed) .......................................................JA1478

Revised Memorandum Opinion and Order on Motion for Summary
    Judgment for Loss Causation (Dkt. 767) (Apr. 6, 2009)......................JA1512

Notice of Defendants' Motion to Exclude the Expert Testimony of
    Dr. Blaine Nye (Dkt. 828) (June 2, 2009) ....................................JA1548

Memorandum of Law in Support of Defendants' Motion to Exclude the
    Expert Testimony of Dr. Blaine Nye (June 2, 2009) (Sealed) .............JA1552

Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of
    Dr. Blaine Nye (June 30, 2009) (Sealed) .....................................JA1598

Memorandum in Support of Defendants' Motion for Judgment as a Matter of
 Law Against Class Plaintiffs for Failure to Establish Securities Fraud
 (Dkt. 971) (Nov. 23, 2009) .................................................................. JA1602

Plaintiffs' Objections and Responses to the Court's Proposed Jury
 Instructions and Verdict Form (Dkt. 993) (Jan. 5, 2010) ..................... JA1683

Exhibit C to Plaintiffs' Objections and Responses to the Court's Proposed
 Jury Instructions and Verdict Form (Dkt. 993-4) (Jan. 5, 2010):
 Plaintiffs' Requested Amendment to the Court's Proposed Verdict
 Form ...................................................................................................... JA1688

Defendants' Revised Objections to the Court's Proposed Charge to the Jury
 (Dkt. 994) (Jan. 6, 2010) ....................................................................... JA1692

Memorandum in Support of Vivendi's Renewed Motion for Judgment as a
 Matter of Law (Dkt. 1022) (Mar. 26, 2010) .......................................... JA1708

Exhibit 10 to Dixon Declaration (Dkt. 1023-11) (Mar. 26, 2010): Plaintiffs'
 Supplemental Explanations Regarding Misstatements/Omissions
 Listed in Table A .................................................................................... JA1778

Exhibit 26 to Dixon Declaration (Dkt. 1023-26) (Mar. 26, 2010):
 Defendants' Objections to Judge Holwell's Proposed Jury Charge
 (Jan. 4, 2010) ........................................................................................ JA1797

Exhibit 40 to Dixon Declaration (Dkt. 1023-40) (Mar. 26, 2010): Plaintiffs'
 Table of Misstatements and Omissions (Dec. 24, 2009)....................... JA1914

Exhibit 41 to Dixon Declaration (Dkt. 1023-41) (Mar. 26, 2010):
 Defendants' Response to Plaintiffs' Proposed Table of Misstatements
 and Omissions (Dec. 28, 2009) ............................................................. JA1933

Exhibit 61 to Margolies Declaration (Dkt. 1052-72–1052-76)
 (May 13, 2010): Plaintiffs' Responses and Objections to Defendants'
 Amended Second Set of Interrogatories, and Exhibit A thereto
 (July 27, 2007) ...................................................................................... JA1941

Exhibit 62 to Margolies Declaration (Dkt. 1052-77–1052-80)
 (May 13, 2010): Plaintiffs' Amended Responses and Objections to
 Defendants' Amended Second Set of Interrogatories, and Exhibit A
 thereto (Oct. 29, 2007).......................................................................... JA2052

Dixon Supplemental Declaration in Support of Renewed Motion for
Judgment as a Matter of Law (Dkt. 1059) (June 9, 2010)....................JA2171

Exhibit 58 to Dixon Declaration (Dkt. 1059-9) (June 9, 2010):
Court Exhibit 4, Exhibits Admitted into Evidence (Jan. 11, 2010) .....JA2173

Exhibit 59 to Dixon Declaration (Dkt. 1059-10) (June 9, 2010): Plaintiffs'
Exhibit 310, Gibert Letter (July 18, 2000) ..........................................JA2249

Margolies Declaration in Support of Plaintiffs' Supplemental Memorandum
Concerning the Impact of *Morrison* (Dkt. 1075) (July 16, 2010)........JA2254

Exhibit 3 to Margolies Declaration (Dkt. 1075-4) (July 16, 2010): Brief for
European Aeronautic Defence & Space Co. N.V. et al. as *Amicus
Curiae* in *Morrison v. National Australia Bank Ltd.* (U.S. 08-1191)
(Feb. 26, 2010)......................................................................................JA2256

Exhibit 7 to Margolies Declaration (Dkt. 1075-8) (July 16, 2010):
Vivendi Universal, SEC Form F-6 (Nov. 3, 2000) ..............................JA2305

Exhibit 8 to Margolies Declaration (Dkt. 1075-9) (July 16, 2010):
Vivendi Universal, SEC Form 8-A (Dec. 29, 2000) ............................JA2307

Exhibit 9 to Margolies Declaration (Dkt. 1075-10) (July 16, 2010):
Vivendi Universal, Cover Pages of Annual Reports filed on Form 20-
F for 2000 (PX-701), 2001 (PX-856), and 2002 (PX-604)..................JA2310

Exhibit 10 to Margolies Declaration (Dkt. 1075-11) (July 16, 2010):
Edgar M. Bronfman SEC Form SC-13D (Dec. 18, 2000) ...................JA2315

Vivendi's Supplemental Memorandum of Law Regarding *Morrison*
(Dkt. 1077) (July 16, 2010) .................................................................JA2344

Plaintiffs' Memorandum of Law in Support of Renewed Motion for
Approval of Post-Verdict Class Notice and Claims Administration
(Dkt. 1101) (Sept. 21, 2011)................................................................JA2350

Vivendi's Memorandum of Law in Opposition to Plaintiffs' Renewed
Motion for Approval of Post-Verdict Class Notice and Claims
Administration (Dkt. 1109) (Nov. 7, 2011)..........................................JA2362

Plaintiffs' Reply in Support of Their Renewed Motion for Approval of Post-
      Verdict Class Notice and Claims Administration (Dkt. 1113)
      (Dec. 19, 2011) ..................................................................JA2366

Notice of Case Reassignment (Dkt. 1116) (Feb. 8, 2012).............................JA2384

Exhibit 1 to Slifkin Declaration (Dkt. 1135-1) (May 9, 2012):
      Vivendi Universal, SEC Form F-4 (Oct. 30, 2000).............................JA2386

Order for Administering Claims Process (Dkt. 1197) (Nov. 13, 2012) .........JA2391

Letter to Judge Scheindlin from James W. Quinn
      (Dkt. 1204) (July 21, 2014) ...............................................JA2412

Proposed Order for 54(b) Judgment (Dkt. 1228) (Nov. 10, 2014)................JA2415

Notice of Appeal (Dkt. 1234) (Jan. 21, 2015) ................................JA2465

Notice of Cross-Appeal (Dkt. 1235) (Jan. 22, 2015)...........................JA2466

## TRANSCRIPTS

Hearing Transcript (Dkt. 752) (Mar. 2, 2009) .................................JA2467

Trial Transcript (Dkt. 1006) (Oct. 5, 2009) .................................JA2470

Trial Transcript (Dkt. 1006) (Oct. 6, 2009) .................................JA2471

Trial Transcript (Dkt. 1006) (Oct. 8, 2009) .................................JA2480

Trial Transcript (Dkt. 1006) (Oct. 14, 2009) ................................JA2496

Trial Transcript (Dkt. 1006) (Oct. 15, 2009) ................................JA2504

Clip Report (Oct. 25, 2009) .................................................JA2508

Trial Transcript (Dkt. 1008) (Oct. 26, 2009) ................................JA2517

Trial Transcript (Dkt. 1008) (Oct. 27, 2009) ................................JA2530

Trial Transcript (Dkt. 1008) (Oct. 28, 2009) ................................JA2550

Trial Transcript (Dkt. 1005) (Oct. 29, 2009) ................................JA2554

Trial Transcript (Dkt. 1005) (Oct. 30, 2009) ................................JA2556

Trial Transcript (Dkt. 1005) (Nov. 2, 2009) .....................................................JA2576

Trial Transcript (Dkt. 1009) (Nov. 5, 2009) .....................................................JA2608

Trial Transcript (Dkt. 1009) (Nov. 6, 2009) .....................................................JA2616

Trial Transcript (Dkt. 1009) (Nov. 9, 2009) .....................................................JA2666

Trial Transcript (Dkt. 1009) (Nov. 10, 2009) ...................................................JA2686

Trial Transcript (Dkt. 1002) (Nov. 12, 2009) ...................................................JA2698

Trial Transcript (Dkt. 1002) (Nov. 13, 2009) ...................................................JA2707

Trial Transcript (Dkt. 1002) (Nov. 16, 2009) ...................................................JA2711

Trial Transcript (Dkt. 1002) (Nov. 17, 2009) ...................................................JA2715

Trial Transcript (Dkt. 1010) (Nov. 18, 2009) ...................................................JA2863

Trial Transcript (Dkt. 1010) (Nov. 19, 2009) ...................................................JA3055

Trial Transcript (Dkt. 1010) (Nov. 20, 2009) ...................................................JA3179

Trial Transcript (Dkt. 1010) (Nov. 23, 2009) ...................................................JA3184

Trial Transcript (Dkt. 1010) (Nov. 24, 2009) ...................................................JA3187

Trial Transcript (Dkt. 1003) (Nov. 30, 2009) ...................................................JA3192

Trial Transcript (Dkt. 1003) (Dec. 2, 2009) .....................................................JA3197

Trial Transcript (Dkt. 1003) (Dec. 3, 2009) .....................................................JA3296

Trial Transcript (Dkt. 1000) (Dec. 8, 2009) .....................................................JA3321

Trial Transcript (Dkt. 1000) (Dec. 9, 2009) .....................................................JA3349

Trial Transcript (Dkt. 1000) (Dec. 11, 2009) ...................................................JA3516

Trial Transcript (Dkt. 1004) (Dec. 14, 2009) ...................................................JA3522

Trial Transcript (Dkt. 1004) (Dec. 16, 2009) ...................................................JA3536

Trial Transcript (Dkt. 1004) (Dec. 17, 2009) ...................................................JA3592

Trial Transcript (Dkt. 1001) (Jan. 4, 2010)......................................................JA3601

Trial Transcript (Dkt. 1001) (Jan. 5, 2010)......................................................JA3605

Trial Transcript (Dkt. 1001) (Jan. 7, 2010)......................................................JA3614

Trial Transcript (Dkt. 1001) (Jan. 8, 2010)......................................................JA3618

Trial Transcript (Dkt. 1007) (Jan. 11, 2010)....................................................JA3625

Trial Transcript (Dkt. 1007) (Jan. 29, 2010)....................................................JA3673

Hearing Transcript (Dkt. 1080) (July 26, 2010) ..............................................JA3677

Trial Transcript, *Liberty Media Corp. v. Vivendi Universal S.A.*
(S.D.N.Y. 03-cv-2175) (Dkt. 295) (June 14, 2012) .............................JA3695

Oral Argument Transcript (Dkt. 1192) (Sept. 11, 2012) .................................JA3698

## EXHIBITS

PX 1: Book of Warnings from Guillaume Hannezo to Jean-Rene Fourtou,
Volume I (July 30, 2002).......................................................................JA3725

PX 2: Book of Warnings from Guillaume Hannezo to Jean-Rene Fourtou,
Volume II (July 30, 2002) (Translation) ...............................................JA3978

PX 25: E-mail from Michelle Buchalski to Victor Aviles, et al.
(Oct. 30, 2001) ......................................................................................JA3981

PX 53: Press Release, Vivendi Universal, Vivendi Universal Media &
Communications Reports Strong First Quarter Operational Results
(Apr. 24, 2002) ......................................................................................JA3993

PX 102: E-mail from Karen Trickett to Laurence Daniel and Eileen
McLauglin (Oct. 17, 2001) ....................................................................JA4000

PX 107: E-mail from Catherine Gros to Jean-Marie Messier and Guillaume
Hannezo (Apr. 23, 2002) .......................................................................JA4032

PX 110: E-mail from Nick Henny to Karen Trickett (Jan. 31, 2001) ............JA4045

PX 112: Draft Press Release, Vivendi Universal, Vivendi Universal
Announces Very Strong First Quarter 2001 Results – Ahead of
Targets – With Strong Revenue and EBITDA Growth for its Media
and Communications Businesses (Apr. 23, 2001) ...............................JA4047

PX 136T: Translated memorandum from Guillaume Hannezo to Jean-Marie
Messier.........................................................................................JA4054

PX 148: Memorandum from Guillaume Hannezo to Jean-Marie Messier
(July 17, 2001).............................................................................JA4057

PX 168T: Translated Memorandum from Guillaume Hannezo ....................JA4059

PX 193: E-mail from Vivendi Universal (July 23, 2001, 01:44 AM)............JA4061

PX 252T: Translated Memorandum from Guillaume Hannezo to Dominique
Gibert (Dec. 14, 2001)..........................................................JA4067

PX 261: E-mail from Eileen McLaughlin to Guillaume Hannezo
(May 2, 2002) ...............................................................................JA4069

PX 262: E-mail from Laurence Daniel to Guillaume Hannezo
(May 2, 2002, 1:00 PM) ...........................................................JA4070

PX 262T: Translated E-mail from Laurence Daniel to Guillaume Hannezo
(May 2, 2002, 1:00 PM) ...........................................................JA4071

PX 273T : Translated E-mail from Guillaume Hannezo to Jean-Marie
Messier (Dec. 13, 2001) ............................................................JA4072

PX 280: Transcript of Vivendi Universal Conference Call on First Half 2001
Results: Overview (Sept. 25, 2001)............................................JA4073

PX 284T: Translated Memorandum from Guillaume Hannezo
(Jan. 15, 2002) ............................................................................JA4097

PX 295: Press Release, Vivendi Universal, Vivendi Universal Reports 2001
Results (Mar. 5, 2002) ...............................................................JA4101

PX 342: Press Release, Vivendi Universal, Vivendi Universal 2000 Results
(Mar. 9, 2001) ............................................................................JA4103

PX 376: Press Release, Vivendi Universal, Vivendi Universal
    Sold 55 Million Treasury Shares for at Least 3.3 Billion Euros
    (Jan. 7, 2002) ...................................................................JA4117

PX 415: Memorandum from Guillaume Hannezo to Jean-Marie Messier,
    Edgar Bronfman, Jr. and Eric Licoys ...................................JA4119

PX 451: E-mail from Michelle Buchalski to Amy Barrett, et al.
    (Sept. 25, 2001) ................................................................JA4122

PX 474: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K)
    (June 26, 2001) .................................................................JA4132

PX 499: Transcript of Vivendi Universal Press Conference
    (Dec. 17, 2001) .................................................................JA4152

PX 506: *Moody's Affirms Ratings of Vivendi Universal SA, Outlook Is
    Negative*, Moody's Investors Service (Dec. 17, 2001).........JA4164

PX 539: E-mail from Guillaume Hannezo to John Luczycki and Dominique
    Gibert (Jan. 30, 2002) .......................................................JA4166

PX 618: Press Release, Vivendi Universal, Seagram's Spirits and Wines
    Business Sold to Diageo and Pernod Ricard (Dec. 19, 2000)..............JA4167

PX 626: E-mail from Nick Henny to Edgar Bronfman Jr. and Zach Horowitz
    (Oct. 10, 2001, 5:40 PM)...................................................JA4168

PX 654: E-mail from Edgar Bronfman Jr. to Brian Mulligan
    (Sept. 17, 2000)................................................................JA4169

PX 680: Press Release, Vivendi Universal, Vivendi Universal Preliminary
    Revenues for 2000 (Feb. 14, 2001) .....................................JA4170

PX 701: Vivendi Universal, Annual Report Pursuant to Section 13
    or 15(d) of the Securities Exchange Act of 1934 (Form 20-F)
    (July 2, 2001) ...................................................................JA4174

PX 709: E-mail from Edgar Bronfman Jr. to Nick Henny et al.
    (Jan. 11, 2002) .................................................................JA4578

PX 720: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K)
    (Jan. 12, 2001) .................................................................JA4579

PX 761: Transcript of Vivendi Universal Conference Call
(June 26, 2002) ..................................................................JA4592

PX 762: Transcript of Vivendi Universal Accounting Workshop
Conference Call on US GAAP & French GAAP: A Comparison
(Mar. 6, 2002) ...................................................................JA4607

PX 769: Transcript of Vivendi Universal Conference Call on 2001
Annual Results (Mar. 5, 2002) ...........................................JA4619

PX 807T: Translated E-mail from Guillaume Hannezo to
Ariane De-Lamaze and Jean-Laurent Nabet (Sept. 21, 2001) .............JA4622

PX 854: Press Release, Vivendi Universal, Update on Vivendi Universal's
Cash Position (May 30, 2002) .............................................JA4623

PX 856: Vivendi Universal, Annual Report Pursuant to Section 13
or 15(d) of the Securities Exchange Act of 1934 (Form 20-F)
(May 28, 2002) ..................................................................JA4624

PX 859: Transcript of Vivendi Universal Conference Call
(Mar. 5, 2002) ...................................................................JA4638

PX 859T: Translated transcript of Vivendi Universal Conference Call
(Mar. 5, 2002) ...................................................................JA4652

PX 865: Press Release, Vivendi Universal, Elektrim (Dec. 12, 2001)...........JA4666

PX 899: Press Release, Vivendi Universal, Vivendi Universal's Comments
on the New Moody's Rating (May 3, 2002).........................................JA4667

PX 929: E-mail from Andrew Stokoe to John Luczycki (Sept. 12, 2001).....JA4668

PX 938: Press Release, Vivendi Universal, Vivendi Universal Announces
Very Strong First Quarter 2001 Results – Ahead of Targets – with
13% Revenue and 112% EBITDA Growth for its Media and
Communications Businesses (Apr. 23, 2001) .....................................JA4669

PX 1033: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K)
(Apr. 15, 2002) ..................................................................JA4672

PX 1075: Vivendi Universal, Registration Statement (Form F-4)
(Oct. 30, 2000)...................................................................JA4676

PX 1088: Merrill Lynch Analyst Report, Vivendi Universal: Limited Ad
  Exposure, Performance Ahead of Targets (Mar. 27, 2001) ................. JA4699

PX 1111: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K)
  (Nov. 12, 2001) .................................................................................... JA4705

PX 1123: *Vivendi CEO Slams "Unfair" Share Price Fall*, Reuters
  (Feb. 6, 2002) ...................................................................................... JA4717

PX 1127: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K)
  (Mar. 5, 2002) ...................................................................................... JA4725

PX 1131: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K)
  (Mar. 28, 2002) .................................................................................... JA4741

PX 1133: BusinessWeek Readers Report, Memo from Jean-Marie Messier
  (Apr. 1, 2002) ...................................................................................... JA4746

PX 1154: *Vivendi Sold Shares in Water Unit to Deutsche Bank*,
  Bloomberg (June 20, 2002) ................................................................ JA4749

PX 1288: Respondents Vivendi Universal, S.A., Vivendi Universal Canada
  Inc., and Vivendi Universal Holding I Corp.'s Answer and Response
  to Jean-Marie Messier's Statement of Claim and Counterclaims
  (Dec. 16, 2002) .................................................................................... JA4751

PX 1289: Vivendi's Pre-Hearing Brief (May 9, 2003) .................................... JA4788

PX 1291: Vivendi's Memorandum of Law in Support of Motion to Dismiss
  Petition to Confirm and to Vacate Arbitration Award, or Alternatively
  to Stay this Proceeding (July 9, 2003) ................................................ JA4825

PX 1434: E-mail from Alexandra Fichelson to Ariane De-Lamaze and
  Laurence Daniel (July 19, 2001, 12:02 PM) ....................................... JA4829

PX 1486: Plaintiffs' Daily Inflation for Vivendi Shares, Per Share;
  10/30/2000 – 8/14/2002 ....................................................................... JA4838

DX 240: BNP Paribas Analyst Report, Vivendi Universal: The Losing
  Streak Continues (May 3, 2002) .......................................................... JA4848

DX 253: JPMorgan Analyst Report, Vivendi Universal: 1H01 Revenue & EBITDA: Expect Mixed Results … What Would Curious George Say? (July 18, 2001) ..................................................................JA4849

DX 313: JPMorgan Analyst Report, Vivendi Universal: Preview of 2001 Results Following Meeting With Management (Feb. 5, 2002)............JA4851

DX 398: Merrill Lynch Analyst Report, Vivendi Universal: Accounting and Management Issues Outweigh by Growth Dynamic (Jan. 25, 2001) ....................................................................................JA4855

DX 551: Deutsche Bank Analyst Report, Vivendi Universal: Will the Real Slim Vivendi Please Stand Up (Mar. 28, 2001) ...................................JA4859

DX 794: Press Release, Moody's Investors Service, Moody's Changes Direction of Review of Vivendi SA From Uncertain to Possible Downgrade (July 4, 2000) ....................................................................JA4863

DX 796: JPMorgan Analyst Report, Vivendi Universal: Are You Ready to Rock? (Apr. 18, 2001) ........................................................................JA4865

DX 957: Morgan Stanley Dean Witter, Vivendi Universal: Initiation of Coverage (June 1, 2001) ....................................................................JA4870

DX 1147: Standard & Poor's Analyst Report, Research: New Entry Vivendi Universal to Be Assigned 'BBB/A-2' Outlook Will Be Stable (Nov. 29, 2000) ......................................................................................JA4874

DX 1150: Standard & Poor's Analyst Report, Research: Vivendi Universal Still on Watch Neg After Company's Announcement of USA Networks Inc. Purchase (Dec. 17, 2001)..............................................JA4876

DX 1183: Carol Matlack, *Welcome to the Real World*, Business Week (Dec. 4, 2000) ....................................................................................JA4878

DX 1191: Standard & Poor's Analyst Report, Research: Vivendi Universal S.A. (Jan. 8, 2001) ..............................................................................JA4881

DX 1193: Press Release, Moody's Investor Service, Moody's Confirms Vivendi Universal's Ratings (Jan. 18, 2001).......................................JA4884

DX 1249: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K) (Oct. 17, 2001) ......................................................................................JA4887

DX 1277: Robert Elliott, *Vivendi, Techs Lead Paris Bourse Down*, Reuters (Jan. 7, 2002) ........................................................................JA4916

DX 1280T: Anne-Laure Julien, *Stock Market: Deutsche Bank and Goldman Sachs Required to Reclaim the Shares: No Takers for Vivendi Universal's Treasury Shares* (Jan. 9, 2002) (Translated) ...................JA4918

DX 1314: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K) (Apr. 4, 2002) .....................................................................................JA4919

DX 1323: Vivendi Universal, S.A., Rapport Annuel sur L'Exercice 2001 (Apr. 10, 2002) ...................................................................................JA4924

DX 1328: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K) (Apr. 15, 2002) ...................................................................................JA4928

DX 1336T: Vivendi Universal, Excerpts of Presentation of the Company and of the Group (Translated) .............................................................JA4933

DX 1411: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K) (Sept. 25, 2002)...................................................................................JA4937

DX 1828: Demonstrative: "Nye Price Inflation".........................................JA4941

DX 1905: Press Release, Vivendi Universal, Deleveraging and Liquidity Details (June 26, 2002)......................................................................JA4942

DX 1907: Demonstratives Used During Closing Statements on Behalf of Vivendi, S.A. ..............................................................................JA4945

CLOSED,APPEAL,CASREF,ECF,LEAD,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:02-cv-05571-SAS-HBP

| | |
|---|---|
| In re Vivendi Universal, S.A. Securities Litigation | Date Filed: 07/18/2002 |
| Assigned to: Judge Shira A. Scheindlin | Date Terminated: 08/08/2012 |
| Referred to: Magistrate Judge Henry B. Pitman | Jury Demand: Defendant |
| Demand: $0 | Nature of Suit: 850 |
| Related Cases: 1:07-cv-07776-SAS | Securities/Commodities |
| 1:07-cv-07778-SAS | Jurisdiction: Federal Question |

Related Cases:
1:07-cv-07776-SAS
1:07-cv-07778-SAS
1:07-cv-07779-SAS
1:07-cv-05939-RJH
1:07-cv-05742-SAS
1:07-cv-07775-SAS
1:07-cv-07802-RJH
1:07-cv-07803-SAS
1:07-cv-08156-SAS
1:07-cv-08208-SAS
1:07-cv-08830-SAS
1:07-cv-09229-SAS
1:07-cv-09593-SAS
1:07-cv-09592-SAS
1:08-cv-00117-SAS
1:07-cv-10578-SAS
1:07-cv-10954-SAS
1:07-cv-10995-SAS
1:07-cv-11297-RJH
1:07-cv-11305-SAS
1:07-cv-11092-SAS
1:07-cv-11483-SAS
1:07-cv-11484-SAS
1:07-cv-07863-SAS
1:07-cv-11485-SAS
1:02-cv-06385-RJH
1:07-cv-11628-SAS
1:08-cv-00418-SAS
1:08-cv-00908-RJH
1:08-cv-00116-SAS
1:08-cv-00950-SAS
1:08-cv-00024-SAS
1:08-cv-01111-SAS

**JA1**

Case 15-208, Document 88, 08/12/2015, 1574512, Page18 of 299

1:08-cv-01938-SAS
1:08-cv-01973-SAS
1:08-cv-01974-SAS
1:08-cv-01975-SAS
1:08-cv-01983-SAS
1:08-cv-01985-SAS
1:08-cv-02056-SAS
1:08-cv-02057-SAS
1:08-cv-02058-SAS
1:08-cv-02166-SAS
1:08-cv-02214-SAS
1:09-cv-02592-SAS
1:09-cv-02603-SAS
1:09-cv-02611-SAS
1:09-cv-02568-SAS
1:02-cv-08978-RJH
1:02-cv-08979-RJH

Cause: 15:78m(a) Securities Exchange Act

**Lead Plaintiff**

**Prigest, S.A**                              represented by  **Christine M. Mackintosh**
*TERMINATED: 05/31/2005*                                     Grant & Eisenhofer, PA (DE)
                                                             123 Justison Street
                                                             Wilmington, DE 19801
                                                             (302)-622-7081
                                                             Fax: (302)-622-7100
                                                             Email: cmackintosh@gelaw.com
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Richard Barry Margolies**
                                                             Abbey Spanier Rodd Abrams &
                                                             Paradis, LLP
                                                             212 East 39th Street
                                                             New York, NY 10016
                                                             (212) 889-3700
                                                             Fax: (212) 684-5191
                                                             Email: rmargolies@abbeyspanier.com
                                                             *TERMINATED: 05/08/2014*

                                                             **Stuart M Grant**
                                                             Grant & Eisenhofer, PA (DE)
                                                             123 Justison Street
                                                             Wilmington, DE 19801
                                                             (302) 622-7000
                                                             Fax: (302) 622-7100
                                                             Email: sgrant@gelaw.com

**JA2**

*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
Bernstein Litowitz Berger &
Grossmann LLP
1285 Avenue of the Americas
38th Floor
New York, NY 10019
(212)554-1400
Fax: (212)554-1444
Email: wfredericks@scott-scott.com
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Lead Plaintiff**

**Tocqueville Finance, S.A**          represented by    **Christine M. Mackintosh**
*TERMINATED: 05/31/2005*                                (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Richard Barry Margolies**
                                                        (See above for address)
                                                        *TERMINATED: 05/08/2014*

                                                        **Stuart M Grant**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William Curtis Fredericks**
                                                        (See above for address)
                                                        *TERMINATED: 01/09/2007*
                                                        *ATTORNEY TO BE NOTICED*

**Special Master**

**Neil S. Cartusciello**

**Special Master**

**Special Master**                    represented by    **Melanie L. Cyganowski**
                                                        Otterbourg, Steindler, Houston & Rosen
                                                        230 Park Avenue
                                                        New York, NY 10169
                                                        (212)-661-9100
                                                        Fax: 212 682 6104
                                                        Email: mcyganowski@oshr.com
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosenbaum Partners, L.P.**          represented by    **Corey D. Holzer**
*on behalf of themselves and all others*                Holzer & Holzer, LLC

**JA3**

Case 15-208, Document 88, 08/12/2015, 1574512, Page20 of 299

*similarly situated*
*TERMINATED: 07/07/2009*

1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
(770)-392-0090
Fax: (770)-392-0029
Email: cholzer@holzerlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Mark Nespole**
Wolf Haldenstein Adler Freeman &
Herz LLP
270 Madison Avenue
New York, NY 10016
212-545-4657
Fax: (212) 545-4693
Email: nespole@whafh.com
*LEAD ATTORNEY*

**James Stuart Notis**
Gardy & Notis, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
(201) 567-7377
Fax: (201) 567-7337
Email: jnotis@gardylaw.com
*LEAD ATTORNEY*

**Patrick Joseph Coughlin**
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
(619)-231-1058
Fax: (619)-685-6920
Email: patc@rgrdlaw.com
*LEAD ATTORNEY*

**Randi Dawn Bandman**
Robbins Geller Rudman & Dowd LLP

**JA4**

Case 15-208, Document 88, 08/12/2015, 1574512, Page21 of 299

(LA)
9601 Wilshire Boulevard
Suite 510
Los Angeles, CA 90210
(310)-859-3100
Fax: (310)-278-2148
Email: randib@rgrdlaw.com
*LEAD ATTORNEY*

**Sol Schreiber**
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300
*LEAD ATTORNEY*

**Sylvia Wahba**
Milberg Weiss Bershad Hynes &
Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165
(213) 868-1229
*LEAD ATTORNEY*

**Arthur N. Abbey**
Abbey Spanier Rodd Abrams &
Paradis, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700
Fax: (212) 684-5191
Email: aabbey@abbeyspanier.com

**Brian C. Kerr**
Brower Piven, A Professional
Corporation
488 Madison Avenue, Eight Floor
New York, NY xxxxx
(212) 501-9000
Fax: (212) 501-0300
Email: kerr@browerpiven.com
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Barry Margolies**

**JA5**

Case 15-208, Document 88, 08/12/2015, 1574512, Page22 of 299

(See above for address)
*TERMINATED: 05/08/2014*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miami Group**
*consisting of the Retirement System for General Employees of the City of Miami Beach, Oliver M. Gerard, Francois R. Gerard, Prigest S.A. and Tocqueville Finance S.A.*

represented by **Milberg Weiss Bershad Hynes & Lerach**
Milberg Weiss & Bershad LLP
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300
*LEAD ATTORNEY*

**Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Stuart Notis**
(See above for address)
*LEAD ATTORNEY*

**Sol Schreiber**
(See above for address)
*LEAD ATTORNEY*

**Arthur N. Abbey**
(See above for address)

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**

**JA6**

Case 15-208, Document 88, 08/12/2015, 1574512, Page23 of 299

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212)907-0790
Fax: (212)883-7579
Email: ebelfi@labaton.com
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
Labaton & Sucharow LLP (NYC)
140 Broadway
New York, NY 10005
(212)907-0887
Fax: (212)818-0477
Email: jbleichmar@bftalaw.com
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0860
Fax: (212) 883-7060
Email: lsucharow@labaton.com
*ATTORNEY TO BE NOTICED*

**Richard Barry Margolies**
(See above for address)
*TERMINATED: 05/08/2014*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Pearson-Doniger Family** | represented by | **Milberg Weiss Bershad Hynes & Lerach** |
| *consisting of two sister and their respective family members - Beatrice Doniger, Bruce Doniger,* | | (See above for address) *LEAD ATTORNEY* |

**JA7**

*Grandchildren's Trust by Bruce
Doniger Trustee, Alison Doniger,
Michael Doniger, Edward B. Brunswick
and Ruth Pearson Trust Pearson
Trustee*

**Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Stuart Notis**
(See above for address)
*LEAD ATTORNEY*

**Sol Schreiber**
(See above for address)
*LEAD ATTORNEY*

**Arthur N. Abbey**
(See above for address)
*TERMINATED: 02/19/2009*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Barry Margolies**
(See above for address)
*TERMINATED: 05/08/2014*

**JA8**

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruth` Pearson Trust**                    represented by    **David J. Bershad**
*TERMINATED: 07/07/2009*                                     (See above for address)
                                                             *TERMINATED: 01/09/2007*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Brian C. Kerr**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Christine M. Mackintosh**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Richard Barry Margolies**
                                                             (See above for address)
                                                             *TERMINATED: 05/08/2014*

                                                             **Sol Schreiber**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Stuart M Grant**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **William Curtis Fredericks**
                                                             (See above for address)
                                                             *TERMINATED: 01/09/2007*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**GAMCO Investors, Inc.**                  represented by    **Christine M. Mackintosh**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**JA9**

Case 15-208, Document 88, 08/12/2015, 1574512, Page26 of 299

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold F. McGuire , Jr.**
D.F. Mcguire & Asscciates, LLC
777 Westchester Ave, Sutie 101
White Plains, NY 10604
(914) 368-0016
Fax: (914) 368-0017
Email: hmcguire@dfmcguire.com
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N Cappucci**
Entwistle & Cappucci LLP(NJ)
30 Columbia Turnpike
Florham Park, NJ 07932
212-894-7207
Fax: 212-894-7272
Email: rcappucci@entwistle-law.com
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vincent Roger Cappucci**
Entwistle & Cappucci LLP (NYC)
280 Park Avenue
26th Floor West
New York, NY 10017
(212) 894-7200
Fax: (212)-894-7272
Email: vcappucci@entwistle-law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oppenheim Kapitalanlagegesellschaft mbH**    represented by    **Ann Kimmel Ritter**
Motley Rice LLC (SC)
28 Bridgeside Boulevard
P.O. Box 1792

**JA10**

Case 15-208, Document 88, 08/12/2015, 1574512, Page27 of 299

Mount Pleasant, SC 29464
(843)-216-9000
Fax: (843)-216-9450
Email: aritter@motleyrice.com
*TERMINATED: 09/08/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Rice**
Motley Rice LLC (SC)
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29464
(843)-216-9159
Fax: (843)-216-9290
Email: jrice@motleyrice.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
Motley Rice LLC (SC)
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860 882 1676
Fax: 860 882 1682
Email: melsner@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
Motley Rice LLC
1000 Potomac St., Suite 150
Washington, DC 20007
(202) 862-5000
Fax: (202) 429-3301
Email: nfinch@motleyrice.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
Motley Rice LLC (CT)
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1676
Fax: 860-882-1682

**JA11**

Case 15-208, Document 88, 08/12/2015, 1574512, Page28 of 299

Email: bnarwold@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie Margaret Kelleher**
Caplin & Drysdale, Chartered (NYC)
375 Park Avenue
35rh Floor
New York, NY 10152-1100
(202) 862-7819
Fax: (202)-429-3301
Email: lmk@capdale.com
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiff KBC Asset Management N.V.**                    represented by    **Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JA12**

Case 15-208, Document 88, 08/12/2015, 1574512, Page29 of 299

**Capitalia Asset Management SGR,**    represented by   **Anthony Joseph Harwood**
**S.p.A.**

Anthony J. Harwood, Attorney at Law
100 Park Avenue
18th Floor
New York, NY 10017-5590
(212) 867-6820
Fax: (212) 937-3167
Email:
tony.harwood@aharwoodlaw.com
*TERMINATED: 04/16/2009*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Alberto Fonti**
Bleichmar Fonti Tountas & Auld LLP
7 Times Square, 27th fl
New York, NY 10036
212-789-1342
Fax: 212-205-3962
Email: jfonti@bftalaw.com
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Capitalia Investment Management**    represented by   **William H. Narwold**
**S.A.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Joseph Harwood**
(See above for address)
*TERMINATED: 04/16/2009*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA13**

           **Lawrence Alan Sucharow**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs**                    represented by   **Plaintiffs**
           PRO SE

           **Anthony Joseph Harwood**
           (See above for address)
           *TERMINATED: 04/16/2009*

**Plaintiff**

**Eurizon Capital SGR S.p.A.**    represented by   **Eric James Belfi**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

           **Javier Bleichmar**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

           **Lawrence Alan Sucharow**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Baden-Wurttembergische**        represented by   **Ann Kimmel Ritter**
**Investmentgesellschaft mbH**               (See above for address)
            *TERMINATED: 09/08/2009*
           *LEAD ATTORNEY*
           *ATTORNEY TO BE NOTICED*

           **Joseph F. Rice**
           (See above for address)
           *LEAD ATTORNEY*
           *PRO HAC VICE*
           *ATTORNEY TO BE NOTICED*

           **Leslie Margaret Kelleher**
           Caplin & Drysdale, Chartered (NYC)
           One Thomas Circle, N.W.
           Suite 1100
           New York, NY 20005
           (202) 862-5000
           Fax: (202)-429-3301
           Email: lmk@capdale.com
           *LEAD ATTORNEY*
           *ATTORNEY TO BE NOTICED*

**JA14**

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barclays Global Investors**          represented by  **Ann Kimmel Ritter**
**(Deutcshland)**                                      (See above for address)
                                                       *TERMINATED: 09/08/2009*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joseph F. Rice**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Leslie Margaret Kelleher**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michael Edward Elsner**
                                                       (See above for address)

**JA15**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cominvest Asset Management**          represented by   **Ann Kimmel Ritter**
**GMBH**                                                (See above for address)
                                                        *TERMINATED: 09/08/2009*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph F. Rice**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Leslie Margaret Kelleher**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Edward Elsner**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**JA16**

Case 15-208, Document 88, 08/12/2015, 1574512, Page33 of 299

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deutsche Asset Management**              represented by  **Joseph F. Rice**
**Investmentgesellschaft mbH**                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Leslie Margaret Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*

**JA17**

Case 15-208, Document 88, 08/12/2015, 1574512, Page34 of 299

*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DWS (Austria)**                    represented by    **Ann Kimmel Ritter**
**Investmentgesellschaft mbH**                         (See above for address)
                                                       *TERMINATED: 09/08/2009*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joseph F. Rice**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Leslie Margaret Kelleher**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michael Edward Elsner**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Nathan D. Finch**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **William H. Narwold**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Eric James Belfi**

**JA18**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DWS Investment GmbH**                 represented by  **Ann Kimmel Ritter**
(See above for address)
*TERMINATED: 09/08/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Margaret Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA19**

Javier Bleichmar
(See above for address)
*ATTORNEY TO BE NOTICED*

Lawrence Alan Sucharow
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erste-Sparinvest**            represented by   **Ann Kimmel Ritter**
**Kapitalanlagegesellschaft m.b.H.**            (See above for address)
                                                *TERMINATED: 09/08/2009*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Joseph F. Rice**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **Leslie Margaret Kelleher**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Michael Edward Elsner**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Nathan D. Finch**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *PRO HAC VICE*
                                                *ATTORNEY TO BE NOTICED*

                                                **William H. Narwold**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Eric James Belfi**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Javier Bleichmar**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**JA20**

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Forsta AP-fonden**                    represented by  **Ann Kimmel Ritter**
(See above for address)
*TERMINATED: 09/08/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Margaret Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**

**JA21**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fortis Investment Management SA**    represented by  **Ann Kimmel Ritter**
(See above for address)
*TERMINATED: 09/08/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Margaret Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KBC Asset Management SA**    represented by  **Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Landesbank Berlin Investment**    represented by  **Ann Kimmel Ritter**
**GmbH**                                            (See above for address)

**JA22**

Case 15-208, Document 88, 08/12/2015, 1574512, Page39 of 299

*TERMINATED: 09/08/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Margaret Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LBBW Luxemburg S.A.**                represented by **Ann Kimmel Ritter**
(See above for address)
*TERMINATED: 09/08/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JA23**

Case 15-208, Document 88, 08/12/2015, 1574512, Page40 of 299

**Joseph F. Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Margaret Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oppenheim Asset Management Services S.a.r.l.**                 represented by   **Ann Kimmel Ritter**
(See above for address)
*TERMINATED: 09/08/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Rice**
(See above for address)

**JA24**

Case 15-208, Document 88, 08/12/2015, 1574512, Page41 of 299

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pioneer Investment Management Ltd.**                  represented by  **Joseph F. Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Margaret Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JA25**

Case 15-208, Document 88, 08/12/2015, 1574512, Page42 of 299

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pioneer Investment Management**           represented by   **Joseph F. Rice**
**SGRPA**                                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Leslie Margaret Kelleher**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael Edward Elsner**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nathan D. Finch**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William H. Narwold**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Eric James Belfi**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**JA26**

Case 15-208, Document 88, 08/12/2015, 1574512, Page43 of 299

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pioneer Investments Austria GmbH**  represented by  **Joseph F. Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Margaret Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA27**

**Plaintiff**

**Pioneer Investments**                  represented by  **Joseph F. Rice**
**Kapitalanlagegesellschaft mbH**                         (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Leslie Margaret Kelleher**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael Edward Elsner**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Nathan D. Finch**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Eric James Belfi**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Javier Bleichmar**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lawrence Alan Sucharow**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raiffeisen Kapitalanlage-Gesellschaft**   represented by  **Ann Kimmel Ritter**
**m.b.H.**                                                  (See above for address)
                                                            *TERMINATED: 09/08/2009*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joseph F. Rice**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Leslie Margaret Kelleher**

**JA28**

Case 15-208, Document 88, 08/12/2015, 1574512, Page45 of 299

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SEB Investment Management AB**          represented by   **Ann Kimmel Ritter**
(See above for address)
*TERMINATED: 09/08/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JA29**

Case 15-208, Document 88, 08/12/2015, 1574512, Page46 of 299

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Skandia Insurance Company Ltd.**          represented by **Ann Kimmel Ritter**
(See above for address)
*TERMINATED: 09/08/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Margaret Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)

**JA30**

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Union Asset Mangement Holding AG**          represented by   **Ann Kimmel Ritter**
(See above for address)
*TERMINATED: 09/08/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Margaret Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JA31**

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal-Investment-Gesellschaft**          represented by    **Ann Kimmel Ritter**
**Mbh**                                                          (See above for address)
*TERMINATED: 09/08/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Rice**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie Margaret Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Edward Elsner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Finch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**

**JA32**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SEB Investment GmbH**                represented by   **Ann Kimmel Ritter**
                                                        (See above for address)
                                                        *TERMINATED: 09/08/2009*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph F. Rice**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Edward Elsner**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Nathan D. Finch**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **William H. Narwold**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Eric James Belfi**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Javier Bleichmar**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lawrence Alan Sucharow**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andra Ap-Fonden**                   represented by   **James Joseph Sabella**
                                                        Grant & Eisenhofer P.A. (NY)
                                                        485 Lexington Avenue
                                                        29th Floor

**JA33**

Case 15-208, Document 88, 08/12/2015, 1574512, Page50 of 299

New York, NY 10017
(646) 722-8500
Fax: (646) 722-8501
Email: jsabella@gelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
Grant & Eisenhofer, PA (DE)
485 Lexington Avenue
29th floor
New York, NY 10017
646-722-8500
Fax: 646-722-8501
Email: dzilka@gelaw.com
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bayern-Invest**                represented by **James Joseph Sabella**
**Kapitalanlagegesellschaft mbH**                (See above for address)
                                 *LEAD ATTORNEY*
                                 *ATTORNEY TO BE NOTICED*

                                 **Alexander Reus**
                                 Diaz Reus & Targ LLP
                                 Bank of America Tower
                                 100 S.E. Second Street
                                 Suite 2610

**JA34**

Miami, FL 33131
786-235-5000
Fax: 786-235-5005
Email: areus@drrt.com
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deka Investment**                    represented by   **James Joseph Sabella**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Alexander Reus**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Christine M. Mackintosh**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Diane Toby Zilka**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**JA35**

Case 15-208, Document 88, 08/12/2015, 1574512, Page52 of 299

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deka International (Ireland) Limited**      represented by **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**

**JA36**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deka International S.A. Luxemburg**    represented by    **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deka Fundmaster**             represented by    **James Joseph Sabella**
**Investmentgesellschaft MBH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**

**JA37**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fideuram Investimenti S.G.R.**        represented by **James Joseph Sabella**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Alexander Reus**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Christine M. Mackintosh**
                                        (See above for address)
                                        *PRO HAC VICE*
                                        *ATTORNEY TO BE NOTICED*

                                        **Diane Toby Zilka**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Eric James Belfi**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Javier Bleichmar**
                                        (See above for address)

**JA38**

*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fideuram Gestions S.A.**          represented by **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Interfund Sica V**          represented by **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*

**JA39**

Case 15-208, Document 88, 08/12/2015, 1574512, Page56 of 299

*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| **Frankfurt-Trust Investment-Gesellschaft MBH** | represented by | **James Joseph Sabella**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA40**

Case 15-208, Document 88, 08/12/2015, 1574512, Page57 of 299

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frankfurt-Trust Invest Luxemburg AG**                represented by    **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**

**JA41**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helaba Invest**                    represented by  **James Joseph Sabella**
**Kapitalanlagegesellschaft MBH**                   (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Alexander Reus**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Christine M. Mackintosh**
                                                    (See above for address)
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Diane Toby Zilka**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Eric James Belfi**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Javier Bleichmar**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lawrence Alan Sucharow**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Stuart M Grant**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**HSBC Trinkaus & Burkhardt AG**     represented by  **James Joseph Sabella**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Alexander Reus**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Christine M. Mackintosh**

**JA42**

Case 15-208, Document 88, 08/12/2015, 1574512, Page59 of 299

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Internationale**                    represented by  **James Joseph Sabella**
**Kapitalanlagegesellschaft mbH**                      (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                      **Alexander Reus**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Christine M. Mackintosh**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Diane Toby Zilka**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Eric James Belfi**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Javier Bleichmar**
                                                      (See above for address)

**JA43**

Case 15-208, Document 88, 08/12/2015, 1574512, Page60 of 299

*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meag Munich Ergo**　　　　　　　represented by　**James Joseph Sabella**
**Kapitalanlagegesellschaft mbH**　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meag Munich Ergo Asset**　　　　　represented by　**James Joseph Sabella**
**Management GMBH**　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

**JA44**

*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Metzler Investment GmbH**             represented by   **James Joseph Sabella**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Alexander Reus**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Christine M. Mackintosh**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Diane Toby Zilka**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**JA45**

Case 15-208, Document 88, 08/12/2015, 1574512, Page62 of 299

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Metzler Ireland LTD**                 represented by **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**

**JA46**

Case 15-208, Document 88, 08/12/2015, 1574512, Page63 of 299

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nordcon Investment Management AG**            represented by **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norges Bank**                                  represented by **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JA47**

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Swiss Life Holding AG**                  represented by   **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)

**JA48**

*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Swiss Life Investment Management**          represented by  **James Joseph Sabella**
**Holding AG**                                               (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Alexander Reus**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Christine M. Mackintosh**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Diane Toby Zilka**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Eric James Belfi**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Javier Bleichmar**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Lawrence Alan Sucharow**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Stuart M Grant**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Swiss Life Asset Management AG**          represented by  **James Joseph Sabella**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Alexander Reus**
                                                             (See above for address)

*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Swiss Life Funds AG**            represented by   **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA50**

Case 15-208, Document 88, 08/12/2015, 1574512, Page67 of 299

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Swiss Life (Belgium) S.A.**          represented by  **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JA51**

Case 15-208, Document 88, 08/12/2015, 1574512, Page68 of 299

**Swiss Life Asset Management GmbH**    represented by  **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Swiss Life Asset Management**    represented by  **James Joseph Sabella**
**(Nederland) B.V.**    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Reus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JA52**

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tredje Ap-Fonden**          represented by   **James Joseph Sabella**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane Toby Zilka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**

**JA53**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Westlb Mellon Asset Management**        represented by  **James Joseph Sabella**
**Kapitalanlagegesellschaft MBH**                         (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Alexander Reus**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Christine M. Mackintosh**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Diane Toby Zilka**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Eric James Belfi**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Javier Bleichmar**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lawrence Alan Sucharow**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stuart M Grant**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alecta Pensionsforsakring,**            represented by  **Benjamin Jay Hinerfeld**
**Omsesidigt**                                            Kessler Topaz Meltzer & Check, LLP
                                                          (PA)
                                                          280 King of Prussia Road
                                                          Radnor, PA 19087
                                                          (610) 667-7706
                                                          Fax: (610) 667-7056
                                                          Email: bhinerfeld@btkmc.com
                                                          *ATTORNEY TO BE NOTICED*

**JA54**

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Joseph Sabella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
Kessler Topaz Meltzer & Check, LLP
(PA)
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
Email: jgross@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
Girard Gibbs LLP
711 Third Avenue., 20th Floor
New York, NY 10017
(212) 867-1721
Fax: (212) 867-1767
Email: jak@girardgibbs.com
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
Kessler Topaz Meltzer & Check, LLP
(PA)
280 King of Prussia Road
Radnor, PA 19087
(610)667-7706
Fax: (610)667-7056
Email: sberman@ktmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sjunde Ap-Fonden**                          represented by

**JA55**

Case 15-208, Document 88, 08/12/2015, 1574512, Page72 of 299

**Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Varma Mutual Pension Insurance Company**

represented by **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**

**JA56**

Case 15-208, Document 88, 08/12/2015, 1574512, Page73 of 299

(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danske Invest Administration A/S**          represented by  **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AFA Livforsakringsaktiebolag**          represented by  **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**

**JA57**

Case 15-208, Document 88, 08/12/2015, 1574512, Page74 of 299

(See above for address)
*ATTORNEY TO BE NOTICED*

**James Joseph Sabella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AFA Trygghetsforsakringsaktiebolag**          represented by   **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Joseph Sabella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*

**JA58**

*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AFA Sjukforsakringsaktiebolag**          represented by   **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AFA Sjukforsakringsaktiebolag**          represented by   **Benjamin Jay Hinerfeld**
(See above for address)

**JA59**

*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Joseph Sabella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**AMF Pension Fondforvaltning AB**          represented by   **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JA60**

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arbetsmarknadsforsakringar,**         represented by   **Benjamin Jay Hinerfeld**
**Pensionsforsakringsaktiebolag**                                (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pensionskassernes Adminstration A/S**    represented by   **Benjamin Jay Hinerfeld**
                                               (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**JA61**

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arbejdsmarkedets Tillaegspension**    represented by   **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA62**

Case 15-208, Document 88, 08/12/2015, 1574512, Page79 of 299

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Industriens Pensionsforikring A/S**          represented by **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arca SGR S.p.A.**          represented by **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA63**

Case 15-208, Document 88, 08/12/2015, 1574512, Page80 of 299

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ilmarinen Mutual Pension Insurance Company**          represented by  **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**

**JA64**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Prima Societa' di Gestione del**          represented by  **Benjamin Jay Hinerfeld**
**Risparmio S.p.A.**                                        (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Eric James Belfi**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Javier Bleichmar**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **John J. Gross**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **John Anthony Kehoe**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lawrence Alan Sucharow**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stuart Berman**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nordea Invest Fund Management**           represented by  **Benjamin Jay Hinerfeld**
**A/S**                                                     (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Eric James Belfi**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Javier Bleichmar**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **John J. Gross**

**JA65**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nordea Fonder AB**                 represented by **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JA66**

Case 15-208, Document 88, 08/12/2015, 1574512, Page83 of 299

| **Nordea Investment Funds Company I.S.A.** | represented by | **Benjamin Jay Hinerfeld** (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| **Nordea Fondene Norge AS** | represented by | **Benjamin Jay Hinerfeld** (See above for address) *ATTORNEY TO BE NOTICED* |
|---|---|---|

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**

**JA67**

Case 15-208, Document 88, 08/12/2015, 1574512, Page84 of 299

(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nordea Fondbolag Finland AB**          represented by   **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Swedbank Robur Fonder AB**          represented by   **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**

**JA68**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fjarde AP-Fonden**                 represented by   **Benjamin Jay Hinerfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)

**JA69**

*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Plaintiff**

**William individually and on behalf of**            represented by   **Corey D. Holzer**
**all others similarly situated**                                     (See above for address)
*TERMINATED: 07/07/2009*                                             *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Christine M. Mackintosh**
                                                                     (See above for address)
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Stuart M Grant**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Olivier Chastan**                                  represented by   **Corey D. Holzer**
*TERMINATED: 07/07/2009*                                             (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **David J. Bershad**
                                                                     (See above for address)
                                                                     *TERMINATED: 01/09/2007*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Brian C. Kerr**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Christine M. Mackintosh**
                                                                     (See above for address)
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Sol Schreiber**

**JA70**

Case 15-208, Document 88, 08/12/2015, 1574512, Page87 of 299

(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Reed S. Clark**                          represented by  **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Daha Davis**                             represented by

**JA71**

**Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Collen Dodi**                    represented by **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)

**JA72**

Case 15-208, Document 88, 08/12/2015, 1574512, Page89 of 299

*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Ruth Pearson Trust Pearson Trustee**      represented by   **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA73**

Case 15-208, Document 88, 08/12/2015, 1574512, Page90 of 299

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Edward B Brunswick**                 represented by **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Barry Margolies**
(See above for address)
*TERMINATED: 05/08/2014*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**

**JA74**

Case 15-208, Document 88, 08/12/2015, 1574512, Page91 of 299

(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Michael Doniger**                    represented by   **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Barry Margolies**
(See above for address)
*TERMINATED: 05/08/2014*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Alison Doniger**                     represented by

**JA75**

Case 15-208, Document 88, 08/12/2015, 1574512, Page92 of 299

**Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Barry Margolies**
(See above for address)
*TERMINATED: 05/08/2014*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Grandchildren's Trust by Bruce**          represented by **Corey D. Holzer**
**Doniger Trustee**                                          (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*

**JA76**

Case 15-208, Document 88, 08/12/2015, 1574512, Page93 of 299

*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Bruce Doniger**                    represented by **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Barry Margolies**
(See above for address)
*TERMINATED: 05/08/2014*
*LEAD ATTORNEY*

**Stephen Thran Rodd**
Abbey Spanier Rodd Abrams &
Paradis, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700
Fax: (212) 684-5191

**JA77**

Case 15-208, Document 88, 08/12/2015, 1574512, Page94 of 299

Email: srodd@abbeyspanier.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Lamken**
Baker Botts, LLP
30 Rockefeller Plaza
New York, NY 10112
(202) 639-7978
Fax: (202) 639-7890
Email: jlamken@mololamken.com
*ATTORNEY TO BE NOTICED*

**Michael Champlin Spencer**
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
212-946-9450
Fax: 212 273 4395
Email: mspencer@milberg.com
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie Dawn Amin-Giwner**
Abbey Spanier Rodd Abrams &
Paradis, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700
Fax: (212) 684-5191
Email: samin@abbeyspanier.com
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA78**

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Beatrice Doniger**                    represented by    **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Barry Margolies**
(See above for address)
*TERMINATED: 05/08/2014*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Jeffrey Kurtz**                    represented by    **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**JA79**

*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Lamken**
(See above for address)
*TERMINATED: 03/11/2010*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Hal Price**                          represented by **Corey D. Holzer**
                                                     (See above for address)

**JA80**

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**W. Scott Polland, Jr.**            represented by   **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA81**

Case 15-208, Document 88, 08/12/2015, 1574512, Page98 of 299

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Nicholas A. Radosevich**                 represented by   **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**

**JA82**

Case 15-208, Document 88, 08/12/2015, 1574512, Page99 of 299

(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Pearson-Doniger Family**                represented by   **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Miami Group**                           represented by   **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*

**JA83**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Beecher Scoville , Jr.**
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
(212)-631-8693
Fax: (212)-273-4304
Email: beecherscovillelaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Rosenbaum Partners, L.P.**            represented by **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**

**JA84**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Marc Rovner**                           represented by   **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)

**JA85**

          *ATTORNEY TO BE NOTICED*

          **William Curtis Fredericks**
          (See above for address)
          *TERMINATED: 01/09/2007*
          *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Sheldon Seid**　　　　　represented by **Corey D. Holzer**
          (See above for address)
          *LEAD ATTORNEY*
          *PRO HAC VICE*
          *ATTORNEY TO BE NOTICED*

          **David J. Bershad**
          (See above for address)
          *TERMINATED: 01/09/2007*
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Brian C. Kerr**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

          **Christine M. Mackintosh**
          (See above for address)
          *PRO HAC VICE*
          *ATTORNEY TO BE NOTICED*

          **Sol Schreiber**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

          **Stuart M Grant**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

          **William Curtis Fredericks**
          (See above for address)
          *TERMINATED: 01/09/2007*
          *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Leslie Turbowitz**　　　　represented by **Corey D. Holzer**
          (See above for address)
          *LEAD ATTORNEY*
          *PRO HAC VICE*
          *ATTORNEY TO BE NOTICED*

**JA86**

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Yong Man Kim**                    represented by **Corey D. Holzer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**David J. Bershad**
(See above for address)
*TERMINATED: 01/09/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JA87**

**Eric James Belfi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Liberty Media Corporation**          represented by  **Maureen Patricia Reid**
                                                        Baker Botts L.L.P(NYC)
                                                        30 Rockefeller Plaza
                                                        New York, NY 10112
                                                        (212) 408-2521
                                                        Fax: (212) 259-2521
                                                        Email: maureen.reid@bakerbotts.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Calhoon**
                                                        Baker Botts L.L.P.
                                                        1299 Pennsylvania Avenue, Nw
                                                        Washington, DC 20004
                                                        (202)-639-7954
                                                        Fax: (202)-585-1096
                                                        Email:
                                                        michael.calhoon@bakerbotts.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **R. Stan Mortenson**
                                                        Baker, Botts, L.L.P.

**JA88**

Case 15-208, Document 88, 08/12/2015, 1574512, Page105 of 299

1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
(202)-639-7979
Fax: (202)-585-1092
Email: rstanmortenson@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Kelsey Kry**
Baker Botts LLP (DC)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202)-639-7702
Fax: (202)-585-1088
Email: robert.kry@bakerbotts.com
*TERMINATED: 03/11/2010*
*LEAD ATTORNEY*

**Steven Russell Gustavson**
Baker Botts LLP (NY)
30 Rockefeller Plaza
44th Floor
New York, NY 10112
212.408.2580
Fax: 212.259.2580
Email:
steven.gustavson@bakerbotts.com
*TERMINATED: 04/08/2008*
*LEAD ATTORNEY*

**Alexandra M. Walsh**
Paul, Weiss, Rifkind, Wharton &
Garrison, LLP (DC)
2001 K Street, N.W.
5th Floor
Washington, DC 20006
202-223-7300
Fax: 202-585-7367
Email: awalsh@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan Anthony Erman**
Baker Botts LLP (Dallas)
2001 Ross Avenue, Suite 600
Dallas, TX 75201
(214)-953-6778
Fax: (214)-661-4778
Email: bryan.erman@bakerbotts.com

**JA89**

*ATTORNEY TO BE NOTICED*

**Bryan Henry Parr**
Baker Botts LLP (DC)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202)-639-7858
Fax: (202)-508-9303
Email: bryan.parr@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Lamken**
(See above for address)
*TERMINATED: 03/11/2010*

**Paul F. Enzinna**
Baker, Botts, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 639-7752
Fax: (202)-585-1086
Email: paul.enzinna@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Richard P. Sobiecki**
Baker Botts LLP (DC)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 639-7906
Fax: (202) 585-1168
Email: rich.sobiecki@bakerbotts.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**LMC Capital LLC**                    represented by    **Robert Kelsey Kry**
(See above for address)
*TERMINATED: 03/11/2010*
*LEAD ATTORNEY*

**Alexandra M. Walsh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan Anthony Erman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA90**

Case 15-208, Document 88, 08/12/2015, 1574512, Page107 of 299

**Bryan Henry Parr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Lamken**
(See above for address)
*TERMINATED: 03/11/2010*

**Michael Calhoon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard P. Sobiecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Liberty Programming Company**          represented by    **Bryan Anthony Erman**
**LLC**                                                    (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Maureen Patricia Reid**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Kelsey Kry**
(See above for address)
*TERMINATED: 03/11/2010*
*LEAD ATTORNEY*

**Steven Russell Gustavson**
(See above for address)
*TERMINATED: 04/08/2008*
*LEAD ATTORNEY*

**Alexandra M. Walsh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan Henry Parr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Lamken**

**JA91**

(See above for address)
*TERMINATED: 03/11/2010*

**Michael Calhoon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard P. Sobiecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**LMC USA VI, Inc.**                    represented by    **Maureen Patricia Reid**
*TERMINATED: 07/07/2009*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert Kelsey Kry**
                                                         (See above for address)
                                                         *TERMINATED: 03/11/2010*
                                                         *LEAD ATTORNEY*

                                                         **Steven Russell Gustavson**
                                                         (See above for address)
                                                         *TERMINATED: 04/08/2008*
                                                         *LEAD ATTORNEY*

                                                         **Alexandra M. Walsh**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Bryan Anthony Erman**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Bryan Henry Parr**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jeffrey A. Lamken**
                                                         (See above for address)
                                                         *TERMINATED: 03/11/2010*

                                                         **Michael Calhoon**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**JA92**

**Richard P. Sobiecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**LMC USA VII, Inc.**                   represented by   **Maureen Patricia Reid**
*TERMINATED: 07/07/2009*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert Kelsey Kry**
                                                         (See above for address)
                                                         *TERMINATED: 03/11/2010*
                                                         *LEAD ATTORNEY*

                                                         **Steven Russell Gustavson**
                                                         (See above for address)
                                                         *TERMINATED: 04/08/2008*
                                                         *LEAD ATTORNEY*

                                                         **Alexandra M. Walsh**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Bryan Anthony Erman**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Bryan Henry Parr**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jeffrey A. Lamken**
                                                         (See above for address)
                                                         *TERMINATED: 03/11/2010*

                                                         **Michael Calhoon**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Richard P. Sobiecki**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

                                        represented by

**JA93**

Case 15-208, Document 88, 08/12/2015, 1574512, Page110 of 299

**LMC USA VIII, Inc.**
*TERMINATED: 07/07/2009*

**Robert Kelsey Kry**
(See above for address)
*TERMINATED: 03/11/2010*
*LEAD ATTORNEY*

**Alexandra M. Walsh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan Anthony Erman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan Henry Parr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Lamken**
(See above for address)
*TERMINATED: 03/11/2010*

**Michael Calhoon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard P. Sobiecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**LMC USA X, Inc.**                 represented by  **Maureen Patricia Reid**
*TERMINATED: 07/07/2009*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Robert Kelsey Kry**
(See above for address)
*TERMINATED: 03/11/2010*
*LEAD ATTORNEY*

**Steven Russell Gustavson**
(See above for address)
*TERMINATED: 04/08/2008*
*LEAD ATTORNEY*

**Alexandra M. Walsh**
(See above for address)

**JA94**

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan Anthony Erman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan Henry Parr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Lamken**
(See above for address)
*TERMINATED: 03/11/2010*

**Michael Calhoon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard P. Sobiecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Liberty HSN LLC Holdings, Inc.**          represented by   **Maureen Patricia Reid**
*TERMINATED: 07/07/2009*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Robert Kelsey Kry**
                                                            (See above for address)
                                                            *TERMINATED: 03/11/2010*
                                                            *LEAD ATTORNEY*

                                                            **Steven Russell Gustavson**
                                                            (See above for address)
                                                            *TERMINATED: 04/08/2008*
                                                            *LEAD ATTORNEY*

                                                            **Alexandra M. Walsh**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Bryan Anthony Erman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**JA95**

**Bryan Henry Parr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Lamken**
(See above for address)
*TERMINATED: 03/11/2010*

**Michael Calhoon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard P. Sobiecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Liberty Media International, Inc.**          represented by  **Maureen Patricia Reid**
*TERMINATED: 07/07/2009*                                      (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Robert Kelsey Kry**
(See above for address)
*TERMINATED: 03/11/2010*
*LEAD ATTORNEY*

**Steven Russell Gustavson**
(See above for address)
*TERMINATED: 04/08/2008*
*LEAD ATTORNEY*

**Alexandra M. Walsh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan Anthony Erman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan Henry Parr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Lamken**
(See above for address)
*TERMINATED: 03/11/2010*

**JA96**

**Michael Calhoon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard P. Sobiecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Allianz Global Investors**            represented by **Benjamin Jay Hinerfeld**
**Kapitalanlagegesellschaft MBH**                     (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**David Kessler**
Kessler Topaz Meltzer & Check, LLP
(PA)
280 King of Prussia Road
Radnor, PA 19087
(610)-667-7706
Fax: (610)-667-7056
Email: dkessler@ktmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Scott Shapiro**
The Shapiro Law Firm, LLP
500 Fifth Avenue, 14th Flr.
New York, NY 10110
391-6464
Fax: (212)-719-1616
Email: jshapiro@theshapirofirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathen R. Cagan**

**JA97**

Kessler Topaz Meltzer & Check, LLP
(PA)
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
Email: jcagan@btkmc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Jason Shapiro**
The Shapiro Law Firm, LLP
500 Fifth Avenue, 14th Flr.
New York, NY 10110
212-391-6464
Fax: 212-719-1616
Email: rshapiro@theshapirofirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven D. Resnick**
Golomb & Honik, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215-985-9177
Fax: 215-985-4169
Email: sresnick@btkmc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katharine M. Ryan**
Ryan & Maniskas, LLP
995 Old Eagle School Road
Wayne, PA 19087
(484) 588-5516
Fax: (484-450-2582

**JA98**

Email: kryan@rmclasslaw.com
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Allianz Global Investors**                 represented by   **Benjamin Jay Hinerfeld**
**Luxembourg S.A.**                                           (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**David Kessler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Scott Shapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathen R. Cagan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Jason Shapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven D. Resnick**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**JA99**

*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Allianz Global Investors Ireland Limited**
*TERMINATED: 05/29/2008*

represented by **Benjamin Jay Hinerfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Kessler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Gross**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Anthony Kehoe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Scott Shapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathen R. Cagan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JA100**

**Robert Jason Shapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven D. Resnick**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stuart Berman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**AGF Asset Management, S.A.**          represented by  **David J. Goldsmith**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0879
Fax: 212-818-0477
Email: dgoldsmith@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James Belfi**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0790
Fax: (212) 883-7579
Email: ebelfi@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Javier Bleichmar**

**JA101**

Case 15-208, Document 88, 08/12/2015, 1574512, Page118 of 299

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Alan Sucharow**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0860
Fax: (212) 883-7056
Email: lsucharow@labaton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russel Neil Jacobson**
Labaton Sucharow, LLP
1201 N, Orange Street, Suite 801
Wilmington, DE 19801
(212)907-0856
Fax: (212)883-7056
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Joseph Harwood**
(See above for address)
*TERMINATED: 04/16/2009*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Alberto Fonti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**PeterCam S.A./N.V.**            represented by  **PeterCam S.A./N.V.**
*TERMINATED: 07/07/2009*                         PRO SE

                                                 **Anthony Joseph Harwood**
                                                 (See above for address)
                                                 *TERMINATED: 04/16/2009*

**Consolidated Plaintiff**

**JA102**

Case 15-208, Document 88, 08/12/2015, 1574512, Page119 of 299

**Pensions Management (SWF)**                 represented by   **Pensions Management (SWF)**
**Limited**                                                   **Limited**
*TERMINATED: 07/07/2009*                                      PRO SE

                                                              **Anthony Joseph Harwood**
                                                              (See above for address)
                                                              *TERMINATED: 04/16/2009*

<u>**Consolidated Plaintiff**</u>

**CI Investments, Inc.**
*TERMINATED: 07/07/2009*

<u>**Consolidated Plaintiff**</u>

**Fortis Gesbeta SGIIC S.A.**                 represented by   **Fortis Gesbeta SGIIC S.A.**
*TERMINATED: 07/07/2009*                                      PRO SE

<u>**Consolidated Plaintiff**</u>

**Gam Fund Management Limited**               represented by   **Gam Fund Management Limited**
*TERMINATED: 07/07/2009*                                      PRO SE

<u>**Consolidated Plaintiff**</u>

**Scottish Widows PLC**
*TERMINATED: 07/07/2009*

<u>**Consolidated Plaintiff**</u>

**Scottish Widows Unit Funds Limited**
*TERMINATED: 07/07/2009*

<u>**Consolidated Plaintiff**</u>

**Lloyds TSB Group Pension Scheme**
**No. 1**
*TERMINATED: 07/07/2009*

<u>**Consolidated Plaintiff**</u>

**Lloyds TSB Group Pension Scheme**
**No. 2**
*TERMINATED: 07/07/2009*

<u>**Consolidated Plaintiff**</u>

**Lloyds TSB Asset Finance Division**
**Pension Scheme**
*TERMINATED: 07/07/2009*

<u>**Consolidated Plaintiff**</u>

**Lloyds TSB Offshore Funds Limited**
*TERMINATED: 07/07/2009*

<u>**Consolidated Plaintiff**</u>

**JA103**

Case 15-208, Document 88, 08/12/2015, 1574512, Page120 of 299

**Abbey Life Assurance Company Limited**

<u>**Consolidated Plaintiff**</u>

**Irish Life Investment Managers Limited**
*TERMINATED: 07/07/2009*

represented by **Irish Life Investment Managers Limited**
PRO SE

**Anthony Joseph Harwood**
(See above for address)
*TERMINATED: 04/16/2009*

**Joseph Alberto Fonti**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Consolidated Plaintiff**</u>

**Eurizon Capital S.A.**
*TERMINATED: 07/07/2009*

represented by **Eurizon Capital S.A.**
PRO SE

<u>**Consolidated Plaintiff**</u>

**Caisse de Depot et Placement du Quebec**
*TERMINATED: 07/07/2009*

represented by **Caisse de Depot et Placement du Quebec**
PRO SE

**James Joseph Sabella**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Consolidated Plaintiff**</u>

**Allianz Global Investors France, S.A.**

<u>**Consolidated Plaintiff**</u>

**Eurizon Capital SGR S.p.A.**
*TERMINATED: 07/07/2009*

represented by **Eurizon Capital SGR S.p.A.**
PRO SE

<u>**Consolidated Plaintiff**</u>

**WSV**
*TERMINATED: 07/07/2009*

represented by **WSV**
PRO SE

<u>**Consolidated Plaintiff**</u>

**Norges Bank and others**
*Norges Bank and others*
*TERMINATED: 07/07/2009*

<u>**Consolidated Plaintiff**</u>

**JA104**

Case 15-208, Document 88, 08/12/2015, 1574512, Page121 of 299

**Monte Paschi Asset Management**
**S.G.R. S.P.A**
*TERMINATED: 07/07/2009*


V.

**Movant**

| | |
|---|---|
| **Capital Invest die** **Kapitalanlagegesellschaft der Bank** **Austria Creditanstalt Gruppe BmbH** *TERMINATED: 07/07/2009* | represented by **Ann Kimmel Ritter** (See above for address) *TERMINATED: 09/08/2009* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Badge S. Humphries**
Motley Rice LLC (SC)
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29464
(843) 216-9000
Fax: (843) 216-9430
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick J. Jekel**
Motley, Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
Fax: (843) 216-9440
*TERMINATED: 01/21/2009*
*LEAD ATTORNEY*

**Lee Anne Walters**
Motley Rice LLC (SC)
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29464
(843) 216-9000
Fax: (843) 216-9450
*TERMINATED: 08/08/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha H. Rhodes**
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9000
Fax: (843) 216-9430

**JA105**

Case 15-208, Document 88, 08/12/2015, 1574512, Page122 of 299

Email: mrhodes@motleyrice.com
*TERMINATED: 12/09/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Narwold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Alan Migliori**
Motley Rice LLC
321 South Main Street
Providence, RI 02903
(401)-457-7700
Fax: (401)-457-7708
Email: dmigliori@motleyrice.com
*ATTORNEY TO BE NOTICED*

**James Michael Evangelista**
Motley Rice, LLC(GA)
One Georgia Center
600 West Peachtree Street
Suite 800
Atlanta, GA 30308
(404)201-6907
Fax: (404)201-6959
Email: jevangelista@motleyrice.com
*TERMINATED: 06/11/2008*

**Richard Barry Margolies**
(See above for address)
*TERMINATED: 05/08/2014*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Movant**

**Gerard Morel**                     represented by   **Brian C. Kerr**
*TERMINATED: 07/07/2009*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael Champlin Spencer**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**JA106**

**Olivia Andree Palmer**
Browne Woods George, LLP
49 West 37th Street
New York, NY 10000
(212) 354-4901
Fax: (212) 354-4904
Email: oliviapalmer7@gmail.com
*ATTORNEY TO BE NOTICED*

**Richard Barry Margolies**
(See above for address)
*TERMINATED: 05/08/2014*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

**Movant**

**William Cavanagh**            represented by **Brian C. Kerr**
*TERMINATED: 07/07/2009*                        (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Michael Champlin Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacqueline Sailer**
Murray Frank LLP
275 Madison Avenue, Ste. 801
New York, NY 10016
(212) 682-1818
Fax: (212) 682-1892
Email: jsailer@murrayfrank.com
*ATTORNEY TO BE NOTICED*

**Marvin Lawrence Frank**
Murray Frank LLP
275 Madison Avenue, Ste. 801
New York, NY 10016
(212) 682-1818
Fax: (212) 682-1892
Email: mfrank@frankandbianco.com
*ATTORNEY TO BE NOTICED*

**Movant**

**JA107**

Case 15-208, Document 88, 08/12/2015, 1574512, Page124 of 299

**Oliver M. Gerard**
*TERMINATED: 07/07/2009*

      represented by   **Brian C. Kerr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Champlin Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olivia Andree Palmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**The retirement System for General Employees of the City of Miami Beach**
*TERMINATED: 07/07/2009*

      represented by   **Brian C. Kerr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Gluck**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
212-859-8015
Fax: 212-859-4000
Email: mgluck@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Champlin Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Beecher Scoville , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olivia Andree Palmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Hale Cypen**
Cypen & Cypen
777 Arthur Godfrey Road, Suite 320
PO Box 402099

Miami Beach, FL 33140-0099
305-532-3200
Fax: 535-0025
Email: scypen@cypen.com
*ATTORNEY TO BE NOTICED*

**Movant**

**StoneRidge Investment Partners**          represented by   **Marc Ian Gross**
**LLC**                                                      Pomerantz LLP
*TERMINATED: 07/07/2009*                                    600 Third Avenue, 20th Floor
                                                            New York, NY 10016
                                                            (212)661-1100
                                                            Fax: (212) 661-8665
                                                            Email: migross@pomlaw.com
                                                            *ATTORNEY TO BE NOTICED*

**Movant**

**Forsta AP-fonden**                        represented by   **Leslie Margaret Kelleher**
*TERMINATED: 07/07/2009*                                    (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nathan D. Finch**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Movant**

**A. Hartswell Woodson**                    represented by   **Harold F. McGuire , Jr.**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Movant**

**Andrew Rittenbury**                       represented by   **Harold F. McGuire , Jr.**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vivendi Universal**                       represented by   **Luke Orion Brooks**
                                                            Coughlin Stoia Geller Rudman &
                                                            Robbins LLP
                                                            100 Pine Street, Suite 2600
                                                            San Francisco, CA 94111
                                                            (415) 288-4545
                                                            Fax: (415) 288-4534
                                                            Email: lukeb@rgrdlaw.com
                                                            *LEAD ATTORNEY*

**JA109**

Case 15-208, Document 88, 08/12/2015, 1574512, Page126 of 299

**Michael J. Malone**
King & Spalding LLP (NYC)
1185 Avenue of the Americas
New York, NY 10036
212-556-2186
Fax: 212-556-2222
Email: MMalone@KSLAW.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A Paskin**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
Fax: (212) 474-3700
Email: mpaskin@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T Reynolds**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
Fax: (212) 474-3700
Email: mreynolds@cravath.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Everett Swartz**
Schulte Roth & Zabel LLP (NY)
919 Third Avenue
New York, NY 10022
(212) 756-2000
Fax: (212) 593-5955
Email: michael.swartz@srz.com
*LEAD ATTORNEY*

**Daniel Slifkin**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
Fax: (212) 474-3700
Email: dslifkin@cravath.com

**James W. Quinn**

**JA110**

Case 15-208, Document 88, 08/12/2015, 1574512, Page127 of 299

Weil, Gotshal & Manges LLP (NYC)
767 Fifth Avenue, 25th Fl.
New York, NY 10153
2123108000
Fax: 2128333148
Email: james.quinn@weil.com
*ATTORNEY TO BE NOTICED*

**Jonathan D Polkes**
Weil, Gotshal & Manges LLP (NYC)
767 Fifth Avenue, 25th Fl.
New York, NY 10153
(212) 310-8000
Email: jonathan.polkes@weil.com
*ATTORNEY TO BE NOTICED*

**Paul C Saunders**
Cravath, Swaine & Moore, L.L.P.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

**Penny Packard Reid**
Weil, Gotshal & Manges LLP (NYC)
767 Fifth Avenue, 25th Fl.
New York, NY 10153
(212) 310-8000
Fax: 212 310-8007
Email: preid@sidley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jean-Marie Messier**          represented by  **James W. Quinn**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Jennifer Hurley McGay**
                                                Morgan Lewis & Bockius LLP (NYC)
                                                399 Park Avenue
                                                New York, NY 10022
                                                (212) 705-7000
                                                Fax: (212) 752-5378
                                                Email:
                                                jennifer.mcgay@morganlewis.com
                                                *TERMINATED: 04/06/2007*
                                                *LEAD ATTORNEY*

**JA111**

Case 15-208, Document 88, 08/12/2015, 1574512, Page128 of 299

**Michael J. Malone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Everett Swartz**
(See above for address)
*LEAD ATTORNEY*

**Paul C Saunders**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
Fax: (212) 474-3700
Email: psaunders@cravath.com
*LEAD ATTORNEY*

**Daniel Slifkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul A. Straus**
King & Spalding LLP (NYC)
1185 Avenue of the Americas
New York, NY 10036
212-556-2136
Fax: 212-556-2222
Email: PStraus@kslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Guillaume Hannezo**                  represented by  **Martin L. Perschetz**
Schulte Roth & Zabel LLP (NY)
919 Third Avenue
New York, NY 10022
212-756-2247
Fax: 212-593-5955
Email: martin.perschetz@srz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vivendi Universal S.A.**              represented by  **Paul C Saunders**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Penny Packard Reid**

**JA112**

Case 15-208, Document 88, 08/12/2015, 1574512, Page129 of 299

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gullaume Hannezo**


V.

**Consolidated Defendant**

**Vivendi Universal, S.A.**          represented by  **James George Szymanski**
Day Pitney, L.L.P. (Times Square)
Times Square Tower
Seven Times Square
New York, NY 10036
(212) 297-5800
Fax: (212) 916-2940
Email: jgszymanski@daypitney.com
*TERMINATED: 12/23/2014*
*LEAD ATTORNEY*

**Luke Orion Brooks**
(See above for address)
*LEAD ATTORNEY*

**Michael A Paskin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Michael Lorenzo**
Day Pitney, L.L.P. (Times Square)
Times Square Tower
Seven Times Square
New York, NY 10036
(212) 297-5800
Fax: (212) 916-2940
Email: rlorenzo@daypitney.com
*TERMINATED: 12/23/2014*
*LEAD ATTORNEY*

**Daniel Slifkin**
(See above for address)

**JA113**

Case 15-208, Document 88, 08/12/2015, 1574512, Page130 of 299

**James W. Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan D Polkes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Morris Alexander Bowie , II**
Day Pitney, L.L.P. (Times Square)
Times Square Tower
Seven Times Square
New York, NY 10036
(212) 297-5800
Fax: (212) 916-2940
Email: mabowie@daypitney.com
*TERMINATED: 12/23/2014*

**Paul C Saunders**
(See above for address)

**Penny Packard Reid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Guillaume Hannezo**
*TERMINATED: 04/13/2009*

represented by **James W. Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Malone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Everett Swartz**
(See above for address)
*LEAD ATTORNEY*

**Paul C Saunders**
(See above for address)
*LEAD ATTORNEY*

**Daniel Slifkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JA114**

Case 15-208, Document 88, 08/12/2015, 1574512, Page131 of 299

**Consolidated Defendant**

**Universal Studios, Inc.**                represented by **Daniel Slifkin**
*TERMINATED: 07/07/2009*                                 (See above for address)

                                                          **James W. Quinn**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jonathan D Polkes**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Paul C Saunders**
                                                          Cravath, Swaine & Moore LLP
                                                          825 Eighth Avenue
                                                          New York, NY 10019
                                                          (212) 474-1000

                                                          **Penny Packard Reid**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Vivendi, S.A.**                          represented by **James W. Quinn**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Paul C Saunders**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Penny Packard Reid**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Timothy Gray Cameron**
                                                          Cravath, Swaine & Moore LLP
                                                          825 Eighth Avenue
                                                          New York, NY 10019
                                                          (2120 474-1000
                                                          Fax: (212) 474-3700
                                                          Email: tcameron@cravath.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Daniel Slifkin**

**JA115**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael T Reynolds**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Gerard Morel**                 represented by   **Brian C. Kerr**
*TERMINATED: 07/07/2009*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Bruce C. Gerrity**
                                                  Preti Flaherty Beliveau Pachios &
                                                  Haley, LLP
                                                  One City Center, P.O. Box 9546
                                                  Portland, ME 04112
                                                  207-791-3000
                                                  Fax: 207-791-3111
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Capital Invest**               represented by   **James Michael Evangelista**
*TERMINATED: 07/07/2009*                          (See above for address)
                                                  *TERMINATED: 06/11/2008*
                                                  *LEAD ATTORNEY*

                                                  **Christine M. Mackintosh**
                                                  (See above for address)
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Leslie Margaret Kelleher**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Stuart M Grant**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Pioneer Investments Austria, GmbH**   represented by   **Leslie Margaret Kelleher**
*TERMINATED: 07/07/2009*                                (See above for address)
*formerly known as*                                     *ATTORNEY TO BE NOTICED*
Capital Invest, Die
Kapitalanlagegesellschaft der Bank                      **Nathan D. Finch**
                                                        (See above for address)

**JA116**

Austria Creditanstalt Grouppe GmbH          *PRO HAC VICE*
*TERMINATED: 07/07/2009*                     *ATTORNEY TO BE NOTICED*

                                             **William H. Narwold**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Intervenor**

**Ernst & Young LLP**          represented by  **Anthony J. Costantini**
*TERMINATED: 07/07/2009*                       Duane Morris, LLP (NYC)
                                               1540 Broadway
                                               New York, NY 10036-4086
                                               212 692-1000
                                               Fax: 212 692-1020
                                               Email: ajcostantini@duanemorris.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Barry Family, LP**           represented by  **Lionel Z. Glancy**
*Individually and on behalf of all other*      Glancy & Binkow Goldberg LLP
*similarly situated.*                          1925 Century Park East, Suite 2100
*TERMINATED: 07/07/2009*                       Los Angeles, CA 90067
                                               (310) 201-9150
                                               Fax: (310) 201-9160
                                               Email: lglancy@glancylaw.com
                                               *LEAD ATTORNEY*
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

                                               **Michael Max Goldberg**
                                               Law Off. of Michael Goldberg
                                               332 E. 73rd St.
                                               4A
                                               NY, NY 10021
                                               (212)-481-0011
                                               Fax: (212)-481-4144
                                               Email: esquire727@mindspring.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Christine M. Mackintosh**
                                               (See above for address)
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

                                               **Stuart M Grant**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**JA117**

Case 15-208, Document 88, 08/12/2015, 1574512, Page134 of 299

**Consolidated Plaintiff**

**Eleanor Turberg**                          represented by **Darren J. Robbins**
*on behalf of herself and all others*                    Robbins Geller Rudman & Dowd LLP
*similarly situated*                                     (SANDIEGO)
*TERMINATED: 07/07/2009*                                 655 West Broadway
                                                         Suite 1900
                                                         San Diego, CA 92101
                                                         619-231-1058
                                                         Fax: 619-231-7423
                                                         Email: e_file_sd@rgrdlaw.com
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*

                                                         **David J. Bershad**
                                                         (See above for address)
                                                         *TERMINATED: 01/09/2007*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Evan Jay Kaufman**
                                                         Robbins Geller Rudman & Dowd LLP
                                                         (LI)
                                                         58 South Service Road
                                                         Suite 200
                                                         Melville, NY 11747
                                                         (631) 367-7100
                                                         Fax: (631) 367-1173
                                                         Email: ekaufman@rgrdlaw.com
                                                         *LEAD ATTORNEY*

                                                         **Mark Casser Gardy**
                                                         Gardy & Notis, LLP
                                                         440 Sylvan Avenue
                                                         Suite 110
                                                         Englewood Cliffs, NJ 07632
                                                         (201)567-7377
                                                         Fax: (201)567-7337
                                                         Email: mgardy@gardylaw.com
                                                         *LEAD ATTORNEY*

                                                         **Nadeem Faruqui**
                                                         Faruqui & Frauqi
                                                         369 Lexington Avenue
                                                         10th Floor
                                                         New York, NY 10017-6531
                                                         (212) 983-9330
                                                         Fax: (212) 983-9331
                                                         *LEAD ATTORNEY*

**JA118**

**Peter Arthur Binkow**
Glancy Binkow & Goldberg LLP
1801 Avenue of The Stars, Suite 311
Los Angeles, CA 90067
(310) 201-9150
Fax: (310) 201-9160
Email: info@glancylaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*

**William S. Lerach**
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704
*LEAD ATTORNEY*

**Arthur N. Abbey**
(See above for address)

**Brian C. Kerr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine M. Mackintosh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sol Schreiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Curtis Fredericks**
(See above for address)
*TERMINATED: 01/09/2007*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2002 | 1 | COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636 (c). FILING FEE $ 150.00 RECEIPT # 445337. (gmo) (Entered: 07/19/2002) |
| 07/18/2002 | 2 | RULE 1.9 CERTIFICATE filed by Rosenbaum Partners . (gmo) (Entered: 07/19/2002) |

**JA119**

| | | |
|---|---|---|
| 07/18/2002 | | Magistrate Judge Henry B. Pitman is so designated. (gmo) (Entered: 07/19/2002) |
| 08/01/2002 | 3 | Letter filed addressed to Gregory Mark Nespole from Anne Sherlock, Secretary to Hon. Harold Baer, Jr., dated 8/1/02, re: pre-trial conference at 3:10 p.m. on 10/3/02 (yv) (Entered: 08/08/2002) |
| 08/01/2002 | | PRETRIAL CONFERENCE set at 3:10 10/3/02 before Judge Harold Baer Jr. . (yv) (Entered: 08/08/2002) |
| 08/19/2002 | 4 | AMENDED CONSOLIDATED COMPLAINT by Rosenbaum Partners (Answer due 8/29/02 for Jean-Marie Messier, for Vivendi ) amending [1-1] complaint ; Summons issued. (dle) (Entered: 08/23/2002) |
| 09/30/2002 | 5 | NOTICE OF MOTION by Rosenbaum Partners for Randi D. Bandman to appear pro hac vice . Return Date not indicated. (laq) (Entered: 10/04/2002) |
| 10/01/2002 | 6 | AFFIDAVIT of Randi D. Bandman by Rosenbaum Partners in support of [5-1] motion for Randi D. Bandman to appear pro hac vice. (laq) (Entered: 10/04/2002) |
| 10/01/2002 | 7 | ORDER of CONSOLIDATION, consolidating cases 02 cv 5571, as lead case with 02 cv 6170, 02 cv 6500, 02 cv 5919, 02 cv 6738, 02 cv 6385, 02 cv 7371, 02 cv 6956, 02 cv 7346, 02 cv 7677, 02 cv 5571, 02 cv 5924, 02 cv 7017, 02 cv 5973, 02 cv 7098, for all purposes as further set forth in this document. The consolidated cases are to be removed from my docket ( signed by Judge Harold Baer Jr. ); (cd) (Entered: 10/04/2002) |
| 10/01/2002 | | Consolidated Lead Case. (cd) (Entered: 10/04/2002) |
| 10/01/2002 | 9 | ORDER, that either the plaintiffs agree to one of their number as lead plaintiff and lead counsel or, if unable to agree, submit letter briefs of no more than three pages in length to chambers by or before 10/15/02, said letters to provide information as to their choice for that role, one way or the other, the issue will be resolved on or about 1/1/02 , lead plaintiff will submit an amended consolidated complaint by or before 12/16/02 , defendants will answer or move by 1/31/03 for Jean-Marie Messier, for Vivendi , any motion will be fully briefed no later than 3/17/03 , assuming the case continues, a fully briefed class certification motion will be submitted within 45 days following either (i) the court's decision on any motion to dismiss or (ii) 3/17/03, if no motion to dismiss is made . ( signed by Judge Harold Baer Jr. ); (yv) Modified on 10/10/2002 (Entered: 10/09/2002) |
| 10/03/2002 | 8 | MEMORANDUM OF LAW by New Orleans Employees' Retirement System in support of Motion to consolidate, for appointment as lead plaintiff, and for approval of lead counsel and in opposition to competing motions. Received in the night deposit box on 10/3/02 at 7:33 p.m. (sb) (Entered: 10/08/2002) |
| 10/04/2002 | 10 | NOTICE OF MOTION (Filed on Service Date) by Rosenbaum Partners for an order, allowing the admission of Patrick J. Coughlin to appear pro hac vice ; Return Date not indicated. (sac) (Entered: 10/15/2002) |
| 10/04/2002 | 11 | |

**JA120**

Case 15-208, Document 88, 08/12/2015, 1574512, Page137 of 299

| | | |
|---|---|---|
| | | NOTICE OF MOTION (FILED ON SERVICE DATE) by Rosenbaum Partners for an order, allowing Sylvia Wahba to appear pro hac vice ; Return Date not indicated. (sac) (Entered: 10/15/2002) |
| 10/10/2002 | 12 | Memo-Endorsement on letter addressed to Judge Baer from David J. Bershad, dated 10/7/02. counsel for Retirement System for General Employees of the City of Miami Beach, Oliver M. Gerard, Francois R. Gerard, Prigest S.A. and Tocqueville Finance S.A. seeks leave for each plaintiff to file a 2-3 page letter brief in response to the competing motions by October 15. October 15 is agreeable with me . ( signed by Judge Harold Baer Jr. ); (yv) (Entered: 10/15/2002) |
| 11/05/2002 | 13 | ORDER, appointing plaintiff Miami Group, plaintiff Pearson-Doniger to serve as lead plaintiff(s). That Milberg Weiss Bershad Hynes & Lerach LLP and Abbey Gardy, LLP are appointed co-lead counsel. ( signed by Judge Harold Baer Jr. ); (sac) (Entered: 11/13/2002) |
| 11/05/2002 | 14 | MEMO-ENDORSEMENT on Notice of withdrawal of the motion of The new Orleans Employees' Retirement System; in light of the motions filed by the competing movants for appointment as lead pltff in this action, the New Orleans Employees Retirement System hereby withdraws its Motion, filed on 9/16/02, for (i) consolidation of all Related Actions; (ii) appointment as Lead Pltff; and (iii) approval of its selection of counsel as Lead Counsel for the class. ( signed by Judge Harold Baer Jr. ); (sac) (Entered: 11/14/2002) |
| 12/16/2002 | 15 | Memo-Endorsement on letter addressed to Judge Baer from James S. Notis, dated 12/6/02. Re: lead counsel for plaintiffs request additional time to file their consolidated complaint and approval of the revised briefing schedule for defendants' motion to dismiss, Judge Harold Baer, Jr. is reticent to grant any time but he will grant a three week extension for service of the amended complaint to 1/7/03 , You will advise the "quibbles" and send him a new order with the timeline for each aspect covered by or before 12/20/02 . ( signed by Judge Harold Baer Jr. ); (yv) (Entered: 12/19/2002) |
| 12/24/2002 | 16 | ORDER, Deadline for filing of defts answer/motion to dismiss by 2/24/03; Plntfs' Response to motion deadline 3/26/03; Defts' Reply to response to motion deadline 4/10/03 ; assuming the case continues, a fully briefed class certification motion will be submitted within 45 days following either (i) the Court's decision on any motion to dismiss or (ii) 4/10/03, if no motion to dismiss is made; that upon a request made with any fully briefed motion, oral argument will be arranged with chambers within 10 days thereafter ( signed by Judge Harold Baer Jr. ); (cd) Modified on 01/02/2003 (Entered: 12/31/2002) |
| 12/24/2002 | | Deadline(s) updated: reset answer due for 2/24/03 for Jean-Marie Messier, for Vivendi (cd) (Entered: 12/31/2002) |
| 12/31/2002 | 17 | Transcript of record of proceedings before Judge Harold Baer Jr. for the date (s) of 11/1/02. (dt) (Entered: 12/31/2002) |
| 01/07/2003 | 18 | |

**JA121**

Case 15-208, Document 88, 08/12/2015, 1574512, Page138 of 299

| | | |
|---|---|---|
| | | CONSOLIDATED CLASS ACTION COMPLAINT filed. Summons issued and Notice pursuant to 28 U.S.C. 636(c). Jury Trial Demanded (djc) Modified on 01/14/2003 (Entered: 01/14/2003) |
| 02/21/2003 | 19 | Memo-Endorsement on letter addressed to Judge Baer from Paul C. Saunders, dated 2/14/03 Re: deft Vivendi's request for leave to depart from the 25 page limit for memo of law in support of dispositive motions: denied. 5 more or 30 pages is acceptable- no more ( signed by Judge Harold Baer Jr. ); (cd) (Entered: 02/25/2003) |
| 02/24/2003 | 20 | NOTICE OF MOTION by Guillaume Hannezo for an order, purs. to FRCP 8, 9(b) and 12(b) and the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4, dismissing Pltffs' Consolidated Class Action Complaint with prejudice as against deft Hannezo ; Return Date not indicated... Affirmation of Michael E. Swartz attached.... (rec'd in the night deposit box on 2/24/03 at 11:04 p.m.) (sac) (Entered: 02/26/2003) |
| 02/24/2003 | 21 | MEMORANDUM OF LAW by Guillaume Hannezo in support of [20-1] motion for an order, purs. to FRCP 8, 9(b) and 12(b) and the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4, dismissing Pltffs' Consolidated Class Action Complaint with prejudice as against deft Hannezo... (rec'd in the night deposit box on 2/24/03 at 11:04 p.m.) (sac) (Entered: 02/26/2003) |
| 02/24/2003 | 23 | NOTICE OF MOTION by Vivendi for an order dismissing the Complaint, pursuant to :(1) 15 U.S.C. 78u-4(failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) FRCP 8 (failure to submit short and plain statement of the claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with FRCP) . Return Date not indicated. (laq) (Entered: 03/03/2003) |
| 02/24/2003 | 28 | NOTICE OF MOTION (FILED ON SERVICE DATE) by Jean-Marie Messier for an Order pusuant to Rule 8,9 (b) and 12(b)(6) of the FRCP to dismiss the consolidated class action complaint herein with prejudice . Return Date 4/24/03 at 10:00. (Oral Argument Requested). (received in the night deposit box on 2/24/03 at 8:44 pm.). (gf) Modified on 03/06/2003 (Entered: 03/06/2003) |
| 02/24/2003 | 29 | MEMORANDUM OF LAW by Jean-Marie Messier in support of [28-1] motion for an Order pusuant to Rule 8,9 (b) and 12(b)(6) of the FRCP to dismiss the consolidated class action complaint herein with prejudice. (received in the night deposit box on 2/24/03 at 8:44 pm.). (gf) (Entered: 03/06/2003) |
| 02/27/2003 | 22 | RULE 7.1 CERTIFICATE filed by Vivendi . (moc) (Entered: 02/28/2003) |
| 02/27/2003 | 24 | DECLARATION of Frederic Crepin by Vivendi Re: [23-1] motion for an order dismissing the Complaint, pursuant to :(1) 15 U.S.C. 78u-4(failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) FRCP 8 (failure to submit short and plain statement of the |

**JA122**

Case 15-208, Document 88, 08/12/2015, 1574512, Page139 of 299

|  |  | claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with FRCP) . (laq) (Entered: 03/03/2003) |
|---|---|---|
| 02/27/2003 | 25 | DECLARATION of Antoine Lefort Des Ylouses by Vivendi Re: [23-1] motion for an order dismissing the Complaint, pursuant to :(1) 15 U.S.C. 78u-4(failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) FRCP 8 (failure to submit short and plain statement of the claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with FRCP) . (laq) (Entered: 03/03/2003) |
| 02/27/2003 | 26 | MEMORANDUM OF LAW by Vivendi in support of [23-1] motion for an order dismissing the Complaint, pursuant to :(1) 15 U.S.C. 78u-4(failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) FRCP 8 (failure to submit short and plain statement of the claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with FRCP) . (laq) (Entered: 03/03/2003) |
| 02/27/2003 | 27 | DECLARATION of Daniel Silfkin by Vivendi in support Re: [23-1] motion for an order dismissing the Complaint, pursuant to :(1) 15 U.S.C. 78u-4 (failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) FRCP 8 (failure to submit short and plain statement of the claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with FRCP) . (laq) (Entered: 03/03/2003) |
| 03/10/2003 | 30 | NOTICE of change of Firm Name and Address of counsel to plaintiff. (djc) (Entered: 03/12/2003) |
| 03/24/2003 | 31 | Memo-Endorsement on letter addressed to Judge Baer from James S. Notis, dated 3/20/03. Counsel for plaintiff requests leave to file a 35 page brief in opposition to defendant's motion to dismiss. If you point out or Judge Baer can see that your allegations are correct, the brief will be returned with a turn around time of a few days. For now the application is denied. ( signed by Judge Harold Baer Jr. ) (sb) (Entered: 03/25/2003) |
| 03/26/2003 | 33 | MEMORANDUM OF LAW by Rosenbaum Partners, Miami Group, Pearson-Doniger in opposition to [23-1] motion for an order dismissing the Complaint, pursuant to :(1) 15 U.S.C. 78u-4(failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) FRCP 8 (failure to submit short and plain statement of the claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with |

**JA123**

Case 15-208, Document 88, 08/12/2015, 1574512, Page140 of 299

| | | |
|---|---|---|
| | | FRCP). Received in night deposit box on 3/26/03 at 11:40 p.m. (yv) (Entered: 03/31/2003) |
| 03/26/2003 | 34 | MEMORANDUM OF LAW by Rosenbaum Partners, Miami Group, Pearson-Doniger in opposition to [20-1] motion for an order, purs. to FRCP 8, 9(b) and 12(b) and the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4, dismissing Pltffs' Consolidated Class Action Complaint with prejudice as against deft Hannezo, [28-1] motion for an Order pusuant to Rule 8,9 (b) and 12(b)(6) of the FRCP to dismiss the consolidated class action complaint herein with prejudice. Received in night deposit box on 3/26/03 at 11:40 p.m. (yv) (Entered: 03/31/2003) |
| 03/27/2003 | 32 | MEMORANDUM OF LAW by Vivendi in support of [23-1] motion for an order dismissing the Complaint, pursuant to :(1) 15 U.S.C. 78u-4(failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) FRCP 8 (failure to submit short and plain statement of the claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with FRCP). Received in the night deposit box on 3/27/03 at 5:05 p.m. (sb) (Entered: 03/31/2003) |
| 04/10/2003 | 35 | REPLY MEMORANDUM by Vivendi in further support re: [23-1] motion for an order dismissing the Complaint, pursuant to :(1) 15 U.S.C. 78u-4 (failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) FRCP 8 (failure to submit short and plain statement of the claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with FRCP). (tp) (Entered: 04/11/2003) |
| 04/10/2003 | 36 | REPLY MEMORANDUM in further support of [20-1] motion for an order, purs. to FRCP 8, 9(b) and 12(b) and the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4, dismissing Pltffs' Consolidated Class Action Complaint with prejudice as against deft Hannezo. Received in the night deposit box on 4/10/03 at 11:46 p.m. (sb) (Entered: 04/14/2003) |
| 04/10/2003 | 37 | REPLY MEMORANDUM by Jean-Marie Messier in further support of [28-1] motion for an Order pusuant to Rule 8,9 (b) and 12(b)(6) of the FRCP to dismiss the consolidated class action complaint herein with prejudice. Received in the night deposit box on 4/10/03 at 7:07 p.m. (sb) (Entered: 04/14/2003) |
| 04/10/2003 | 38 | NOTICE OF MOTION (filed on service date) by lead plaintiffs for an order partially lifting the stay of discovery, as further set forth on this motion . No Return Date. Received in the night deposit box on 4/10/03 at 7:44 p.m. (sb) (Entered: 04/14/2003) |
| 04/10/2003 | 39 | MEMORANDUM OF LAW by lead plaintiffs in support of [38-1] motion for an order partially lifting the stay of discovery, as further set forth on this |

**JA124**

| | | |
|---|---|---|
| | | motion. Received in the night deposit box on 4/10/03 at 7:44 p.m. (sb) (Entered: 04/14/2003) |
| 04/10/2003 | 40 | AFFIDAVIT by lead plaintiffs of Arthur N. Abbey in support of [38-1] motion for an order partially lifting the stay of discovery, as further set forth on this motion. Received in the night deposit box on 4/10/03 at 7:43 p.m. (sb) (Entered: 04/14/2003) |
| 04/16/2003 | 41 | SEALED DOCUMENT placed in vault. (wv) (Entered: 04/16/2003) |
| 04/16/2003 | 43 | MEMORANDUM OF LAW by Vivendi in opposition to [38-1] motion for an order partially lifting the stay of discovery, as further set forth on this motion . (sb) (Entered: 04/18/2003) |
| 04/16/2003 | 44 | MEMORANDUM OF LAW by Jean-Marie Messier in opposition to [38-1] motion for an order partially lifting the stay of discovery, as further set forth on this motion. Received in the night deposit box on 4/16/03 at 7:23 p.m. (sb) (Entered: 04/18/2003) |
| 04/16/2003 | 45 | MEMORANDUM OF LAW by Guillaume Hannezo in support of [38-1] motion for an order partially lifting the stay of discovery, as further set forth on this motion . (sb) (Entered: 04/18/2003) |
| 04/17/2003 | 42 | SEALED DOCUMENT placed in vault. (wv) (Entered: 04/17/2003) |
| 04/21/2003 | 46 | REPLY MEMORANDUM of LAW in further support re: [38-1] motion for an order partially lifting the stay of discovery, as further set forth on this motion . (djc) (Entered: 04/23/2003) |
| 04/22/2003 | 47 | NOTICE of Registration and Name Change by Cravath, Swaine & Moore. (pl) (Entered: 04/23/2003) |
| 04/25/2003 | 48 | SEALED DOCUMENT placed in vault. (js) (Entered: 04/25/2003) |
| 05/02/2003 | 49 | NOTICE OF MOTION by Rosenbaum Partners, Miami Group, Pearson-Doniger for Randi D. Bandman to appear pro hac vice for plntfs ; Return Date 5/16/03 at 9:30. (cd) (Entered: 05/06/2003) |
| 05/02/2003 | | Memo endorsed on motion; granting [49-1] motion for Randi D. Bandman to appear pro hac vice for plntfs . ( signed by Judge Harold Baer Jr. ); forwarded orig. doc. to the Atty Admissions Clerk (cd) (Entered: 05/14/2003) |
| 05/06/2003 | 50 | ORDER, the Clerk of the Court shall continue to comply with this Court's 4/15/03, Order, pending further order of the Court ; the Clerk of the Court shall place all further papers submitted in connection with Vivendi's application for an Order to Show Cause, including the declarations of Frederic Crepin and Olivier Baratelli each dated 4/18/03, in support thereof, and plntfs' memo of las in response thereto, in a sealed envelope and deny access thereto to the public, pending further order of the Court, as further set forth in this document ( signed by Judge Harold Baer Jr. ); (cd) (Entered: 05/08/2003) |
| 05/06/2003 | 51 | MEMORANDUM ORDER, that for the reasons set forth, the Court is denying the [38-1] motion to lift the stay on discovery. ( signed by Judge Harold Baer Jr. ). (tp) (Entered: 05/09/2003) |

**JA125**

Case 15-208, Document 88, 08/12/2015, 1574512, Page142 of 299

| 05/09/2003 | 52 | Request for Judial Notice in support of plaintiffs' opposition to defendants' motions to dismiss by Rosenbaum Partners, Miami Group, Pearson-Doniger, William Cavangh, Olivier Chastan, Reed S. Clark, Daha Davis, Collen Dodi, Ruth Pearson Trust, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Hal Price, W. Scott Polland Jr., Nicholas A. Radosevich, Pearson-Doniger, Miami Group, Rosenbaum Partners, Marc Rovner, Sheldon Seid, Leslie Turbowitz, Yong Man Kim. (sb) (Entered: 05/14/2003) |
| --- | --- | --- |
| 05/13/2003 | | CASHIER'S OFFICE REMARK on [49-1] motion for Randi D. Bandman to appear pro hac vice for plntfs in the amount of $25.00 paid on 5/20/03 Receipt # 474066. (dle) (Entered: 05/22/2003) |
| 05/15/2003 | 54 | Memorandum to Docket Clerk: Hearing held before Honorable Harold Baer, Jr. regarding defenant's motion to dismiss. Judge's Decision reserved. (yv) (Entered: 05/27/2003) |
| 05/20/2003 | 53 | ORDER; the Court will take judicial notice, purs. to Rule 201 of the FRCP, (a) Vivendi Universal's Form 6-K with the U.S. Securities and Exchange Commission and (b) the price of Vivendi's ordinary shares on the dates Vivendi reported that deft Jean-Marie Messier sold his shares. ( signed by Judge Harold Baer Jr. ); (sac) (Entered: 05/21/2003) |
| 05/28/2003 | 55 | ORDER, plaintiffs' request for judicial notice is granted . ( signed by Judge Harold Baer Jr. ); (kw) (Entered: 05/31/2003) |
| 07/03/2003 | 57 | Transcript of record of proceedings before Judge Harold Baer Jr. for the date (s) of May 1, 2003. (dt) (Entered: 07/23/2003) |
| 07/07/2003 | 56 | STIPULATION and ORDER, The time within which Defendants Vivendi Universal S.A., Guillaume Hannezo, and Universal Studios, Inc. must move against or answer the complaint is extended for three weeks from the date hereof. ( signed by Judge Harold Baer Jr. ) (sb) (Entered: 07/08/2003) |
| 07/18/2003 | 68 | Transcript of record of proceedings before Judge Harold Baer Jr. for the date (s) of 5/15/03. (df) (Entered: 08/27/2003) |
| 07/25/2003 | 58 | CONSOLIDATION ORDER, that LEAD CASE 02cv5571(HB), be consolidated for all purposes pursuant to Rule 42(a) of the FRCP with cases 02cv8978(HB) and 02cv8979(HB) as Member Cases ; Pursuant to Rule 42 (a), the Clerk of the Court is instructed to remove from my docket as a separate case 02cv8978 and 02cv8979 . ( signed by Judge Harold Baer Jr. ). (tp) (Entered: 07/30/2003) |
| 07/28/2003 | 59 | NOTICE OF MOTION (FILED ON SERVICE DATE) by Guillaume Hannezo for an order purs. to Rule 9(b) and 12(b) of the FRCP dismissing the Liberty Media complaint . Affidavit of Michael E. Swartz in support attached. No Return Date indicated. Received in night deposit box on 7/28/03 at 9:19 p.m. (db) Modified on 07/31/2003 (Entered: 07/31/2003) |
| 07/28/2003 | 60 | MEMORANDUM OF LAW by Guillaume Hannezo in support of [59-1] motion for an order purs. to Rule 9(b) and 12(b) of the FRCP dismissing the |

**JA126**

Case 15-208, Document 88, 08/12/2015, 1574512, Page143 of 299

| | | Liberty Media complaint. Received in night deposit box on 7/28/03 at 9:19 p.m. (db) (Entered: 07/31/2003) |
|---|---|---|
| 07/28/2003 | 62 | NOTICE OF MOTION (filed on service date) by Universal Studios and Vivendi Universal for an order dismissing the complaint pursuant to 15 USC 78u-4 for failure to satisfy heightened pleading requirements of the PSLRA, FRCP 9(b) for failure to plead fraud with particularity . Return Date not indicated. (dle) Modified on 08/01/2003 (Entered: 08/01/2003) |
| 07/28/2003 | 64 | DECLARATION of Daniel Slifkin by Vivendi, S.A., Universal Studios in support Re: [62-1] motion for an order dismissing the complaint pursuant to 15 USC 78u-4 for failure to satisfy heightened pleading requirements of the PSLRA, FRCP 9(b) for failure to plead fraud with particularity . (dle) (Entered: 08/01/2003) |
| 07/30/2003 | 61 | RULE 7.1 CERTIFICATE filed by Universal Studios . (dle) (Entered: 08/01/2003) |
| 07/30/2003 | 63 | MEMORANDUM OF LAW by Vivendi, S.A., Universal Studios in support of [62-1] motion for an order dismissing the complaint pursuant to 15 USC 78u-4 for failure to satisfy heightened pleading requirements of the PSLRA, FRCP 9(b) for failure to plead fraud with particularity . (dle) (Entered: 08/01/2003) |
| 07/31/2003 | 65 | STIPULATION and ORDER, Plaintiffs' Response to Motion reset for 9/2/03 re: [59-1] motion for an order purs. to Rule 9(b) and 12(b) of the FRCP dismissing the Liberty Media complaint, for 9/2/03 re: [62-1] motion for an order dismissing the complaint pursuant to 15 USC 78u-4 for failure to satisfy heightened pleading requirements of the PSLRA, FRCP 9(b) for failure to plead fraud with particularity, for 9/2/03 re: [20-1] motion for an order, purs. to FRCP 8, 9(b) and 12(b) and the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4, dismissing Pltffs' Consolidated Class Action Complaint with prejudice as against deft Hannezo, for 9/2/03 re: [23-1] motion for an order dismissing the Complaint, pursuant to :(1) 15 U.S.C. 78u-4(failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) FRCP 8 (failure to submit short and plain statement of the claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with FRCP) ; Defendants' Reply to Response to Motion reset for 9/23/03 re: [59-1] motion for an order purs. to Rule 9(b) and 12(b) of the FRCP dismissing the Liberty Media complaint, for 9/23/03 re: [62-1] motion for an order dismissing the complaint pursuant to 15 USC 78u-4 for failure to satisfy heightened pleading requirements of the PSLRA, FRCP 9(b) for failure to plead fraud with particularity, for 9/23/03 re: [20-1] motion for an order, purs. to FRCP 8, 9(b) and 12(b) and the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4, dismissing Pltffs' Consolidated Class Action Complaint with prejudice as against deft Hannezo, for 9/23/03 re: [23-1] motion for an order dismissing the Complaint, pursuant to :(1) 15 U.S.C. 78u-4(failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) |

**JA127**

| | | |
|---|---|---|
| | | FRCP 8 (failure to submit short and plain statement of the claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with FRCP). I'm granting this application premised on the balance of the PTSO remaining in effect-if there is one . ( signed by Judge Harold Baer Jr. ) (tp) (Entered: 08/04/2003) |
| 08/04/2003 | 66 | NOTICE OF MOTION (filed on service date) by Jean-Marie Messier for an order dismissing the complaint with prejudice purs. to Rules 8, 9(b) and 12 (b)(6) of the FRCP and the Private Securities Litigation Reform Act of 1995, 15 USC 78u-4(b)(2) . Return Date 9/8/03 at 10:00. Received in the night deposit box on 8/4/03 at 9:23 p.m. (sb) (Entered: 08/07/2003) |
| 08/04/2003 | 67 | MEMORANDUM OF LAW by Jean-Marie Messier in support of [66-1] motion for an order dismissing the complaint with prejudice purs. to Rules 8, 9(b) and 12(b)(6) of the FRCP and the Private Securities Litigation Reform Act of 1995, 15 USC 78u-4(b)(2). Received in the night deposit box on 8/4/03 at 9:23 p.m. (sb) (Entered: 08/07/2003) |
| 09/03/2003 | 69 | CONSOLIDATION ORDER, this action is consolidated for all purposes purs. to Rule 41(a) of the FRCP. In re Vendi Universal, S.A. Securities Litig. 02 Civ. 5571 is designated the lead case in this consolidated action. Purs. to Rule 42(a), the Clerk of the Court is directed to remove from my docket as a separate case GAMCO Investors, Inc. v. Vivendi Universal, S.A. 03 Civ. 5911. ( signed by Judge Harold Baer Jr. ); (sac) (Entered: 09/05/2003) |
| 09/03/2003 | 70 | STIPULATION and ORDER, plaintiffs' Response to Motion reset for 9/12/03 re: [66-1] motion for an order dismissing the complaint with prejudice purs. to Rules 8, 9(b) and 12(b)(6) of the FRCP and the Private Securities Litigation Reform Act of 1995, 15 USC 78u-4(b)(2), for 9/12/03 re: [59-1] motion for an order purs. to Rule 9(b) and 12(b) of the FRCP dismissing the Liberty Media complaint, for 9/12/03 re: [62-1] motion for an order dismissing the complaint pursuant to 15 USC 78u-4 for failure to satisfy heightened pleading requirements of the PSLRA, FRCP 9(b) for failure to plead fraud with particularity, for 9/12/03 re: [20-1] motion for an order, purs. to FRCP 8, 9(b) and 12(b) and the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4, dismissing Pltffs' Consolidated Class Action Complaint with prejudice as against deft Hannezo, for 9/12/03 re: [28-1] motion for an Order pusuant to Rule 8,9 (b) and 12(b)(6) of the FRCP to dismiss the consolidated class action complaint herein with prejudice, for 9/12/03 re: [23-1] motion for an order dismissing the Complaint, pursuant to : (1) 15 U.S.C. 78u-4(failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) FRCP 8 (failure to submit short and plain statement of the claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with FRCP) , defendants' Reply to Response to Motion reset for 10/10/03 re: [66-1] motion for an order dismissing the complaint with prejudice purs. to Rules 8, 9(b) and 12(b)(6) of |

**JA128**

| | | |
|---|---|---|
| | | the FRCP and the Private Securities Litigation Reform Act of 1995, 15 USC 78u-4(b)(2), for 10/10/03 re: [59-1] motion for an order purs. to Rule 9(b) and 12(b) of the FRCP dismissing the Liberty Media complaint, for 10/10/03 re: [62-1] motion for an order dismissing the complaint pursuant to 15 USC 78u-4 for failure to satisfy heightened pleading requirements of the PSLRA, FRCP 9(b) for failure to plead fraud with particularity, for 10/10/03 re: [20-1] motion for an order, purs. to FRCP 8, 9(b) and 12(b) and the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4, dismissing Pltffs' Consolidated Class Action Complaint with prejudice as against deft Hannezo, for 10/10/03 re: [28-1] motion for an Order pusuant to Rule 8,9 (b) and 12(b)(6) of the FRCP to dismiss the consolidated class action complaint herein with prejudice, for 10/10/03 re: [23-1] motion for an order dismissing the Complaint, pursuant to :(1) 15 U.S.C. 78u-4(failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) FRCP 8 (failure to submit short and plain statement of the claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with FRCP) . ( signed by Judge Harold Baer Jr. ) (kw) (Entered: 09/09/2003) |
| 09/18/2003 | 71 | NOTICE OF MOTION (filed on service date) of GAMCO Investors, Inc., for an order modifying the Court's September 2, 2003 Consolidation Order so as to permit coordination for pre-trial purposes of the separate actions, GAMCO Investors, INc. v. Vivendi Universal, S.A. 03 cv 5911 And In re Vivendi Universal S.A., Securities LItig. 02 cv 5571 ; Return Date not indicated; (djc) (Entered: 09/23/2003) |
| 09/18/2003 | 72 | GAMCO Investors Inc.'s MEMORANDUM OF LAW in support of [71-1] motion for an order modifying the Court's September 2, 2003 Consolidation Order so as to permit coordination for pre-trial purposes of the separate actions, GAMCO Investors, INc. v. Vivendi Universal, S.A. 03 cv 5911 and In re Vivendi Universal Securities LItig. 02 cv 5571 . (djc) (Entered: 09/23/2003) |
| 09/18/2003 | 73 | GAMCO Investors, Inc.'s DECLARATION of Adam F. Jachimowski in support Re: [71-1] motion for an order modifying the Court's September 2, 2003 Consolidation Order so as to permit coordination for pre-trial purposes of the separate actions, GAMCO INc. v. Vivendi Universal, S.A. 03 cv 5911 and In re Universal S.A., Securities LItig. 02 cv 5571 . (djc) (Entered: 09/23/2003) |
| 09/30/2003 | 74 | Memo-Endorsement on letter addressed to Judge Baer from Arthur N. Abbey, dated 9/26/03. counsel reports that Judge Duffy entered two orders granting the SEC's application under Section 1103 of the Sarbanes-Oxley Act, 15 U.S.C. 78u-(c)(3) to block any payment from Vivendi to Messier relating to Messier's termination. Thanks for both your communications. I read it in the NY Times and have no fear that I forgot you or your motion . ( signed by Judge Harold Baer Jr. ); (yv) (Entered: 10/02/2003) |
| 09/30/2003 | | Terminated documents 5-1, 10-1 pursuant to instructions of Judge Baer as indicated on the CJRA report. - (rag) (Entered: 10/07/2003) |

**JA129**

| 10/07/2003 | 75 | MEMORANDUM OF LAW by Vivendi in opposition to [71-1] motion for an order modifying the Court's September 2, 2003 Consolidation Order so as to permit coordination for pre-trial purposes of the separate actions, GAMCO Investors, INc. v. Vivendi Universal, S.A. 03 cv 5911 And In re Vivendi Universal S.A., Securities LItig. 02 cv 5571. (jco) (Entered: 10/08/2003) |
| 10/07/2003 | 76 | DECLARATION of Edward King in opposition Re: [71-1] motion for an order modifying the Court's September 2, 2003 Consolidation Order so as to permit coordination for pre-trial purposes of the separate actions, GAMCO Investors, INc. v. Vivendi Universal, S.A. 03 cv 5911 And In re Vivendi Universal S.A., Securities LItig. 02 cv 5571. (jco) (Entered: 10/08/2003) |
| 10/08/2003 | 77 | STIPULATION and ORDER, Defendant Vivendi Universal, S.A.'s Response to Motion reset for 10/7/03 re: [71-1] motion for an order modifying the Court's September 2, 2003 Consolidation Order so as to permit coordination for pre-trial purposes of the separate actions, GAMCO Investors, INc. v. Vivendi Universal, S.A. 03 cv 5911 and In re Vivendi Universal S.A., Securities LItig. 02 cv 5571 ; GAMCO's Reply to Response to Motion for 10/15/03 re: [71-1] motion for an order modifying the Court's September 2, 2003 Consolidation Order so as to permit coordination for pre-trial purposes of the separate actions, GAMCO Investors, Inc. v. Vivendi Universal, S.A. 03 cv 5911 and In re Vivendi Universal S.A., Securities LItig. 02 cv 5571 ; The time period within which defendant Vivendi Universal, S.A. must move against or answer Plaintiff's complaint, as set forth in the Stipulation and Order signed by Judge Pauley on 9/2/03 shall commence on the date that this Court renders its decision on plaintiff's Motion for Relief from the Order of Consolidation . ( signed by Judge Harold Baer Jr. ) (tp) (Entered: 10/09/2003) |
| 10/10/2003 | 78 | REPLY MEMORANDUM by Vivendi, Universal Studios in support re: [62-1] motion for an order dismissing the complaint pursuant to 15 USC 78u-4 for failure to satisfy heightened pleading requirements of the PSLRA, FRCP 9(b) for failure to plead fraud with particularity. Received in night deposit box on 10/0/03 at 9:22 p.m. (yv) (Entered: 10/17/2003) |
| 10/10/2003 | 79 | REPLY MEMORANDUM by Jean-Marie Messier in support re: [66-1] motion for an order dismissing the complaint with prejudice purs. to Rules 8, 9(b) and 12(b)(6) of the FRCP and the Private Securities Litigation Reform Act of 1995, 15 USC 78u-4(b)(2). Received in night deposit box on 10/10/03 at 7:28 p.m. (yv) (Entered: 10/17/2003) |
| 10/10/2003 | 80 | REPLY MEMORANDUM by Guillaume Hannezo in support re: [59-1] motion for an order purs. to Rule 9(b) and 12(b) of the FRCP dismissing the Liberty Media complaint. Received in night deposit box on 10/10/03 at 8:47 p.m. (yv) (Entered: 10/17/2003) |
| 10/15/2003 | 81 | REPLY MEMORANDUM by GAMCO Investors in support re: [71-1] motion for an order modifying the Court's September 2, 2003 Consolidation Order so as to permit coordination for pre-trial purposes of the separate actions, GAMCO Investors, INc. v. Vivendi Universal, S.A. 03 cv 5911 and In re Vivendi Universal S.A., Securities LItig. 02 cv 5571 . Received in night deposit on 10/15/03 at 6:48 p.m. (moc) (Entered: 10/20/2003) |

**JA130**

Case 15-208, Document 88, 08/12/2015, 1574512, Page147 of 299

| | | |
|---|---|---|
| 10/21/2003 | 82 | NOTICE OF MOTION by Rosenbaum Partners, Miami Group, Pearson-Doniger for leave to file Surreply in further opposition to motion of defts Vivendi to dismiss the complaint ; Return Date not indicated (cd) (Entered: 10/28/2003) |
| 10/21/2003 | 83 | MEMORANDUM OF LAW by Rosenbaum Partners, Miami Group, Pearson-Doniger in support of [82-1] motion for leave to file Surreply in further opposition to motion of defts Vivendi to dismiss the complaint . (cd) (Entered: 10/28/2003) |
| 10/21/2003 | 85 | MEMO-ENDORSEMENT on Memorandum in Support (courtesy copy of document #83); it is interesting to note that both your cases and those cited by your adversary stress discretion while neither of you even allude to the concept. In any event, I have no objection to a sur-reply if it's 5 pages or less and here within the week, i.e., on or before 11/12/03 . ( signed by Judge Harold Baer Jr. ); (pl) Modified on 11/10/2003 (Entered: 11/10/2003) |
| 11/04/2003 | 84 | MEMORANDUM OPINION # 89279 AND ORDER, granting in part, denying in part [66-1] motion for an order dismissing the complaint with prejudice purs. to Rules 8, 9(b) and 12(b)(6) of the FRCP and the Private Securities Litigation Reform Act of 1995, 15 USC 78u-4(b)(2), granting in part, denying in part [62-1] motion for an order dismissing the complaint to 15 USC 78u-4 for failure to satisfy heightened pleading requirements of the PSLRA, FRCP 9(b) for failure to plead fraud with particularity, granting in part, denying in part [20-1] motion for an order, purs. to FRCP 8, 9(b) and 12 (b) and the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4, dismissing Pltffs' Consolidated Class Action Complaint with prejudice as against deft Hannezo, granting in part, denying in part [28-1] motion for an Order pusuant to Rule 8,9 (b) and 12(b)(6) of the FRCP to dismiss the consolidated class action complaint herein with prejudice, granting in part, denying in part [23-1] motion for an order dismissing the Complaint, pursuant to :(1) 15 U.S.C. 78u-4(failure to satisfy heightened pleading requirements of the Private Securities Litigation Reform Act); (2) FRCP 8 (failure to submit short and plain statement of the claims); (3) FRCP 9(b) (Failure to plead fraud with particularity); (4) FRCP 12(b)(1) (lack of subject matter jurisdiction); (5) FRCP 12(b)(6) (failure to state a claim upon which relief may be granted) and (6) FRCP 41(b) (failure to comply with FRCP). For the foregoing reasons, defendatns' motion to dismiss plaintiff' 14(a) claim against Vivendi, and 12(a)(2) claim against Hannezo is granted, with leave to replead within 20 days hereof, if deemed necessary. Additionally, plaintiffs' claim for damages under 11 and 12(a)(2) arising from the purchase of Vivendi's ADSs, pursuant to the Form F-6 is barred. Defendants' motion to dismiss plaintiffs' other claims is denied. ( signed by Judge Harold Baer Jr. ) (jco) (Entered: 11/06/2003) |
| 11/06/2003 | 86 | SURREPLY by Rosenbaum Partners, Miami Group, Pearson-Doniger in further opposition to [67-1] support memorandum. (jco) (Entered: 11/12/2003) |
| 11/19/2003 | 94 | NOTICE of OF FILING of Corrected Declaration of Cally Jordan in support of Plaintiffs' Motion for Reconsideration and Clarification. Document filed |

**JA131**

Case 15-208, Document 88, 08/12/2015, 1574512, Page148 of 299

| | | |
|---|---|---|
| | | by Barry Family, LP, Edward B Brunswick, Olivier Chastan, Reed S. Clark, Daha Davis, Collen Dodi, Alison Doniger, Beatrice Doniger, Bruce Doniger, Michael Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Guillaume Hannezo, Yong Man Kim, Jeffrey Kurtz, LMC Capital LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media Corporation, Liberty Media International, Inc., Liberty Programming Company LLC, Miami Group, Pearson-Doniger Family, W. Scott Polland Jr., Hal Price, Nicholas A. Radosevich, Rosenbaum Partners, L.P., Marc Rovner, Ruth Pearson Trust Pearson Trustee, Sheldon Seid, Eleanor Turberg, Leslie Turbowitz, William individually and on behalf of all others similarly situated. (tp, ) (Entered: 12/11/2003) |
| 11/21/2003 | 87 | MOTION (FILED ON SERVICE DATE) pursuant to Rules 59(e) and 60(b) of the FRCP and Rule 6.3 of the Local Rules for the Southern District of New York for Reconsideration re; 84 Memorandum & Opinion. Document filed by Jean-Marie Messier. Received in night deposit box on 11/21/03 at 5:11 p.m. (yv, ) (Entered: 12/03/2003) |
| 11/21/2003 | 88 | MEMORANDUM OF LAW in Support re: 87 MOTION (FILED ON SERVICE DATE) for Reconsideration re; 84 Memorandum & Opinion. Document filed by Jean-Marie Messier. Received in night deposit box on 11/21/03 at 5:11 p.m. (yv, ) (Entered: 12/03/2003) |
| 11/21/2003 | 89 | MOTION (FILED ON SERVICE DATE) pursuant to Local Civil Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rules 59(e) and 60(b) of the FRCP for partial Reconsideration re; 84 Memorandum & Opinion. Affirmation of Michael E. Swartz in support attached. Document filed by Guillaume Hannezo. Received in night deposit box on 11/21/03 at 11:54 p.m. (yv, ) (Entered: 12/03/2003) |
| 11/21/2003 | 90 | MOTION (FILED ON SERVICE DATE) pursuant to Rule 6.3 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rules 59(e) and 60(b) of the FRCP for Reconsideration re; 84 Memorandum & Opinion. Document filed by Vivendi Universal. (yv, ) (Entered: 12/03/2003) |
| 11/21/2003 | 91 | MEMORANDUM OF LAW in Support re: 89 MOTION (FILED ON SERVICE DATE) for Reconsideration re; 84 Memorandum & Opinion. Document filed by Guillaume Hannezo. Received in night deposit box on 11/21/03 at 11:54 p.m. (yv, ) (Entered: 12/03/2003) |
| 11/21/2003 | 92 | MEMORANDUM OF LAW in Support re: 90 MOTION (FILED ON SERVICE DATE) for Reconsideration re; 84 Memorandum & Opinion. Document filed by Vivendi Universal. Received in night deposit box on 11/21/03 at 7:27 p.m. (yv, ) (Entered: 12/03/2003) |
| 11/24/2003 | 93 | FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT by lead plaintiffs' amending 1 Complaint against Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi Universal, Vivendi Universal, S.A. Related document: 1 Complaint.(tp, ) (Entered: 12/10/2003) |

Case 15-208, Document 88, 08/12/2015, 1574512, Page149 of 299

| | | |
|---|---|---|
| 11/24/2003 | | Set Answer Due Date re: 93 Amended Complaint, (tp, ) (Entered: 12/10/2003) |
| 12/04/2003 | 95 | NOTICE OF CASE REASSIGNMENT to Judge Richard J. Holwell. Judge Harold Baer no longer assigned to the case. (gf, ) (Entered: 12/16/2003) |
| 12/04/2003 | 96 | MEMORANDUM OF LAW in Opposition re: 89 MOTION (FILED ON SERVICE DATE) for Reconsideration re; 84 Memorandum & Opinion.. Document filed by Vivendi Universal, S.A.. (djc, ) (Entered: 12/18/2003) |
| 12/09/2003 | 97 | Initial disclosures pursuant to Rule 26(a)(1) of the FRCP. Document filed by Guillaume Hannezo. Received in night deposit box on 12/9/03 at 6:12 p.m. (db, ) (Entered: 12/27/2003) |
| 12/09/2003 | 99 | MEMORANDUM OF LAW in Opposition re: 90 MOTION (FILED ON SERVICE DATE) for Reconsideration re; 84 Memorandum & Opinion. Document filed by Barry Family, LP, Edward B Brunswick, Olivier Chastan, Reed S. Clark, Daha Davis, Collen Dodi, Alison Doniger, Beatrice Doniger, Bruce Doniger, Michael Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Yong Man Kim, Jeffrey Kurtz, LMC Capital LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media Corporation, Liberty Media International, Inc., Liberty Programming Company LLC, Miami Group, Pearson-Doniger Family, W. Scott Polland Jr., Hal Price, Nicholas A. Radosevich, Rosenbaum Partners, L.P., Marc Rovner, Ruth Pearson Trust Pearson Trustee, Sheldon Seid, Eleanor Turberg, Leslie Turbowitz, William individually and on behalf of all others similarly situated. (jco, ) (Entered: 12/29/2003) |
| 12/09/2003 | 100 | PLAINTIFFS' MEMORANDUM OF LAW in Opposition re: 90 MOTION (FILED ON SERVICE DATE) for Reconsideration re; 84 Memorandum & Opinion. (jco, ) (Entered: 12/29/2003) |
| 12/10/2003 | 98 | ENDORSED LETTER addressed to Judge Holwell from Arthur Abbey dated 12/2/03 re: the pending motions for reconsideration shall be decided by this Court. (Signed by Judge Richard J. Holwell on 12/9/03) (Pecorino, Joseph) (Entered: 12/28/2003) |
| 12/10/2003 | 105 | ORDER; an initial scheduling conference will be held in this action on 12/18/2003 at 10:00 a.m., Courtroom 17B, 500 Pearl Street; A proposed joint case management plan is to be submitted to the Court no later than 12:00 p.m. on 12/17/2003. (Signed by Judge Richard J. Holwell on 12/9/2003) (Pecorino, Joseph) (Entered: 01/02/2004) |
| 12/10/2003 | | Set Deadlines/Hearings: Scheduling Conference set for 12/18/2003 10:00 AM before Richard J. Holwell. (Pecorino, Joseph) (Entered: 01/02/2004) |
| 12/11/2003 | 101 | MOTION for an order, admitting Luke O. Brooks to Appear Pro Hac Vice as counsel for Lead Plaintiffs. (sac, ) (Entered: 12/30/2003) |
| 12/11/2003 | 102 | AFFIDAVIT of Luke O. Brooks in Support re: 101 MOTION for Luke O. Brooks to Appear Pro Hac Vice. (sac, ) (Entered: 12/30/2003) |
| 12/12/2003 | 106 | |

**JA133**

Case 15-208, Document 88, 08/12/2015, 1574512, Page150 of 299

| | | |
|---|---|---|
| | | REVISED INITIAL SCHEDULING CONFERENCE NOTICE AND ORDER. Initial Scheduling Conference set for 12/22/2003 10:00 AM before Richard J. Holwell in Courtroom 17B at the U.S. Courthouse, 500 Pearl Street, New York, NY 10007. Counsel for all parties are directed to propose a joint case management plan containing alternative proposals where no agreement has been reached. The plan shall be submitted to Chambers no later than 12:00 p.m. on Wed., 12/17/03. (Signed by Judge Richard J. Holwell on 12/11/03) (ae, ) (Entered: 01/05/2004) |
| 12/16/2003 | | Mailed notice to the attorney(s) of record. (gf, ) (Entered: 12/16/2003) |
| 12/16/2003 | 103 | REPLY MEMORANDUM OF LAW in Further Support defendant Jean-Marie Messier's re: 87 MOTION (FILED ON SERVICE DATE) for Reconsideration re; 84 Memorandum & Opinion,,,,,,,... Document filed by Jean-Marie Messier. (Wilson, Richard) (Entered: 01/02/2004) |
| 12/16/2003 | 104 | REPLY MEMORANDUM OF LAW in Further Support re: 90 MOTION (FILED ON SERVICE DATE) for Reconsideration re; 84 Memorandum & Opinion, Document filed by Vivendi Universal. Received in Night Deposit Box on 12/16/03 at 8:23PM.(tr, ) (Entered: 01/02/2004) |
| 12/16/2003 | 108 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Luke O. Brooks for Vivendi Universal and Vivendi Universal, S.A. admitted Pro Hac Vice. (Signed by Judge Richard J. Holwell on 12/15/2003) (Sacco, John) (Entered: 01/05/2004) |
| 12/17/2003 | 107 | STIPULATION AND ORDER; Defendants' time for serving their respective Answers to plaintiffs' Amended Complaint shall be extended from 12/15/03, up until and including 1/23/04. Defendant Vivendi shall also have up until and including 1/23/04, to file a motion in response to Count IV only, except that the filing of any such motion shall not relieve Vivendi of the obligation to file its Answer to all portions of the Amended Complaint relating to the other Counts. Plaintiffs acknowledge that the Section 12(a)(2) claim is and remains dismissed as against Mr. Hannezo. Mr. Hannezo therefore need not respond to Count II of the Amended Complaint. (Signed by Judge Richard J. Holwell on 12/17/03) (sb, ) (Entered: 01/05/2004) |
| 12/18/2003 | 109 | REPLY MEMORANDUM OF LAW in Support re: 89 MOTION (FILED ON SERVICE DATE) for Reconsideration re; 84 Memorandum & Opinion. Document filed by Guillaume Hannezo. (tp, ) (Entered: 01/08/2004) |
| 12/29/2003 | 110 | SCHEDULING ORDER: Purusant to pre-trial conference held on 12/22/2003. Motions due by 4/29/2005. Responses due by 6/2/2005 Replies due by 7/1/2005. Discovery due by 10/15/2004. Pretrial Conference set for 1/29/2004 10:00 AM before Richard J. Holwell. Status Report due by 2/15/2004. The schedule shall govern the pre-trial proceedings in the consolidated actions. (Signed by Judge Richard J. Holwell on 12/24/2003) Copies mailed by chambers.(jsa, ) (Entered: 01/13/2004) |
| 01/04/2004 | 111 | MOTION to Dismiss Count IV of the Amended Complaint. Document filed by Vivendi Universal. (cd, ) (Entered: 01/16/2004) |
| 01/06/2004 | 112 | |

**JA134**

Case 15-208, Document 88, 08/12/2015, 1574512, Page151 of 299

| | | |
|---|---|---|
| | | DECLARATION of Edward Kang in Support re: 111 MOTION to Dismiss.. Document filed by Vivendi Universal (3 Volumes) (cd, ) (Entered: 01/16/2004) |
| 01/06/2004 | 113 | MEMORANDUM OF LAW in Support re: 111 MOTION to Dismiss.. Document filed by Vivendi Universal. (cd, ) (Entered: 01/16/2004) |
| 01/08/2004 | 114 | MOTION for an Order to Compel defendants' production of documents previously produced to Governmental and Regulatory Authorities, including deposition transcripts. Document filed by Miami Group, Pearson-Doniger Family, Rosenbaum Partners, L.P. (jco, ) (Entered: 01/21/2004) |
| 01/08/2004 | 115 | MEMORANDUM OF LAW in Support re: 114 MOTION to Compel. Document filed by Miami Group, Pearson-Doniger Family, Rosenbaum Partners, L.P. (jco, ) (Entered: 01/21/2004) |
| 01/08/2004 | 116 | AFFIDAVIT of James S. Notis in Support re: 114 MOTION to Compel. (jco, ) (Entered: 01/21/2004) |
| 01/12/2004 | 118 | ORDER denying 71 Motion for relief from the Court's 9/2/03 Order consolidating GAMCO Investors, Inc. v. Vivendi Universal, S.A., 03cv5911, for all purposes with the class action In re Vivendi Universal, S.A. Securities Litigation, 02cv5571. That this motion is denied. So Ordered. . (Signed by Judge Richard J. Holwell on 12/31/03) (jco, ) (Entered: 01/22/2004) |
| 01/13/2004 | | CASHIERS OFFICE REMARK on 108 Order Admitting Attorney Pro Hac Vice in the amount of $25.00, paid on 12/15/03, Receipt Number 496437. (db, ) (Entered: 01/26/2004) |
| 01/14/2004 | 119 | MEMORANDUM OF LAW in Opposition re: 114 MOTION to Compel.. Document filed by Jean-Marie Messier. (dle, ) (Entered: 01/26/2004) |
| 01/14/2004 | 120 | MEMORANDUM OF LAW in Support of defendant Guillaume Hannezo's opposition to plaintiffs' motion to compel dfts' production of documents previously produced to governmental and regulatory authorities, including deposition transcripts. Document filed by Guillaume Hannezo. (dle, ) (Entered: 01/26/2004) |
| 01/14/2004 | 121 | DECLARATION of Kaimipono Wenger in Support of dft Vivendi Universal, S.A.'s memorandum of law in opposition to plaintiffs' motion to compel dfts' production of docuemnts previously produced to governmental and regulatory authorities, including deposition transcripts. Document filed by Vivendi Universal, S.A.. (dle, ) (Entered: 01/26/2004) |
| 01/14/2004 | 122 | MEMORANDUM OF LAW in Opposition re: 114 MOTION to Compel.. Document filed by Vivendi Universal, S.A.. (dle, ) (Entered: 01/26/2004) |
| 01/14/2004 | 123 | DECLARATION of Frederic Crepin. Document filed by Vivendi Universal, S.A.. (dle, ) (Entered: 01/26/2004) |
| 01/20/2004 | 124 | PLAINTIFFS' MEMORANDUM OF LAW in Opposition To Defendant Vivendi Universal S.A.'S Motion To Dismiss Count IV Of The First Amended Consolidated Class Action Complaint re: 23 Motion to Dismiss. Document filed by Barry Family, LP, Edward B Brunswick, Olivier Chastan, |

**JA135**

Case 15-208, Document 88, 08/12/2015, 1574512, Page152 of 299

| | | |
|---|---|---|
| | | Reed S. Clark, Daha Davis, Collen Dodi, Alison Doniger, Beatrice Doniger, Bruce Doniger, Michael Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Yong Man Kim, Jeffrey Kurtz, LMC Capital LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media Corporation, Liberty Media International, Inc., Liberty Programming Company LLC, Miami Group, Pearson-Doniger Family, W. Scott Polland Jr., Hal Price, Nicholas A. Radosevich, Rosenbaum Partners, L.P., Marc Rovner, Ruth Pearson Trust Pearson Trustee, Sheldon Seid, Eleanor Turberg, Leslie Turbowitz, William individually and on behalf of all others similarly situated. (jmi, ) (Entered: 01/27/2004) |
| 01/27/2004 | 125 | REPLY MEMORANDUM OF LAW in Support re: 111 MOTION to Dismiss.. Document filed by Vivendi Universal, S.A.. (dle, ) (Entered: 02/03/2004) |
| 01/28/2004 | 126 | STIPULATION AND ORDER; Defendants' time for serving their respective answers to plaintiffs' amended complaint shall be extended for 1/23/04, up until and including 2/11/04. (Signed by Judge Richard J. Holwell on 1/27/04) Copies Faxed By Chambers.(sb, ) (Entered: 02/04/2004) |
| 01/28/2004 | | Set Answer Due Date purs. to 126 Stipulation and Order, as to Guillaume Hannezo answer due on 2/11/2004; Jean-Marie Messier answer due on 2/11/2004; Universal Studios, Inc. answer due on 2/11/2004; Vivendi Universal answer due on 2/11/2004; Vivendi Universal, S.A. answer due on 2/11/2004. (sb, ) (Entered: 02/04/2004) |
| 01/28/2004 | 127 | TRANSCRIPT of proceedings held on 12/22/03 before Judge Richard J. Holwell.(pr, ) (Entered: 02/05/2004) |
| 01/29/2004 | | Minute Entry: for proceedings held before Judge Richard J. Holwell : Status Conference held on 1/29/2004 as well as oral argument held. (kw, ) (Entered: 03/05/2004) |
| 01/29/2004 | | Set Deadlines/Hearings: Pretrial Conference set for 2/13/2004 10:00 AM before Richard J. Holwell. (kw, ) (Entered: 03/05/2004) |
| 01/30/2004 | 128 | ORDER, oral argument on the motion for reconsideration of the Memo Opinion of 11/4/03, granting in part and denying in part defts' motion to dismiss the Complaint, will be held on 2/13/04, at 10:00 am, in Room 17B, 500 Pearl St. (Signed by Judge Richard J. Holwell on 1/29/04) (cd, ) (Entered: 02/05/2004) |
| 01/30/2004 | 129 | ORDER granting in part and denying in part 114 Motion to Compel . (Signed by Judge Richard J. Holwell on 1/29/04) copies sent by chambers.(cd, ) (Entered: 02/05/2004) |
| 02/02/2004 | 130 | ORDER Oral argument on dft Vivendi Universal, S.A.'s motion to dismiss count IV of the first amended consolidated class action complaint will be held on 2/13/04 at 10:00 in room 17B, 500 Pearl Street. This order corrects the court's 1/29/04 order setting oral argument on the motion for reconsideration. (Signed by Judge Richard J. Holwell on 1/30/04) Associated |

Case 15-208, Document 88, 08/12/2015, 1574512, Page153 of 299

| | | |
|---|---|---|
| | | Cases: 1:02-cv-05571-RJH,1:03-cv-02175-RJH,1:03-cv-05911 Copies faxed by chambers.(dle, ) (Entered: 02/06/2004) |
| 02/02/2004 | 131 | NOTICE of of entry of Order on admission to practice pro hac vice. (yv, ) (Entered: 02/09/2004) |
| 02/10/2004 | 132 | ORDER re: 111 MOTION to Dismiss. filed by Vivendi Universal, Set Deadlines/Hearing as to 111 MOTION to Dismiss. Motion Hearing set for 2/26/2004 02:30 PM before Richard J. Holwell. (Signed by Judge Richard J. Holwell on 2/9/04) Copies Faxed by Chambers".(jco, ) (Entered: 02/17/2004) |
| 02/11/2004 | 133 | ANSWER to Amended Complaint. Document filed by Vivendi Universal, S.A. Related document: 93 Amended Complaint. Received in night deposit box on 2/11/04 at 11:24 p.m.(db, ) (Entered: 02/17/2004) |
| 02/11/2004 | 134 | ANSWER to Amended Complaint. Document filed by Jean-Marie Messier. Related document: 93 Amended Consolidated Class Action Complaint. Messier asserts, and expressly reserves all rights with respect to, all counterclaims or cross-claims that may revealed during the course of discovery. (Received in the Night Deposit Box on 2/11/04 at 7:25 p.m.)(tp, ) (Entered: 02/18/2004) |
| 02/11/2004 | 135 | ANSWER and Affirmative defenses to First Amended Consolidated Complaint.Document filed by Guillaume Hannezo. Related document: 93 Amended Complaint.(tp, ) (Entered: 02/18/2004) |
| 02/17/2004 | 141 | MEMORANDUM OF LAW in Support re: 140 MOTION to Dismiss. Document filed by Vivendi Universal. (sac, ) (Entered: 02/27/2004) |
| 02/17/2004 | 142 | DECLARATION of M. Franklin Boyd in Support re: 140 MOTION to Dismiss. Exhibits attached. Document filed by Vivendi Universal. (sac, ) (Entered: 02/27/2004) |
| 02/17/2004 | 140 | MOTION to Dismiss Gamco Investors, Inc.'s Complaint for violations of The Federal Securities Laws and New York Common Law. Document filed by Vivendi Universal. (sac, ). (Entered: 02/27/2004)Presiding Judge: Holwell, Richard J. (rag, ) (Entered: 08/23/2004) |
| 02/19/2004 | 136 | ENDORSED LETTER addressed to Judge Holwell from Timothy G. Cameron dated 2/17/04 re: Parties request that the deadline for submission of the joint report outlining the procedures pursuant to which depositions outside the U.S. shall be conducted be extended until 2/22/04. Application granted. (Signed by Judge Richard J. Holwell on 2/15/04) Associated Cases: 1:02-cv-05571-RJH,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(sb, ) (Entered: 02/23/2004) |
| 02/20/2004 | 137 | ORDER; Class plaintiffs are invited to file a surreply memorandum in further opposition to defendant Vivendi Universal, S.A.'s motion to dismiss Count IV of the first amended consolidated class action complaint, addressing the issue of whether a Section 14(a) claim against Vivendi Universal Canada, |

**JA137**

Case 15-208, Document 88, 08/12/2015, 1574512, Page154 of 299

| | | | |
|---|---|---|---|
| | | | Inc. would be time-barred. Any submission shall be filed by Wednesday, 2/25/04, and shall be no longer than four pages in length.(Signed by Judge Richard J. Holwell on 2/19/04) (sb, ) (Entered: 02/24/2004) |
| 02/23/2004 | 139 | | CERTIFICATE OF SERVICE of Memorandum Endorsement served on Rosenbaum Partners, L.P., Miami Group, Pearson-Doniger Family, Jean-Marie Messier, Guillaume Hannezo, Eleanor Turberg, on 2/18/04. Service was made by fax. Document filed by Vivendi Universal, Vivendi Universal, S.A. (yv, ) (Entered: 02/26/2004) |
| 02/24/2004 | 138 | | ORDER re: 59 Motion to Dismiss filed by Guillaume Hannezo, 66 Motion to Dismiss filed by Jean-Marie Messier, 28 Motion to Dismiss filed by Jean-Marie Messier, 62 Motion to Dismiss filed by Universal Studios, Inc., Vivendi Universal, S.A., 23 Motion to Dismiss filed by Vivendi Universal, 20 Motion to Dismiss filed by Guillaume Hannezo. At the hearing scheduled for Thursday, 2/26/04, the Court will hear argument on defendants' motion to dismiss the complaint. (Signed by Judge Richard J. Holwell on 2/23/04) Associated Cases: 1:02-cv-05571-RJH,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH Copies faxed by Chambers.(yv, ) Modified on 2/25/2004 (yv, ). (Entered: 02/25/2004) |
| 02/26/2004 | 143 | | MEMORANDUM OF LAW in Opposition re: 111 MOTION to Dismiss. Document filed by Miami Group, Rosenbaum Partners, L.P.. (sac, ) (Entered: 03/01/2004) |
| 02/26/2004 | | | Minute Entry for proceedings held before Judge Richard J. Holwell : Interim Pretrial Conference held on 2/26/2004. Motion for dismissal, the Court reserves decision. All parties to discuss all discovery materials that have been provided. (kw, ) (Entered: 03/02/2004) |
| 02/26/2004 | | | Set Deadlines/Hearings: Pretrial Conference set for 4/1/2004 04:00 PM before Richard J. Holwell. (kw, ) (Entered: 03/02/2004) |
| 03/01/2004 | 144 | | ORDER: Oral Argument set for 4/1/2004 04:00 PM before Richard J. Holwell on defendants' motions to dismiss the complaint in Room 17B, 500 Pearl Street. (Signed by Judge Richard J. Holwell on 2/26/04) (kw, ) (Entered: 03/03/2004) |
| 03/12/2004 | 145 | | TRANSCRIPT of proceedings held on January 29, 2004 before Judge Richard J. Holwell.(jw, ) (Entered: 03/12/2004) |
| 03/25/2004 | 146 | | NOTICE of Change of Address by Patrick Anthony Klingman New Address: that the firm of Schatz & Nobel, P.C. new address is Schatz & Nobel, P.C., One Corporate Ctr., 20 Church Street, Sutie 1700, Hartford, CT 06103, atty. Andrew M. Schatz and Patrick A. Klingman. (pl, ) (Entered: 03/30/2004) |
| 04/01/2004 | | | MEMORANDUM TO THE DOCKET CLERK: that a conference was held before the Honorable Judge Holwell on 4/1/04, and Oral Argument was hered by the Court and the Court reserves decision at this time. (tp, ) (Entered: 04/08/2004) |

**JA138**

Case 15-208, Document 88, 08/12/2015, 1574512, Page155 of 299

| 04/02/2004 | 147 | TRANSCRIPT of proceedings held on 2/26/04 before Judge Richard J. Holwell.(dfe, ) (Entered: 04/02/2004) |
| 04/02/2004 | 148 | TRANSCRIPT of proceedings held on 2/26/04 before Judge Richard J. Holwell.(dfe, ) (Entered: 04/02/2004) |
| 04/02/2004 | 149 | MEMORANDUM OF LAW in Opposition re: 140 MOTION to Dismiss.. (djc, ) (Entered: 04/06/2004) |
| 04/02/2004 | 150 | DECLARATION of Adam F. Jachimowski in Support of the Memorandum of Law in Opposition to Defendant Vivendi Universal, S.A.'s Motion to Dismiss Gamco's Complaint for vbiolations of the Federal Securities Laws and NY Common Law. Docmt filed by GAMCO INVESTORS, INC. Docmt received in night dep. 04/02/04 at 6:32 p.m. (djc, ) (Entered: 04/06/2004) |
| 04/22/2004 | 151 | STIPULATION AND ORDER that shall govern the procedures to be followed when handling confidential materials in this matter. (Signed by Judge Richard J. Holwell on 4/22/04) (dle, ) (Entered: 04/23/2004) |
| 04/22/2004 | 152 | OPINION #89992, granting in part and denying in part 111 Motion to Dismiss,The Court grants defts' motions to dismiss plntfs' Sec 10(b) claims as to alleged omissions regarding Vivendi's sale of put options to banks and its share respurchase program, and denies the motions in all other respects. (Signed by Judge Richard J. Holwell on 4/21/04) (cd, ). Modified on 8/23/2004 (rag, ). (Entered: 04/23/2004) |
| 04/22/2004 | 153 | REPLY MEMORANDUM OF LAW in Further Support re: 140 MOTION to Dismiss. Document filed by Vivendi Universal. Received in the night deposit box on 4/22/04 at 5:03 P.M. (sac, ) (Entered: 04/26/2004) |
| 04/26/2004 | 154 | TRANSCRIPT of proceedings held on 4/1/2004 before Judge Richard J. Holwell.(jmi, ) (Entered: 04/26/2004) |
| 05/12/2004 | 155 | NOTICE of Change of law firm name by William C. Fredericks, Brian C. Kerr, Sol Schreiber on behalf of Barry Family, LP, Edward B Brunswick, Olivier Chastan, Reed S. Clark, Daha Davis, Collen Dodi, Alison Doniger, Beatrice Doniger, Bruce Doniger, Michael Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Yong Man Kim, Jeffrey Kurtz, LMC Capital LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media Corporation, Liberty Media International, Inc., Liberty Programming Company LLC, Miami Group, Pearson-Doniger Family, W. Scott Polland Jr., Hal Price, Nicholas A. Radosevich, Rosenbaum Partners, L.P., Marc Rovner, Ruth Pearson Trust Pearson Trustee, Sheldon Seid, Eleanor Turberg, Leslie Turbowitz, William individually and on behalf of all others similarly situated. New Firm Name: Milberg, Weiss, Bershad & Schulman, L.L.P.,. (dle, ) (Entered: 05/18/2004) |
| 05/20/2004 | 156 | STIPULATION AND ORDER that the time for all defendants to answer the complaint is hereby extended to 6/7/2004. (Signed by Judge Richard J. Holwell on 5/20/2004) Filed In Associated Cases: 1:02-cv-05571-RJH,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv- |

**JA139**

| | | |
|---|---|---|
| | | 07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(jsa, ) (Entered: 05/21/2004) |
| 05/20/2004 | | Set Answer Due Date purs. to 156 Stipulation and Order, as to Guillaume Hannezo answer due on 6/7/2004; Jean-Marie Messier answer due on 6/7/2004; Universal Studios, Inc. answer due on 6/7/2004; Vivendi Universal answer due on 6/7/2004. (jsa, ) (Entered: 05/21/2004) |
| 05/21/2004 | 157 | NOTICE of Change of Address by Brian Philip Murray on behalf of Barry Family, LP, Edward B Brunswick, Olivier Chastan, Reed S. Clark, Daha Davis, Collen Dodi, Alison Doniger, Beatrice Doniger, Bruce Doniger, Michael Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Yong Man Kim, Jeffrey Kurtz, LMC Capital LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media Corporation, Liberty Media International, Inc., Liberty Programming Company LLC, Miami Group, Pearson-Doniger Family, W. Scott Polland Jr., Hal Price, Nicholas A. Radosevich, Rosenbaum Partners, L.P., Marc Rovner, Ruth Pearson Trust Pearson Trustee, Sheldon Seid, Eleanor Turberg, Leslie Turbowitz, William individually and on behalf of all others similarly situated. New Address: Murray, Frank & Sailer, L.L.P., 275 Madison Avenue, Suite 801, New York, New York, 10016, (212) 682-1818. (tp, ) (Entered: 05/26/2004) |
| 06/04/2004 | | Minute Entry for proceedings held before Judge Richard J. Holwell : Interim Pretrial Conference held on 6/4/2004. Discovery issues discussed and order issued that both parties are to submit to the Court by 7/31/2004, a joint report, on the status of defendants production of documents to plaintiff, the status of third-party discovery and any differences between the parties' positions as to the procedure for taking of depositions abroad. Plaintiffs are directed to submit by 9/03/2004 a list of deponents and a proposed schedule for taking depositions. (jeh, ) (Entered: 06/16/2004) |
| 06/07/2004 | 158 | ANSWER to Amended Complaint. Document filed by Guillaume Hannezo. Related document: 93 Amended Complaint.(jco, ) (Entered: 06/08/2004) |
| 06/07/2004 | 159 | ANSWER to Amended Complaint with JURY DEMAND. Document filed by Universal Studios, Inc., Vivendi Universal, S.A.. Related document: 93 Amended Complaint.(jco, ) (Entered: 06/08/2004) |
| 06/08/2004 | 160 | ORDER that the parties shall submit to the court by 7/31/04 a joint report on the status of dfts' production of documents to plaintiff the status of third party discovery and any differences between the parties' positions as to the procedure for the taking of depositions abroad. Plaintiffs are further directed to submit to the court, no later than 9/3/04 a list of deponents and a proposed schedule for the taking of depositions. (Signed by Judge Richard J. Holwell on 6/7/04) Copies faxed by chambers.(dle, ) (Entered: 06/09/2004) |
| 06/08/2004 | | Set/Reset Deadlines: Status Report due by 7/31/2004. (dle, ) (Entered: 06/09/2004) |
| 06/08/2004 | 161 | |

**JA140**

Case 15-208, Document 88, 08/12/2015, 1574512, Page157 of 299

| | | |
|---|---|---|
| | | ANSWER Defendant Jean-Marie Messier Plaintiffs' To Complaint For Injunctive Declaratory And Monetary Relief. Document filed by Jean-Marie Messier.(jmi, ) (Entered: 06/09/2004) |
| 06/14/2004 | 162 | TRANSCRIPT of proceedings held on 6/4/04 before Judge Richard J. Holwell.(pa, ) (Entered: 06/14/2004) |
| 08/02/2004 | | Joint Report pursuant to The Court's 6/7/04 order. (Entered: 08/04/2004) |
| 08/06/2004 | 163 | JOINT REPORT pursuant to the Court's 6/7/04 Order. Document filed by counsel for all parties. (db, ) (Entered: 08/09/2004) |
| 08/27/2004 | 164 | ORDER; the parties are directed to appear for a conference on this matter on September 20, 2004 at 3:30 p.m. in Courtroom 17B, United States Court House, 500 Pearl Street, NY, NY 10007; (Signed by Judge Richard J. Holwell on 08/26/04); copies mailed by Chambers (djc, ) (Entered: 08/30/2004) |
| 09/20/2004 | | Minute Entry for proceedings held before Judge Richard J. Holwell : Pretrial Conference held on 9/20/2004. Next ptc set for 12/15/04 at 4:30 pm. (cd, ) (Entered: 09/24/2004) |
| 09/20/2004 | | Set/Reset Scheduling Order Deadlines: Pretrial Conference set for 12/15/2004 04:30 PM before Richard J. Holwell. (cd, ) (Entered: 09/24/2004) |
| 09/21/2004 | 165 | ORDER denying 87 Motion for Reconsideration, denying 89 Motion for Reconsideration, denying 90 Motion for Reconsideration, granting in part and denying in part 140 Motion to Dismiss. The parties are directed to submit, by 11/4/04, a status report re the deposition schedule. The parties are also directed to provide the Court, by 11/18, supplemental submissions on procedures by which deposition shall be taken. The parties are directed to appear for a conference on this matter on 12/15/04, at 4:30 pm, in Courtroom 17B.. (Signed by Judge Richard J. Holwell on 9/20/04) copies sent by chambers.(cd, ) (Entered: 09/23/2004) |
| 09/23/2004 | 166 | MOTION by City of Miami Beach General Employees Retirement System to supplement the record with respect to Lead Plaintiff Application. (djc, ) (Entered: 09/27/2004) |
| 09/23/2004 | 167 | MEMORANDUM OF LAW in Support by City of Miami Beach General Employees Retirement System's 166 MOTION to supplement the record with respect to Lead Plaintff Application.. (djc, ) (Entered: 09/27/2004) |
| 09/28/2004 | 168 | TRANSCRIPT of proceedings held on 9/20/2004 before Judge Richard J. Holwell.(jp, ) (Entered: 09/28/2004) |
| 10/20/2004 | 169 | NOTICE of Plaintiffs' Motion For Class Certification. Document filed by Miami Group, Pearson-Doniger Family, Rosenbaum Partners, L.P.. (jmi, ) (Entered: 10/22/2004) |
| 10/20/2004 | 170 | MEMORANDUM OF LAW in Support Plaintiffs' re: 169 Notice (Other). Document filed by Miami Group, Pearson-Doniger Family, Rosenbaum Partners, L.P.. (jmi, ) (Entered: 10/22/2004) |
| 10/22/2004 | 171 | |

**JA141**

|  |  | SUPPLEMENTAL MEMORANDUM OPINION TO ORDER OF SEPTEMBER 21, 2004 # 90811.For all of the above reasons, as well as the reasons stated on the record on September 20, 2004, all motions for reconsideration are denied. (Signed by Judge Richard J. Holwell on 10/19/2004) (Entered: 10/26/2004) |
|---|---|---|
| 11/03/2004 | 172 | MOTION for Michael Calhoon to Appear Pro Hac Vice. Document filed by LMC USA VI, Inc., LMC USA VII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media Corporation, Liberty Media International, Inc., Liberty Programming Company LLC. (kw, ) (Entered: 11/04/2004) |
| 11/04/2004 | 175 | JOINT STATUS REPORT pursuant to the Court's Order of 9/20/04.(jco, ) (Entered: 11/12/2004) |
| 11/05/2004 | 173 | ORDER; that plaintiffs are directed to disclose by 11/15/04 the identity of the former officer of U.S. Filter identified in paragraph 174 of the First Amended Consolidated Complaint. (Signed by Judge Richard J. Holwell on 11/4/04) Copies Faxed By Chambes.(pl, ) (Entered: 11/09/2004) |
| 11/05/2004 | 174 | ORDER; re: granting 166 MOTION to supplement the record with respect to Lead Plaintff Application The record shall be supplemented as set forth in Miami Beach's Memorandum in Support of the motion. (Signed by Judge Richard J. Holwell on 11/4/04) (pl, ) (Entered: 11/09/2004) |
| 11/18/2004 | 177 | LETTER addressed to Judge Richard J. Holwell from Michael E. Swartz dated 11/18/04 re: Counsel for Mr. Hannezo writes to request that his deposition be conducted in France pursuant to the procedures set forth in Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, concluded 3/18/70. Document filed by Guillaume Hannezo.(jco, ) (Entered: 11/30/2004) |
| 11/18/2004 | 178 | AFFIRMATION of Jean Veil. Document filed by Guillaume Hannezo. (jco, ) (Entered: 11/30/2004) |
| 11/18/2004 | 179 | LETTER addressed to Judge Richard J. Holwell from Brian C. Kerr dated 11/18/04 re: Counsel for plaintiff writes regarding supplemental submissions. Document filed by Miami Group, Pearson-Doniger Family, Rosenbaum Partners, L.P. (jco, ) (Entered: 12/01/2004) |
| 11/22/2004 | 176 | AFFIRMATION of Jean Veil, ESQ. Document filed by Guillaume Hannezo. (jmi, ) (Entered: 11/24/2004) |
| 12/17/2004 | 180 | LETTER addressed to Judge Holwell from Michael Swartz dated 12/15/2004 Document filed by Guillaume Hannezo.(jp, ) (Entered: 12/23/2004) |
| 12/23/2004 | 181 | AFFIRMATION of Jean Veil. Document filed by Guillaume Hannezo. Filed In Associated Cases: 1:02-cv-05571-RJH,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(jmi, ) (Entered: 12/28/2004) |
| 12/30/2004 | 182 | MEMORANDUM AND OPINION #91064.... Accordingly, the court holds that the employees previously designated by Vivendi in response to plaintiffs' |

**JA142**

| | | |
|---|---|---|
| | | November 2, 2004 Notice of Deposition shall be deposed in France purs to Chapter II of the Hague Convention. Such depositions shall be conducted at the earliest reasonable opportunity. (Signed by Judge Richard J. Holwell on 12/29/04); copies forwarded to counsel of parties (djc, ) Modified on 7/15/2005 (rag, ). (Entered: 01/03/2005) |
| 01/06/2005 | 183 | TRANSCRIPT of proceedings held on 12/15/04 before Judge Richard J. Holwell (es, ) (Entered: 01/06/2005) |
| 02/07/2005 | 184 | MOTION for Prigest, S.A. and Tocqueville Finance, S.A. to Withdraw as lead plaintiffs and proposed class representatives; and MOTION for Gerard Morel and Capital Invest to Intervene as additional named plaintiffs and proposed class representatives. Document filed by Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH, Gerard Morel, Prigest, S.A, Tocqueville Finance, S.A. Received in night deposit box on 2/7/2005 at 6:46 p.m.(kkc, ) (Entered: 02/11/2005) |
| 02/07/2005 | 185 | MEMORANDUM OF LAW in Support re: 184 MOTION to Intervene & MOTION to Withdraw. Document filed by Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH, Gerard Morel, Prigest, S.A, Tocqueville Finance, S.A. Received in night deposit box on 2/7/2005 at 6:46 p.m.(kkc, ) (Entered: 02/11/2005) |
| 02/28/2005 | 186 | MEMORANDUM OF LAW in Support of Defendant Guillaume Hannezo's Opposition to the Motion by Gerard Morel and Capital Invest to Intervene as Additional named plaintiffs and proposed class representatives. Document filed by Guillaume Hannezo. (ae, ) (Entered: 03/09/2005) |
| 02/28/2005 | 187 | MEMORANDUM OF LAW in Opposition re: 184 MOTION to Intervene. MOTION to Withdraw. MOTION to Withdraw. Document filed by Vivendi Universal, S.A. (Filed in the night deposit on 2/28/05 at 5:33 p.m.)(ae, ) (Entered: 03/09/2005) |
| 02/28/2005 | 188 | DECLARATION of Erica L. McCormick in Support re: 187 Memorandum of Law in Oppisition to Motion. Document filed by Vivendi Universal, S.A. (Filed in the night deposit on 2/28/05 at 5:33 p.m.) (ae, ) (Entered: 03/09/2005) |
| 03/11/2005 | 189 | ENDORSED LETTER addressed to Judge Howell from Brian Kerr dated 3/7/05: granting a one day extension of time for the filing of plntfs' reply brief in connection with the Motion by lead plntfs' reply brief in connection with the motion by lead plntfs to withdraw as lead plntfs 3/8/05. (Signed by Judge Richard J. Holwell on 3/8/05) copies sent by chambers.(cd, ) (Entered: 03/15/2005) |
| 03/14/2005 | 192 | REPLY MEMORANDUM OF LAW in Support re: 184 MOTION to Intervene. MOTION to Withdraw. MOTION to Withdraw. Document filed by Prigest, S.A, Tocqueville Finance, S.A. Filed In Associated Cases: 1:02-cv-05571-RJH,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv- |

**JA143**

| | | 07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(yv, ) (Entered: 03/18/2005) |
|---|---|---|
| 03/14/2005 | 193 | DECLARATION of Gerard Morel in Support re: 184 MOTION to Intervene. MOTION to Withdraw. MOTION to Withdraw. Document filed by Gerard Morel. Filed In Associated Cases: 1:02-cv-05571-RJH,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(yv, ) (Entered: 03/18/2005) |
| 03/14/2005 | 194 | DECLARATION of Irene Reisenberger in Support re: 184 MOTION to Intervene. MOTION to Withdraw. MOTION to Withdraw. Document filed by Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH. Filed In Associated Cases: 1:02-cv-05571-RJH,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH (yv, ) (Entered: 03/18/2005) |
| 03/16/2005 | 195 | NOTICE OF DEFENDANT VIVENDI UNIVERSAL, S.A.'S MOTION to Strike Olivier M. Gerard as a Proposed Class Representative and Lead Plaintiff. Document filed by Vivendi Universal. (jmi, ) (Entered: 03/22/2005) |
| 03/24/2005 | 196 | DECLARATION of Gerard Morel in Support re: 184 MOTION to Intervene. Document filed by Gerard Morel. Filed In Associated Cases: 1:02-cv-05571-RJH,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH (ps, ) (Entered: 03/30/2005) |
| 03/24/2005 | 197 | DECLARATION of Irene Reisenberger in Support re: 184 MOTION to Intervene. Document filed by Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH. Filed In Associated Cases: 1:02-cv-05571-RJH,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(ps, ) (Entered: 03/30/2005) |
| 04/05/2005 | 200 | MEMORANDUM OF LAW in Opposition re: 195 MOTION to Strike, fld by lead plaintiff Oliver Gerard. (cd, ) (Entered: 04/19/2005) |
| 04/05/2005 | 201 | DECLARATION of Olivier Gerard in Support re: 200 Memorandum of Law in Opposition to Motion (cd, ) (Entered: 04/19/2005) |
| 04/07/2005 | 198 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Timothy G. Cameron dated 3/22/05 re: requesting leave of this Court to file the enclosed Surreply Memorandum of Law. Application granted. Sur-Reply |

**JA144**

Case 15-208, Document 88, 08/12/2015, 1574512, Page161 of 299

| | | shall be filed with the Clerk of the Court. (Signed by Judge Richard J. Holwell on 4/5/05) Copies Faxed By Chambers.(kw, ) (Entered: 04/08/2005) |
|---|---|---|
| 04/07/2005 | 199 | MEMORANDUM OF LAW in Opposition re: 184 MOTION to Intervene. MOTION to Withdraw. MOTION to Withdraw. Document filed by Vivendi Universal, S.A.(yv, ) (Entered: 04/11/2005) |
| 04/11/2005 | 202 | REPLY MEMORANDUM OF LAW in Support re: 195 MOTION to Strike Oliver M. Gerard as a Proposed Class Representative and Lead Plaintiff. Document filed by Vivendi Universal. Filed In Associated Cases: 1:02-cv-05571-RJH,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(ll, ) (Entered: 04/21/2005) |
| 04/11/2005 | 203 | DECLARATION of Timothy G. Cameron in Support re: 195 MOTION to Strike Oliver M. Gerard as a Proposed Class Representative and Lead Plaintiff. Document filed by Vivendi Universal. Filed In Associated Cases: 1:02-cv-05571-RJH,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(ll, ) (Entered: 04/21/2005) |
| 04/19/2005 | 204 | MOTION to Withdraw as lead plaintiff. Document filed by Alison Doniger. (kw, ) (Entered: 04/25/2005) |
| 04/19/2005 | 205 | MEMORANDUM OF LAW in Support of re: 204 MOTION to Withdraw. Document filed by Alison Doniger. (kw, ) (Entered: 04/25/2005) |
| 04/19/2005 | 206 | MOTION to supplement the record with respect to Lead Plaintiff's application. Document filed by Ruth` Pearson Trust, Edward B Brunswick, Michael Doniger, Alison Doniger, Beatrice Doniger. (kw, ) (Entered: 04/25/2005) |
| 04/19/2005 | 207 | MEMORANDUM OF LAW in Support of re: 206 MOTION to supplement the record with respect to Lead Plaintiff's application. Document filed by Edward B Brunswick, Michael Doniger, Alison Doniger, Beatrice Doniger, Ruth` Pearson Trust. (kw, ) (Entered: 04/25/2005) |
| 04/21/2005 | | Minute Entry for proceedings held before Judge Richard J. Holwell : Status Conference held on 4/21/2005. Remark: The matter will be referredto a Magistrate Judge Pitman for discovery purposes. Depositions of proposed class representatives shall take place by 5/31/2005, with the exception Oliver Gerard, which shall be conducted by 6/30/2005. Opposition to class cert motion shall be filed by 6/30/2005. Reply by 8/12/2005. Expert affidavits shall be allowed, but no expert depositions (on class cert). (mde, ) (Entered: 05/02/2005) |
| 04/25/2005 | 208 | ORDER granting 184 Motion to Intervene, granting 184 Motion to Withdraw, denying 195 Motion to Strike. The Court established the following schedule for resolution of the motion for class certification: 1. |

**JA145**

| | | |
|---|---|---|
| | | Depositions of proposed class representatives shall be completed by 5/31/05, except that the deposition of Olivier M. Gerard shall be completed by 6/30/05; and 2. Opposition to plaintiffs' motion for class certification shall be filed by 6/30;05, and any reply shall be filed by 8/12/05. (Signed by Judge Richard J. Holwell on 4/22/05) Copies Faxed By Chambers.(kw, ) (Entered: 04/29/2005) |
| 04/25/2005 | | Set Deadlines/Hearings: opposition to plaintiffs' motion for class certification shall be filed by 6/30/05 and any reply shall be filed by 8/12/05. (kw, ) (Entered: 04/29/2005) |
| 04/28/2005 | 209 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial. Referred to Magistrate Judge Henry B. Pitman. (Signed by Judge Richard J. Holwell on 4/21/2005) (jsa, ) Modified on 4/29/2005 (jsa, ). copy faxed to counsel for plaintiff by chambers of Judge Holwell 4/22/2005. (Entered: 04/29/2005) |
| 05/02/2005 | 210 | TRANSCRIPT of proceedings held on 4/21/05 before Judge Richard J. Holwell. (mo, ) (Entered: 05/02/2005) |
| 05/31/2005 | 212 | ORDER; granting 204 Motion to Withdraw, granting 206 Motion (Signed by Judge Richard J. Holwell on 5/20/05) Copies Faxed by Chambers (sac, ) (Entered: 06/01/2005) |
| 06/08/2005 | 213 | ORDER: regarding the schedule shall govern future proceedings in this matter. Dispositive motions shall be served no later than 9/29/06. Responses due by 10/31/2006. Replies due by 11/14/2006. Fact discovery due by 5/31/2006. (Signed by Judge Henry B. Pitman on 6/1/05) Copies Mailed By Chambers.(kw, ) (Entered: 06/13/2005) |
| 06/10/2005 | 214 | MOTION for an Order pursuant to Rules 23(d) of the FRCP and this Court's Order of 6/1/05 permitting plaintiffs to substitute William Cavanagh as an additional proposed class representative. Document filed by Collen Dodi, Ruth Pearson Trust Pearson Trustee, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Hal Price, Rosenbaum Partners, L.P., W. Scott Polland, Jr, Nicholas A. Radosevich, Pearson-Doniger Family, Miami Group, Rosenbaum Partners, L.P., Marc Rovner, Sheldon Seid, Leslie Turbowitz, Yong Man Kim, Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Eleanor Turberg, Miami Group, Pearson-Doniger Family, Ruth` Pearson Trust, Olivier Chastan, Reed S. Clark, Daha Davis. Received in night deposit box on 6/10/05 at 8:03 p.m. (yv, ) (Entered: 06/15/2005) |
| 06/10/2005 | 215 | MEMORANDUM OF LAW in Support re: 214 MOTION to Substitute Party. Old Party: New Party: William Cavanagh. Document filed by Collen Dodi, Ruth Pearson Trust Pearson Trustee, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Hal Price, Rosenbaum |

**JA146**

Case 15-208, Document 88, 08/12/2015, 1574512, Page163 of 299

| | | |
|---|---|---|
| | | Partners, L.P., W. Scott Polland, Jr, Nicholas A. Radosevich, Pearson-Doniger Family, Miami Group, Rosenbaum Partners, L.P., Marc Rovner, Sheldon Seid, Leslie Turbowitz, Yong Man Kim, Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Eleanor Turberg, Miami Group, Pearson-Doniger Family, Ruth` Pearson Trust, Olivier Chastan, Reed S. Clark, Daha Davis. Received in night deposit box on 6/10/05 at 8:03 p.m. (yv, ) (Entered: 06/15/2005) |
| 06/28/2005 | 222 | DECLARATION of Brian C. Kerr IN SUPPORT OF PLAINTIFF'S JOINT MOTION TO COMPEL DEFENDANT'S TO PRODUCE DOCUMENTS AND PROVIDE INFORMATION, AND TO SET A FIRM DEADLINE FOR DEFENDANTS TO COMPLETE THEIR INITIAL DOCUMENT PRODUCTION. Document filed by Rosenbaum Partners, L.P.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(jma, ) (Entered: 07/07/2005) |
| 06/30/2005 | 223 | PLAINTIFF'S JOINT MOTION to Compel DEFENDANT VIVENDI UNIVERSAL, S.A. TO PRODUCE ELECTRONIC DATA. Document filed by Rosenbaum Partners, L.P.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(jma, ) (Entered: 07/07/2005) |
| 06/30/2005 | 228 | DEFENDANT GUILLAUME HANNEZO'S LIST OF DEPONENTS Submitted In Accordance With Paragraph 5 of the Court's Order Dated June 1, 2005. Document filed by Guillaume Hannezo. (mde, ) (Entered: 07/15/2005) |
| 07/14/2005 | 229 | ENDORSED LETTER addressed to Magistrate Judge Henry Pitman from Paul C. Saunders dated 6/28/05, Set Deadlines/Hearing as to 223 MOTION to Compel: Responses due by 7/15/2005 Replies due by 7/27/2005. (Signed by Judge Henry B. Pitman on 6/30/05) (sac, ) (Entered: 07/15/2005) |
| 07/14/2005 | 230 | ENDORSED LETTER addressed to Magistrate Judge Henry Pitman from William C. Fredericks dated 7/6/05 re: Application granted, without opposition. Plaintiffs' time to file their reply papers in connection with class certification is extended to 10/31/05.. (Signed by Judge Henry B. Pitman on 7/8/05) (sac, ) (Entered: 07/15/2005) |
| 07/14/2005 | 231 | MOTION for an order, compelling production of Documents and Responses to interrogatories requests by Proposed Class Representatives and Lead Plaintiffs relating to Class Certification. Document filed by Vivendi Universal, Guillaume Hannezo, Jean-Marie Messier. (sac, ) (Entered: 07/15/2005) |
| | | |

**JA147**

| 07/15/2005 | 234 | MOTION to Certify a Class consisting of all persons who purchased or otherwise acquired the ordinary shares or American Depositary Shares of Vivendi Universal, S.A. during the period between 10/30/00 and 8/14/03 as further set forth herein. To appoint Oliver M. Gerard, the Retirement System for General Employees of the City of Miami Beach, Bruce Doniger, Gerard Morel, Capital Invest Die....Gmbh, and William Cavanagh as class representatives, and appointing Milberg Weiss Bershad & Schulman LLP and Abbey Gardy, LLP as class counsel.Document filed by William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (tp, ) (Entered: 07/19/2005) |
| 07/15/2005 | 235 | MEMORANDUM OF LAW in Support re: 234 MOTION to Certify Class.... Document filed by Bruce Doniger, Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (tp, ) (Entered: 07/19/2005) |
| 07/15/2005 | 236 | RESPONSE to Motion re: 231 MOTION to Compel. Document filed by Liberty Media Corporation, Liberty Media International, Inc.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(tp, ) (Entered: 07/19/2005) |
| 07/20/2005 | 237 | ENDORSED LETTER addressed to Judge Pitman from Paul C. Saunders dated 7/14/2005 re: counsel requests permission to submit a letter-brief on recent events relating to defts motion to compel. Application denied. There are already more than enough issues to address at the 7/25 conference. (Signed by Judge Henry B. Pitman on 7/19/2005) (jp, ) (Entered: 07/22/2005) |
| 07/25/2005 | 238 | FIRST OPPOSITION BRIEF *Memorandum of Law in Opposition to Vivendi Universal, S.A.?s Motion to Compel Production of Documents and Responses to Interrogatory Requests Relating to Merits Discovery.* Document filed by GAMCO Investors, Inc.. (Attachments: # 1 Affidavit Declaration of Frank S. Rossi, II, in Support of Opposition)(Wickersham, William) (Entered: 07/25/2005) |
| 07/25/2005 | 247 | MEMORANDUM OF LAW in Support of Defendant Guillaume Hannezo's opposition to Plaintiffs' joint motion to compel defendants to produce documents and provide information, and to set a firm deadline for defendants to complete their initial document production. Document filed by Guillaume Hannezo. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(tb, ) (Entered: 07/28/2005) |
| 07/25/2005 | 248 | MEMORANDUM OF LAW of defendant Jean-Marie Messier in Opposition to plaintiffs' joint motion to compel defendants to produce documents and |

**JA148**

|            |     | provide information, and to set a firm deadline for defendants to complete their intial production. Document filed by Jean-Marie Messier. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(tb, ) (Entered: 07/28/2005) |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 07/25/2005 | 249 | MOTION to Compel production of documents and responses to interrogatory requests by Gamco Investors, Inc. relating to merits discovery. Document filed by Vivendi Universal. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH (tb, ) (Entered: 07/28/2005) |
| 07/26/2005 | 250 | ORDER. Defendants' motion to compel discovery of information concerning plaintiffs' financial background and trading in securities other than securities issues by Vivendi is denied. No later than 8/8/05 Capital Invest shall serve defendants with an affidavit or declaration from Thomas Kellner attesting to the fact that, other than as further set forth in this Order, there are no agreements or other documents in Capital Invest's possession custody or control that describe or reflect the scope of discretion of Capital Invest, or any predecessor, to select investments for Apk EU-Big Caps Fund, or any predecessor, during the class period. No later than 8/15/05, Capital Invest is directed to produce all correspondence in its possession, custody or control between itself, or any predecessor, and ApK, or any predecessor, concerning the Apk Eu-Big Caps Fund. Defendants' motion to compel Capital Invest to produce filed documents and discovery materials in other actions in which Capital Invest has been a representative of a class or putative class is granted. Counsel are directed to confer forthwith to identify the specific documents sought by defendants. Defendants' motion to compel the Retirement System for the General Employees of the City of Miami to produce filed documents and discovery materials in other actions in which the Retirement System has been a representative of a class or putative class is granted. Counsel are directed to confer forthwith to identify the specific documents sought by defendants. No later than 8/8/05, Oliver Gerard, or his counsel, shall confirm to defendants in writing that Gerard has made a diligent search of all reasonable locations at his place of business and that no responsive documents are located there. Oliver Gerard shall forthwith contact the attorney who was present at the meetings of dissident shareholders, namely, Mr. Schmitt, and shall request a copy of the notes taken by Schmitt. If Schmitt agrees to produce such notes to plaintiff, plaintiff shall forward copies to defendants. Defendants' application to compel discovery concerning how a judgment in this case will be enforced against a class member residing outside the US and how class members outside the US will be precluded from bringing suit based upon the same factual allegations against defendants located outside the US is denied (Signed by Judge Henry B. Pitman on 7/26/05) Filed In Associated Cases: 1:02-cv-05571-RJH- |

**JA149**

|  |  | HBP,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH Copies mailed by Chambers.(yv, ) (Entered: 08/01/2005) |
|---|---|---|
| 07/27/2005 | 251 | MOTION to Compel production of documents, data and programs stored or maintained in electronic form by the proposed class representatives, lead plaintiffs, the liberty media plaintiffs and Gamco Investors, Inc. Document filed by Vivendi Universal. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-GEL,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH (tb, ) (Entered: 08/02/2005) |
| 08/17/2005 | 252 | TRANSCRIPT of proceedings held on 8/12/05 before Judge Henry B. Pitman. (lma, ) (Entered: 08/17/2005) |
| 08/17/2005 | 253 | TRANSCRIPT of proceedings held on 8/12/05 before Judge Henry B. Pitman. (lma, ) (Entered: 08/17/2005) |
| 09/01/2005 | 293 | (DUPLICATE ORIGINAL)... ORDER, Notice to the Clerk of Court: This Order, in conjunction with my order dated 7/26/05 (Docket Item 250), closes the motions docketed as Items 223, 231, and 251. (The preceding sentence has no effect on the rights of any party.) (Signed by Judge Henry B. Pitman on 8/24/05) This Document Relates to: 02civ5571, 02civ5919, 02civ5924, 02civ5973, 02civ6170, 02civ6385, 02civ6738, 02civ6956, 02civ7017, 02civ7098, 02civ7346, 02civ7371, 02civ8978, 02civ8979, 03civ2175, 03civ5911(sac, ) (Entered: 01/12/2006) |
| 09/09/2005 | 254 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Paul C. Saunders dated 8/23/05 re: counsel writes to request an increase in the page limit from 25 pages to 75 pages for Vivendi's Memo. of Law in opposition to plaintiffs' motion for class certification. Vivendi's opposition brief shall be no more than 40 pages plaintiffs' reply shall be no more than 20 pages. So Ordered. (Signed by Judge Richard J. Holwell on 9/8/05) (jco, ) (Entered: 09/13/2005) |
| 09/26/2005 | 255 | TRANSCRIPT of proceedings held on 8/22/2005 before Judge Henry B. Pitman. (jar, ) (Entered: 09/26/2005) |
| 10/04/2005 | 256 | ENDORSED LETTER addressed to Magistrate Judge Henry B. Pitman from Timothy G. Cameron dated 9/7/2005 re: request that the class certification briefing schedule be adjusted to reflect those new dates. Briefing schedule due by 10/5/2005. Replies brief due by 11/21/2005.ENDORSEMENT: The modification to the briefing schedule proposes herein are approved. (Signed by Judge Henry B. Pitman on 9/14/2005) (jmi, ) (Entered: 10/06/2005) |
| 10/05/2005 | 261 | MEMORANDUM OF LAW in Opposition re: 234 MOTION to Certify a Class consisting of all persons who purchased or otherwise acquired the ordinary shares or American Depositary Shares of Vivendi Universal, S.A. |

**JA150**

| | | |
|---|---|---|
| | | during the period between 10/30/00 and 8/14/03 as further set forth herein. To appoint Oliver M. Gerard, the Retirement System for General Employees of the City of Miami Beach, Bruce Doniger, Gerard Morel, Capital Invest Die....Gmbh, and William Cavanagh as class representatives, and appointing Milberg Weiss Bershad & Schulman LLP and Abbey Gardy, LLP as class counsel, by William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. Document filed by Guillaume Hannezo. Received in the night deposit box on 10/5/05 at 7:08 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/05/2005 | 262 | DECLARATION of Gerhard Hermann Otto Wegen in Support of Vivendi Universal, S.A.'s Opposition to Plaintiff's Motion for Class Certification. Received in the night deposit box on 10/5/05 at 9:41 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/05/2005 | 263 | DECLARATION of Bernard Audit in Support of Vivendi Universal, S.A.'s Opposition to Plaintiff's Motion for Class Certification. Received in the night deposit box on 10/5/05 at 9:40 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/05/2005 | 264 | DECLARATION of Francois Terre of Vivendi Universal, S.A.'s Opposition to Plaintiff's Motion for Class Certification. Received in the night deposit box on 10/5/05 at 9:40 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/05/2005 | 265 | DECLARATION of Guy Carcassonne in Support of Vivendi Universal, S.A.'s Opposition to Plaintiff's Motion for Class Certification. Received in the night deposit box on 10/5/05 at 9:40 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/05/2005 | 266 | DECLARATION of Cecile Heiser in Support of Vivendi Universal, S.A.'s Opposition to Plaintiff's Motion for Class Certification. Received in the night deposit box on 10/5/05 at 9:40 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/05/2005 | 267 | DECLARATION of Geraud De Geouffre De La Pradelle in Support of Vivendi Universal, S.A.'s Opposition to Plaintiff's Motion for Class Certification. Received in the night deposit box on 10/5/05 at 9:41 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/05/2005 | 268 | DECLARATION of Laurence Rabinowitz in Support of Vivendi Universal, S.A.'s Opposition to Plaintiff's Motion for Class Certification. Received in the night deposit box on 10/5/05 at 9:42 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/05/2005 | 269 | AFFIDAVIT of Sebastien Pouget in Support of Vivendi Universal, S.A.'s Opposition to Plaintiff's Motion for Class Certification. Received in the night deposit box on 10/5/05 at 9:42 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/05/2005 | 270 | DECLARATION of Olivier Renard-Payen in Support of Vivendi Universal, S.A.'s Opposition to Plaintiff's Motion for Class Certification. Received in the night deposit box on 10/5/05 at 9:41 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/05/2005 | 271 | DECLARATION of Paul A. Gompers in Support of Vivendi Universal, S.A.'s Opposition to Plaintiff's Motion for Class Certification. Received in the night deposit box on 10/5/05 at 9:42 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/05/2005 | 272 | |

**JA151**

| | | |
|---|---|---|
| | | DECLARATION of Daniel Cohen in Support of Vivendi Universal, S.A.'s Opposition to Plaintiff's Motion for Class Certification. Received in the night deposit box on 10/5/05 at 9:41 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/05/2005 | 273 | BOUND VOLUME OF UNREPORTED CASES. Received in the night deposit box on 10/5/05 at 9:42 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/06/2005 | 274 | MEMORANDUM OF LAW in Opposition re: 234 MOTION to Certify Class.. Document filed by Jean-Marie Messier. (djc, ) (Entered: 10/07/2005) |
| 10/11/2005 | 275 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF CASE - NOTICE of Change of Address by William W. Wickersham on behalf of GAMCO Investors, Inc.. New Address: Entwistle & Cappucci LLP, 280 Park Avenue, 26th Floor West, New York, New York, United States 10017, 212-894-7200. (Wickersham, William) Modified on 10/25/2005 (gf, ). (Entered: 10/11/2005) |
| 10/17/2005 | 276 | ORDER: The reference to item 70 in paragraph 7, line 2 of the Court's 8/24/2005 order is amended to refer to item 79. All other rulings are set forth in this order. (Signed by Magistrate Judge Henry B. Pitman on 10/13/2005) Copies Mailed By Chambers.(lb, ) (Entered: 10/18/2005) |
| 10/25/2005 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney William Wickersham to MANUALLY RE-FILE Document Notice of Change of Address, Document No. 275. This case is not ECF. (gf, ) (Entered: 10/25/2005) |
| 10/25/2005 | 277 | ENDORSED LETTER: addressed to Judge Richard J. Holwell from Brian C. Kerr dated 10/25/05 re: Class plaintiffs request that the Court allow plaintiffs to file a reply brief in further support of their motion for class certification of up to 40 pages in length and the Court extend the deadline for plaintiffs to file their reply brief and expert affidavits in further support of their class certification motion by 30 days from 11/21/05 to 12/21/05. ENDORSEMENT: Class plaintiffs' reply brief shall not exceed 25 pages, and shall be filed no later than 12/21/05. (Signed by Judge Richard J. Holwell on 10/24/05) (js, ) (Entered: 10/26/2005) |
| 10/27/2005 | 278 | ORDER: Plaintiffs should serve and file a formal mtion to compel the rating agencies to comply with their subpoenas as soon as possible. (Signed by Judge Henry B. Pitman on 10/21/05) (js, ) (Entered: 10/28/2005) |
| 11/16/2005 | 279 | ORDER; responses due by 11/22/2005 Replies due by 12/2/2005. Oral Argument set for 12/8/2005 02:00 PM before Magistrate Judge Henry B. Pitman. (Signed by Judge Henry B. Pitman on 11/4/05) (pl, ) (Entered: 11/17/2005) |
| 12/06/2005 | 280 | NOTICE of Appearance by Richard M. Lorenzo, Morris Alexander Bowie, II, James G. Szymanski on behalf of Vivendi Universal, S.A. (db, ) (Entered: 12/08/2005) |
| 12/12/2005 | 281 | ORDER; Mr. Neil S. Cartusciello, is appointed special master to resolve the parties' dispute concerning the relevance of the redacted portions of the SEC transcripts. One-half of Mr. Carusciello's fees and expenses shall be borne by |

**JA152**

|            |     | pltfs, the remaining half shall be borne by defendants. The reference to Mr. Cartusciello is limited to the matter of the SEC transcripts. The parties are directed to contact Mr. Carusciello promptly to discuss a schedule for submissions concerning the transcripts. (Signed by Judge Henry B. Pitman on 11/18/05) (kco, ) (Entered: 12/12/2005) |
|------------|-----|-----|
| 12/12/2005 | 282 | STIPULATION SCHEDULING ORDER: The parties having stipulated to the provisions stated in this order regarding discovery produced by GAMCO. (Signed by Judge Henry B. Pitman on 11/30/2005) (jmi, ) (Entered: 12/13/2005) |
| 12/23/2005 | 284 | ORDER To memorialize a number of rulings and decisions related to discovery and the status of this matter that were made at a conference held on this matter on December 7, 2005. A follow-up discovery conference will be held on January 18,2006 at 10:00. Any party wishing to raise an issue for discussion at the conference should do so by letter no later than January 4,2005. Responsive letters shall be sumitted no later than January 11,2005. SO Ordered. (Signed by Judge Henry B. Pitman on 12/16/2005) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-RJH,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(jmi, ) (Entered: 12/27/2005) |
| 01/05/2006 | 285 | AFFIDAVIT of Todd B. Hilsee on Ability to Provided Multi-National Notice to Class Members. (djc, ) (Entered: 01/09/2006) |
| 01/05/2006 | 286 | DECLARATION of Hans Smit, Stanley H. Fuld Professor of Law, Columbia University. (djc, ) (Entered: 01/09/2006) |
| 01/05/2006 | 287 | DECLARATION of Alexis Mourre in Support re: 234 MOTION to Certify Class.. (djc, ) (Entered: 01/09/2006) |
| 01/05/2006 | 288 | DECLARATION of Sanjai Bhagat in Support re: Plaintiffs' 234 MOTION to Certify Class.. (djc, ) (Entered: 01/09/2006) |
| 01/05/2006 | 289 | DECLARATION of Prof. Jonathan Harris, B.C.L. M.A. Ph.D., in Support of Plaintiffs' motion for Class Certification. (djc, ) (Entered: 01/09/2006) |
| 01/05/2006 | 290 | DECLARATION of Prof. Dr. Peter Mankowski in Support of Plaintiffs' Motion for Class Certification. (djc, ) (Entered: 01/09/2006) |
| 01/05/2006 | 291 | DECLARATION of Prof. Helene Gaudemen-Tallon in Support of Plaintiffs' Motion for Class Certification. (djc, ) (Entered: 01/09/2006) |
| 01/06/2006 | 292 | MEMO ENDORSEMENT: Defendants' application to make ex parte submissions to the Special Master (beyond the unredacted transcripts themselves) is denied. Not only would ex parte submissions make it impossible for plaintiffs to respond to defendants' arguments, ex parte submissions would probably make it impossible for plaintiffs to even receive the Special Master's report. Finally, most, if not all, of the defendants can easily make their arguments without revealing the specific details of the testimony they seek to withhold. So Ordered. (Signed by Magistrate Judge |

**JA153**

| | | |
|---|---|---|
| | | Henry B. Pitman on 1/4/2006) Copies Faxed By Chambers: (lb, ) (Entered: 01/09/2006) |
| 01/12/2006 | | MEMO ENDORSED ON MOTION; granting without opposition, 214 Motion for an order, permitting plaintiffs to substitute William Cavanagh as an additional proposed class representative. Mr. Cavanagh is directed to serve and file his motion for class certification no later than 7/15/05. (Signed by Judge Henry B. Pitman on 7/6/05) (sac, ) (Entered: 01/12/2006) |
| 01/19/2006 | 294 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Paul C. Saunders dated 1/6/06 re: Request leave to make an additional submission to your Honor responding to the matters raised in plaintiffs' reply submissions. If your Honor is amenable to this request, we propose to make that submission no later than Monday February 6, 2006. ENDORSEMENT: Application GRANTED in part. Defendants may file by 2/6/06 a sur-reply memorandum not to exceed 10 pages and 2 sur-reply declaration of equal length. (Signed by Judge Richard J. Holwell on 1/19/06) (js, ) (Entered: 01/20/2006) |
| 02/06/2006 | 295 | DECLARATION of Paul Gompers in Support of Vivendi Universal, S.A.'s Sur-Reply Memorandum Further Opposition to Plaintiffs' Substituted Motion for Class Certification. Document filed by Vivendi Universal. (jmi, ) (Entered: 02/07/2006) |
| 02/06/2006 | 296 | DECLARATION of Daniel Cohen and Geraud De Geouffre De La Pradelle in Support of Vivendi Universal, S.A.'s Sur-Reply Memorandum Further Opposition to Plaintiffs' Substituted Motion for Class Certification. Document filed by Vivendi Universal. (jmi, ) (Entered: 02/07/2006) |
| 02/06/2006 | 297 | REPLY MEMORANDUM OF LAW in Opposition to Plaintiffs' Substituted Motion for Class Certification. Document filed by Vivendi Universal. (jmi, ) (Entered: 02/07/2006) |
| 04/25/2006 | 298 | ENDORSED LETTER addressed to Magistrate Judge Henry B. Pitman from Michael Calhoon dated 4/13/06 re: counsel opposes Vivendi producing reformatted results of the test by 4/21/06. Application denied without prejudice to renewal after plaintiffs review dft's production. (Signed by Judge Henry B. Pitman on 4/25/06) (dle, ) (Entered: 04/25/2006) |
| 04/25/2006 | 299 | ORDER that Gamco is directed to produce the documents identified as a result of its key word search no later than 4/24/06; Vivendi is directed to produced the results of the test queries generated on its internal computing system no later than 4/21/06; to the extent plaintiffs wish to explore the alleged discrepancies between the data yielded by the SQL software and Vivendi's published financial data, they are directed to do so by way of 30(b)(6) deposition; Vivendi is to propose a schedule to identify the law applicable to its claims of privilege no later than 4/17/06; commencing on 4/17/06 Vivendi is to identify no fewer than fifty of such individuals per week until all of requested individuals have been identified; Liberty Media is directed to either provide the document source information requested by Vivendi by 5/10/06 or submit an affidavit by that date explaining why it has not been able to do so; all fact discovery shall be completed by 11/30/06; plaintiff |

**JA154**

Case 15-208, Document 88, 08/12/2015, 1574512, Page171 of 299

| | | |
|---|---|---|
| | | shall make all disclosures required by FRCP 26(a)(2) no later than 11/30/06; dfts shall make FRCP 26(a)(2) disclosures no later than 1/2/07; deposition of expert witness shall be completed by 2/28/07; dispositive motions shall be served no later than 3/30/07; opposition papers shall be served no later than 4/30/07; reply papers shall be served no later than 5/14/07. (Signed by Judge Henry B. Pitman on 4/13/06) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02-cv-07346-RJH-HBP,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(dle, ) (Entered: 04/26/2006) |
| 04/25/2006 | | Set/Reset Deadlines: Deposition due by 2/28/2007. Discovery due by 11/30/2006. (dle, ) (Entered: 04/26/2006) |
| 05/10/2006 | 300 | ORDER that no later than 5/16/06 dft Vivendi shall confirm in writing to all counsel that it is relying on United States law of privilege with respect to all documents listed on its index of privileged documents that were sent to or from or copied to an attorney admitted to practice in a U.S. jurisdiction or specify the document Vivendi claims to be privileged under U.S. law; commencing on 5/19/06 Vivendi shall identify the privilege law it claims is applicable to at least 300 of the remaining documents on its index of privileged documents as further set forth in this order; in light of the technical nature of the issues, a hearing will be held on 5/17/06 at 10:30a.m. to address the issues as further set forth in this order; no later than 5/15/06 GAMCO is directed to produce the documents identified as a result of its key word search. (Signed by Judge Henry B. Pitman on 5/9/06) Copies mailed by chambers.(dle, ) (Entered: 05/11/2006) |
| 05/24/2006 | 301 | ORDER: Vivendi's application for a Protective Order concerning the 30(b)(6) deposition sought by plaintiffs' notice of deposition dted 4/11/06 is DENIED. No later than 6/12/06, all parties shall identify the witnesses they seek to depose during July and August 2006. No later than 8/10/06, all parties shall identify witnesses they seek to depose in September and October 2006. No later than 10/10/06, all parties shall identify the witnesses they seek to depose in November 2006. Paragraphs 1 and 2 of the 5/9/06 Order are amended (re: privilege law claims) as further set forth in said Order. (Signed by Judge Henry B. Pitman on 5/18/06) Copies Mailed by Chambers.(db, ) (Entered: 05/25/2006) |
| 06/26/2006 | 302 | MOTION for Leave to File Supplemental Declaration of Alexis Mourre in Support of Plntfs' Motion for Class Certification, filed by Class Plaintiffs.. (cd, ) (Entered: 06/28/2006) |
| 06/26/2006 | 303 | MEMORANDUM OF LAW in Support re: 302 MOTION for Leave to File Supplemental Declaration of Alexis Mourre in Support of Plntfs' Motion for Class Certification, filed by Class Plaintiffs. (cd, ) (Entered: 06/28/2006) |
| 06/30/2006 | 304 | ORDER: Plaintiffs' motion 302 seeking permission to file the supplemental declaration of Alexis Mourre, Esq. is hereby GRANTED. Defendants may file a responsive supplemental declaration by July 10, 2006. (Signed by Judge Richard J. Holwell on 6/29/06) (js, ) (Entered: 07/06/2006) |

**JA155**

| 07/10/2006 | 305 | Joint Declaration of Bernard Audit, Guy Carcassone, Daniel Cohen, Geraud De Geouffre De La Pradelle and Olivier Renard-Payen setting forth observations with respect to the supplemental declaration of Alexis Mourre and the decision of the Cour De Cassation in Prieur v. De Montenach. (dle, ) (Entered: 07/12/2006) |
| 07/24/2006 | 306 | DECLARATION of Alexis Mourre re: 305 Joint Declaration of Bernard Audit, Guy Carcassone, Daniel Cohen, Geraud De Geouffre De La Pradelle and Olivier Renard-Payen setting forth observations with respect to the supplemental declaration of Alexis Mourre and the decision of the Cour De Cassation in Prieur v. De Montenach. (jar, ) (Entered: 07/25/2006) |
| 07/24/2006 | 307 | SUPPLEMENTAL DECLARATION of Alexis Mourre in Support re: 234 MOTION to Certify Class Certify a Class consisting of all persons who purchased or otherwise acquired the ordinary shares or American Depositary Shares of Vivendi Universal, S.A. during the period between 10/30/00 and 8/14/03 as further set forth herein. To appoint Oliver M. Gerard, the Retirement System for General Employees of the City of Miami Beach, Bruce Doniger, Gerard Morel, Capital Invest Die Gmbh, and William Cavanagh as class representatives, and appointing Milberg Weiss Bershad & Schulman LLP and Abbey Gardy, LLP as class counsel. (jar, ) (Entered: 07/25/2006) |
| 08/04/2006 | 308 | TRANSCRIPT of proceedings held on 7/18/06 before Judge Richard J. Holwell. (tro, ) (Entered: 08/04/2006) |
| 08/04/2006 | 309 | NOTICE OF CHANGE OF ADDRESS by Morris Alexander Bowie, II, Richard Michael Lorenzo, James G. Szymanski on behalf of Vivendi Universal, Vivendi Universal, S.A.. New Address: Day, Berry & Howard LLP, 875 Third Avenue, New York, New York, 10022, (212) 829-3600. (jmi, ) (Entered: 08/09/2006) |
| 08/22/2006 | 310 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF CASE - NOTICE OF APPEARANCE by James Michael Evangelista on behalf of Capital Invest (Evangelista, James) Modified on 8/23/2006 (gf, ). (Entered: 08/22/2006) |
| 08/23/2006 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney James Evangelista to MANUALLY RE-FILE Document Notice of Appearance, Document No. 310. This case is not ECF. (gf, ) (Entered: 08/23/2006) |
| 08/25/2006 | 311 | ENDORSED LETTER: addressed to Judge Henry B. Pitman from Theodore Edelman dated 8/2/06 re: In view of the scheduling difficulties in France during the August summer holidays to which the Courrt referred at the July 19 status conference, Lazard requests that the Court set August 23 as the deadline for Lazard's response to plaintiff's motion. ENDORSEMENT: The schedule proposed on page 2 is approved. (Signed by Judge Henry B. Pitman on 8/22/06) (Entered: 08/28/2006) |
| 08/25/2006 | 312 | |

**JA156**

| | | |
|---|---|---|
| | | ORDER; the procedures outlined in this order shall be followed at all future depositions in this matter. (Signed by Judge Henry B. Pitman on 8/15/06) (kco, ) (Entered: 08/28/2006) |
| 08/25/2006 | 313 | ORDER: regarding the rulings that the Court made in this matter on 7/19 and 8/15/2006, and to resolve a dispute concerning Vivendi's fourth request for production of documents to the Liberty Media plaintiffs as set forth in this order. Counsel shall report for a conference on 9/6/2006 at 10:00 a.m. to discuss possible resolutions of the database issues. (Signed by Magistrate Judge Henry B. Pitman on 8/22/2006) Copies Mailed By Chambers.(lb, ) (Entered: 08/28/2006) |
| 09/01/2006 | 314 | NOTICE OF APPEARANCE by James Michael Evangelista on behalf of Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH (djc, ) (Entered: 09/05/2006) |
| 09/08/2006 | 315 | ORDER the court, having granted Vivendi, S.A.'s ("Vivendi") application for addional time to object to the Court's Order of August 22, 2006; hereby Ordered that any objections by Vivendi to the Court's Order of August 22, 2006, be submitted on or before September 13, 2006. (Signed by Judge Henry B. Pitman on 9/7/2006) (jmi, ) (Entered: 09/08/2006) |
| 09/08/2006 | 316 | NOTICE OF APPEARANCE by Brian C. Kerr on behalf of The retirement System for General Employees of the City of Miami Beach (djc, ) (Entered: 09/12/2006) |
| 09/20/2006 | 317 | CROSS-MOTION for Protective Order requiring (i) discovery from Lazard (Non-Party) in the Republic of France be taken pursuant to Chapter II of the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters (ii) Plaintiffs pay Lazard's costs, including Lazard's attorneys fees, associated with Lazard' response to Plaintiffs' Joint Motion to Compel Lazard to Produce Documents that are Located outside of the US pursuant to Fed. R. Civ. P. 37(a)(4) and 26(c).Filed by Lazard Group LLC. (jar, ) (Entered: 09/22/2006) |
| 09/20/2006 | 321 | MEMORANDUM OF LAW in Opposition re: 318 MOTION to Compel for an order purs. to FRCP 26,34,37 and 45 and Local Civil Rule 37.2 to compel Lazard Group LLC to produce documents that are located outside of the United States. And In Support of Lazard Group LLC'S CROSS-MOTION for a Protective Order. (jar, ) (Entered: 09/25/2006) |
| 09/20/2006 | 322 | REPLY MEMORANDUM OF LAW in Support re: 317 MOTION for Protective Order requiring (i) discovery from Lazard (Non-Party) in the Republic of France be taken pursuant to Chapter II of the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters (ii) Plaintiffs pay Lazard's costs, including Lazard's attorneys fees, associated with Lazard' response to Plaintiffs' Joint Motion to Compel Lazard to Produce Documents that are Located outside of the US pursuant to Fed. R. Civ. P. 37(a)(4) and 26(c). Document filed by Lazard Group LLC. (jar, ) (Entered: 09/25/2006) |
| 09/20/2006 | 323 | |

**JA157**

|  |  | DECLARATION of Ellen V. Holloman in Opposition re: 318 MOTION to Compel for an order purs. to FRCP 26,34,37 and 45 and Local Civil Rule 37.2 to compel Lazard Group LLC to produce documents that are located outside of the United States. Document filed by Lazard Group LLC. (jar, ) (Entered: 09/25/2006) |
|---|---|---|
| 09/20/2006 | 324 | DECLARATION of Ellen V. Holloman in Support re: 317 MOTION for Protective Order requiring (i) discovery from Lazard (Non-Party) in the Republic of France be taken pursuant to Chapter II of the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters (ii) Plaintiffs pay Lazard's costs, including Lazard's attorneys fees, associated with Lazard' response to Plaintiffs' Joint Motion to Compel Lazard to Produce Documents that are Located outside of the US pursuant to Fed. R. Civ. P. 37(a)(4) and 26(c). Document filed by Lazard Group LLC. (jar, ) (Entered: 09/25/2006) |
| 09/21/2006 | 318 | MOTION for an orderpurs. to FRCP 26,34,37 and 45 and Local Civil Rule 37.2 to compel Lazard Group LLC to produce documents that are located outside of the United States. Document filed by Collen Dodi, Ruth Pearson Trust Pearson Trustee, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Hal Price, Rosenbaum Partners, L.P., W. Scott Polland, Jr, Nicholas A. Radosevich, Pearson-Doniger Family, Miami Group, Rosenbaum Partners, L.P., Marc Rovner, Sheldon Seid, Leslie Turbowitz, Yong Man Kim, Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Barry Family, LP, Eleanor Turberg, Miami Group, Pearson-Doniger Family, Ruth` Pearson Trust, Gerard Morel, Capital Invest, GAMCO Investors, Inc., William individually and on behalf of all others similarly situated, Olivier Chastan, Reed S. Clark, Daha Davis. (dle, ) (Entered: 09/22/2006) |
| 09/21/2006 | 319 | MEMORANDUM OF LAW in Support re: 318 MOTION to Compel.. Document filed by Collen Dodi, Ruth Pearson Trust Pearson Trustee, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Hal Price, Rosenbaum Partners, L.P., W. Scott Polland, Jr, Nicholas A. Radosevich, Pearson-Doniger Family, Miami Group, Rosenbaum Partners, L.P., Marc Rovner, Sheldon Seid, Leslie Turbowitz, Yong Man Kim, Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Barry Family, LP, Eleanor Turberg, Miami Group, Pearson-Doniger Family, Ruth` Pearson Trust, Gerard Morel, Capital Invest, GAMCO Investors, Inc., William individually and on behalf of all others similarly situated, Olivier Chastan, Reed S. Clark, Daha Davis. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP,1:02-cv-05919-HB,1:02-cv-05924-HB,1:02-cv-05973-HB,1:02-cv-06170-HB, 1:02-cv-06385-HB,1:02-cv-06738-HB,1:02-cv-06956-HB,1:02-cv-07017,1:02-cv-07098-HB, 1:02- |

**JA158**

| | | |
|---|---|---|
| | | cv-07346-RJH-HBP,1:02-cv-07371-HB,1:02-cv-08978-HB,1:02-cv-08979-HB,1:03-cv-02175-RJH, 1:03-cv-05911-RJH(dle, ) (Entered: 09/22/2006) |
| 09/21/2006 | 320 | MEMORANDUM OF LAW in Support re: 318 MOTION to Compel.. Document filed by Collen Dodi, Ruth Pearson Trust Pearson Trustee, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Hal Price, Rosenbaum Partners, L.P., W. Scott Polland, Jr, Nicholas A. Radosevich, Pearson-Doniger Family, Miami Group, Rosenbaum Partners, L.P., Marc Rovner, Sheldon Seid, Leslie Turbowitz, Yong Man Kim, Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Barry Family, LP, Eleanor Turberg, Miami Group, Pearson-Doniger Family, Ruth` Pearson Trust, Gerard Morel, Capital Invest, GAMCO Investors, Inc., William individually and on behalf of all others similarly situated, Olivier Chastan, Reed S. Clark, Daha Davis. (dle, ) Modified on 9/22/2006 (dle, ). (Entered: 09/22/2006) |
| 10/16/2006 | 325 | ORDER: If any party wishes to respond to the 8/17/2006 Swartz letter or the 8/25/2006 Malone letter, such submission shall be made to Chambers no later than 10/25/2006. (Signed by Magistrate Judge Henry B. Pitman on 10/16/2006) (Entered: 10/17/2006) |
| 10/17/2006 | 326 | ORDER: The Court's order dated 10/16/2006 is hereby vacated. (Signed by Magistrate Judge Henry B. Pitman on 10/17/2006) (Entered: 10/17/2006) |
| 11/16/2006 | 327 | MEMORANDUM OPINION # 93939 AN ORDER re: 317 MOTION for Protective Order, 318 MOTION to Compel filed by Edward B Brunswick, Bruce Doniger, Yong Man Kim, Liberty Media Corporation, Jeffrey Kurtz, Leslie Turbowitz, Rosenbaum Partners, L.P., Reed S. Clark, Marc Rovner, William individually and on behalf of all others similarly situated, Olivier Chastan, Daha Davis, Sheldon Seid, Beatrice Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Alison Doniger, Michael Doniger, Ruth Pearson Trust Pearson Trustee, W. Scott Polland, Jr., Hal Price, Nicholas A. Radosevich, Miami Group, Pearson-Doniger Family, Eleanor Turberg, Collen Dodi, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Barry Family, LP, GAMCO Investors, Inc., Gerard Morel, Ruth` Pearson Trust, Capital Invest. (Signed by Judge Henry B. Pitman on 11/13/06) (jco, ) (Entered: 11/17/2006) |
| 11/16/2006 | 328 | ORDER all fact discovery in this matter shall be concluded no later than 3/15/07; in the absence of newly discovery evidence, substantially changed circumstances or extraordinary cause, the parties' depositions shall be substantially limited to the witnesses identified by the parties on or before 10/10/06. Plaintiffs shall make all disclosures required by F.R.C.P. 26(a)(2) no later than 5/15/07. Defendants shall make all disclosures required by F.R.C.P. 26(a)(2) no later than 7/15/07. Messier's application to be examined pursuant to the Hague Convention is denied; he shall be deposed in |

**JA159**

| | | |
|---|---|---|
| | | accordance with the F.R.C.P. So Ordered. (Signed by Judge Henry B. Pitman on 11/13/06) (jco, ) (Entered: 11/17/2006) |
| 01/09/2007 | 329 | NOTICE OF APPEARANCE by Matthew Gluck on behalf of The retirement System for General Employees of the City of Miami Beach (djc, ) (Entered: 01/10/2007) |
| 01/09/2007 | 330 | NOTICE OF APPEARANCE by William B. Scoville on behalf of The retirement System for General Employees of the City of Miami Beach (djc, ) (Entered: 01/11/2007) |
| 01/09/2007 | 331 | NOTICE of Withdrawal for David J. Bershad of Milberg WEiss & Bershad. Document filed by The retirement System for General Employees of the City of Miami Beach. (cd, ) (Entered: 01/11/2007) |
| 01/09/2007 | 332 | NOTICE OF APPEARANCE by Michael Champlin Spencer on behalf of The retirement System for General Employees of the City of Miami Beach (djc, ) (Entered: 01/11/2007) |
| 01/09/2007 | 333 | NOTICE OF CHANGE OF ADDRESS by Michael Champlin Spencer on behalf of The retirement System for General Employees of the City of Miami Beach. New Address: Milberg Weiss & Bershad LLLP, One Pennsylvania Plaza, New york, NY, 10119, 212-594-5300. (djc, ) (Entered: 01/11/2007) |
| 01/09/2007 | 334 | NOTICE of of Withdrawal of William C. Fredericks of Milberg WEiss et al. Document filed by The retirement System for General Employees of the City of Miami Beach. (cd, ) (Entered: 01/11/2007) |
| 01/11/2007 | 335 | MEMORANDUM OPINION AND ORDER # 94131. Liberty Media's application to compel Vivendi to direct Salustro Reydel to produce documents is denied...Liberty Media's application to preclude Vivendi from relyingon advice or information it received from Salustro as a full or partial defense is denied...Liberty Media's application to compel production of additional USG documents is denied... (Signed by Judge Henry B. Pitman on 1/5/07) (kco) (Entered: 01/16/2007) |
| 01/16/2007 | 336 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - NOTICE OF CHANGE OF ADDRESS by Richard Michael Lorenzo on behalf of Vivendi Universal, S.A.. New Address: Day Pitney LLP, 875 Third Avenue, New York, New York, USA 10022, (212) 829-3600. (Lorenzo, Richard) Modified on 2/23/2007 (lb). (Entered: 01/16/2007) |
| 01/16/2007 | 337 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - NOTICE OF CHANGE OF ADDRESS by Morris Alexander Bowie, II on behalf of Vivendi Universal, S.A.. New Address: Day Pitney LLP, 875 Third Avenue, New York, New York, USA 10022, (212) 829-3600. (Bowie, Morris) Modified on 2/23/2007 (lb). (Entered: 01/16/2007) |
| 01/16/2007 | 338 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - NOTICE OF CHANGE OF ADDRESS by James George Szymanski on behalf of Vivendi Universal, S.A.. New Address: Day Pitney LLP, 875 Third Avenue, New York, New York, USA 10022, (212) 829-3600. (Szymanski, James) Modified on 2/23/2007 (lb). (Entered: 01/16/2007) |
| | | |

**JA160**

| | | |
|---|---|---|
| 02/23/2007 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Richard Michael Lorenzo to MANUALLY RE-FILE Document NOTICE OF CHANGE OF ADDRESS, Document No. 336. This case is not ECF. (lb) (Entered: 02/23/2007) |
| 02/23/2007 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Morris Alexander Bowie, II to MANUALLY RE-FILE Document *337NOTICE OF CHANGE OF ADDRESS, Document No. 337. This case is not ECF. (lb) (Entered: 02/23/2007) |
| 02/23/2007 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney James George Szymanski to MANUALLY RE-FILE Document NOTICE OF CHANGE OF ADDRESS, Document No. 338. This case is not ECF. (lb) (Entered: 02/23/2007) |
| 03/09/2007 | 339 | FILING ERROR - ELECTRONIC FILING IN NON-ECF CASE - NOTICE OF CHANGE OF ADDRESS by Nadeem Faruqi on behalf of Eleanor Turberg. New Address: FARUQI & FARUQI, LLP, 369 Lexington Avenue, 10th Floor, New York, NY, 10017-6531, (212) 983-9330. (Faruqi, Nadeem) Modified on 3/20/2007 (lb). (Entered: 03/09/2007) |
| 03/20/2007 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF CASE ERROR. Note to Attorney Nadeem Faruqi to MANUALLY RE-FILE Document NOTICE OF CHANGE OF ADDRESS, Document No. 339. This case is not ECF. (lb) (Entered: 03/20/2007) |
| 03/23/2007 | 340 | MEMORANDUM OPINION & ORDER granting in part re: 234 MOTION to Certify Class. filed by William Cavanagh, The retirement System for General Employees of the City of Miami Beach, Oliver M. Gerard. A class is hereby certified consisting of all persons from the US, France, England, and the Netherlands who purchased or otherwise acquired ordinary shares or American Depository Shares of Vivendi Universal, S.A. between 10/20/00 and 8/14/02. (Signed by Judge Richard J. Holwell on 3/22/07) (cd) (Entered: 03/26/2007) |
| 04/03/2007 | 341 | NOTICE OF CHANGE OF ADDRESS by Nadeem Faruqui on behalf of Eleanor Turberg. New Address: Faruqi & Farqui, LLP, 369 Lexington Avenue, 10th Floor, New York, NY, 10017-6531, Telephone: (212) 983-9330 Fax: (212) 983-9331. (tro) (Entered: 04/05/2007) |
| 04/03/2007 | 342 | NOTICE of Change of Firm Affliation of the following plaintiff's, William S. Lerach, Patrick J. Coughlin, Randi D. Bandman and Luke Brooks, who were formerly with Milberg Weiss Bershad Hynes & Lerach LLP. New Firm: Lerach Coughlin Stoia Geller Rudman & Robbins, LLP. New Address: 9601 Wilshire Boulevard, Suite 510, Los Angeles, CA, 90210. Telephone: (310) 849-3100 Fax: (310) 278-2148. Document filed by Rosenbaum Partners, L.P. (tro) (Entered: 04/05/2007). Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(tro) (Entered: 04/05/2007) |
| 04/06/2007 | 343 | NOTICE OF WITHDRAWAL OF ATTORNEY/ORDER; The undersigned counsel is no longer affiliated with the law firm of King & Spalding LLP and is no longer counsel of record for defendant Jean-Marie Messier. No further |

| | | |
|---|---|---|
| | | correspondence should be sent to the undersigned counsel (Jennifer Hurley McGay of McKee Nelson LLP). Michael J. Malone, lead counsel of record at King & Spalding LLP, continues to represent defendant Jean-Marie Messier and all future correspondence should be sent solely to his attention. (Signed by Judge Richard J. Holwell on 4/3/07) (djc) (Entered: 04/09/2007) |
| 04/06/2007 | 344 | NOTICE OF APPEARANCE by William H. Narwold on behalf of Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH (tro) (Entered: 04/09/2007) |
| 04/19/2007 | 345 | NOTICE OF APPEARANCE by Penny Packard Reid, Jonathan D Polkes, James W. Quinn on behalf of Vivendi Universal, Vivendi Universal, S.A., Universal Studios, Inc. (djc) (Entered: 04/20/2007) |
| 04/26/2007 | 346 | AFFIDAVIT OF SERVICE of Notice of Appearance served on James George Szymanski, Esq. on 4/17/07. Service was made by Mail. Document filed by Universal Studios, Inc., Vivendi Universal S.A.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(tro) (Entered: 04/27/2007) |
| 05/23/2007 | 347 | REVISED MEMORANDUM OPINION & ORDER, consistent with the foregoing, plntfs' motion to certify the class (234) is granted in part. A class is hereby certified consisting of all persons form the US, France, England, and the Netherlands who purchased or otherwise acquired ordinary shares or American Depository Shares of Vivendi Universal between 10/20/00 and 8/14/02. (Signed by Judge Richard J. Holwell on 5/21/07) (cd) (Entered: 05/24/2007) |
| 05/24/2007 | 348 | ENDORSED LETTER addressed to Judge Richrad J. Holwell from Paul C. Saunders dated 5/7/07 re: Counsel writes to request that the Court correct a typographical error in its Memorandum Opinion and Order filed on 3/23/07 and entered on 3/26/07. Application Granted. A revised memorandum opinion and order will be entered forthwith. So Ordered. (jco) (Entered: 05/25/2007) |
| 05/24/2007 | 349 | REVISED MEMORANDUM OPINION & ORDER #94462 plntfs' motion to certify the class (234) is granted in part. A class is hereby certified consisting of all person from the US, France, England, and the Netherlands who purchased or otherwise acquired ordinary shares or American Depository Shares of Vivendi Universal SA between 10/30/00 and 8/14/02. (Signed by Judge Richard J. Holwell on 5/21/07) (cd) (Entered: 05/25/2007) |
| 06/04/2007 | 350 | MANDATE of USCA (Certified Copy) USCA Case Number 07-1419-mv (L), 07-1463, 07-1465, 07-1468. Petitioner`s move pursuant to Fed. R. Civ. P. 23(f) for leave to pursue an interlocutory appeal of the district court`s order granting in part and denying in part the plaintiff`s motion for class certification. The Chamber of Commerce of the United States of America moves for leave to file a brief in support of the petitions as amicus curiae. Upon due consideration, it is hereby ORDERED that the motion of the Chamber of Commerce is GRANTED. It is further ORDERED that the Fed. R. Civ. P. 23(f) petitions are DENIED. Thomas Asreen, Acting Clerk USCA. Issued As Mandate: 5/29/2007. (nd) (Entered: 06/04/2007) |
| | | |

Case 15-208, Document 88, 08/12/2015, 1574512, Page179 of 299

| 06/07/2007 | 351 | ORDER; the dispute concerning the duration of the Hannezo deposition is adjourned sine die based on the representation of counsel that they expect this dispute to be resolved by agreement. All depositions shall be completed by 6/30/2007. Messier and Hannezo depositions shall be completed by 7/31/2007. For all other service dates see order. (Signed by Judge Henry B. Pitman on 6/1/07) Copies Mailed By Chambers (kco) (Entered: 06/08/2007) |
| 06/14/2007 | 352 | NOTICE of FIRM NAME CHANGE. Document filed by Bruce Doniger. (Rodd, Stephen) (Entered: 06/14/2007) |
| 06/14/2007 | 353 | MEMORANDUM OF LAW in Opposition to Defendants' Motion to Compel the Production of Documents. Document filed by Liberty Media Corporation. (djc) (Entered: 06/15/2007) |
| 06/18/2007 | 355 | MOTION to Compel the Production of Documents. Document filed by Vivendi Universal, Universal Studios, Inc., Vivendi Universal S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(cd) (Entered: 06/21/2007) |
| 06/18/2007 | 356 | DECLARATION of Jessica Buturla in Support re: 355 MOTION to Compel.. Document filed by Vivendi Universal, Universal Studios, Inc.. (cd) (Entered: 06/21/2007) |
| 06/18/2007 | 357 | MEMORANDUM OF LAW in Support re: (31 in 1:03-cv-02175-RJH) MOTION to Compel. Document filed by Vivendi Universal, Universal Studios, Inc., Vivendi Universal S.A. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(cd) (Entered: 06/21/2007) |
| 06/18/2007 | 358 | REPLY MEMORANDUM OF LAW in Support re: 355 MOTION to Compel.. Document filed by Vivendi Universal, Universal Studios, Inc.. (cd) (Entered: 06/21/2007) |
| 06/19/2007 | 354 | AMENDED ORDER re: 351 Order, Set Deadlines, Deposition due by 6/30/2007.,Replies due by 6/25/2007. The dispute concerning the duration of the Hannezo deposition is adjourned sine die based on the representation of counsel that they expect this dispute to be resolved by agreement. All depositions shall be completed by 6/30/2007. Messier and Hannezo depositions shall be completed by 7/31/2007. For all other service dates see order. SO ORDERED. (Signed by Judge Henry B. Pitman on 6/8/2007) Copies Mailed By Chambers.(jmi) (Entered: 06/21/2007) |
| 06/25/2007 | 359 | MEMORANDUM OF LAW in Opposition, filed by Ernst & Young re: 355 MOTION to Compel. (cd) (Entered: 06/28/2007) |
| 06/25/2007 | 360 | DECLARATION of Dominque Borde in Opposition, filed by Ernst & Young re: 355 MOTION to Compel. (cd) (Entered: 06/28/2007) |
| 06/25/2007 | 361 | DECLARATION of Antyoinette DeCamp in Opposition, filed by ernst & Young re: 355 MOTION to Compel. (cd) (Entered: 06/28/2007) |
| 06/25/2007 | 362 | DECLARATION of Jean Bouquot in Opposition re: 355 MOTION to Compel.. (cd) (Entered: 06/28/2007) |
| 07/10/2007 | 363 | |

**JA163**

Case 15-208, Document 88, 08/12/2015, 1574512, Page180 of 299

| | | |
|---|---|---|
| | | NOTICE of of Change of Law Firm Name. The law firm Milberg Weiss & Bershad LLP has changed its name to Milberg Weiss LLP. Document filed by Collen Dodi, Ruth Pearson Trust Pearson Trustee, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Hal Price, Rosenbaum Partners, L.P., W. Scott Polland, Jr, Nicholas A. Radosevich, Pearson-Doniger Family, Miami Group, Rosenbaum Partners, L.P., Marc Rovner, Sheldon Seid, Leslie Turbowitz, Yong Man Kim, Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Barry Family, LP, Eleanor Turberg, Miami Group, Pearson-Doniger Family, Ruth` Pearson Trust, GAMCO Investors, Inc., William individually and on behalf of all others similarly situated, Olivier Chastan, Reed S. Clark, Daha Davis. (mbe) (Entered: 07/12/2007) |
| 07/27/2007 | 364 | ENDORSED LETTER addressed to Magistrate Judge Henry B. Pitman from Michael L. Cahoon dated 7/12/2007 re: plts ask the Court for two additional week, until 7/26/2007, to respond to dfts' interrogatories. ENDORSEMENT: Application granted. (Signed by Judge Henry B. Pitman on 7/13/2007) (jar) (Entered: 07/30/2007) |
| 08/02/2007 | 365 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Paul C. Saunders dated 7/17/2007 re: all of the defendants request a meeting with the Court at the earliest possible time. ENDORSEMENT: The Court will give appropriate considerations to any motion to reconsider its prior rulings on the adequacy of Milberg Weiss are class counsel or the ability of any class plaintiff to represent the class. A request for discovery relating to any such motion should be rained with Judge Pitman. SO ORDERED (Signed by Judge Richard J. Holwell on 7/31/2007) Copies Faxed By Chambers (jmi) Modified on 8/6/2007 (Miles, Janeen). (Entered: 08/06/2007) |
| 08/27/2007 | 366 | Supplementation of Exhibits to Liberty Media Pliantiffs' Memorandum of Law in Opposition to Dfts' Motion to Compel The Production of Documents. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. (dle) (Entered: 08/29/2007) |
| 09/05/2007 | 367 | ORDER: The Court hereby consolidates the above captioned cases for all purposes under the docket number of the lead case In re Vivendi Universal, S.A. Securities Litigation 02-civ-5571. So Ordered. (Signed by Judge Richard J. Holwell on 8/17/07) (js) (Entered: 09/05/2007) |
| 09/06/2007 | 368 | ORDER: Vivendi's motion is granted to the extent that it seeks documents or communications between Liberty Media and its counsel (either in-house or outside counsel) concerning Liberty Media's obligation to close on the Agreement and Plan of Merger and Ex-change. Liberty Media is directed to review the documents withheld on the ground of privilege and no later than September 10, 2007, shall produce to Vivendi documents that it concedes constitute documents or communication between Liberty Media and its |

**JA164**

Case 15-208, Document 88, 08/12/2015, 1574512, Page181 of 299

| | | |
|---|---|---|
| | | counsel No later than September 10, 2007 Liberty Media and Vivendi shall submit to chambers their descriptions of the types of documents that each believes should be produced or withheld pursuant to paragraph 1 of this order. No later than September 12, 2007. Liberty Media shall deliver to my chmbers for in camera review those documents which are the subject of Vivendi's motion and are not being produced to paragraph 2 of this order. (Signed by Judge Henry B. Pitman on 8/28/07) (js) (Entered: 09/07/2007) |
| 09/19/2007 | | Received returned mail re: 351 Order, Set Deadlines,. Mail was addressed to Vincent R. Cappucci, Esq. and Frank S. Rossi, II, Esq. of Entwistle & Cappucci LLP at 299 Park Avenue, New York, NY 10171 and was returned for the following reason(s): Not Deliverable As Addressed. (rdz) (Entered: 09/19/2007) |
| 09/20/2007 | | Received returned mail re: 354 Order, Set Deadlines/Hearings,. Mail was addressed to Vincent R. Cappucci, Esq./Frank S. Rossi, II, Esq. of Entwistle & Cappucci LLP at 299 Park Avenue, New York, New York, 10171 and was returned for the following reason(s): Not Deliverable As Addressed. (rdz) (Entered: 09/20/2007) |
| 10/04/2007 | 369 | SCHEDULING ORDER: Status Conference set for 11/2/2007 at 03:00 PM before Judge Richard J. Holwell. Defendants' time to answer or move with respect to the newly filed individual actions is extended to such date as the Court sets at the upcoming status conference. (Signed by Judge Richard J. Holwell on 10/3/07) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-05742-RJH copies sent by chambers.(cd) (Entered: 10/05/2007) |
| 10/05/2007 | 370 | MOTION for Reconsideration of the Court's Prior Decision Appointing the Milberg Weiss Firm as Co-Lead Counsel. Document filed by Vivendi Universal, Vivendi Universal, S.A., Jean-Marie Messier, Universal Studios, Inc..(djc) (Entered: 10/09/2007) |
| 10/05/2007 | 371 | MEMORANDUM OF LAW in Support re: 370 MOTION for Reconsideration.. Document filed by Vivendi Universal, Vivendi Universal, S.A., Jean-Marie Messier, Universal Studios, Inc.. (djc) (Entered: 10/09/2007) |
| 10/05/2007 | 372 | DECLARATION of Matthew E. Smith in Support re: 370 MOTION for Reconsideration. Document filed by Vivendi Universal, Vivendi Universal, S.A., Jean-Marie Messier, Universal Studios, Inc.. (djc) (Entered: 10/09/2007) |
| 10/05/2007 | 373 | DECLARATION of Matthew E. Smith. (Exhibits 17-34) Document filed by Vivendi Universal, Vivendi Universal, S.A., Jean-Marie Messier, Universal Studios, Inc. (djc) (Entered: 10/09/2007) |
| 10/05/2007 | | Motion Not Referred: re: 370 MOTION for Reconsideration filed by Jean-Marie Messier, Vivendi Universal, S.A., Vivendi Universal, Universal Studios, Inc.. (dlw) (Entered: 09/30/2008) |
| 10/12/2007 | 374 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Arthur N. Abbey dated 10/4/07 re: Co-lead counsel for the certified class in 02-cv-5571, request that the conference currently scheduled for 11/2/07, at 3:00pm |

**JA165**

| | | |
|---|---|---|
| | | be rescheduled for another day. ENDORSEMENT: Status conference has been rescheduled to October 30, 2007 at 11:00 a.m. (Signed by Judge Richard J. Holwell on 10/9/07) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-05742-RJH, 1:07-cv-7775, 1:07-cv-7776, 1:07-cv-7802, 1:07-cv-7803, 07-cv-7779, 1:07-cv-7863, 1:07-cv-8208, 1:07-cv-7370, 1:07-cv-7778, 1:07-cv-8156. Copies Faxed By Chambers. (tro) (Entered: 10/12/2007) |
| 10/15/2007 | 375 | NOTICE OF CHANGE OF ADDRESS by Laura J. Babcock on behalf of GAMCO Investors, Inc. New Address: Entwistle & Cappucci LLP, 280 Park Avenue, 26th Floor West, New York, NY, 10017, 212-894-7200. (djc) (Entered: 10/16/2007) |
| 10/25/2007 | 376 | ADDITIONAL MEMORANDUM OF LAW in Opposition re: 370 MOTION for Reconsideration. Document filed by Collen Dodi, Ruth Pearson Trust Pearson Trustee, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Hal Price, Rosenbaum Partners, L.P., W. Scott Polland, Jr, Nicholas A. Radosevich, Pearson-Doniger Family, Miami Group, Rosenbaum Partners, L.P., Marc Rovner, Sheldon Seid, Leslie Turbowitz, Yong Man Kim, Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Barry Family, LP, Eleanor Turberg, Miami Group, Pearson-Doniger Family, Ruth` Pearson Trust, Gerard Morel, Capital Invest, GAMCO Investors, Inc., William individually and on behalf of all others similarly situated, Olivier Chastan, Reed S. Clark, Daha Davis. (dle) Modified on 10/26/2007 (Lewis, Diahann). (Entered: 10/26/2007) |
| 10/25/2007 | 377 | MEMORANDUM OF LAW in Opposition re: 370 MOTION for Reconsideration. Document filed by Collen Dodi, Ruth Pearson Trust Pearson Trustee, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Hal Price, Rosenbaum Partners, L.P., W. Scott Polland, Jr, Nicholas A. Radosevich, Pearson-Doniger Family, Miami Group, Rosenbaum Partners, L.P., Marc Rovner, Sheldon Seid, Leslie Turbowitz, Yong Man Kim, Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Barry Family, LP, Eleanor Turberg, Miami Group, Pearson-Doniger Family, Ruth` Pearson Trust, Gerard Morel, Capital Invest, GAMCO Investors, Inc., William individually and on behalf of all others similarly situated, Olivier Chastan, Reed S. Clark, Daha Davis. (dle) (Entered: 10/26/2007) |
| 10/25/2007 | 378 | DECLARATION OF WILLIAM B. SCOVILLE, JR. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT VIVENDI, S.A.'S MOTION FOR RECONSIDERATION OF THE COURT'S APPOINTMENT OF MILBERG WEISS AS CO-LEAD COUNSEL. Document filed by Collen Dodi, Ruth Pearson Trust Pearson Trustee, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's |

**JA166**

| | | |
|---|---|---|
| | | Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Hal Price, Rosenbaum Partners, L.P., W. Scott Polland, Jr, Nicholas A. Radosevich, Pearson-Doniger Family, Miami Group, Rosenbaum Partners, L.P., Marc Rovner, Sheldon Seid, Leslie Turbowitz, Yong Man Kim, Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Barry Family, LP, Eleanor Turberg, Miami Group, Pearson-Doniger Family, Ruth` Pearson Trust, Gerard Morel, Capital Invest, GAMCO Investors, Inc., William individually and on behalf of all others similarly situated, Olivier Chastan, Reed S. Clark, Daha Davis. (dle) (Entered: 10/26/2007) |
| 10/25/2007 | 379 | DECLARATION OF BRIAN C. KERR. Document filed by Collen Dodi, Ruth Pearson Trust Pearson Trustee, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Hal Price, Rosenbaum Partners, L.P., W. Scott Polland, Jr, Nicholas A. Radosevich, Pearson-Doniger Family, Miami Group, Rosenbaum Partners, L.P., Marc Rovner, Sheldon Seid, Leslie Turbowitz, Yong Man Kim, Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Barry Family, LP, Eleanor Turberg, Pearson-Doniger Family, Ruth` Pearson Trust, Capital Invest, GAMCO Investors, Inc., William individually and on behalf of all others similarly situated, Olivier Chastan, Reed S. Clark, Daha Davis. (dle) (Entered: 10/26/2007) |
| 10/31/2007 | 380 | NOTICE OF APPEARANCE by Marvin Lawrence Frank on behalf of William Cavanagh. (db) (Entered: 11/02/2007) |
| 10/31/2007 | 381 | NOTICE OF APPEARANCE by Jacqueline Sailer on behalf of William Cavanagh. (db) (Entered: 11/02/2007) |
| 11/02/2007 | 382 | ORDER: Mr. Sabella, acting as coordinating counsel, will submit a letter brief on behalf of the plaintiffs in the newly filed individual actions stating the Individual Plaintiffs' positions(s) on consolidation and including a proposed scheduling order. Individual Plaintiffs' letter brief is to be submitted no later than November 6, 2007. Defendants will submit a letter brief stating defendants' position(s) on consolidation and including a proposed scheduling order. Defendants' letter brief is to be submitted no later than November 13, 2007. Mr. Abbey will submit a letter brief responding to the Individual Plaintiffs' and Defendants' submissions by November 14, 2007. (Signed by Judge Richard J. Holwell on 10/30/07) Copies Faxed By Chambers.(tro) (Entered: 11/05/2007) |
| 11/02/2007 | 383 | STIPULATION AND ORDER: It is hereby stipulated and agreed, as follows: 1. Plaintiffs shall make all disclosures required by Fed. R. Civ. P. 26 (a)(2) no later than November 7, 2007. 2. Defendants shall make all disclosures required by Fed. R. Civ. P. 26(a)(2) no later than January 14, 2008. 3. Dispositive motions shall be served no later than March 3, 2008. So |

| | | |
|---|---|---|
| | | Ordered. (Signed by Judge Henry B. Pitman on 10/29/07) (js) (Entered: 11/05/2007) |
| 11/05/2007 | 384 | REPLY MEMORANDUM OF LAW in Further Support re: 370 MOTION for reconsideration. (document file by Defendant Vivendi, S.A.) document received in night dep. on 11/5/07 at 9:38 p.m.) (djc) (Entered: 11/07/2007) |
| 11/07/2007 | 385 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED AND AGREED, plaintiffs, Vivendi and Universal Studios will provide amended responses for certain responses tot he contention interrogatories and/or requests for admission by October 29, 2007. Plaintiffs, Vivendi and Universal Studios will meet and confer regarding any disputes concerning the sufficiency of the responses of plaintiffs, Vivendi and Universal Studios to the contention interrogatories and/or requests for admission by November 5, 2007. Plaintiffs, Vivendi and Universal Studios will seek to schedule a hearing regarding any remaining disputes concerning the responses of plaintiffs, Vivendi and Universal Studios to the contention interrogatories and/or requests for admission by November 21, 2007 depending on the Court's schedule. Dispositive motions will be filed by April 25, 2008. NO FURTHER EXTENSIONS EXCEPT FOR GOOD CAUSE SHOWN BY AFFIDAVIT. (Signed by Judge Henry B. Pitman on 11/2/07) (tro) (Entered: 11/07/2007) |
| 11/08/2007 | 386 | TRANSCRIPT of proceedings held on October 30, 2007 before Judge Richard J. Holwell. (djc) (Entered: 11/08/2007) |
| 11/19/2007 | 387 | MOTION for an order for limited discovery concerning the possible existence of certain illegal payments. Document filed by Vivendi Universal, S.A.(pl) (Entered: 11/20/2007) |
| 11/19/2007 | 388 | DECLARATION of Johathan D. Polkes in Support re: 387 MOTION for limited discovery concerning the possible existence of certain illegal payments. Document filed by Vivendi Universal, S.A. (pl) (Entered: 11/20/2007) |
| 11/19/2007 | 389 | DECLARATION of William B. Scoville, Jr. in Opposition re: 387 MOTION for limited discovery concerning the posible existenc4e of certain illegal payments. Document filed by Collen Dodi, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Yong Man Kim, LMC Capital LLC, Barry Family, LP, GAMCO Investors, Inc., Olivier Chastan, Reed S. Clark, Daha Davis et al. pl) (Entered: 11/20/2007) |
| 11/19/2007 | 390 | CLASS PLAINTIFFS' OPPOSITION TO re: 387 MOTION for limited discovery concerning the possible existenc4e of certain illegal payments. Document filed by Collen Dodi, Edward B Brunswick, Michael Doniger, Alison Doniger, Bruce Doniger, Beatrice Doniger, Barry Family, LP, GAMCO Investors, Inc., Olivier Chastan, Reed S. Clark, Daha Davis et al. (pl) (Entered: 11/20/2007) |
| 11/19/2007 | 391 | |

**JA168**

| | | REPLY BRIEF IN SUPPORT OF 387 MOTION for limited discovery concerning the possible existenc4e of certain illegal payments. Document filed by Vivendi Universal, S.A. (pl) (Entered: 11/20/2007) |
|---|---|---|
| 11/19/2007 | 392 | DECLARATION of Jonathan D. Polkes in Support re: 391 Reply to Response to Motion. Document filed by Vivendi Universal, S.A.. (pl) (Entered: 11/20/2007) |
| 12/11/2007 | 393 | ORDER Defendant's motion to compel production of documents withheld by Liberty Media on the ground of privilege (Docket Item 355) is granted in part and denied in part. The documents Vivendi sought are listed on the four-page schedule annexed hereto. Documents that are not marked with a "P" or a "W" were omitted from the two boxes of documents submitted to my chambers; counsel for Liberty Media is directed to submit those documents to my chambers for in camera review forthwith. SO ORDERED. (Signed by Magistrate Judge Henry B. Pitman on 12/7/2007) Copies Mailed By Chambers.(jmi) (Entered: 12/13/2007) |
| 12/14/2007 | 394 | ORDER; that the Court has concluded that consolidation of all Individual Actions 07cv5742, 07cv7775, 07cv7778, 07cv7802, 07cv7863, 07cv8208, 07cv9229, 07cv 9593, 07cv7370, 07cv7776, 07cv7779, 07cv7803, 07cv8156, 07cv8830, 07cv9592 is appropriate. Based on a review of the parties submissions, the court has prepared a proposed scheduling order, a copy of which is attached. The parties are invited to comment on the proposed order by fax to Chambers no later than 5:00 p.m. on 12/20/07. It has come to the attention that this action, 02cv5571, was never converted to ECF status. By this order this action will become an ECF Action. (Signed by Judge Richard J. Holwell on 12/14/07) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-05742-RJH(pl) (Entered: 12/14/2007) |
| 12/14/2007 | | Case Designated ECF. Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-05742-RJH(pl) (Entered: 12/14/2007) |
| 12/14/2007 | 395 | ORDER; that the Court has concluded that consolidation of all Individual Actions 07cv5742, 07cv7775, 07cv7778, 07cv7802, 07cv7863, 07cv8208, 07cv9229, 07cv 9593, 07cv7370, 07cv7776, 07cv7779, 07cv7803, 07cv8156, 07cv8830, 07cv9592 is appropriate. Based on a review of the parties submissions, the court has prepared a proposed scheduling order, a copy of which is attached. The parties are invited to comment on the proposed order by fax to Chambers no later than 5:00 p.m. on 12/20/07. It has come to the attention that this action, 02cv5571, was never converted to ECF status. By this order action 02cv5571 (RJH)(HBP) will become an ECF Action. (Signed by Judge Richard J. Holwell on 12/14/07) (pl) (Entered: 12/17/2007) |
| 12/19/2007 | 396 | NOTICE OF APPEARANCE by William Beecher Scoville, Jr on behalf of Miami Group (Scoville, William) (Entered: 12/19/2007) |
| 12/21/2007 | 397 | MOTION for Stuart L. Berman to Appear Pro Hac Vice for Plaintiffs. Document filed by Allianz Global Investors Ireland Limited, Alecta Pensionsforsakring, Omsesidigt, Sjunde Ap-Fonden, Varma Mutual Pension Insurance Company, Allianz Global Investors Kapitalanlagegesellschaft MBH, Danske Invest Administration A/S, AFA Livforsakringsaktiebolag, |

**JA169**

| | | |
|---|---|---|
| | | AFA Trygghetsforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Arbetsmarknadsforsakringar, Pensionsforsakringssktiebolag, Pensionskassernes Administration A/S, Allianz Global Investors Luxembourg S.A., Arbejdsmarkedets Tillaegspension ("ATP"), Industriens Pensionsforsikring A/S, Arca SGR S.p.A., Swedbank Robur Fonder AB, Famandsforeningen Pensam Invest, Fjarde Ap-Fonden. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-UA(db) Modified on 1/29/2008 (db). (Entered: 01/07/2008) |
| 12/21/2007 | 398 | MOTION for John J. Gross to Appear Pro Hac Vice for plaintiffs. Document filed by Allianz Global Investors Ireland Limited, Alecta Pensionsforsakring, Omsesidigt, Sjunde Ap-Fonden, Varma Mutual Pension Insurance Company, Allianz Global Investors Kapitalanlagegesellschaft MBH, Danske Invest Administration A/S, AFA Livforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Arbetsmarknadsforsakringar, Pensionsforsakringssktiebolag, Pensionskassernes Administration A/S, Allianz Global Investors Luxembourg S.A., Arbejdsmarkedets Tillaegspension ("ATP"), Industriens Pensionsforsikring A/S, Arca SGR S.p.A., Swedbank Robur Fonder AB, Famandsforeningen Pensam Invest, Fjarde Ap-Fonden. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-UA(db) Modified on 1/29/2008 (db). (Entered: 01/07/2008) |
| 12/21/2007 | 399 | MOTION for Jonathan R. Cagan to Appear Pro Hac Vice for plaintiffs. Document filed by Allianz Global Investors Ireland Limited, Alecta Pensionsforsakring, Omsesidigt, Sjunde Ap-Fonden, Varma Mutual Pension Insurance Company, Allianz Global Investors Kapitalanlagegesellschaft MBH, Danske Invest Administration A/S, AFA Livforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Arbetsmarknadsforsakringar, Pensionsforsakringssktiebolag, Pensionskassernes Administration A/S, Allianz Global Investors Luxembourg S.A., Arbejdsmarkedets Tillaegspension ("ATP"), Industriens Pensionsforsikring A/S, Arca SGR S.p.A., Swedbank Robur Fonder AB, Famandsforeningen Pensam Invest, Fjarde Ap-Fonden. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-UA(db) Modified on 1/29/2008 (db). (Entered: 01/07/2008) |
| 12/21/2007 | 400 | MOTION for Benjamin J. Hinerfeld to Appear Pro Hac Vice for plaintiffs. Document filed by Allianz Global Investors Ireland Limited, Alecta Pensionsforsakring, Omsesidigt, Sjunde Ap-Fonden, Varma Mutual Pension Insurance Company, Allianz Global Investors Kapitalanlagegesellschaft MBH, Danske Invest Administration A/S, AFA Livforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Arbetsmarknadsforsakringar, Pensionsforsakringssktiebolag, Pensionskassernes Administration A/S, Allianz Global Investors Luxembourg S.A., Arbejdsmarkedets Tillaegspension ("ATP"), Industriens |

**JA170**

| | | |
|---|---|---|
| | | Pensionsforsikring A/S, Arca SGR S.p.A., Swedbank Robur Fonder AB, Famandsforeningen Pensam Invest, Fjarde Ap-Fonden. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-UA(db) Modified on 1/29/2008 (db). (Entered: 01/07/2008) |
| 12/21/2007 | 401 | MOTION for Steven D. Resnick to Appear Pro Hac Vice for plaintiffs. Document filed by Allianz Global Investors Ireland Limited, Alecta Pensionsforsakring, Omsesidigt, Sjunde Ap-Fonden, Varma Mutual Pension Insurance Company, Allianz Global Investors Kapitalanlagegesellschaft MBH, Danske Invest Administration A/S, AFA Livforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Arbetsmarknadsforsakringar, Pensionsforsakringssktiebolag, Pensionskassernes Administration A/S, Allianz Global Investors Luxembourg S.A., Arbejdsmarkedets Tillaegspension ("ATP"), Industriens Pensionsforsikring A/S, Arca SGR S.p.A., Swedbank Robur Fonder AB, Famandsforeningen Pensam Invest, Fjarde Ap-Fonden. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-UA(db) Modified on 1/29/2008 (db). (Entered: 01/07/2008) |
| 01/07/2008 | | CASHIERS OFFICE REMARK on 397 Motion to Appear Pro Hac Vice,,,,,,, 400 Motion to Appear Pro Hac Vice,,,,,,, 399 Motion to Appear Pro Hac Vice,,,,,,, 401 Motion to Appear Pro Hac Vice,,,,,,, 398 Motion to Appear Pro Hac Vice,,,,,,, in the amount of $125.00, paid on 12/21/2007, Receipt Number 636683. (jd) (Entered: 01/07/2008) |
| 01/07/2008 | 403 | SCHEDULING ORDER: The provision of the Confidentiality Order in the Class Action shall apply to the Individual Actions. The Individual Actions are consolidated with each other and with the Securities Class Action for all purposes. By 1/14/2008, defendants in the Class Action shall provide to counsel for the Individual Plaintiffs one copy of: (see order). By 1/14/2008, lead plaintiffs in the class action shall provide to counsel for the individual plaintiffs one copy of: (1) all of the documents and all of the other discovery that plaintiffs have produced in the Class action; and (2) all of the documents and all of the other discovery that plaintiffs in the class action have received from non-parties including all documents and all other materials that non-parties have produced to plaintiffs in response to subpoenas duces tecum. By 3/18/2008 the individual plaintiffs shall serve a single consolidated set of notices of deposition. If defendants object to the scope of any follow-up deposition, they may apply to Judge Pitman by 3/24/2008 for an order limiting such deposition. All fact depositions noticed by the individual plaintiffs due by 6/2/2008. The individual plaintiffs may serve consolidated non-duplicative requests for admissions, interrogatories, and document requests that seek documents not already produced by defendants due 3/18/2008. If defendants object to any such discovery request, they may serve responses and objections to those requests and if necessary, apply for a protective order by 3/24/2008 to Judge Pitman. By 1/14/2008 defendants shall serve upon individual plaintiffs any (a) document requests, (b) interrogatories regarding standing and (c) other interrogatories contemplated by Local Rule 33.3. Individual plaintiffs shall respond by 2/14/2008. By |

Case 15-208, Document 88, 08/12/2015, 1574512, Page188 of 299

| | | |
|---|---|---|
| | | 2/20/2008, defendants shall serve any deposition notices upon individual plaintiffs. All depositions of Individual plaintiffs due by 4/15/2008 and shall not be taken before 2/20/2008. Defendants expert disclosures are due by 3/7/2008. Depositions of class plaintiffs and Liberty Medias experts are due between 3/10 3/28/2008 and depositions of defendants experts to be completed by 3/31 4/21/2008. By 5/15/2008 individual plaintiffs shall file expert disclosures, and defendants file any supplemental expert disclosures relating only to claims made by the individual plaintiffs by 6/6/2008. Deposition of these experts are due 7/3/2008. Defendants motions to dismiss and summary judgment motions are due 6/15/2008. Responses are due by 7/15/2008. Replies are due by 7/25/2008. Trial will begin on 10/14/2008. Individual actions filed after 2/28/2008 shall be stayed pending trial of the consolidated actions. A Status Conference is set for 6/27/2008 at 2:00 p.m. (Signed by Judge Richard J. Holwell on 1/7/2008) (jar) (Entered: 01/08/2008) |
| 01/08/2008 | 402 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Paul C. Saunders dated 12/20/07 re: Defendants request a pre-motion conference in advance of moving for the dismissal of claims alleged in Counts I-IV by the Liberty Media plaintiffs in their complaint and for the dismissal of the claims alleged in Counts II and III by GAMCO Investors, Inc. ENDORSEMENT: A pre-motion conference will not be required. The intended parties may submit a proposed motion schedule. (Signed by Judge Richard J. Holwell on 1/7/08) "Copies Mailed By Chambers".(ae) (Entered: 01/08/2008) |
| 01/08/2008 | 404 | NOTICE OF APPEARANCE by Marc Ian Gross on behalf of StoneRidge Investment Partners LLC (Gross, Marc) (Entered: 01/08/2008) |
| 01/09/2008 | 405 | MOTION to Substitute Attorney. Old Attorney: Steven R. Gustavson, New Attorney: Maureen P. Reid *as Attorney of Record*. Document filed by Liberty Media Corporation.(Reid, Maureen) (Entered: 01/09/2008) |
| 01/10/2008 | 406 | NOTICE OF APPEARANCE by Michael Calhoon on behalf of Liberty Media Corporation (Calhoon, Michael) (Entered: 01/10/2008) |
| 01/10/2008 | 407 | NOTICE OF APPEARANCE by R. Stan Mortenson on behalf of Liberty Media Corporation (Mortenson, R.) (Entered: 01/10/2008) |
| 01/10/2008 | 408 | NOTICE OF APPEARANCE by Paul F. Enzinna on behalf of Liberty Media Corporation (Enzinna, Paul) (Entered: 01/10/2008) |
| 01/10/2008 | 409 | NOTICE OF APPEARANCE by Lawrence Alan Sucharow on behalf of Capitalia Asset Management SGR, S.p.A, Capitalia Investment Management S.A. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-05742-RJH(Sucharow, Lawrence) (Entered: 01/10/2008) |
| 01/10/2008 | 410 | NOTICE OF APPEARANCE by Eric James Belfi on behalf of Capitalia Asset Management SGR, S.p.A, Capitalia Investment Management S.A. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-05742-RJH (Belfi, Eric) (Entered: 01/10/2008) |
| 01/10/2008 | 411 | NOTICE OF APPEARANCE by Mark S. Arisohn on behalf of Capitalia Asset Management SGR, S.p.A, Capitalia Investment Management S.A. |

**JA172**

| | | |
|---|---|---|
| | | Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-05742-RJH (Arisohn, Mark) (Entered: 01/10/2008) |
| 01/10/2008 | 412 | NOTICE OF APPEARANCE by Anthony Joseph Harwood on behalf of Capitalia Asset Management SGR, S.p.A, Capitalia Investment Management S.A. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-05742-RJH(Harwood, Anthony) (Entered: 01/10/2008) |
| 01/10/2008 | 413 | NOTICE OF APPEARANCE by Javier Bleichmar on behalf of Capitalia Asset Management SGR, S.p.A, Capitalia Investment Management S.A. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-05742-RJH (Bleichmar, Javier) (Entered: 01/10/2008) |
| 01/10/2008 | 414 | NOTICE OF APPEARANCE by Lawrence Alan Sucharow on behalf of Irish Life Investment Managers Limited Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-10995-RJH(Sucharow, Lawrence) (Entered: 01/10/2008) |
| 01/10/2008 | 415 | FILING ERROR - WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY - NOTICE OF APPEARANCE by Eric James Belfi on behalf of Irish Life Investment Managers Limited Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-10995-RJH(Belfi, Eric) Modified on 1/24/2008 (kco). (Entered: 01/10/2008) |
| 01/10/2008 | 416 | NOTICE OF APPEARANCE by Mark S. Arisohn on behalf of Irish Life Investment Managers Limited Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-10995-RJH(Arisohn, Mark) (Entered: 01/10/2008) |
| 01/10/2008 | 417 | NOTICE OF APPEARANCE by Anthony Joseph Harwood on behalf of Irish Life Investment Managers Limited Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-10995-RJH(Harwood, Anthony) (Entered: 01/10/2008) |
| 01/10/2008 | 418 | NOTICE OF APPEARANCE by Javier Bleichmar on behalf of Irish Life Investment Managers Limited Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-10995-RJH(Bleichmar, Javier) (Entered: 01/10/2008) |
| 01/10/2008 | 419 | NOTICE OF APPEARANCE by Joseph Alberto Fonti on behalf of Capitalia Asset Management SGR, S.p.A, Capitalia Investment Management S.A. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-05742-RJH (Fonti, Joseph) (Entered: 01/10/2008) |
| 01/10/2008 | 420 | NOTICE OF APPEARANCE by Joseph Alberto Fonti on behalf of Irish Life Investment Managers Limited Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-10995-RJH(Fonti, Joseph) (Entered: 01/10/2008) |
| 01/10/2008 | 421 | NOTICE OF APPEARANCE by Lawrence Alan Sucharow on behalf of AGF Asset Management, S.A. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-11305-RJH(Sucharow, Lawrence) (Entered: 01/10/2008) |
| 01/10/2008 | 422 | NOTICE OF APPEARANCE by Eric James Belfi on behalf of AGF Asset Management, S.A. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-11305-RJH(Belfi, Eric) (Entered: 01/10/2008) |
| | | |

**JA173**

Case 15-208, Document 88, 08/12/2015, 1574512, Page190 of 299

| 01/10/2008 | 423 | NOTICE OF APPEARANCE by Mark S. Arisohn on behalf of AGF Asset Management, S.A. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-11305-RJH(Arisohn, Mark) (Entered: 01/10/2008) |
| 01/10/2008 | 424 | NOTICE OF APPEARANCE by Anthony Joseph Harwood on behalf of AGF Asset Management, S.A. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-11305-RJH(Harwood, Anthony) (Entered: 01/10/2008) |
| 01/10/2008 | 425 | NOTICE OF APPEARANCE by Javier Bleichmar on behalf of AGF Asset Management, S.A. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-11305-RJH(Bleichmar, Javier) (Entered: 01/10/2008) |
| 01/10/2008 | 426 | NOTICE OF APPEARANCE by Joseph Alberto Fonti on behalf of AGF Asset Management, S.A. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-11305-RJH(Fonti, Joseph) (Entered: 01/10/2008) |
| 01/11/2008 | 427 | NOTICE OF APPEARANCE by Michael Edward Elsner on behalf of Oppenheim Kapitalanlagegesellschaft mbH, Pioneer Investment Management SGRPA, Universal-Investment-Gesellshaft mbH, DWS Investmentgesellschaft MBH Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH, 1:07-cv-11297-RJH(Elsner, Michael) (Entered: 01/11/2008) |
| 01/15/2008 | 432 | FIRST AMENDED COMPLAINT against Vivendi Universal, Vivendi Universal, S.A., Guillaume Hannezo, Jean-Marie Messier.Document filed by AGF Asset Management, S.A. (jar) Modified on 1/31/2008 (jar). (Entered: 01/31/2008) |
| 01/16/2008 | 428 | NOTICE OF APPEARANCE by Leslie Margaret Kelleher on behalf of Oppenheim Kapitalanlagegesellschaft mbH (Kelleher, Leslie) (Entered: 01/16/2008) |
| 01/18/2008 | 429 | NOTICE OF APPEARANCE by Michael A Paskin on behalf of Vivendi Universal, Vivendi Universal, S.A. (Paskin, Michael) (Entered: 01/18/2008) |
| 01/18/2008 | 430 | NOTICE OF APPEARANCE by Michael T Reynolds on behalf of Vivendi Universal, Vivendi Universal, S.A. (Reynolds, Michael) (Entered: 01/18/2008) |
| 01/18/2008 | 431 | NOTICE OF APPEARANCE by Eric James Belfi on behalf of Irish Life Investment Managers Limited Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-10995-RJH(Belfi, Eric) (Entered: 01/18/2008) |
| 02/01/2008 | 433 | CERTIFICATE OF SERVICE of Amended Complaint served on Defendants on 1/15/2008. Service was made by Mail. Document filed by AGF Asset Management, S.A.. (Attachments: # 1 1/30/08 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-11305-RJH(Harwood, Anthony) (Entered: 02/01/2008) |
| 02/04/2008 | 436 | MOTION for Nathan D. Finch to Appear Pro Hac Vice. Document filed by Forsta AP-fonden.(jmi) (Entered: 02/08/2008) |
| 02/07/2008 | 434 | NOTICE of Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. (07cv11297 only): the Plaintiffs, hereby give notice that they are dismissing this action, |

**JA174**

| | | |
|---|---|---|
| | | without prejudice, with each party bearing its own costs, including attorneys' fees. ENDORSEMENT: SO ORDERED. The Clerk is requested to close 07cv11297 only. Case 02cv5571 shall not be closed. (Signed by Judge Richard J. Holwell on 2/1/08) (tro) (Entered: 02/07/2008) |
| 02/07/2008 | 435 | FILING ERROR - DEFICIENT DOCKET ENTRY - FIRST MOTION to Amend/Correct *Complaint*. Document filed by Capital Invest. (Attachments: # 1 Memorandum in Support of Motion to Amend, # 2 Exhibit Attachment 1 - Part A, # 3 Exhibit Attachment 1 - Part B, # 4 Exhibit Attachment 1 - Part C, # 5 Exhibit Attachment 2 - Part A, # 6 Exhibit Attachment 2 - Part B, # 7 Exhibit Attachment 2 - Part C)(Kelleher, Leslie) Modified on 2/8/2008 (jar). (Entered: 02/07/2008) |
| 02/08/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Leslie Kelleher to RE-FILE Document 435 FIRST MOTION to Amend/Correct Complaint. ERROR(S): Supporting documents must be filed individually. Event code for Memorandum in Support found under Replies, Oppositions, and Supporting Documents. (jar) (Entered: 02/08/2008) |
| 02/08/2008 | 437 | FIRST MEMORANDUM OF LAW in Support re: 435 FIRST MOTION to Amend/Correct *Complaint*.. Document filed by Capital Invest. (Attachments: # 1 Exhibit Attachment 1 - Part A, # 2 Exhibit Attachment 1 - Part B, # 3 Exhibit Attachment 1 - Part C, # 4 Exhibit Attachment 2 - Part A, # 5 Exhibit Attachment 2 - Part B, # 6 Exhibit Attachment 2 - Part C)(Kelleher, Leslie) (Entered: 02/08/2008) |
| 02/15/2008 | 438 | ORDER granting (12) Motion for Nathan D. Finch and Kevin C. Maclay to Appear Pro Hac Vice; granting (13) Motion for Nathan D. Finch and Kevin C. Maclay to Appear Pro Hac Vice in case 1:07-cv-08830-RJH; granting (9) Motion for Nathan D. Finch and Kevin C. Maclay to Appear Pro Hac Vice; granting (10) Motion for Nathan D. Finch and Kevin C. Maclay to Appear Pro Hac Vice in case 1:07-cv-10578-RJH; granting (10) Motion for Nathan D. Finch and Kevin C. Maclay to Appear Pro Hac Vice; granting (11) Motion for Nathan D. Finch and Kevin C. Maclay to Appear Pro Hac Vice in case 1:07-cv-10954-RJH; granting (436) Motion for Nathan D. Finch and Kevin C. Maclay to Appear Pro Hac Vice in case 1:02-cv-05571-RJH-HBP. (Signed by Judge Richard J. Holwell on 2/14/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH(jmi) (Entered: 02/15/2008) |
| 02/15/2008 | 439 | ORDER in case 1:07-cv-08156-RJH; granting (398) Motion for John J. Gross to Appear Pro Hac Vice in case 1:02-cv-05571-RJH-HBP. (Signed by Judge Richard J. Holwell on 2/14/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-RJH (jmi) (Entered: 02/15/2008) |
| 02/15/2008 | 440 | ORDER in case 1:07-cv-08156-RJH; granting (397) Motion for Stuart L. Berman to Appear Pro Hac Vice in case 1:02-cv-05571-RJH-HBP. (Signed by Judge Richard J. Holwell on 2/14/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-RJH(jmi) (Entered: 02/15/2008) |

**JA175**

Case 15-208, Document 88, 08/12/2015, 1574512, Page192 of 299

| | | |
|---|---|---|
| 02/15/2008 | 441 | ORDER in case 1:07-cv-08156-RJH; granting (399) Motion for Jonathan R. Cagan to Appear Pro Hac Vice in case 1:02-cv-05571-RJH-HBP. (Signed by Judge Richard J. Holwell on 2/14/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-RJH(jmi) (Entered: 02/15/2008) |
| 02/15/2008 | 442 | ORDER in case 1:07-cv-08156-RJH; granting (401) Motion for Steven D. Resnick to Appear Pro Hac Vice in case 1:02-cv-05571-RJH-HBP. (Signed by Judge Richard J. Holwell on 2/14/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-RJH(jmi) (Entered: 02/15/2008) |
| 02/15/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (438 in 1:02-cv-05571-RJH-HBP, 438 in 1:02-cv-05571-RJH-HBP, 438 in 1:02-cv-05571-RJH-HBP, 438 in 1:02-cv-05571-RJH-HBP, 438 in 1:02-cv-05571-RJH-HBP, 438 in 1:02-cv-05571-RJH-HBP, 438 in 1:02-cv-05571-RJH-HBP) Order on Motion to Appear Pro Hac Vice, (15 in 1:07-cv-09229-RJH, 21 in 1:07-cv-08156-RJH, 13 in 1:07-cv-11092-RJH, 440 in 1:02-cv-05571-RJH-HBP) Order on Motion to Appear Pro Hac Vice, (439 in 1:02-cv-05571-RJH-HBP, 12 in 1:07-cv-11092-RJH, 14 in 1:07-cv-09229-RJH, 20 in 1:07-cv-08156-RJH) Order on Motion to Appear Pro Hac Vice, (16 in 1:07-cv-09229-RJH, 14 in 1:07-cv-11092-RJH, 441 in 1:02-cv-05571-RJH-HBP, 22 in 1:07-cv-08156-RJH) Order on Motion to Appear Pro Hac Vice, (17 in 1:07-cv-09229-RJH, 442 in 1:02-cv-05571-RJH-HBP, 23 in 1:07-cv-08156-RJH, 15 in 1:07-cv-11092-RJH) Order on Motion to Appear Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-RJH(jmi) (Entered: 02/21/2008) |
| 02/20/2008 | 443 | MOTION for Kevin C. Maclay to Appear Pro Hac Vice. Document filed by SEB Invest GmbH. Filed in associated civil case no. 08-cv-950.(tro) (Entered: 02/25/2008) |
| 02/25/2008 | 444 | FILING ERROR - DEFICIENT DOCKET ENTRY - NOTICE OF CHANGE OF ADDRESS by Morris Alexander Bowie, II on behalf of Vivendi Universal, S.A. New Address: Day Pitney LLP, 7 Times Square, New York, New York, U.S.A. 10036, 212-297-5800. (Bowie, Morris) Modified on 2/25/2008 (db). (Entered: 02/25/2008) |
| 02/25/2008 | 445 | FILING ERROR - DEFICIENT DOCKET ENTRY - NOTICE OF CHANGE OF ADDRESS by James George Szymanski on behalf of Vivendi Universal, S.A. New Address: Day Pitney LLP, 7 Times Square, New York, New York, U.S.A. 10036, 212-297-5800. (Szymanski, James) Modified on 2/25/2008 (db). (Entered: 02/25/2008) |
| 02/25/2008 | 446 | FILING ERROR - DEFICIENT DOCKET ENTRY - NOTICE OF CHANGE OF ADDRESS by Richard Michael Lorenzo on behalf of Vivendi Universal, S.A. New Address: Day Pitney LLP, 7 Times Square, New York, New York, U.S.A. 10036, 212-297-5800. (Lorenzo, Richard) Modified on 2/25/2008 (db). (Entered: 02/25/2008) |
| 02/25/2008 | | |

**JA176**

| | | |
|---|---|---|
| | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Morris Alexander Bowie to RE-FILE Document 444 Notice of Change of Address. ERROR(S): No Attorney Signature. (db) (Entered: 02/25/2008) |
| 02/25/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney James George Szymanski to RE-FILE Document 445 Notice of Change of Address. ERROR(S): No Attorney Signature. (db) (Entered: 02/25/2008) |
| 02/25/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Richard Michael Lorenzo to RE-FILE Document 446 Notice of Change of Address. ERROR(S): No Attorney Signature. (db) (Entered: 02/25/2008) |
| 02/26/2008 | 447 | ORDER granting 400 Motion for Benjamin J. Hinerfeld to Appear Pro Hac Vice. (Signed by Judge Richard J. Holwell on 2/24/2008) (jmi) (Entered: 02/26/2008) |
| 02/26/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 447 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (jmi) (Entered: 02/26/2008) |
| 02/28/2008 | 448 | RESPONSE to Motion re: 435 FIRST MOTION to Amend/Correct *Complaint*.. Document filed by Vivendi Universal, S.A.. (Polkes, Jonathan) (Entered: 02/28/2008) |
| 02/29/2008 | 449 | SECOND AMENDED COMPLAINT amending 432 Amended Complaint against Vivendi, S.A., Guillaume Hannezo, Jean-Marie Messier.Document filed by AGF Asset Management, S.A. Related document: 432 Amended Complaint filed by AGF Asset Management, S.A. (dle) (Entered: 03/04/2008) |
| 03/03/2008 | 450 | MOTION for Elizabeth S. Smith to Appear Pro Hac Vice. Document filed by Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH(dle) (Entered: 03/05/2008) |
| 03/03/2008 | 451 | MOTION for Frederick J. Jekel to Appear Pro Hac Vice. Document filed by Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH.(dle) (Entered: 03/05/2008) |
| 03/03/2008 | 452 | MOTION for Martha Rhodes to Appear Pro Hac Vice. Document filed by Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH(dle) (Entered: 03/05/2008) |
| 03/03/2008 | 454 | MOTION for Ann Kimmel Ritter to Appear Pro Hac Vice. Document filed by Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH.(dle) (Entered: 03/05/2008) |
| 03/05/2008 | 453 | |

**JA177**

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE of Second Amended Complaint. Document filed by AGF Asset Management, S.A.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-11305-RJH(Harwood, Anthony) (Entered: 03/05/2008) |
| 03/05/2008 | 455 | ORDER: For reasons stated on the 3/3/08 tape recording of the conference call, the Mintzer and Oustantiol deposition shall be conducted on dates convenient for all counsel during the week of 3/17/08 or the week of 3/24/08 as further set forth in said Order. (Signed by Magistrate Judge Henry B. Pitman on 3/5/08) Copies Mailed by Chambers.(db) (Entered: 03/05/2008) |
| 03/06/2008 | | CASHIERS OFFICE REMARK on 450 Motion to Appear Pro Hac Vice, 452 Motion to Appear Pro Hac Vice, in the amount of $50.00, paid on 03/03/2008, Receipt Number 643555. (jd) (Entered: 03/06/2008) |
| 03/06/2008 | | CASHIERS OFFICE REMARK on 451 Motion to Appear Pro Hac Vice, 454 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 03/03/2008, Receipt Number 643556. (jd) (Entered: 03/06/2008) |
| 03/07/2008 | 456 | MOTION for Badge S. Humphries to Appear Pro Hac Vice. Document filed by Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH.(dle) (Entered: 03/10/2008) |
| 03/12/2008 | 457 | MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. Document filed by Vivendi, S.A..(Saunders, Paul) (Entered: 03/12/2008) |
| 03/12/2008 | 458 | DECLARATION of Guy Carcassonne in Support re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Vivendi, S.A.. (Saunders, Paul) (Entered: 03/12/2008) |
| 03/12/2008 | 459 | MEMORANDUM OF LAW in Support re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Vivendi, S.A.. (Saunders, Paul) (Entered: 03/12/2008) |
| 03/12/2008 | 460 | DECLARATION of Timothy G. Cameron in Support re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French* |

**JA178**

Case 15-208, Document 88, 08/12/2015, 1574512, Page195 of 299

| | | |
|---|---|---|
| | | *Shareholders")*.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit A to Declaration of Timothy G. Cameron, # 2 Exhibit B to Declaration of Timothy G. Cameron, # 3 Exhibit C to Declaration of Timothy G. Cameron, # 4 Exhibit D to Declaration of Timothy G. Cameron, # 5 Exhibit E to Declaration of Timothy G. Cameron, # 6 Exhibit F to Declaration of Timothy G. Cameron, # 7 Exhibit G to Declaration of Timothy G. Cameron, # 8 Exhibit H to Declaration of Timothy G. Cameron, # 9 Exhibit I to Declaration of Timothy G. Cameron, # 10 Exhibit J to Declaration of Timothy G. Cameron, # 11 Exhibit K to Declaration of Timothy G. Cameron, # 12 Exhibit L to Declaration of Timothy G. Cameron, # 13 Exhibit M to Declaration of Timothy G. Cameron, # 14 Exhibit N to Declaration of Timothy G. Cameron, # 15 Exhibit O to Declaration of Timothy G. Cameron, # 16 Exhibit P to Declaration of Timothy G. Cameron, # 17 Exhibit Q to Declaration of Timothy G. Cameron, # 18 Exhibit R to Declaration of Timothy G. Cameron, # 19 Exhibit S to Declaration of Timothy G. Cameron, # 20 Exhibit T to Declaration of Timothy G. Cameron, # 21 Exhibit U to Declaration of Timothy G. Cameron, # 22 Exhibit V to Declaration of Timothy G. Cameron, # 23 Exhibit W to Declaration of Timothy G. Cameron)(Saunders, Paul) (Entered: 03/12/2008) |
| 03/13/2008 | | CASHIERS OFFICE REMARK on 456 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 03/07/2008, Receipt Number 644054. (jd) (Entered: 03/13/2008) |
| 03/13/2008 | 461 | NOTICE OF APPEARANCE by Stephen Thran Rodd on behalf of Bruce Doniger (Rodd, Stephen) (Entered: 03/13/2008) |
| 03/17/2008 | 462 | DECLARATION of ("Supplemental Declaration of Timothy G. Cameron") in Support re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit K to Supplemental Declaration of Timothy G. Cameron, # 2 Exhibit M to Supplemental Declaration of Timothy G. Cameron, # 3 Supplement Affidavit of Leila F. Bose Certifying the Accuracy of Translations Cited)(Saunders, Paul) (Entered: 03/17/2008) |
| 03/24/2008 | 463 | NOTICE of Change of Law Firm Name. Document filed by Miami Group. (Scoville, William) (Entered: 03/24/2008) |
| 03/27/2008 | 464 | NOTICE of Class Plaintiffs' Motion For Approval Of Plan For Class Notice. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 03/27/2008) |
| 03/27/2008 | 465 | MOTION to Approve Class Plaintiffs' Plan For Class Notice. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach.(Kerr, Brian) (Entered: 03/27/2008) |
| | | |

**JA179**

| 03/27/2008 | 466 | MEMORANDUM OF LAW in Support re: 465 MOTION to Approve Class Plaintiffs' Plan For Class Notice.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 03/27/2008) |
| --- | --- | --- |
| 03/27/2008 | 467 | AFFIDAVIT of Jeanne C. Finegan in Support re: 465 MOTION to Approve Class Plaintiffs' Plan For Class Notice.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Attachments: # 1 Exhibit A)(Kerr, Brian) (Entered: 03/27/2008) |
| 03/28/2008 | 468 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Brian C. Kerr dated 3/26/08 re: Counsel for Class plaintiffs request that they have until May 2 to respond to Vevendi's motion. ENDORSEMENT: Application GRANTED. So Ordered. (Signed by Judge Richard J. Holwell on 3/28/08) (js) (Entered: 03/31/2008) |
| 04/01/2008 | 469 | ORDER: It is hereby ordered that class plaintiffs' application to strike the redactions from the document VU01623103-05 is denied. All plaintiffs are directed to return all unredacted copies of this document within ten (10) days of the date of this order. Defendants' application to reopen discovery concerning the possibility that illegal payments or other inducements may have been offered to some plaintiffs is granted in part. Defendants are permitted to depose, by written questions, Oliver Marie-Guillaume Gerard Morel and the Retirement System for General Employees of the City of Miami Beach concerning this matter. Defendants may serve a total of twenty-five (25) questions on each of these parties; subparts shall be counted as separate questions. Gerard, Morel and the Retirement System are to submit answers, pursuant to 28 U.S.C. 1746, within twenty days and may assert any objection believed to be valid, as set forth in this order. Liberty Media's application to compel supplemental responses to its requests for admissions is denied except as noted herein. Plaintiffs' and Defendants' applications concerning each others' responses to interrogatories are withdrawn with prejudice. (Signed by Magistrate Judge Henry B. Pitman on 4/1/2008) Copies Mailed By Chambers.(jpo) (Entered: 04/01/2008) |
| 04/08/2008 | 470 | MEMO ENDORSEMENT granting (405) Motion to Substitute Attorney. Added attorney Maureen Patricia Reid for Liberty Media Corporation, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc. and Liberty Media International, Inc. Attorney Steven R. Gustavson terminated in case 1:02-cv-05571-RJH-HBP. ENDORSEMENT: SO ORDERED(Signed by Judge Richard J. Holwell on 4/2/08) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(tro) (Additional attachment(s) added on 4/10/2008: # 1 Order) (rw). (Additional attachment(s) added on 4/10/2008: # 2 Main) (rw). (Entered: 04/08/2008) |
| 04/08/2008 | 471 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Jesse Strauss dated 3/24/08 re: Your Honor is requested to So Order the filing of Plaintiff's Second Amended Complaint if Your Honor deems such an order |

**JA180**

| | | |
|---|---|---|
| | | necessary. ENDORSEMENT: SO ORDERED. (Signed by Judge Richard J. Holwell on 4/8/08) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-11305-RJH(tro) (Entered: 04/08/2008) |
| 04/10/2008 | 472 | ORDER: It is hereby ordered that the motion of PIA for leave to file an amended complaint is hereby granted, and PIA is granted leave to file the amended complaint attached as exhibit 1 to the motion. PIA is an individual plaintiff in case no. 02-cv-5571, and the January 7,2008 scheduling order will apply to this action. (Signed by Judge Richard J. Holwell on 4/8/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jpo) (Entered: 04/10/2008) |
| 04/10/2008 | 473 | ORDER granting Motion for Martha Rhodes to Appear Pro Hac Vice these actions. (Signed by Judge Richard M. Berman on 4/8/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH(jpo) (Entered: 04/10/2008) |
| 04/10/2008 | 474 | ORDER granting Motion for Elizabeth S. Smith to Appear Pro Hac Vice these cases. (Signed by Judge Richard J. Holwell on 4/8/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH(jpo) (Entered: 04/10/2008) |
| 04/10/2008 | 475 | ORDER; regarding the resolution of discovery disputes that were resolved at the conference held on 4/3/08 in the manner that is set forth in this Order. (Signed by Magistrate Judge Henry B. Pitman on 4/10/08) (pl) (Entered: 04/10/2008) |
| 04/10/2008 | 476 | ORDER ADMITTING ATTORNEY PRO HAC VICE: It is hereby ordered that Nathan D. Finch is admitted to practice pro hac vice as counsel for SEB Investment GmbH. (Signed by Judge Richard J. Holwell on 4/8/2008) (jpo) (Entered: 04/10/2008) |
| 04/10/2008 | 477 | ORDER ADMITTING ATTORNEY PRO HAC VICE: It is hereby ordered that Kevin C. Maclay is admitted to practice pro hac vice as counsel for SEB Investment GmbH. (Signed by Judge Richard J. Holwell on 4/8/2008) (jpo) (Entered: 04/10/2008) |
| 04/11/2008 | 478 | TRANSCRIPT of proceedings held on 4/03/08 before Magistrate Judge Henry B. Pitman. (ama) (Entered: 04/11/2008) |
| 04/11/2008 | 479 | TRANSCRIPT of proceedings held on 3/31/08 before Magistrate Judge Henry B. Pitman. (ama) (Entered: 04/11/2008) |
| 04/14/2008 | 480 | NOTICE of Objection to Magistrate Judge Henry B. Pitman's 4/1/08 Order. Document filed by Vivendi, S.A. (Polkes, Jonathan) Modified on 4/15/2008 (db). Modified on 4/15/2008 (db). (Entered: 04/14/2008) |
| 04/14/2008 | 481 | Objection re: 480 Notice (Other), 469 Order,,,,,,. Document filed by Vivendi, S.A.. (Attachments: # 1 Certificate of Service)(Polkes, Jonathan) (Entered: 04/14/2008) |
| 04/14/2008 | 482 | DECLARATION of Adam M. Schloss in Support re: 481 Objection (non-motion), 480 Notice (Other). Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 |

**JA181**

| | | Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Polkes, Jonathan) (Entered: 04/14/2008) |
|---|---|---|
| 04/14/2008 | 483 | DECLARATION of Adam M. Schloss in Support re: 481 Objection (non-motion), 480 Notice (Other), 482 Declaration in Support,. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 10 Part 1, # 2 Exhibit 10 Part 2, # 3 Exhibit 10 Part 3, # 4 Exhibit 10 Part 4, # 5 Exhibit 11, # 6 Exhibit 12 Part 1, # 7 Exhibit 12 Part 2, # 8 Exhibit 12 Part 3, # 9 Exhibit 13)(Polkes, Jonathan) (Entered: 04/14/2008) |
| 04/15/2008 | 484 | STIPULATION AND ORDER: Defendants will serve and file any opposing affidavits and answering memoranda by 4/23/08. (Signed by Judge Richard J. Holwell on 4/14/08) (tro) (Entered: 04/15/2008) |
| 04/16/2008 | 485 | MOTION for Lee Anne Walters to Appear Pro Hac Vice. Document filed by Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH(dle) (Entered: 04/17/2008) |
| 04/16/2008 | 486 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Michael L. Calhoon dated 4/15/08 re: Liberty Media requests that the Court allow Liberty Media's and GAMCO's oppositions to Vivendi's motion to dismiss to be filed 30 days after the filing of Vivendi's motions. ENDORSEMENT: Vivendi shall move by April 23, 2008. Liberty Media and GAMCO shall respond by May 16, 2008. Vivendi shall reply by May 26, 2008. ( Motions due by 4/23/2008. Responses due by 5/16/2008, Replies due by 5/26/2008.) (Signed by Judge Richard J. Holwell on 4/16/08) (tro) (Entered: 04/17/2008) |
| 04/18/2008 | 487 | FIRST AMENDED COMPLAINT against Vivendi Universal, S.A., Guillaume Hannezo, Jean-Marie Messier.Document filed by Pioneer Investments Austria, GmbH.(dle) (Entered: 04/18/2008) |
| 04/21/2008 | 488 | STIPULATION: It is hereby stipulated and agreed and between the parties that Vivendi, S.A. and Messier will each conduct an electronic search in their respective document productions to Class Plaintiffs, to Individual Plaintiffs no later than April 9, 2008. Vivendi, S.A. and Messier will not seek communication with any Individual Plaintiffs concerning any claim or defense in these actions not identified by Vivendi S.A. and Messier by April 9, 2008. Individual Plaintiffs agree to withdraw Document Request Nos. 1-8 and interrogatories nos. 1 and 18 of discovery requests. Individual Plaintiffs agree to withdraw topics nos. 3 and 4 on Schedule A to the 30(b)(6) Deposition Notice, and topics nos. 1 and 3 on Schedule B to the 30(b)(1) Deposition Notice, as set forth herein. If Vivendi S.A. or Messier refuse to allow a deposition with respect to any document identified pursuant to this stipulation, then Vivendi, S.A. may not introduce that document as evidence of communication with an Individual Plaintiff. Vivendi S.A. and Messier have a continuing duty under F.R.C.P. 26(e) to supplement the information they provided pursuant to this stipulation. (Signed by Magistrate Judge Henry B. Pitman on 4/15/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jpo) (Entered: 04/22/2008) |
| | | |

**JA182**

| | | |
|---|---|---|
| 04/23/2008 | 489 | MEMORANDUM OF LAW in Opposition re: 465 MOTION to Approve Class Plaintiffs' Plan For Class Notice. *Defendants' Memorandum of Law in Opposition to Class Plaintiffs' Motion for Approval of Plan for Class Notice.* Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A.. (Saunders, Paul) (Entered: 04/23/2008) |
| 04/23/2008 | 490 | DECLARATION of Jessica R. Buturla in Opposition re: 465 MOTION to Approve Class Plaintiffs' Plan For Class Notice.. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Saunders, Paul) (Entered: 04/23/2008) |
| 04/23/2008 | 491 | MOTION for Judgment on the Pleadings *Notice of Motion of Defendants Vivendi, S.A., Universal Studios, Inc., Jean-Marie Messier and Guillaume Hannezo for Partial Judgment on the Pleadings.* Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH, 1:03-cv-05911-RJH(Saunders, Paul) (Entered: 04/23/2008) |
| 04/23/2008 | 492 | MEMORANDUM OF LAW in Support re: (15 in 1:03-cv-05911-RJH, 491 in 1:02-cv-05571-RJH-HBP, 36 in 1:03-cv-02175-RJH) MOTION for Judgment on the Pleadings. *Memorandum in Support of Defendants' Motion for Partial Judgment on the Pleadings.* Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH, 1:03-cv-05911-RJH(Saunders, Paul) (Entered: 04/23/2008) |
| 04/23/2008 | 493 | STIPULATION AND ORDER: It is hereby stipulated, by and between the undersigned counsel, that, in light of and pursuant to the terms of Magistrate Judge Pitman's April 10, 2008 Order, Mr. Hannezo withdraws his contention Interrogatories. So Ordered. (Signed by Magistrate Judge Henry B. Pitman on 4/23/08) (js) (Entered: 04/24/2008) |
| 04/23/2008 | 494 | STIPULATION AND ORDER: It is hereby stipulated, by and between the undersigned counsel, that Defendants withdraw Messier's Contention Interrogatories (Signed by Magistrate Judge Henry B. Pitman on 4/11/08) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(js) (Entered: 04/24/2008) |
| 04/24/2008 | 495 | ORDER: I conclude that PIA, by virtue of its intervention, is a party in the Class Action, but is entitled to conduct discovery as a party in accordance with the schedule set by Judge Holwell in his January 7, 2008 Scheduling Order (Docket Item 403). To the extent PIA has served discovery in the Class Action in accordance with the January 7, 2008 Scheduling Order, Hannezo must respond to it. So Ordered (Signed by Magistrate Judge Henry B. Pitman on 4/23/08) (js) (Entered: 04/24/2008) |
| 04/24/2008 | 496 | MOTION for Leave to File Response to Defendant Vivendi's Objection to Magistrate Judge Pitmans' Order of 4/1/08. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. |

**JA183**

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Response, # 2 Certificate of Service)(Spencer, Michael) (Entered: 04/24/2008) |
| 04/28/2008 | 497 | MOTION for Donald Migliori to Appear Pro Hac Vice. Document filed by Union Asset Mangement Holding AG, Indexchange Investment AG, SEB Investment Mangement AB, Raiffeisen Kapitalanlage-Gesellschaft m.b.H, Pioneer Investments Kapitalanlage-Gesellschaft m.b.H., Pioneer Investments Austria GmbH, LRI Landsbank Rheinland-Pfalz International S.A., Oppenheim Kapitalanlagegesellschaft mbH, Landesbank Berlin Investment GmbH, Deutsche Asset Management Investmentgesellschaft mbH, DWS Investment GmbH, Skandia Insurance Company Ltd., Fortis Investment Management SA, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., Oppenheim Asset Management Services S.`ar.l., Pioneer Investment Management SGRPA, Universal-Investment-Gesellshaft mbH, Capital Invest die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe BmbH.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH(dle) (Entered: 04/29/2008) |
| 04/29/2008 | | CASHIERS OFFICE REMARK on 485 Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on 04/16/2008, Receipt Number 647709. (jd) (Entered: 04/29/2008) |
| 04/30/2008 | 498 | ORDER granting 485 Motion for Lee Anne Walters to Appear Pro Hac Vice for plaintiffs. (Signed by Judge Richard M. Berman on 4/28/08) (cd) (Entered: 04/30/2008) |
| 04/30/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 498 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (cd) (Entered: 04/30/2008) |
| 04/30/2008 | 499 | ORDER granting 454 Motion for Ann Kimmel Ritter to Appear Pro Hac Vice for plaintiffs. (Signed by Judge Richard M. Berman on 4/28/08) (cd) (Entered: 04/30/2008) |
| 04/30/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 499 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (cd) (Entered: 04/30/2008) |
| 04/30/2008 | 500 | ORDER granting 456 Motion for Badge S. Humphries to Appear Pro Hac Vice for plaintiffs. (Signed by Judge Richard M. Berman on 4/28/08) (cd) (Entered: 04/30/2008) |
| 04/30/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 500 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (cd) (Entered: 04/30/2008) |
| 04/30/2008 | 501 | ORDER granting 451 Motion for Frederick Jekel to Appear Pro Hac Vice for plaintiffs. (Signed by Judge Richard M. Berman on 4/28/08) (cd) (Entered: 04/30/2008) |
| 04/30/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 501 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (cd) (Entered: 04/30/2008) |

**JA184**

| | | |
|---|---|---|
| 04/30/2008 | | CASHIERS OFFICE REMARK on 497 Motion to Appear Pro Hac Vice,,, in the amount of $25.00, paid on 04/28/2008, Receipt Number 649190. (jd) (Entered: 04/30/2008) |
| 04/30/2008 | 502 | REPLY MEMORANDUM OF LAW in Support re: 465 MOTION to Approve Class Plaintiffs' Plan For Class Notice.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Spencer, Michael) (Entered: 04/30/2008) |
| 04/30/2008 | 503 | DECLARATION of William B. Scoville, Jr. in Support re: 465 MOTION to Approve Class Plaintiffs' Plan For Class Notice.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Attachments: # 1 Exhibit 1-2, # 2 Exhibit 3-12)(Scoville, William) (Entered: 04/30/2008) |
| 04/30/2008 | 504 | AFFIRMATION of William B. Scoville, Jr. in Support re: 465 MOTION to Approve Class Plaintiffs' Plan For Class Notice.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Scoville, William) (Entered: 04/30/2008) |
| 05/02/2008 | 505 | MEMO ENDORSEMENT granting 496 Motion for Leave to File Response to Defendant Vivendi's Objection to Magistrate Judge Pitmans' Order of 4/1/08. ENDORSEMENT: Defendant has informed the Court that it does not oppose Plaintiffs' motion for leave to respond. This motion 496 is granted. (Signed by Judge Richard J. Holwell on 5/2/08) (tro) (Entered: 05/02/2008) |
| 05/02/2008 | 506 | MEMORANDUM OF LAW in Opposition re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. Redacted Version. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 05/02/2008) |
| 05/02/2008 | 507 | DECLARATION of Alexis Mourre in Opposition re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5a, # 6 Exhibit 5b, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10)(Kerr, Brian) (Entered: 05/02/2008) |

**JA185**

| | | |
|---|---|---|
| 05/02/2008 | 508 | DECLARATION of Christophe Seraglini in Opposition re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 05/02/2008) |
| 05/02/2008 | 509 | DECLARATION of Pierre de Montalivet in Opposition re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 05/02/2008) |
| 05/02/2008 | 510 | DECLARATION of Olivia Vasilescu in Opposition re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Kerr, Brian) (Entered: 05/02/2008) |
| 05/02/2008 | 511 | CERTIFICATE OF SERVICE of Memorandum of Law in Opposition to Motion for Partial Reconsideration of the Court's Decision Certifying a Plaintiff Class that Includes French Shareholders, and supporting documents served on Defendants on 5/2/2008. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 05/02/2008) |
| 05/02/2008 | 512 | RESPONSE to Motion re: (457 in 1:02-cv-05571-RJH-HBP) MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Norges Bank, Helaba Invest Kapitalanlagegesellschaft MBH, Internationale Kapitalanlagegesellschaft mbH, Meltzer Investment Gmbh, Meltzer Ireland, Ltd., Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss |

**JA186**

| | | |
|---|---|---|
| | | Life Asset Management GmbH, Swiss Life Holding AG, Swiss Life Asset Management (Nederland) B.V., Swiss Life Investment Management Holding AG. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 05/02/2008) |
| 05/02/2008 | 513 | ORDER: I adhere to the conclusion reached in my April 23, 2008 order and conclude that PIA, by virtue of its intervention, is an individual party in the Class Action, but is entitled to conduct discovery as a party in accordance with the schedule set by Judge Holwell in his January 7, 2008 Scheduling Order (Docket Item 403). To the extent PIA has served discovery in Docket No. 02 Civ 5571 in accordance with the January 7, 2008 Scheduling Order, Hannezo must must respond to it. So Ordered. (Signed by Magistrate Judge Henry B. Pitman on 5/2/08) (js) (Entered: 05/05/2008) |
| 05/05/2008 | 515 | RESPONSE re: 481 Objection (non-motion) *to Magistrate Judge Henry B. Pitman's 4/1/08 Order*. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Attachments: # 1 Certificate of Service)(Spencer, Michael) (Entered: 05/05/2008) |
| 05/12/2008 | 516 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Paul Saunders dated 5/7/08 re: Request for an extension of time of the date by which defendant Vivendi must submit its reply in further support of its Motion for Partial Reconsideration of the Court's Decision Certifying a Plaintiff Class to 6/2/08. ENDORSEMENT: Application granted. Set Deadlines/Hearing as to 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. ( Reply due by 6/2/2008.) (Signed by Judge Richard J. Holwell on 5/12/08) (cd). (Entered: 05/12/2008) |
| 05/14/2008 | 517 | NOTICE of Notice of Objection to Magistrate Judge Pitman's May 6, 2008 Order Reopening the Ross Deposition. Document filed by Bruce Doniger. (Rodd, Stephen) (Entered: 05/14/2008) |
| 05/14/2008 | 518 | BRIEF *Plaintiffs Objection to Magistrate Judge Pitman's May 6, 2008 Order Reopening the Ross Deposition*. Document filed by Bruce Doniger.(Rodd, Stephen) (Entered: 05/14/2008) |
| 05/14/2008 | 519 | BRIEF *Declaration of Stephen Rodd in Support of Plaintiffs' Objection to Magistrate Judge Pitman's May 6, 2008 Order Reopening the Ross Deposition*. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit A-May 6, 2008 Transcript of telephonic conference before Magistrate Judge Pitman [excerpts of transcript filed under seal], # 2 Exhibit B - May 9, 2007 News Release published by US Dept. of Labor, # 3 Exhibit C-Magistrate Judge Pitman's March 5, 2008 Order, # 4 Exhibit D-March 27, 2008 email correspondence from Paul Saunders, # 5 Exhibit E - Document filed under seal, # 6 Exhibit F - Document filed under seal, # 7 Exhibit G - May 6, 2006 letter from John M. Newman)(Rodd, Stephen) (Entered: 05/14/2008) |

**JA187**

| 05/15/2008 | 521 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Attorney Nathan D. Finch is admitted for individual plaintiff Pioneer Investments Austria GmbH in Case No. 02Civ. 5571 to practice as counsel Pro Hac Vice in the above captioned case. (Signed by Judge Richard J. Holwell on 5/14/08) (tro) (Entered: 05/15/2008) |
|---|---|---|
| 05/15/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 521 Order Admitting Attorney Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (tro) (Entered: 05/15/2008) |
| 05/15/2008 | 522 | MOTION for Leave to File A Rebuttal Expert Report. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach.(Kerr, Brian) (Entered: 05/15/2008) |
| 05/15/2008 | 523 | MEMORANDUM OF LAW in Support re: 522 MOTION for Leave to File A Rebuttal Expert Report.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 05/15/2008) |
| 05/15/2008 | 524 | DECLARATION of Olivia Vasilescu in Support re: 522 MOTION for Leave to File A Rebuttal Expert Report.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Attachments: # 1 Exhibit A)(Kerr, Brian) (Entered: 05/15/2008) |
| 05/15/2008 | 525 | MOTION for Nathan D. Finch to Appear Pro Hac Vice. Document filed by Pioneer Investments Austria, GmbH.(dle) (Entered: 05/16/2008) |
| 05/16/2008 | 527 | RESPONSE in Opposition re: (36 in 1:03-cv-02175-RJH) MOTION for Judgment on the Pleadings.. Document filed by LMC USA VII, Inc., LMC USA VIII, Inc., Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Jean-Marie Messier. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Reid, Maureen) (Entered: 05/16/2008) |
| 05/16/2008 | 528 | DECLARATION of Michael L. Calhoon in Opposition re: (36 in 1:03-cv-02175-RJH) MOTION for Judgment on the Pleadings.. Document filed by LMC USA VII, Inc., LMC USA VIII, Inc., Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. (Attachments: # 1 Exhibits 2-4, 6 & 8-18 FILED UNDER SEAL, # 2 Exhibit 1, # 3 Exhibit 5 - Part 1 of 2, # 4 Exhibit 5 - Part 2 of 2, # 5 Exhibit 7, # 6 Exhibit 19, # 7 Exhibit 20, # 8 Exhibit 21, # 9 Exhibit 22, # 10 Exhibit 23, # 11 Exhibit 24, # 12 Exhibit 25, # 13 Exhibit 26)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Reid, Maureen) (Entered: 05/16/2008) |
| 05/16/2008 | 530 | MEMORANDUM OF LAW in Opposition re: 491 MOTION for Judgment on the Pleadings *Notice of Motion of Defendants Vivendi, S.A., Universal Studios, Inc., Jean-Marie Messier and Guillaume Hannezo for Partial* |

**JA188**

Case 15-208, Document 88, 08/12/2015, 1574512, Page205 of 299

| | | |
|---|---|---|
| | | *Judgment on the Pleadings.*. Document filed by GAMCO Investors, Inc.. (Cappucci, Robert) (Entered: 05/16/2008) |
| 05/16/2008 | 531 | DECLARATION of Vincent R. Cappucci in Opposition re: 491 MOTION for Judgment on the Pleadings *Notice of Motion of Defendants Vivendi, S.A., Universal Studios, Inc., Jean-Marie Messier and Guillaume Hannezo for Partial Judgment on the Pleadings.*. Document filed by GAMCO Investors, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, Part 1, # 5 Exhibit D, Part 2, # 6 Exhibit E)(Cappucci, Robert) (Entered: 05/16/2008) |
| 05/16/2008 | 532 | MOTION for Leave to File Response to Plaintiffs' Objection to Magistrate Judge Pitman's May 6, 2008 Order Reopening the Ross Deposition. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A.. (Attachments: # 1 Certificate of Service)(Perschetz, Martin) (Entered: 05/16/2008) |
| 05/19/2008 | 533 | ORDER granting (26) Motion for Donald A. Migliori to Appear Pro Hac Vice in case 1:07-cv-08830-RJH; granting (22) Motion for Donald A. Migliori to Appear Pro Hac Vice in case 1:07-cv-10578-RJH; granting (24) Motion for Donald A. Migliori to Appear Pro Hac Vice in case 1:07-cv-10954-RJH; granting (497) Motion for Donald A. Migliori to Appear Pro Hac Vice in case 1:02-cv-05571-RJH-HBP. (Signed by Judge Richard J. Holwell on 5/19/08) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH(cd) Modified on 5/19/2008 (kkc). (Entered: 05/19/2008) |
| 05/19/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 533 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (cd) (Entered: 05/19/2008) |
| 05/19/2008 | | CASHIERS OFFICE REMARK on 525 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 5/15/08, Receipt Number 650816. (Quintero, Marcos) (Entered: 05/19/2008) |
| 05/20/2008 | 534 | MEMO ENDORSED ON DEFENDANT'S MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE PITMAN'S MAY 6, 2008 ORDER REOPENING THE ROSS DEPOSITION: Counsel respectfully request permission for leave to file a response to Plaintiff's objection on or before May 21, 2008. ENDORSEMENT: Application Granted So Ordered. (Signed by Judge Richard J. Holwell on 5/20/2008) (jfe) (Entered: 05/20/2008) |
| 05/20/2008 | 535 | MOTION for Christine M. Mackintosh to Appear Pro Hac Vice. Document filed by Deka International S.A. Luxemburg, Deka Fundmaster Investmentgesellschaft MBH, Deka Investment, Deka International (Ireland) Limited, Helaba Invest Kapitalanlagegesellschaft MBH, Internationale Kapitalanlagegesellschaft mbH, Meltzer Investment Gmbh, Meltzer Ireland, Ltd., HSBC Trinkaus & Burkhardt AG, Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss Life Asset Management GmbH, Swiss Life Holding AG, Swiss Life Asset Management (Nederland) B.V., Swiss Life Investment Management Holding AG, Collen |

**JA189**

Case 15-208, Document 88, 08/12/2015, 1574512, Page206 of 299

|  |  | Dodi, Ruth Pearson Trust Pearson Trustee, Edward B Brunswick, Michael Doniger, Alison Doniger, Grandchildren's Trust by Bruce Doniger Trustee, Bruce Doniger, Beatrice Doniger, Jeffrey Kurtz, Hal Price, Rosenbaum Partners, L.P., W. Scott Polland, Jr, Nicholas A. Radosevich, Pearson-Doniger Family, Miami Group, Rosenbaum Partners, L.P., Marc Rovner, Sheldon Seid, Leslie Turbowitz, Yong Man Kim, Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., Barry Family, LP, Eleanor Turberg, Miami Group, Pearson-Doniger Family, Prigest, S.A, Tocqueville Finance, S.A, Ruth` Pearson Trust, Capital Invest, GAMCO Investors, Inc., Allianz Global Investors Kapitalanlagegesellschaft MBH, Allianz Global Investors Luxembourg S.A., Allianz Global Investors Ireland Limited, Oppenheim Kapitalanlagegesellschaft mBH, AGF Asset Management, S.A., William individually and on behalf of all others similarly situated, Olivier Chastan, Reed S. Clark, Daha Davis.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(dle) (Entered: 05/21/2008) |
| 05/21/2008 | 536 | MEMORANDUM OF LAW in Opposition re: 519 Brief,, 517 Notice (Other), 518 Brief *Plaintiffs' Rule 72(a) Objection to Magistrate Judge Pitman's May 6, 2008 Order Reopening the Expert Depostion of Wilbur L. Ross.* Document filed by Vivendi Universal, S.A., Guillaume Hannezo, Jean-Marie Messier. (Attachments: # 1 Certificate of Service)(Perschetz, Martin) (Entered: 05/21/2008) |
| 05/21/2008 | 537 | AFFIRMATION of Shanon N. LaCorte *in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Rule 72(a) Objection to Magistrate Judge Pitman's May 6, 2008 Order Reopening the Expert Deposition of Wilbur L. Ross.* Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Certificate of Service)(Lacorte, Shanon) (Entered: 05/21/2008) |
| 05/23/2008 | 540 | ORDER: Having reviewed Magistrate Judge Henry B. Pitman's 5/6/08 Order, Plaintiffs' Objection thereto and Defendants' Memorandum of Law in Opposition, the Court concludes that Magistrate Judge Henry B. Pitman's Order is neither clearly erroneous nor contrary to law. Accordingly, the Plaintiffs' application is denied. (Signed by Judge Richard J. Holwell on 5/23/08) (db) (Entered: 05/23/2008) |
| 05/23/2008 | 541 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Paul C. Saunders dated 5/21/08 re: Vivendi requests permission to combine into one its reply memoranda to two opposition briefs, also requesting permission to submit a single reply that does not exceed 20 pages. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge Richard J. Holwell on 5/21/08) (db) (Entered: 05/23/2008) |
| 05/23/2008 | 542 | REPLY MEMORANDUM OF LAW in Support re: (15 in 1:03-cv-05911-RJH, 491 in 1:02-cv-05571-RJH-HBP, 36 in 1:03-cv-02175-RJH) MOTION for Judgment on the Pleadings. *("Reply Memorandum In Support Of* |

Case 15-208, Document 88, 08/12/2015, 1574512, Page207 of 299

| | | |
|---|---|---|
| | | *Defendants' Motion For Patial Judgment On The Pleadings")*. Document filed by Vivendi Universal, Vivendi Universal, S.A., Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A., Vivendi Universal S.A., Vivendi Universal, S.A.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH, 1:03-cv-05911-RJH(Saunders, Paul) (Entered: 05/23/2008) |
| 05/23/2008 | 543 | DECLARATION of Olivia Zach in Support re: (15 in 1:03-cv-05911-RJH, 491 in 1:02-cv-05571-RJH-HBP, 36 in 1:03-cv-02175-RJH) MOTION for Judgment on the Pleadings.. Document filed by Vivendi Universal, Vivendi Universal, S.A., Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A., Vivendi Universal S.A., Vivendi Universal, S.A.. (Attachments: # 1 Exhibit A to Declaration of Olivia Zach, # 2 Exhibit B to Declaration of Olivia Zach, # 3 Exhibit C to Declaration of Olivia Zach, # 4 Exhibit D to Declaration of Olivia Zach, # 5 Exhibit E to Declaration of Olivia Zach, # 6 Exhibit F to Declaration of Olivia Zach, # 7 Exhibit G to Declaration of Olivia Zach)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH, 1:03-cv-05911-RJH(Saunders, Paul) (Entered: 05/23/2008) |
| 05/27/2008 | 544 | MEMORANDUM OF LAW in Opposition re: 522 MOTION for Leave to File A Rebuttal Expert Report.. Document filed by Universal Studios, Inc., Vivendi, S.A.. (Saunders, Paul) (Entered: 05/27/2008) |
| 05/27/2008 | 545 | DECLARATION of Jessica R. Buturla in Opposition re: 522 MOTION for Leave to File A Rebuttal Expert Report.. Document filed by Universal Studios, Inc., Vivendi, S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Saunders, Paul) (Entered: 05/27/2008) |
| 05/28/2008 | | CASHIERS OFFICE REMARK on 535 Motion to Appear Pro Hac Vice,,,,,,,, in the amount of $25.00, paid on 5/20/08, Receipt Number 651957. (Quintero, Marcos) (Entered: 05/28/2008) |
| 05/28/2008 | 546 | ORDER: For reasons further set forth in said Order, plaintiff's application to stay the reopening of Rose's deposition pending Judge Richard J. Holwell's ruling on plaintiff's appeal from my 5/6/08 Order is GRANTED. (Signed by Magistrate Judge Henry B. Pitman on 5/28/08) (db) (Entered: 05/28/2008) |
| 05/28/2008 | 547 | ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL OF CLAIMS BY FAMANDSFORENINGEN PENSAM INVEST: The Court hereby acknowledges that Plaintiff's Notice of Voluntary Dismissal of Claims pursuant to F.R.C.P. 41(a)(l)(i) is effective, without order of court, to dismiss without prejudice Plaintiff's claims against Defendants. (Signed by Judge Richard J. Holwell on 5/28/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-11092-RJH(jpo) (Entered: 05/29/2008) |
| 05/29/2008 | 548 | ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL OF CLAIMS BY ALLIANZ GLOBAL INVESTORS IRELAND LIMITED: The Court hereby acknowledges that Plaintiffs Notice of Voluntary Dismissal of Claims Pursuant to F.R.C.P. 41(a)(l)(i) is effective, without order of court, to dismiss without prejudice Plaintiff's claims against Defendants. (Signed by Judge |

**JA191**

| | | Richard J. Holwell on 5/28/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH(jpo) (Entered: 05/29/2008) |
|---|---|---|
| 06/02/2008 | 549 | REPLY MEMORANDUM OF LAW in Support re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. *("Defendant Vivendi, S.A.'s Reply Memorandum Of Law In Further Support Of Its Motion For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. Document filed by Vivendi, S.A.. (Cameron, Timothy) (Entered: 06/02/2008) |
| 06/02/2008 | 550 | AFFIDAVIT of Leila F. Bose in Support re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Vivendi, S.A.. (Cameron, Timothy) (Entered: 06/02/2008) |
| 06/02/2008 | 551 | FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENTS #554-557) - DECLARATION of Jessica R. Buturla in Support re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit A to Declaration of Jessica R. Buturla, # 2 Exhibit B to Declaration of Jessica R. Buturla, # 3 Exhibit C to Declaration of Jessica R. Buturla, # 4 Exhibit D to Declaration of Jessica R. Buturla, # 5 Exhibit E to Declaration of Jessica R. Buturla)(Cameron, Timothy) Modified on 6/9/2008 (lb). (Entered: 06/02/2008) |
| 06/02/2008 | 552 | REPLY MEMORANDUM OF LAW in Support re: 522 MOTION for Leave to File A Rebuttal Expert Report.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/02/2008) |
| 06/02/2008 | 553 | DECLARATION of Olivia Vasilescu in Support re: 522 MOTION for Leave to File A Rebuttal Expert Report.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kerr, Brian) (Entered: 06/02/2008) |
| 06/02/2008 | 554 | DECLARATION of Guy Carcassonne in Support re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That* |

**JA192**

| | | |
|---|---|---|
| | | *Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Vivendi, S.A.. (Cameron, Timothy) (Entered: 06/02/2008) |
| 06/02/2008 | 555 | DECLARATION of Paul Lagarde in Support re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Vivendi, S.A.. (Cameron, Timothy) (Entered: 06/02/2008) |
| 06/02/2008 | 556 | DECLARATION of Geraud De Geouffre De La Pradelle in Support re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Vivendi, S.A.. (Cameron, Timothy) (Entered: 06/02/2008) |
| 06/02/2008 | 557 | DECLARATION of Jessica R. Buturla in Support re: 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit A to Buturla Declaration, # 2 Exhibit B to Buturla Declaration, # 3 Exhibit C to Buturla Declaration, # 4 Exhibit D to Buturla Declaration, # 5 Exhibit E to Buturla Declaration)(Cameron, Timothy) (Entered: 06/02/2008) |
| 06/03/2008 | 562 | MOTION for Robert K. Kry to Appear Pro Hac Vice. Document filed by Liberty Media Corporation.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(djc) (Entered: 06/04/2008) |
| 06/04/2008 | 559 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF CHRISTINE M. MACKINTOSH: granting (12) Motion for Christine M. Mackintosh to Appear Pro Hac Vice in case 1:07-cv-07776-RJH; granting (11) Motion for Christine M. Mackintosh to Appear Pro Hac Vice in case 1:07-cv-07778-RJH; granting (11) Motion for Christine M. Mackintosh to Appear Pro Hac Vice in case 1:07-cv-07779-RJH; granting (12) Motion for Christine M. Mackintosh to Appear Pro Hac Vice in case 1:07-cv-07803-RJH; granting (15) Motion for Christine M. Mackintosh to Appear Pro Hac Vice in case 1:07-cv-08208-RJH; granting (11) Motion for Christine M. Mackintosh to Appear Pro Hac Vice in case 1:07-cv-09593-RJH; granting (535) Motion for Christine M. Mackintosh to Appear Pro Hac Vice in case 1:02-cv-05571-RJH-HBP. (Signed by Judge Richard J. Holwell on 6/3/2008) |

**JA193**

| | | Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jfe) (Entered: 06/04/2008) |
|---|---|---|
| 06/04/2008 | 561 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: in case 1:02-cv-05571-RJH-HBP; granting (40) Motion for Bryan A. Erman to Appear Pro Hac Vice in case 1:03-cv-02175-RJH. (Signed by Judge Richard J. Holwell on 6/3/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(jfe) (Entered: 06/04/2008) |
| 06/04/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (12 in 1:07-cv-07778-RJH, 13 in 1:07-cv-07803-RJH, 13 in 1:07-cv-07776-RJH, 559 in 1:02-cv-05571-RJH-HBP, 12 in 1:07-cv-07779-RJH, 12 in 1:07-cv-09593-RJH, 16 in 1:07-cv-08208-RJH) Order on Motion to Appear Pro Hac Vice,,, (561 in 1:02-cv-05571-RJH-HBP) Order on Motion to Appear Pro Hac Vice,, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jfe) (Entered: 06/11/2008) |
| 06/06/2008 | | CASHIERS OFFICE REMARK on 562 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 06/03/2008, Receipt Number 652860. (jd) (Entered: 06/06/2008) |
| 06/06/2008 | 563 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Michael L. Calhoon dated 6/2/08 re: Counsel requests that this court conduct a hearing on the notion, filed April 23, 2008. Counsel requests leave to file a short surreply, not to exceed 10 pages and due within 7 days of this court's granting leave. ENDORSEMENT: oral argument will be held prior to any ruling. (Signed by Judge Richard J. Holwell on 6/5/08) (mme) (Entered: 06/06/2008) |
| 06/06/2008 | 564 | ENDORSEMENT, Defendant Vivendi Universal, S.A.'s application, made by letter, dated June 2, 2008, to compel the production of documents concerning Motley Rice's relationship with the witness Jean-Charles Brisard is granted with respect to documents reflecting the amount Motley Rice has paid Brisard and the number of hours worked by Brisard. Insofar as Vivendi requests the Court to compel the production of documents that reflect the substance of Brisard's work for Motley Rice, the request is denied. Because Brisard's deposition is scheduled for June 11, Motley Rice is to complete its document production by 5:00 p.m. New York time on June 9, 2008. To the extent Vivendi seeks production of documents fro Brisard himself, that application is denied. Brisard is not a party and there has been no showing that a subpoena duces tecum has been served on him. There is, therefore, there is no legal basis on which to order him to produce documents. (Signed by Magistrate Judge Henry B. Pitman on 6/6/08) (mme) (Entered: 06/06/2008) |
| 06/06/2008 | 565 | MOTION Regarding Misleading Mass Mailing Sent to French Class Members by Certain Counsel for the Individual Plaintiffs. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach.(Kerr, Brian) (Entered: 06/06/2008) |
| | | |

**JA194**

| 06/06/2008 | 566 | MEMORANDUM OF LAW in Support re: 565 MOTION Regarding Misleading Mass Mailing Sent to French Class Members by Certain Counsel for the Individual Plaintiffs.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/06/2008) |
| --- | --- | --- |
| 06/06/2008 | 567 | DECLARATION of Olivia Vasilescu in Support re: 565 MOTION Regarding Misleading Mass Mailing Sent to French Class Members by Certain Counsel for the Individual Plaintiffs.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kerr, Brian) (Entered: 06/06/2008) |
| 06/09/2008 | 568 | ORDER: It is hereby ordered that if the parties are unable to agree on whether the protective order in this matter should be modified with respect to the continuation of the Ross deposition, plaintiffs are to serve and file their application to modify the protective order no later than 12:00 noon, New York time, on June 12, 2008. Plaintiffs shall serve their opposition papers in such a manner that all counsel either actually receive plaintiffs' papers by noon on June 12 at noon. Due to the abbreviated briefing schedule and the wide area over which counsel are located, service by e-mail or fax is sufficient. If defendants oppose plaintiffs' application to modify the protective order, they shall serve and file their opposition papers no later than 12:00 noon, New York time, on June 19, 2008. All parties' briefs shall be no longer than fifteen (15) pages, double spaced, in 12-point type, with one-inch margins on all sides, as set forth herein. Oral argument on the motion to modify the protective order will be held on June 20, 2008 at 10:00 a.m. Counsel will be advise of the number of the courtroom in which the argument will be held. (Signed by Magistrate Judge Henry B. Pitman on 6/9/2008) Copies Mailed By Chambers.(jpo) (Entered: 06/09/2008) |
| 06/09/2008 | 569 | ENDORSED LETTER addressed to Magistrate Judge Henry B. Pitman from Anthony J. Harwood dated 6/3/2008 re: Individual plaintiffs shall file and serve their response to Mr. Reynolds' letter on June 10, 2008. ENDORSEMENT: The schedule proposed herein is approved. (Signed by Magistrate Judge Henry B. Pitman on 6/5/2008) (jpo) (Entered: 06/09/2008) |
| 06/09/2008 | | Set Deadlines/Hearings: Responses due by 6/19/2008 (jpo) (Entered: 06/17/2008) |
| 06/09/2008 | 594 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Attorney Bryan Anthony Erman for Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc. and Liberty Media International, Inc. admitted Pro Hac Vice. (Signed by Judge Richard J. Holwell on 6/3/08) Filed |

**JA195**

| | | In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(dle) (Entered: 06/19/2008) |
|---|---|---|
| 06/10/2008 | 570 | NOTICE OF APPEARANCE by Bryan Anthony Erman on behalf of Liberty Media Corporation, LMC Capital LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Erman, Bryan) (Entered: 06/10/2008) |
| 06/10/2008 | 571 | DECLARATION of Paul C. Saunders in Support re: 565 MOTION Regarding Misleading Mass Mailing Sent to French Class Members by Certain Counsel for the Individual Plaintiffs.. Document filed by Vivendi, S.A.. (Attachments: # 1 DRRT Letter with Translation, # 2 Translator's Affidavit re DRRT Letter)(Saunders, Paul) (Entered: 06/10/2008) |
| 06/11/2008 | 572 | ENDORSED LETTER addressed to Judge Richard J. Holwell from William H. Narwold dated 6/5/2008 re: Counsel respectfully request that Mr. Evangelista that is affiliated with the law firm of Motley Rice L.L.C be removed form the docket in this action. ENDORSEMENT: The Clerk is directed to remove James Evangelista as counsel of record in this action. So Ordered. (Signed by Judge Richard J. Holwell on 6/11/2008) (jfe) (Entered: 06/11/2008) |
| 06/11/2008 | 573 | NOTICE OF DISMISSAL AS TO PLAINTIFF PIONEER INVESTMENTS AUSTRIA GmbH (f/k/a CAPITAL INVEST): Pursuant to Fed. R. Civ. P. 41 (a)(1). Plaintiff Pioneer Investments Austria GmbH (f/k/a/ Capital Invest) hereby submits its notice of dismissal without prejudice of its claims in this matter as against Defendant's. (Signed by Judge Richard J. Holwell on 6/11/2008) (jfe) (Entered: 06/11/2008) |
| 06/11/2008 | 574 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Paul A. Straus dated 6/10/2008 re: Counsel respectfully request that the Court reject Plaintiff's proposal prohibiting Messrs. Messier and Hannezo from filing their own motions to dismiss and for summary judgment within the existing page limits set by the Court. ENDORSEMENT: Application Granted. So Ordered. (Signed by Judge Richard J. Holwell on 6/11/2008) (jfe) (Entered: 06/11/2008) |
| 06/11/2008 | 575 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Michael Calhoon dated 6/9/08 re: Counsel writes this letter in response to Vivendi's June 5 letter, If the court grants additional pages to defendants, plaintiffs request additional time to respond. ENDORSEMENT: Vivendi's letter request of June 5, 2008 to expand page limit for its proposed motions is granted in part. Opening and opposition briefs may be up to 35 pages in length. Reply may be up to 20 pages in length. Vivendi's request for an extension of time is granted. (Signed by Judge Richard J. Holwell on 6/11/08) (mme) (Entered: 06/11/2008) |
| 06/12/2008 | 576 | MOTION for Protective Order *Notice of Plaintiffs' Motion for Application for Entry of Supplement to Protective Order*. Document filed by Bruce Doniger.(Rodd, Stephen) (Entered: 06/12/2008) |
| | | |

**JA196**

Case 15-208, Document 88, 08/12/2015, 1574512, Page213 of 299

| | | |
|---|---|---|
| 06/12/2008 | 577 | MEMORANDUM OF LAW in Support re: 576 MOTION for Protective Order *Notice of Plaintiffs' Motion for Application for Entry of Supplement to Protective Order. Plaintiffs' Memorandum in Support of Application for Entry of Supplement to Protective Order*. Document filed by Bruce Doniger. (Attachments: # 1 Text of Proposed Order Exhibit A, # 2 Certificate of Service)(Rodd, Stephen) (Entered: 06/12/2008) |
| 06/12/2008 | 578 | ORDER in case 1:02-cv-05571-RJH-HBP; granting (44) Motion for Robert K. Kry to Appear Pro Hac Vice in case 1:03-cv-02175-RJH. (Signed by Judge Richard J. Holwell on 6/12/08) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(js) (Entered: 06/12/2008) |
| 06/12/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (46 in 1:03-cv-02175-RJH) Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(js) (Entered: 06/12/2008) |
| 06/12/2008 | 579 | NOTICE OF APPEARANCE by Robert K. Kry on behalf of LMC USA VII, Inc., LMC USA VIII, Inc., Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH (Kry, Robert) (Entered: 06/12/2008) |
| 06/16/2008 | 580 | MOTION to Dismiss *the Complaint*. Document filed by Vivendi, S.A.. Responses due by 7/16/2008(Reid, Penny) (Entered: 06/16/2008) |
| 06/16/2008 | 581 | MEMORANDUM OF LAW in Support re: 580 MOTION to Dismiss *the Complaint*.. Document filed by Vivendi, S.A.. (Reid, Penny) (Entered: 06/16/2008) |
| 06/16/2008 | 582 | DECLARATION of Penny P. Reid in Support re: 580 MOTION to Dismiss *the Complaint*.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Reid, Penny) (Entered: 06/16/2008) |
| 06/16/2008 | 583 | DECLARATION of Frederic Crepin in Support re: 580 MOTION to Dismiss *the Complaint*.. Document filed by Vivendi, S.A.. (Reid, Penny) (Entered: 06/16/2008) |
| 06/16/2008 | 584 | MOTION to Dismiss. Document filed by Guillaume Hannezo.(Perschetz, Martin) (Entered: 06/16/2008) |
| 06/16/2008 | 585 | MEMORANDUM OF LAW in Support re: 584 MOTION to Dismiss.. Document filed by Guillaume Hannezo. (Attachments: # 1 Certificate of Service)(Perschetz, Martin) (Entered: 06/16/2008) |
| 06/16/2008 | 586 | AFFIRMATION of Einat Philip in Support re: 584 MOTION to Dismiss.. Document filed by Guillaume Hannezo. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Philip, Einat) (Entered: 06/16/2008) |
| 06/16/2008 | 587 | |

**JA197**

| | | |
|---|---|---|
| | | MOTION to Dismiss. Document filed by Guillaume Hannezo.(Perschetz, Martin) (Entered: 06/16/2008) |
| 06/16/2008 | 588 | MEMORANDUM OF LAW in Support re: 587 MOTION to Dismiss.. Document filed by Guillaume Hannezo. (Attachments: # 1 Certificate of Service)(Perschetz, Martin) (Entered: 06/16/2008) |
| 06/16/2008 | 589 | AFFIRMATION of Einat Philip in Support re: 587 MOTION to Dismiss.. Document filed by Guillaume Hannezo. (Attachments: # 1 Exhibit 1)(Philip, Einat) (Entered: 06/16/2008) |
| 06/18/2008 | 590 | NOTICE of Supplemental Factual Submission. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Attachments: # 1 Exhibit A, Pt. 1, # 2 Exhibit A, Pt. 2)(Spencer, Michael) (Entered: 06/18/2008) |
| 06/19/2008 | 591 | MEMORANDUM OF LAW in Opposition re: 576 MOTION for Protective Order *Notice of Plaintiffs' Motion for Application for Entry of Supplement to Protective Order.*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A.. (Perschetz, Martin) (Entered: 06/19/2008) |
| 06/19/2008 | 592 | AFFIRMATION of Einat Philip in Opposition re: 576 MOTION for Protective Order *Notice of Plaintiffs' Motion for Application for Entry of Supplement to Protective Order.*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Philip, Einat) (Entered: 06/19/2008) |
| 06/19/2008 | 593 | CERTIFICATE OF SERVICE of Defendants' Memorandum of Law in Opposition to Plaintiffs' Application to Modify the Protective Order and Affirmation of Einat Philip. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A.. (Philip, Einat) (Entered: 06/19/2008) |
| 06/19/2008 | 596 | ORDER that defendants' application for an order precluding plaintiffs from conducting further discovery is granted, except to the following extent: plaintiffs may conduct the depositions of Anne Clarke-Wolff and Philippe Guez notwithstanding the passage of the deadline for the completion of fact discovery, and as further set forth in this document. Discovery deadline extended to 7/11/08. (Signed by Magistrate Judge Henry B. Pitman on 6/19/08) Copies sent by chambers.(cd) (Entered: 06/19/2008) |
| 06/19/2008 | | Set Deadlines/Hearings: Discovery due by 7/11/2008. (cd) (Entered: 07/09/2008) |
| 06/20/2008 | 597 | MEMORANDUM OF LAW in Opposition re: (565 in 1:02-cv-05571-RJH-HBP) MOTION Regarding Misleading Mass Mailing Sent to French Class Members by Certain Counsel for the Individual Plaintiffs. *Memorandum of Law of Certain Plaintiffs in the Individual Actions in Opposition to Class Plaintiffs' "Motion Regarding Misleading Mass Mailing Sent to French Class Members"*. Document filed by Norges Bank, Deka International S.A. Luxemburg, Deka Fundmaster Investmentgesellschaft MBH, Deka Investment, Deka International (Ireland) Limited, Helaba Invest |

**JA198**

|  |  | Kapitalanlagegesellschaft MBH, Bayern-Invest Kapitalanlagegesellschaft mbH, Internationale Kapitalanlagegesellschaft mbH, Meltzer Investment Gmbh, Meltzer Ireland, Ltd., Frankfurter Service Kapitalanlagegesellschaft MBH, Frankfurt-Trust Investment-Gesellschaft MBH, Frankfurt-Trust Invest Luxemburg AG, HSBC Trinkaus & Burkhardt AG, Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss Life Asset Management GmbH, Swiss Life Holding AG, Swiss Life Asset Management (Nederland) B.V., Swiss Life Investment Management Holding AG. (Attachments: # 1 Declaration of James J. Sabella, # 2 Declaration of Alexander Reus, # 3 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 06/20/2008) |
|---|---|---|
| 06/25/2008 | 598 | ORDER: Moving papers to be filed by 7/15/08. Opposition papers to be filed by 8/15/08. Reply papers to be filed by 8/25/08. (Signed by Judge Richard J. Holwell on 6/23/08) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(tro) (Entered: 06/25/2008) |
| 06/26/2008 | 599 | ORDER: In light of the Court's Order modifying the summary judgment briefing schedule, the status conference scheduled for June 27, 2008 is adjourned sine die and will be reset at a time that the Court is prepared to hear argument on pending motions. The parties need not submit a proposal regarding a final pre-trial order and related filings at this time. (Signed by Judge Richard J. Holwell on 6/26/2008) (jpo) (Entered: 06/26/2008) |
| 06/30/2008 | 600 | ORDER denying 576 Motion for Protective Order. Plaintiffs' application to amend the protective order additional restrictions on the use and dissemination of the deposition transcript of Wilbur Ross (Docket Item 576) is denied in all respects. Defendants' application to compel the individual plaintiffs to restore and search inaccessible media (including backup tapes) for documents is denied except that defendants may renew their application for this relief with respect to any individual plaintiff who has not (a) produced all relevant agreements or (b) produced any contemporaneous documents concerning that plaintiff's decision to purchase Vivendi stock. Any renewed application by defendants shall be made no later than 7/7/08. Plaintiffs shall have 14 calendar days to respond to any renewed application by defendants. Defendants are directed to submit their response to the 6/18/08 letter from Leslie M. Kelleher, Esq. no later than 7/3/08. (Signed by Magistrate Judge Henry B. Pitman on 6/27/08) Copies transmitted. (tro) (Entered: 06/30/2008) |
| 06/30/2008 | 601 | REPLY MEMORANDUM OF LAW in Support re: 565 MOTION Regarding Misleading Mass Mailing Sent to French Class Members by Certain Counsel for the Individual Plaintiffs.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2008) |
| 07/02/2008 | 602 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Michael Calhoon dated 6/25/2008 re: Counsel writes to suggest that it would be helpful to the parties to know the Court's ruling on the issue of plaintiffs motion seeking leave to file a rebuttal expert report. ENDORSEMENT: |

**JA199**

| | | |
|---|---|---|
| | | Plaintiffs motion for leave to file a rebuttal expert report is granted. The deposition of Dr. Nye shall be completed by 7/11/2008. (Signed by Judge Richard J. Holwell on 6/30/2008) (jp) (Entered: 07/02/2008) |
| 07/02/2008 | 603 | MOTION to Lift Stay. Document filed by PeterCam S.A./N.V..(Harwood, Anthony) (Entered: 07/02/2008) |
| 07/02/2008 | 604 | MEMORANDUM OF LAW in Support re: 603 MOTION to Lift Stay.. Document filed by PeterCam S.A./N.V.. (Harwood, Anthony) (Entered: 07/02/2008) |
| 07/02/2008 | 605 | AFFIDAVIT of Anthony J. Harwood in Support re: 603 MOTION to Lift Stay.. Document filed by PeterCam S.A./N.V.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Harwood, Anthony) (Entered: 07/03/2008) |
| 07/03/2008 | 606 | CERTIFICATE OF SERVICE. Document filed by PeterCam S.A./N.V.. (Harwood, Anthony) (Entered: 07/03/2008) |
| 07/08/2008 | 607 | ORDER: Dr. Nye shall be deposed by 8/1/08. Defendants shall file their summary judgment motions by 8/15/08. Vivendi may file six memoranda, not exceed 35 pages each, relating to the motions identified in paragraphs one through six of Mr. Saunders's letter dated 6/5/08. Opposition papers shall be filed by 10/15/08. Reply papers shall be filed by 10/31/08. (Signed by Judge Richard J. Holwell on 7/8/08) (tro) (Entered: 07/09/2008) |
| 07/11/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: 594 Order Admitting Attorney Pro Hac Vice,,, to the Attorney Admissions Clerk for updating of Attorney Information. (dle) (Entered: 07/11/2008) |
| 07/11/2008 | 609 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Michael Calhoon dated 7/10/08 re: that the briefing on the Liberty Media plaintiffs motion for summary judgment follow the same schedule set forth for the Defendants motions in the courts 7/8/08 Order. ENDORSEMENT: So Ordered. (Signed by Judge Richard J. Holwell on 7/10/08) (pl) (Entered: 07/11/2008) |
| 07/11/2008 | | ***DELETED DOCUMENT. Deleted document number 608 Endorsed Letter. The document was incorrectly filed in this case. (pl) (Entered: 07/14/2008) |
| 07/11/2008 | 668 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Michael A. Paskin dated 7/7/08 re: For all the reasons set forth above, Defendants respectfully request that the Court issue a protective order under Rule 26(c) of the Federal Rules of Civil Procedure precluding Individual Plaintiffs from relying upon any fact discovery responsive to defendants' document requests and interrogatories that is not produced by Friday, July 11, 2008. ENDORSEMENT: The parties are requested to submit motions for protective order, a conference in connection there with, to Judge Pitman. So Ordered. (Signed by Judge Richard J. Holwell on 7/10/08) (js) (Entered: 10/17/2008) |
| 07/14/2008 | 610 | STIPULATION AND ORDER: The individual plaintiffs listed in schedule "A" withdraw their section 18 claims with prejudice. The individual plaintiffs |

| | | listed in schedule "B" withdraw their common law fraud and deceit or common law fraud with prejudice. Vivendi and Messier agree to withdraw their requests for F.R.C.P. 30(b)(l) depositions of those persons listed in schedule "C", as set forth herein. (Signed by Judge Richard J. Holwell on 7/11/2008) (jpo) (Entered: 07/14/2008) |
|---|---|---|
| 07/14/2008 | 611 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Paul C. Saunders dated 7/9/2008 re: Requesting clarification and confirmation from the Court that, Vivendi may now file seven memorandum (each not to exceed 35 pages) in support of the seven motions for summary judgment identified in paragraphs two through six of my June 5, 2008 letter. ENDORSEMENT: SO ORDERED. (Signed by Judge Richard J. Holwell on 7/10/2008) (jpo) (Entered: 07/14/2008) |
| 07/15/2008 | 612 | RESPONSE to Motion re: 587 MOTION to Dismiss.. Document filed by Pioneer Investments Austria, GmbH. (Kelleher, Leslie) (Entered: 07/15/2008) |
| 07/15/2008 | 613 | MEMORANDUM OF LAW in Opposition re: (587 in 1:02-cv-05571-RJH-HBP) MOTION to Dismiss. *Individual Plaintiffs' Memorandum of Law in Opposition to Defendant Guillaume Hannezo's Motion to Dismiss.* Document filed by Norges Bank, Deka International S.A. Luxemburg, Deka Fundmaster Investmentgesellschaft MBH, Deka Investment, Deka International (Ireland) Limited, Helaba Invest Kapitalanlagegesellschaft MBH, Bayern-Invest Kapitalanlagegesellschaft mbH, Internationale Kapitalanlagegesellschaft mbH, Meltzer Investment Gmbh, Meltzer Ireland, Ltd., Frankfurt-Trust Investment-Gesellschaft MBH, Frankfurt-Trust Invest Luxemburg AG, HSBC Trinkaus & Burkhardt AG, Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss Life Asset Management GmbH, Swiss Life Holding AG, Swiss Life Asset Management (Nederland) B.V., Swiss Life Investment Management Holding AG. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James)(Entered: 07/15/2008) |
| 07/15/2008 | 614 | DECLARATION of Christine M. Mackintosh in Opposition re: (587 in 1:02-cv-05571-RJH-HBP) MOTION to Dismiss.. Document filed by Norges Bank, Deka International S.A. Luxemburg, Deka Fundmaster Investmentgesellschaft MBH, Deka Investment, Deka International (Ireland) Limited, Helaba Invest Kapitalanlagegesellschaft MBH, Bayern-Invest Kapitalanlagegesellschaft mbH, Internationale Kapitalanlagegesellschaft mbH, Meltzer Investment Gmbh, Meltzer Ireland, Ltd., Frankfurt-Trust Investment-Gesellschaft MBH, Frankfurt-Trust Invest Luxemburg AG, HSBC Trinkaus & Burkhardt AG, Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss Life Asset Management GmbH, Swiss Life Holding AG, Swiss Life Asset Management (Nederland) B.V., Swiss Life Investment Management Holding AG. (Attachments: # 1 Exhibit A - M, # 2 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 07/15/2008) |
| 07/21/2008 | 616 | RESPONSE to Motion re: 603 MOTION to Lift Stay.. Document filed by Guillaume Hannezo. (Perschetz, Martin) (Entered: 07/21/2008) |

JA201

Case 15-208, Document 88, 08/12/2015, 1574512, Page218 of 299

| | | |
|---|---|---|
| 07/21/2008 | 617 | AFFIRMATION of Einat Philip in Support re: 616 Response to Motion. Document filed by Guillaume Hannezo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Philip, Einat) (Entered: 07/21/2008) |
| 07/21/2008 | 618 | CERTIFICATE OF SERVICE of Memorandum of Law in Response to Motion to Lift the Stay and Affirmation of Einat Philip on 7/21/08. Document filed by Guillaume Hannezo. (Philip, Einat) (Entered: 07/21/2008) |
| 07/25/2008 | 619 | REPLY MEMORANDUM OF LAW in Support re: 584 MOTION to Dismiss.. Document filed by Guillaume Hannezo. (Perschetz, Martin) (Entered: 07/25/2008) |
| 07/25/2008 | 620 | REPLY AFFIRMATION of Michael P. Bradley in Support re: 584 MOTION to Dismiss.. Document filed by Guillaume Hannezo. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Bradley, Michael) (Entered: 07/25/2008) |
| 07/25/2008 | 621 | CERTIFICATE OF SERVICE of Reply Memorandum of Law in Further Support of Defendant Guillaume Hannezo's Motion to Dismiss and Affirmation of Michael P. Bradley on 7/25/2008. Document filed by Guillaume Hannezo. (Bradley, Michael) (Entered: 07/25/2008) |
| 07/25/2008 | 622 | REPLY MEMORANDUM OF LAW in Support re: 580 MOTION to Dismiss *the Complaint*.. Document filed by Vivendi, S.A.. (Reid, Penny) (Entered: 07/25/2008) |
| 07/25/2008 | 623 | DECLARATION of Penny P. Reid in Support re: 580 MOTION to Dismiss *the Complaint*.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Certificate of Service)(Reid, Penny) (Entered: 07/25/2008) |
| 07/31/2008 | 624 | REPLY MEMORANDUM OF LAW in Support re: 603 MOTION to Lift Stay.. Document filed by CI Investments, Inc., Fortis Gesbeta SGIIC S.A., Gam Fund Management Limited, Scottish Widows PLC, Scottish Widows Unit Funds Limited, Lloyds TSB Group Pension Scheme No. 1, Lloyds TSB Group Pension Scheme No. 2, Lloyds TSB Asset Finance Division Pension Scheme, Lloyds TSB Offshore Funds Limited, Abbey Life Assurance Company Limited, PeterCam S.A./N.V., Pensions Management (SWF) Limited. (Harwood, Anthony) (Entered: 07/31/2008) |
| 07/31/2008 | 625 | DECLARATION of Anthony J. Harwood in Support re: 603 MOTION to Lift Stay.. Document filed by PeterCam S.A./N.V., Pensions Management (SWF) Limited, CI Investments, Inc., Fortis Gesbeta SGIIC S.A., Gam Fund Management Limited, Scottish Widows PLC, Scottish Widows Unit Funds Limited, Lloyds TSB Group Pension Scheme No. 1, Lloyds TSB Group Pension Scheme No. 2, Lloyds TSB Asset Finance Division Pension Scheme, Lloyds TSB Offshore Funds Limited, Abbey Life Assurance Company Limited. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Harwood, Anthony) (Entered: 07/31/2008) |
| 08/08/2008 | 626 | MEMORANDUM OF LAW in Support re: 603 MOTION to Lift Stay.. Document filed by PeterCam S.A./N.V., Pensions Management (SWF) Limited, CI Investments, Inc., Fortis Gesbeta SGIIC S.A., Gam Fund |

**JA202**

| | | |
|---|---|---|
| | | Management Limited, Scottish Widows PLC, Scottish Widows Unit Funds Limited, Lloyds TSB Group Pension Scheme No. 1, Lloyds TSB Group Pension Scheme No. 2, Lloyds TSB Asset Finance Division Pension Scheme, Lloyds TSB Offshore Funds Limited, Abbey Life Assurance Company Limited. (Strauss, Jesse) (Entered: 08/08/2008) |
| 08/08/2008 | 627 | STIPULATION AND ORDER: It is hereby stipulated and agreed that Capitalia withdraws its Section 18 claims against Mr. Hannezo with prejudice. (Signed by Judge Richard J. Holwell on 8/7/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-05742-RJH(jfe) Modified on 10/9/2008 (jfe). (Entered: 08/08/2008) |
| 08/08/2008 | 628 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Lee Anne Walters dated 7/25/2008 re: Counsel respectfully request removal from the dockets in the above matters. ENDORSEMENT: So Ordered. (Signed by Judge Richard J. Holwell on 8/7/2008) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH(jfe) (Entered: 08/08/2008) |
| 08/11/2008 | 629 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - REPLY MEMORANDUM OF LAW in Opposition (LETTER) re: (584 in 1:02-cv-05571-RJH-HBP) MOTION to Dismiss. Document filed by Norges Bank, Deka International S.A. Luxemburg, Deka Fundmaster Investmentgesellschaft MBH, Deka Investment, Deka International (Ireland) Limited, Helaba Invest Kapitalanlagegesellschaft MBH, Bayern-Invest Kapitalanlagegesellschaft mbH, Internationale Kapitalanlagegesellschaft mbH, Meltzer Investment Gmbh, Meltzer Ireland, Ltd., Frankfurt-Trust Investment-Gesellschaft MBH, Frankfurt-Trust Invest Luxemburg AG, HSBC Trinkaus & Burkhardt AG, Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss Life Asset Management GmbH, Swiss Life Holding AG, Swiss Life Asset Management (Nederland) B.V., Swiss Life Investment Management Holding AG. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Harwood, Anthony) Modified on 8/12/2008 (jar). (Entered: 08/11/2008) |
| 08/11/2008 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 629 HAS BEEN REJECTED. Note to Attorney Anthony Harwood : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (jar) (Entered: 08/12/2008) |
| 08/15/2008 | 632 | MOTION for Summary Judgment. Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A..(Quinn, James) (Entered: 08/15/2008) |
| 08/15/2008 | 633 | MOTION for Summary Judgment *on behalf of Defendant Jean-Marie Messier*. Document filed by Jean-Marie Messier. Responses due by 10/15/2008 (Attachments: # 1 Certificate of Service)(Malone, Michael) (Entered: 08/15/2008) |
| 08/15/2008 | 634 | |

**JA203**

| | | |
|---|---|---|
| | | MEMORANDUM OF LAW in Support re: 633 MOTION for Summary Judgment *on behalf of Defendant Jean-Marie Messier..* Document filed by Jean-Marie Messier. (Malone, Michael) (Entered: 08/15/2008) |
| 08/15/2008 | 635 | RULE 56.1 STATEMENT. Document filed by Jean-Marie Messier. (Malone, Michael) (Entered: 08/15/2008) |
| 08/15/2008 | 636 | DECLARATION of Kimberly L. Frederick in Support re: 633 MOTION for Summary Judgment *on behalf of Defendant Jean-Marie Messier..* Document filed by Jean-Marie Messier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Malone, Michael) (Entered: 08/15/2008) |
| 08/15/2008 | 637 | MOTION for Partial Summary Judgment. Document filed by Guillaume Hannezo.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Perschetz, Martin) (Entered: 08/15/2008) |
| 08/15/2008 | 638 | MEMORANDUM OF LAW in Support re: (50 in 1:03-cv-02175-RJH) MOTION for Partial Summary Judgment.. Document filed by Guillaume Hannezo. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Perschetz, Martin) (Entered: 08/15/2008) |
| 08/15/2008 | 639 | RULE 56.1 STATEMENT. Document filed by Guillaume Hannezo. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Perschetz, Martin) (Entered: 08/15/2008) |
| 08/15/2008 | 640 | AFFIRMATION of Einat Philip in Support re: (637 in 1:02-cv-05571-RJH-HBP, 50 in 1:03-cv-02175-RJH) MOTION for Partial Summary Judgment.. Document filed by Guillaume Hannezo. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 Part 1 of 2, # 4 Exhibit 3 Part 2 of 2, # 5 Exhibit 4 Part 1 of 2, # 6 Exhibit 4 Part 2 of 2, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7 Part 1 of 2, # 10 Exhibit 7 Part 2 of 2, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Philip, Einat) (Entered: 08/15/2008) |
| 08/15/2008 | 641 | CERTIFICATE OF SERVICE of Notice of Motion, Memorandum of Law in Support of Defendant Guillaume Hannezo's Motion for Partial Summary Judgment, Affirmation of Einat Philip (with accompanying exhibits) and Defendant Guillaume Hannezo's Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 on 8/15/08. Document filed by Guillaume Hannezo. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Philip, Einat) (Entered: 08/15/2008) |
| 08/15/2008 | 642 | MOTION for Partial Summary Judgment *("Notice Of Motion Of Defendants For Partial Summary Judgment Against All Plaintiffs")*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 08/15/2008) |
| 08/15/2008 | 643 | MOTION for Summary Judgment *("Notice Of Motion Of Defendant Vivendi, S.A. For Summary Judgment Against Gamco Investors, Inc. For Lack of Standing")*. Document filed by Vivendi, S.A..Filed In Associated Cases: |

**JA204**

| | | 1:02-cv-05571-RJH-HBP, 1:03-cv-05911-RJH(Saunders, Paul) (Entered: 08/15/2008) |
|---|---|---|
| 08/15/2008 | 644 | MOTION for Summary Judgment *("Notice Of Motion Of Defendants For Summary Judgment Against Class Plaintiffs, Liberty Media Plaintiffs And Gamco Investors, Inc. For Failure To Establish Loss Causation")*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH, 1:03-cv-05911-RJH(Saunders, Paul) (Entered: 08/15/2008) |
| 08/15/2008 | 645 | MOTION for Partial Summary Judgment *("Notice Of Motion Of Defendants' Motion For Partial Summary Judgment Against Individual Plaintiffs For Failure To Establish Reliance")*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 08/15/2008) |
| 08/15/2008 | 646 | MOTION for Summary Judgment *("Notice Of Motion Of Defendants For Summary Judgment Against Individual Plaintiffs For Failure To Establish Loss Causation")*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 08/15/2008) |
| 08/15/2008 | 647 | MOTION for Partial Summary Judgment *("Notice Of Motion Of Defendants For Partial Summary Judgment Against Individual Plaintiffs For Lack Of Standing")*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al. (Saunders, Paul) (Entered: 08/15/2008) |
| 08/15/2008 | 648 | MOTION for Partial Summary Judgment. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. (Attachments: # 1 Text of Proposed Order)(Calhoon, Michael) (Entered: 08/15/2008) |
| 08/15/2008 | 649 | MEMORANDUM OF LAW in Support re: 648 MOTION for Partial Summary Judgment.. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. (Calhoon, Michael) (Entered: 08/15/2008) |
| 08/15/2008 | 650 | RULE 56.1 STATEMENT. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. (Calhoon, Michael) (Entered: 08/15/2008) |
| 08/15/2008 | 651 | DECLARATION of Maureen P. Reid in Support re: 648 MOTION for Partial Summary Judgment.. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty |

**JA205**

Case 15-208, Document 88, 08/12/2015, 1574512, Page222 of 299

| | | |
|---|---|---|
| | | HSN LLC Holdings, Inc., Liberty Media International, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4-9, # 5 Exhibit 10) (Calhoon, Michael) (Entered: 08/15/2008) |
| 09/30/2008 | 660 | MOTION for Leave to File Sur-Rebuttal Expert Report of Dr. William Silber. Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A..(Slifkin, Daniel) (Entered: 09/30/2008) |
| 09/30/2008 | 661 | MEMORANDUM OF LAW in Support re: 660 MOTION for Leave to File Sur-Rebuttal Expert Report of Dr. William Silber. *("Memorandum Of Law In Support Of Defendants' Motion For Leave To File Sur-Rebuttal Expert Report")*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A.. (Slifkin, Daniel) (Entered: 09/30/2008) |
| 09/30/2008 | 662 | DECLARATION of Matthew F. Popowski in Support re: 660 MOTION for Leave to File Sur-Rebuttal Expert Report of Dr. William Silber.. Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A.. (Attachments: # 1 Exhibit 1 to Declaration of Matthew F. Popowsky)(Slifkin, Daniel) (Entered: 09/30/2008) |
| 10/08/2008 | 664 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Matthew Gluck dated 10/3/08 re: Counsel for the parties have agreed on the following, subject to the courts approval: Plaintiffs do not object to the filing of Dr. Silbers report; Dr. Silber will be available for deposition on October 26, 2008; The time for plaintiffs to file answering briefs to defendants summary judgment motions is extended to October 31, 2008; The time for plaintiffs to file reply briefs is extended to November 25, 2008. ENDORSEMENT: So ordered. (Signed by Judge Richard J. Holwell on 10/7/08) (mme) (Entered: 10/08/2008) |
| 10/15/2008 | 665 | MEMORANDUM OF LAW in Opposition re: 648 MOTION for Partial Summary Judgment. *("Memorandum Of Law In Opposition To Liberty Media Plaintiffs' Motion For Summary Judgment")*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A.. (Saunders, Paul) (Entered: 10/15/2008) |
| 10/15/2008 | 666 | FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU (Counter Statement to Rule 56.1 Statement) - RESPONSE to Motion re: 648 MOTION for Partial Summary Judgment. *("Response To Liberty Media Plaintiffs' Local Rule 56.1 Statement Of Uncontested Facts")*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A. (Saunders, Paul) Modified on 10/16/2008 (jar). (Entered: 10/15/2008) |
| 10/15/2008 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Note to Attorney Paul Saunders to RE-FILE Document 666 Response to Motion. Use the event type Counter Statement to Rule 56.1 found under the event list Other Answers. (jar) (Entered: 10/16/2008) |
| 10/16/2008 | 667 | |

| | | |
|---|---|---|
| | | COUNTER STATEMENT TO 650 Rule 56.1 Statement,. Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A.. (Saunders, Paul) (Entered: 10/16/2008) |
| 10/28/2008 | 669 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Arthur N. Abbey dated 10/23/08 re: Counsel requests a modification of the page limitations. ENDORSEMENT: Application granted. (Signed by Judge Richard J. Holwell on 10/27/08) (mme) (Entered: 10/28/2008) |
| 10/28/2008 | 670 | ENDORSED LETTER addressed to Judge Richard J. Holwell from James J. Sabella dated 10/23/08 re: Counsel requests an adjustment with respect to the allocation (but not the overall number) of pages for the Individual Plaintiffs briefs in opposition to defendants motion for summary judgment. ENDORSEMENT: Application granted. (Signed by Judge Richard J. Holwell on 10/28/08) (mme) (Entered: 10/28/2008) |
| 10/31/2008 | 679 | MEMORANDUM OF LAW in Opposition re: (637 in 1:02-cv-05571-RJH-HBP, 50 in 1:03-cv-02175-RJH) MOTION for Partial Summary Judgment. *(Opposition Filed Under Seal)*. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Erman, Bryan) (Entered: 10/31/2008) |
| 10/31/2008 | 680 | MEMORANDUM OF LAW in Opposition re: (633 in 1:02-cv-05571-RJH-HBP) MOTION for Summary Judgment *on behalf of Defendant Jean-Marie Messier. (Opposition Filed Under Seal)*. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Erman, Bryan) (Entered: 10/31/2008) |
| 10/31/2008 | 681 | MEMORANDUM OF LAW in Opposition re: (644 in 1:02-cv-05571-RJH-HBP, 56 in 1:03-cv-02175-RJH) MOTION for Summary Judgment *("Notice Of Motion Of Defendants For Summary Judgment Against Class Plaintiffs, Liberty Media Plaintiffs And Gamco Investors, Inc. For Failure To Establish Loss Causation")*. MOTION for Summary Judgment *("Notice Of Motion Of Defendants For Summary Judgment Against Class Plaintiffs, Liberty Media Plaintiffs And Gamco Investors, Inc. For Failure To Establish Loss Causation"). (Opposition Filed Under Seal)*.. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Erman, Bryan) (Entered: 10/31/2008) |
| 10/31/2008 | 682 | MEMORANDUM OF LAW in Opposition re: (55 in 1:03-cv-02175-RJH, 642 in 1:02-cv-05571-RJH-HBP) MOTION for Partial Summary Judgment. *(Opposition Filed Under Seal)*. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC |

| | | |
|---|---|---|
| | | USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Erman, Bryan) (Entered: 10/31/2008) |
| 10/31/2008 | 683 | MEMORANDUM OF LAW in Opposition re: (632 in 1:02-cv-05571-RJH-HBP) MOTION for Summary Judgment. *(Opposition Filed Under Seal)*. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Erman, Bryan) (Entered: 10/31/2008) |
| 10/31/2008 | 684 | MEMORANDUM OF LAW in Opposition re: (633 in 1:02-cv-05571-RJH-HBP) MOTION for Summary Judgment *on behalf of Defendant Jean-Marie Messier*.. Document filed by Norges Bank, Deka International S.A. Luxemburg, Deka Fundmaster Investmentgesellschaft MBH, Deka Investment, Deka International (Ireland) Limited, Helaba Invest Kapitalanlagegesellschaft MBH, Internationale Kapitalanlagegesellschaft mbH, Meltzer Investment Gmbh, Meltzer Ireland, Ltd., Frankfurt-Trust Investment-Gesellschaft MBH, Frankfurt-Trust Invest Luxemburg AG, Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss Life Asset Management GmbH, Swiss Life Holding AG, Swiss Life Asset Management (Nederland) B.V., Swiss Life Investment Management Holding AG. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 10/31/2008) |
| 10/31/2008 | 685 | MEMORANDUM OF LAW in Opposition re: (637 in 1:02-cv-05571-RJH-HBP) MOTION for Partial Summary Judgment.. Document filed by Norges Bank, Deka International S.A. Luxemburg, Deka Fundmaster Investmentgesellschaft MBH, Deka Investment, Deka International (Ireland) Limited, Helaba Invest Kapitalanlagegesellschaft MBH, Bayern-Invest Kapitalanlagegesellschaft mbH, Internationale Kapitalanlagegesellschaft mbH, Meltzer Investment Gmbh, Meltzer Ireland, Ltd., Frankfurt-Trust Investment-Gesellschaft MBH, Frankfurt-Trust Invest Luxemburg AG, HSBC Trinkaus & Burkhardt AG, Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss Life Asset Management GmbH, Swiss Life Holding AG, Swiss Life Asset Management (Nederland) B.V., Swiss Life Investment Management Holding AG. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 10/31/2008) |
| 10/31/2008 | 686 | MEMORANDUM OF LAW in Opposition re: (642 in 1:02-cv-05571-RJH-HBP) MOTION for Partial Summary Judgment *("Notice Of Motion Of Defendants For Partial Summary Judgment Against All Plaintiffs")*. MOTION for Partial Summary Judgment *("Notice Of Motion Of Defendants For Partial Summary Judgment Against All Plaintiffs")*.. Document filed by Norges Bank, Deka International S.A. Luxemburg, Deka Fundmaster Investmentgesellschaft MBH, Deka Investment, Deka International (Ireland) Limited, Helaba Invest Kapitalanlagegesellschaft MBH, Bayern-Invest |

**JA208**

Case 15-208, Document 88, 08/12/2015, 1574512, Page225 of 299

| | | Kapitalanlagegesellschaft mbH, Internationale Kapitalanlagegesellschaft mbH, Meltzer Investment Gmbh, Meltzer Ireland, Ltd., Frankfurt-Trust Investment-Gesellschaft MBH, Frankfurt-Trust Invest Luxemburg AG, HSBC Trinkaus & Burkhardt AG, Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss Life Asset Management GmbH, Swiss Life Holding AG, Swiss Life Asset Management (Nederland) B.V., Swiss Life Investment Management Holding AG. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 10/31/2008) |
|---|---|---|
| 10/31/2008 | 687 | MEMORANDUM OF LAW in Opposition re: 644 MOTION for Summary Judgment *("Notice Of Motion Of Defendants For Summary Judgment Against Class Plaintiffs, Liberty Media Plaintiffs And Gamco Investors, Inc. For Failure To Establish Loss Causation")*. MOTION for Summary Judgment *("Notice Of Motion Of Defendants For Summary Judgment Against Class Plaintiffs, Liberty Media Plaintiffs And Gamco Investors, Inc. For Failure To Establish Loss Causation")*.. Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 10/31/2008) |
| 11/13/2008 | 691 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Michael T. Reynolds dated 11/10/08 re: Request that Vivendi, S.A. have permission to respond on 11/25/08 to the Motion to Strike the Expert Report of John W. Peavy, III. ENDORSEMENT: SO ORDERED. Set Deadlines (Responses due by 11/25/2008) (Signed by Judge Richard J. Holwell on 11/13/08) (db) (Entered: 11/13/2008) |
| 11/17/2008 | 692 | NOTICE of Firm Name Change. Document filed by Alecta Pensionsforsakring, Omsesidigt, Sjunde Ap-Fonden, Varma Mutual Pension Insurance Company, Allianz Global Investors Kapitalanlagegesellschaft MBH, Danske Invest Administration A/S, AFA Livforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Arbetsmarknadsforsakringar, Pensionsforsakringssktiebolag, Pensionskassernes Administration A/S, Allianz Global Investors Luxembourg S.A., Arbejdsmarkedets Tillaegspension ("ATP"), Industriens Pensionsforsikring A/S, Arca SGR S.p.A., Swedbank Robur Fonder AB, Fjarde Ap-Fonden. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-RJH(Kehoe, John) (Entered: 11/17/2008) |
| 11/18/2008 | 693 | NOTICE of Firm Name Change [CORRECTED]. Document filed by Alecta Pensionsforsakring, Omsesidigt, Sjunde Ap-Fonden, Varma Mutual Pension Insurance Company, Allianz Global Investors Kapitalanlagegesellschaft MBH, Danske Invest Administration A/S, AFA Livforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Arbetsmarknadsforsakringar, Pensionsforsakringssktiebolag, Pensionskassernes Administration A/S, Allianz Global Investors Luxembourg S.A., Arbejdsmarkedets Tillaegspension ("ATP"), Industriens Pensionsforsikring A/S, Arca SGR S.p.A., Swedbank Robur Fonder AB, |

Case 15-208, Document 88, 08/12/2015, 1574512, Page226 of 299

| | | |
|---|---|---|
| | | Fjarde Ap-Fonden. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-RJH(Kehoe, John) (Entered: 11/18/2008) |
| 11/21/2008 | 694 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Timothy G. Cameron dated 11/17/08 re: Counsel write on behalf of all defendants' to respectfully request (a) an extension of time to file reply briefs in further support of defendants' summary judgment motions so that such replies would be due on 12/12/08, and (b) permission to reallocate pages in those reply briefs in the same way that plaintiffs were permitted to do in their opposition briefs. Counsel for defendants and counsel for plaintiffs have conferred regarding the proposed new due date for reply submissions (part (a) above), and plaintiffs have no objection to defendants' proposed schedule. ENDORSEMENT: SO ORDERED. (Signed by Judge Richard J. Holwell on 11/21/08) (tro) (Entered: 11/21/2008) |
| 12/09/2008 | 695 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Martha Rhodes dated 11/25/08 re: plaintiffs requests that the undersigned be removed from the dockets in the within captioned matters. Motley Rice LLC will continue to represent the above-referenced Plaintiffs in those matters. ENDORSEMENT: The Clerk is requested to remove Martha Rhodes a counsel for the plaintiffs on the Court Docket, So Ordered. (Signed by Judge Richard J. Holwell on 12/9/08) (pl) (Entered: 12/09/2008) |
| 12/12/2008 | 697 | REPLY MEMORANDUM OF LAW in Support re: 633 MOTION for Summary Judgment *on behalf of Defendant Jean-Marie Messier*.. Document filed by Jean-Marie Messier. (Attachments: # 1 Certificate of Service)(Straus, Paul) (Entered: 12/12/2008) |
| 12/12/2008 | 698 | REPLY MEMORANDUM OF LAW in Support re: 642 MOTION for Partial Summary Judgment *("Notice Of Motion Of Defendants For Partial Summary Judgment Against All Plaintiffs")*. MOTION for Partial Summary Judgment *("Notice Of Motion Of Defendants For Partial Summary Judgment Against All Plaintiffs"). ("Reply Memorandum In Further Support Of Defendants' Motion For Partial Summary Judgment Against All Plaintiffs")*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Universal Studios, Inc., Vivendi, S.A.. (Saunders, Paul) (Entered: 12/12/2008) |
| 12/12/2008 | 699 | REPLY MEMORANDUM OF LAW in Support re: (637 in 1:02-cv-05571-RJH-HBP, 50 in 1:03-cv-02175-RJH) MOTION for Partial Summary Judgment.. Document filed by Guillaume Hannezo. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Perschetz, Martin) (Entered: 12/12/2008) |
| 12/12/2008 | 700 | REPLY AFFIRMATION of Einat Philip in Support re: (50 in 1:03-cv-02175-RJH) MOTION for Partial Summary Judgment.. Document filed by Guillaume Hannezo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Philip, Einat) (Entered: 12/12/2008) |
| | | |

**JA210**

| 12/12/2008 | 701 | CERTIFICATE OF SERVICE of Reply Memorandum of Law in Further Support of Defendant Guillaume Hannezos Motion for Partial Summary Judgment, and supplemental Affirmation of Einat Philip on 12/12/08. Document filed by Guillaume Hannezo. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Philip, Einat) (Entered: 12/12/2008) |
| --- | --- | --- |
| 12/18/2008 | 705 | ENDORSED LETTER addressed to Judge Richard J. Holwell from John A. Kehoe dated 11/17/08 re: The Sealed Filings Clerk has informed counsel that they must obtain Your Honor's permission, by way of endorsed letter, to file the replacement set of CDs under seal with the Clerk of the Court. Accordingly, counsel respectfully requests that Your Honor granted such permission by endorsement. ENDORSEMENT: Application Granted. (Signed by Judge Richard J. Holwell on 12/17/08) (tro) (Entered: 12/18/2008) |
| 12/22/2008 | 706 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Anthony J. Harwood dated 12/15/08 re: We would like to withdraw the Declaraoon of P. Reichard and substitute in its place a corrected version containing the complete exhibit A. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge Richard J. Holwell on 12/22/08) (db) (Entered: 12/22/2008) |
| 12/29/2008 | 707 | NOTICE of Liberty Media Plaintiffs' Motion for Leave to File Surreplies in Further Opposition to Defendants' Motions for Summary Judgment. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. (Attachments: # 1 Memorandum of Law In Support, # 2 Declaration of Bryan A. Erman in Support, # 3 Text of Proposed Order)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Calhoon, Michael) (Entered: 12/29/2008) |
| 12/31/2008 | 708 | MOTION for Leave to File A Sur-Reply in Opposition to Defendants' Motion for Partial Summary Judgment Against Individual Plaintiffs for Lack of Standing. Document filed by Irish Life Investment Managers Limited, AGF Asset Management, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-10995-RJH, 1:07-cv-11305-RJH(Harwood, Anthony) (Entered: 12/31/2008) |
| 12/31/2008 | 709 | MEMORANDUM OF LAW in Support re: (36 in 1:07-cv-11305-RJH) MOTION for Leave to File A Sur-Reply in Opposition to Defendants' Motion for Partial Summary Judgment Against Individual Plaintiffs for Lack of Standing.. Document filed by Irish Life Investment Managers Limited, AGF Asset Management, S.A.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-10995-RJH, 1:07-cv-11305-RJH(Harwood, Anthony) (Entered: 12/31/2008) |
| 01/07/2009 | 711 | ORDER for the foregoing reasons, plaintiffs' motion to compel is granted. SO ORDERED (Signed by Magistrate Judge Henry B. Pitman on 1/7/2009) Copies Transmitted By Chambers.(jmi) Modified on 1/8/2009 (jmi). (Entered: 01/08/2009) |
|  |  |  |

**JA211**

Case 15-208, Document 88, 08/12/2015, 1574512, Page228 of 299

| 01/09/2009 | 712 | ORDER: The individual plaintiffs' application to compel a further response to Interrogatory 20 is denied in part on the merits and denied in part as moot. To the extent the interrogatory seeks information for the period from 1998 through early 2000, the motion is denied on the grounds of relevance. To the extent the interrogatory seeks the reasons for particular transactions, the motion is denied on the ground that the interrogatory seeks information beyond the scope of that permitted by Local Civil Rule 33.3 and is not a more efficient mechanism of obtaining the information. In all other respects, in view if the representations mad in open court by counsel for Vivendi, Messier and Hannezo, the motion is denied as moot. The Individual Plaintiffs' application to compel 50ciete Generale Bank and Trust Luxembourg ("SG") to produce records concerning trading in Vivendi stock is denied. In the event that they are unable to resolve the issue on their own after my comments in Court, counsel are directed to advise my deputy, Mr. Ortiz, promptly of their availability to resolve the remaining issue concerning the subpoena to SG. The dispute concerning the putatively privileged documents produced by Vivendi is resolved as further set forth herein. The Individual Plaintiff's application to compel Vivendi to identify the bates numbers of the documents containing information responsive to Interrogatory 20 is denied without prejudice after counsel itself has attempted to locate the documents. (Signed by Magistrate Judge Henry B. Pitman on 1/9/09) (tro) (Entered: 01/09/2009) |
| 01/09/2009 | 713 | MOTION for Leave to File Gamco Investors, Inc.'s Sur-reply in Opposition to Defendant Vivendi S.A.'s Motion for Summary Judgment Against Gamco Investors, Inc. For Lack of Standing. Document filed by GAMCO Investors, Inc.. (Attachments: # 1 Text of Proposed Order)(Cappucci, Robert) (Entered: 01/09/2009) |
| 01/09/2009 | 714 | MEMORANDUM OF LAW in Support re: 713 MOTION for Leave to File Gamco Investors, Inc.'s Sur-reply in Opposition to Defendant Vivendi S.A.'s Motion for Summary Judgment Against Gamco Investors, Inc. For Lack of Standing.. Document filed by GAMCO Investors, Inc.. (Attachments: # 1 Exhibit A)(Cappucci, Robert) (Entered: 01/09/2009) |
| 01/16/2009 | 715 | MOTION to Strike Document No. (707) *Exhibit D to Declaration of Bryan A. Erman*. Document filed by Guillaume Hannezo.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Perschetz, Martin) (Entered: 01/16/2009) |
| 01/16/2009 | 716 | MEMORANDUM OF LAW in Support re: (715 in 1:02-cv-05571-RJH-HBP, 71 in 1:03-cv-02175-RJH) MOTION to Strike Document No. (707) *Exhibit D to Declaration of Bryan A. Erman. and in Opposition to the Liberty Media Plaintiffs Motion for Leave to File Surreplies in Further Opposition to Defendants Motions for Summary Judgment*. Document filed by Guillaume Hannezo. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Perschetz, Martin) (Entered: 01/16/2009) |
| 01/16/2009 | 717 | AFFIDAVIT OF SERVICE of Notice of Motion and Defendant Guillaume Hannezos Memorandum of Law in Opposition to the Liberty Media Plaintiffs Motion for Leave to File Surreplies in Further Opposition to Defendants |

**JA212**

| | | |
|---|---|---|
| | | Motions for Summary Judgment and in Support of His Motion to Strike the Liberty Media Plaintiffs Proposed Surreply in Further Opposition to Defendant Guillaume Hannezos Motion for Partial Summary Judgment on 1/19/09. Document filed by Guillaume Hannezo. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Philip, Einat) (Entered: 01/16/2009) |
| 01/16/2009 | 718 | MEMORANDUM OF LAW in Opposition re: 707 Notice (Other), Notice (Other), Notice (Other) *("Memorandum Of Law In Opposition To Liberty Media Plaintiffs' Motion For Leave To File Surreplies In Further Opposition To Defendants' Motions For Summary Judgment")*. Document filed by Universal Studios, Inc., Vendi, S.A.. (Cameron, Timothy) (Entered: 01/16/2009) |
| 01/16/2009 | 719 | MEMORANDUM OF LAW in Opposition re: (707 in 1:02-cv-05571-RJH-HBP, 69 in 1:03-cv-02175-RJH) Notice (Other), Notice (Other), Notice (Other) *-LIBERTY MEDIA PLAINTIFFS MOTION FOR LEAVE TO FILE SURREPLIES IN FURTHER OPPOSITION TODEFENDANTS MOTIONS FOR SUMMARY JUDGMENT*. Document filed by Jean-Marie Messier. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Malone, Michael) (Entered: 01/16/2009) |
| 01/20/2009 | 720 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Leslie Kelleher dated 11/6/09 re: Request to file replacement CD with the Clerk. ENDORSEMENT: So ordered. (Signed by Judge Richard J. Holwell on 1/11/08) (cd) (Entered: 01/20/2009) |
| 01/20/2009 | 721 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Leslie Kelleher dated 11/17/08 re: Request that the Court permit Plaintiffs to file the replacement CD-Roms containing the Standing Exhibits, as well as the Supplemental Kelleher Declaration. ENDORSEMENT: Application to file granted. All other issues raised by plaintiff's letter will be addressed if necessary, at oral argument. (Signed by Judge Richard J. Holwell on 1/16/09) (cd) (Entered: 01/20/2009) |
| 01/20/2009 | 722 | ORDER: Counsel are directed to appear for a hearing on all pending motions on 2/18/09 at 10:00 a.m., in Courtroom 17B, 500 Pearl Street, New York, NY, 10007. In the event that all claims are not dismissed on motion, and further assuming that claims by the Liberty Media plaintiffs are tried separately, the Court tentatively sets May 4, 2009 as the start date for trial of the remaining claims. Counsel are directed to confer and submit to the Court by Friday, February 13, 2009 a proposed schedule for the submission of a final pretrial order, motions in limine, oppositions thereto, proposed jury instructions and proposed voir dire. Counsel shall also submit by Friday, February 13, 2009, a written estimate of the number of days they believe will be required to present their case. Each estimate shall set forth the identity of the witnesses you are most likely to call and the projected length of each person's testimony (including cross). Please also include a three or four sentence description of each witness's proposed testimony. Plaintiffs, other than Liberty Media, and defendants shall confer among themselves and make |

| | | | |
|---|---|---|---|
| | | | one consolidated submission on behalf of all plaintiffs and one consolidated submission on behalf of all defendants. (Signed by Judge Richard J. Holwell on 1/20/09) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(tro) (Entered: 01/20/2009) |
| 01/20/2009 | 723 | SEALED DOCUMENT placed in vault.(jri) (Entered: 01/21/2009) |
| 01/20/2009 | 724 | SEALED DOCUMENT placed in vault.(jri) (Entered: 01/21/2009) |
| 01/20/2009 | 725 | SEALED DOCUMENT placed in vault.(jri) (Entered: 01/21/2009) |
| 01/21/2009 | 726 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Frederick J. Jekel dated 10/8/2008 re: Counsel respectfully request that the undersigned be removed from the dockets in the above-captioned matters. Motley Rice LLC will continue to represent the above-referenced Plaintiff's in those matters. ENDORSEMENT: So Ordered. (Signed by Judge Richard J. Holwell on 1/20/2009) (jfe) (Entered: 01/21/2009) |
| 01/23/2009 | 727 | SEALED DOCUMENT placed in vault.(jri) (Entered: 01/23/2009) |
| 01/23/2009 | 728 | Objection re: 711 Order *of Magistrate Judge Pitman*. Document filed by Ernst & Young LLP. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C)(Costantini, Anthony) (Entered: 01/23/2009) |
| 01/23/2009 | 729 | DECLARATION of Anthony J. Costantini in Support re: 728 Objection (non-motion). Document filed by Ernst & Young LLP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 3A, # 5 Exhibit 3B, # 6 Exhibit 3C, # 7 Exhibit 3D, # 8 Exhibit 3E, # 9 Exhibit 3F, # 10 Exhibit 3G, # 11 Exhibit 3H, # 12 Exhibit 3I, # 13 Exhibit 3J, # 14 Exhibit 4, # 15 Exhibit 4A, # 16 Exhibit 4B, # 17 Exhibit 4C, # 18 Exhibit 4D, # 19 Exhibit 4E)(Costantini, Anthony) (Entered: 01/23/2009) |
| 01/23/2009 | 730 | CERTIFICATE OF SERVICE of Objection to Magistrate Judge Pitman's Order and Declaration of Anthony J. Costantini in Support of the same on 01/23/2009. Document filed by Ernst & Young LLP. (Costantini, Anthony) (Entered: 01/23/2009) |
| 01/26/2009 | 731 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Anthony J. Harwood dated 1/23/09 re: Counsel write to advise to the Court that counsel for all parties are available for argument of the pending motions on 2/9/09 at 10:30 a.m. ENDORSEMENT: SO ORDERED. (Signed by Judge Richard J. Holwell on 1/23/09) (tro) (Entered: 01/26/2009) |
| 01/26/2009 | 732 | REPLY MEMORANDUM OF LAW in Support re: (707 in 1:02-cv-05571-RJH-HBP, 69 in 1:03-cv-02175-RJH) Notice (Other), Notice (Other), Notice (Other). Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Erman, Bryan) (Entered: 01/26/2009) |
| 01/30/2009 | 733 | ORDER: For reasons further set forth in said Order, Vivendi's application for the return of the Subject Documents is denied. (Signed by Magistrate Judge |

**JA214**

| | | |
|---|---|---|
| | | Henry B. Pitman on 1/30/09) Copies Mailed by Chambers.(db) (Entered: 01/30/2009) |
| 01/30/2009 | 734 | MOTION for Jeffrey A. Lamken to Appear Pro Hac Vice. Document filed by Jeffrey Kurtz, Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(dle) (Entered: 02/03/2009) |
| 02/04/2009 | 735 | ORDER For the reasons set forth in this order, the motion submitted by the Liberty Media plaintiffs' 707 is DENIED, and the motions submitted by GAMCO Investors, Inc. 713 , Irish Life Investment Managers Limited 708 , AGF Asset Management, S.A. 7088 , and the remaining individual plaintiffs 710 are GRANTED. (Signed by Judge Richard J. Holwell on 2/3/09) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(mme) (Entered: 02/04/2009) |
| 02/04/2009 | 736 | ORDER In light of the extended duration of an on-going criminal trial, the hearing presently scheduled for February 9, 2009 must be adjourned. The Court is available on March 2 and March 6, 2009. Counsel are requested to confer and advise chambers which date is preferable. Submissions regarding that of the action should still be made by February 6, 2009. (Signed by Judge Richard J. Holwell on 2/3/09) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(mme) (Entered: 02/04/2009) |
| 02/05/2009 | 737 | AFFIRMATION of Maureen P. Reid in Support re: (77 in 1:03-cv-02175-RJH, 734 in 1:02-cv-05571-RJH-HBP) MOTION for Jeffrey A. Lamken to Appear Pro Hac Vice.. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Reid, Maureen) (Entered: 02/05/2009) |
| 02/05/2009 | 738 | NOTICE OF APPEARANCE by Brian C. Kerr on behalf of Gerard Morel, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach (Kerr, Brian) (Entered: 02/05/2009) |
| 02/05/2009 | 739 | NOTICE OF APPEARANCE by Olivia Andree Vasilescu on behalf of Gerard Morel, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach (Vasilescu, Olivia) (Entered: 02/05/2009) |
| 02/06/2009 | 740 | SEALED DOCUMENT placed in vault.(jri) (Entered: 02/06/2009) |
| 02/13/2009 | 741 | ENDORSED LETTER addressed to Magistrate Judge Henry Pitman from Scott D. Musoff dated 2/11/09 re: Counsel requests that the date for the submission of an affidavit regarding SGs control (or lack thereof) of certain documents be extended by one week, from February 12, 2009, as set by the Court at a hearing on January 29, 2009, to February 19, 2009, at 3 p.m. |

**JA215**

Case 15-208, Document 88, 08/12/2015, 1574512, Page232 of 299

| | | |
|---|---|---|
| | | ENDORSEMENT: Application granted. (Signed by Magistrate Judge Henry B. Pitman on 2/12/09) (mme) (Entered: 02/13/2009) |
| 02/19/2009 | 742 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting (734) Motion for Jeffrey A. Lamken to Appear Pro Hac Vice. (Signed by Judge Richard J. Holwell on 2/18/09) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(mme) (Entered: 02/19/2009) |
| 02/19/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: (81 in 1:03-cv-02175-RJH) Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(mme) (Entered: 02/19/2009) |
| 02/19/2009 | 743 | STIPULATION AND ORDER OF SUBSTIUTION OF COUNSEL It is hereby stipulated and agreed that Browne Wood George LLP, 49 West 37th Street, New York, New York 10018, be and hereby is substituted as attorney of record for Lead Plaintiffs and Class Representatives Gerard Morel, Olivier Gerard, and the Retirement System for General Employees of the City of Miami Beach in the above entitled action in place and stead of Drier LLP, 499 Park Avenue, New York, New York, 10022, as of the date hereof. This Consent is without prejudice to (i) any rights Drier LLP may have to any fees, expenses, unrecorded time, or future recovery that the client may have in the above captioned litigation, and (ii) any rights or claims of the incoming attorneys or the client against Drier LLP. (Signed by Judge Richard J. Holwell on 2/18/09) (mme) (Entered: 02/19/2009) |
| 02/20/2009 | 744 | SEALED DOCUMENT placed in vault.(jri) (Entered: 02/23/2009) |
| 02/27/2009 | | CASHIERS OFFICE REMARK on 734 Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on 01/30/2009, Receipt Number 676690. (jd) (Entered: 02/27/2009) |
| 02/27/2009 | 745 | AFFIDAVIT of Leslie M. Kelleher in Opposition re: 647 MOTION for Partial Summary Judgment *("Notice Of Motion Of Defendants For Partial Summary Judgment Against Individual Plaintiffs For Lack Of Standing")*. MOTION for Partial Summary Judgment *("Notice Of Motion Of Defendants For Partial Summary Judgment Against Individual Plaintiffs For Lack Of Standing")*.. Document filed by KBC Asset Management N.V.. (Attachments: # 1 Exhibit KBC 8, # 2 Exhibit KBC 9, # 3 Exhibit KBC 10, # 4 Exhibit KBC 11, # 5 Affidavit Certificate of Service)(Kelleher, Leslie) (Entered: 02/27/2009) |
| 02/27/2009 | 746 | DECLARATION of Anthony J. Harwood in Opposition re: (31 in 1:07-cv-11305-RJH, 28 in 1:07-cv-10995-RJH, 647 in 1:02-cv-05571-RJH-HBP) MOTION for Partial Summary Judgment.. Document filed by Irish Life Investment Managers Limited, AGF Asset Management, S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-10995-RJH, 1:07-cv-11305-RJH(Harwood, Anthony) (Entered: 02/27/2009) |

**JA216**

| 03/03/2009 | 747 | ENDORSED LETTER addressed to Magistrate Judge Henry Pitman from Anthony J. Harwood dated 2/25/09 re: Counsel requests an extension of the reply letter briefs from February 26, 2009 to March 5, 2009. ENDORSEMENT: Application granted. (Signed by Magistrate Judge Henry B. Pitman on 3/2/09) (mme) (Entered: 03/03/2009) |
| --- | --- | --- |
| 03/05/2009 | 748 | ORDER In connection with the above case 02cv05571 counsel On 03/02/09:Lisa Albert; George Bushnell; Jae Calabro;Gailyn Campbell; Frederic Crapan; Andrew Erdlen; Jessica Holloway; Michael Malone; Michael Paskin; Mary Perschetz; Einal Philip; Merve Piaani; Jim Quinn; Penny Reid; Michael Reynolds; Paul Saunders; Adam Schloss; Daniel Slifkin; Paul Straus; Michael Swartz; Marie Christine-Tepenaeg; shall be permitted to bring his/her Blackberry or Telephonic device or laptop into the UNITED STATES COURTHOUSE at 500 Pearl Street. SO ORDERED (Signed by Judge Richard J. Holwell on 2/27/2009) (jmi) (Entered: 03/05/2009) |
| 03/12/2009 | 752 | TRANSCRIPT of proceedings held on 3/02/09 before Judge Richard J. Holwell. (ama) (Entered: 03/21/2009) |
| 03/16/2009 | 749 | ORDER: Defendant Vivendi's objection to Magistrate Judge Pitman's Order of 4/14/08 480 is DENIED; Defendants' motion for judgment on the pleadings 491 is GRANTED with respect to plaintiff GAMCO but DENIED with respect to the Liberty Media plaintiffs; the Court intends to issue an opinion stating its reasons at greater length; Plaintiffs' motion concerning misleading mass mailing 565 is DENIED; Defendants' motion to dismiss the complaint of various individual plaintiffs 580 is GRANTED with respect to plaintiffs' state common law claims and subject matter jurisdiction; Defendant Hannezo's motion to dismiss the claim against him for unjust enrichment 587 is GRANTED; Defendants' motion for summary judgment against the Liberty Media plaintiffs 632 is DENIED; Defendant Messier's motion for partial summary judgment 633 is DENIED; Defendant Hannezo's motion for partial summary judgment 637 is DENIED; Defendants' motion for partial summary judgment on certain of plaintiffs' claims 642 is GRANTED; Defendants' motion for partial summary judgment for plaintiffs' failure to establish reliance 645 is GRANTED; Plaintiff Liberty Media's motion for partial summary judgment on defendants' waiver defense 648 is GRANTED. The Court has reserved decision on the following motions: 370 ; 457 ; 465 ; 644 ; 643 ; 646 ; 647 ; 584 ; and 603 . The court concludes that the provisional trial date of 5/4/09 is unrealistic. Trial is adjourned to 9/29/09. The parties, with exception of Liberty Media, are directed to meet and confer and to propose a schedule for the resolution of all pre-trial matters by 7/31/09. (Signed by Judge Richard J. Holwell on 3/13/09) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(tro) (Entered: 03/16/2009) |
| 03/17/2009 | 750 | MEMORANDUM AND OPINION #97239: Accordingly, Hannezo's motion is GRANTED and the above captioned actions are dismissed without prejudice save for the stayed actions. The stayed plaintiffs' motion to lift the stay is GRANTED, but only for the purposes of serving Hannezo-for all other purposes the actions remain stayed. However, in light of the adjournment of the trial date to September 29, 2009, any party may move to |

**JA217**

Case 15-208, Document 88, 08/12/2015, 1574512, Page234 of 299

| | | |
|---|---|---|
| | | lift the stay on the grounds that such a step would be efficient. The stayed plaintiffs must serve Hannezo within 60 days of the date of this order or their actions will be dismissed. (Signed by Judge Richard J. Holwell on 3/16/2009) (jfe) Modified on 3/19/2009 (mro). (Entered: 03/17/2009) |
| 03/17/2009 | | Transmission to Judgments and Orders Clerk. Transmitted re: (43 in 1:07-cv-10578-RJH, 28 in 1:07-cv-11483-RJH, 33 in 1:07-cv-07776-RJH, 39 in 1:07-cv-11092-RJH, 30 in 1:07-cv-07370-RJH, 36 in 1:07-cv-08208-RJH, 32 in 1:07-cv-09593-RJH, 44 in 1:07-cv-11305-RJH, 33 in 1:07-cv-07863-RJH, 32 in 1:07-cv-07778-RJH, 33 in 1:07-cv-07803-RJH, 32 in 1:07-cv-07779-RJH, 39 in 1:07-cv-09229-RJH, 750 in 1:02-cv-05571-RJH-HBP, 31 in 1:07-cv-07775-RJH, 49 in 1:07-cv-08830-RJH, 24 in 1:08-cv-00418-RJH, 45 in 1:07-cv-10954-RJH, 47 in 1:07-cv-08156-RJH, 41 in 1:07-cv-10995-RJH, 29 in 1:07-cv-11484-RJH) Memorandum & Opinion,,, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jfe) (Entered: 03/17/2009) |
| 03/20/2009 | 751 | DECLARATION of Peter Reichard (Allianz Risk Transfer) *in Opposition to Defendants' Motion for Partial Summary Judgment Against Individual Plaintiffs for Lack of Standing / Corrected*. Document filed by AGF Asset Management, S.A.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-11305-RJH(Harwood, Anthony) (Entered: 03/20/2009) |
| 03/27/2009 | 753 | ORDER: On March 27,2009, counsel for Milberg LLP informed the Court that the firm was withdrawing as co-lead counsel for the class and that Abbey Spanier Rodd Abrams & Paradis, LLP would continue as sole lead counsel. Accordingly, the Court denies as moot defendants' motion for reconsideration of Milberg LLP as co-lead counsel 370 . SO ORDERED. (Signed by Judge Richard J. Holwell on 3/27/2009) (tve) (Entered: 03/27/2009) |
| 03/27/2009 | 760 | AMENDED COMPLAINT against Vivendi Universal, S.A., Guillaume Hannezo, Jean-Marie Messier. Document filed by Capitalia Asset Management SGR, S.p.A., Capitalia Investment Management S.A.(dle) (Entered: 04/03/2009) |
| 03/30/2009 | | Motion No Longer Referred: re: 465 MOTION to Approve Class Plaintiffs' Plan For Class Notice. filed by William Cavanagh, Bruce Doniger, The retirement System for General Employees of the City of Miami Beach, Gerard Morel, Oliver M. Gerard, 457 MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. MOTION for Reconsideration *("Notice Of Motion Of Defendant Vivendi, S.A. For Partial Reconsideration Of The Court's Decision Certifying A Plaintiff Class That Includes French Shareholders")*. filed by Vivendi, S.A.. (mme) (Entered: 03/30/2009) |
| 03/31/2009 | 754 | ORDER: Plaintiffs' motion to approve the plan for class notice 465 is granted, subject to the resolution at the April 6, 2009 status conference of certain issues concerning implementation of notice procedures and the wording of the notice. (Signed by Judge Richard J. Holwell on 3/31/2009) (jpo) (Entered: 03/31/2009) |

**JA218**

Case 15-208, Document 88, 08/12/2015, 1574512, Page235 of 299

| 03/31/2009 | 755 | MEMORANDUM OPINION AND ORDER #97346: For the reasons stated above and in the Court's initial decision certifying a class consisting of shareholders from the United States, France, England and the Netherlands, Vivendi's motion for partial reconsideration 457 is denied. (Signed by Judge Richard J. Holwell on 3/31/2009) (jpo) Modified on 4/1/2009 (mro). (Entered: 03/31/2009) |
|---|---|---|
| 03/31/2009 | 756 | MOTION for Reconsideration re; 750 Memorandum & Opinion,,. Document filed by Irish Life Investment Managers Limited.(Harwood, Anthony) (Entered: 03/31/2009) |
| 03/31/2009 | 757 | MEMORANDUM OF LAW in Support re: 756 MOTION for Reconsideration re; 750 Memorandum & Opinion,,.. Document filed by Irish Life Investment Managers Limited. (Harwood, Anthony) (Entered: 03/31/2009) |
| 03/31/2009 | 758 | MEMORANDUM OPINION AND ORDER #97355: For the reasons given, defendants' motion for summary judgment against the class plaintiffs, Liberty Media, and GAMCO for failure to establish loss causation 644 and defendants' motion for summary judgment against the individual plaintiffs for failure to establish loss causation 646 are DENIED apart from the Court's finding that Dr. Nye's constant percentage method is irreconcilable with precedent and that plaintiffs may not pursue damages from certain allegations. (Signed by Judge Richard J. Holwell on 3/31/2009) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jpo) Modified on 4/2/2009 (mro). (Entered: 03/31/2009) |
| 03/31/2009 | 759 | MEMORANDUM AND OPINION #97354 re: For the reasons stated, the Court DENIES defendants' motion for summary judgment 647 for the following plaintiffs and their funds, as to which the court has held that there are genuine issues of material fact concerning whether plaintiffs were management companies during the class period for German funds, Luxembourgian FCPs, French FCPs, Belgian FCPs, Swedish funds, and Austrian funds: AGF, AGI Kap, Bayern, BWI, Cominvest, DeAM, Deka Fundmaster, Deka Investment, Deka Ireland, Deka Lux, FT, FT-Lux, Helaba, Inka, KBC, LBB-Invest, MEAG KAG, Nordcon, OPAM, Oppenheim, PIKAG, Raiffeisen, SEB AB, Universal, and WestLB For plaintiffs and funds not in this category, the Court GRANTS defendants' motions 647 & 643 . Plaintiffs are directed to move to amend their complaints within the next 30 days should they wish to allege assignment, ratification, or substitution by those entities with standing to bring suit. Plaintiffs moving to amend are directed to submit or resubmit proof of assignment, ratification, or substitution for each of the funds on whose behalf they bring suit. The Clerk of the Court is directed not to enter judgment against these plaintiffs for 45 days to allow them to file their motions and to allow the Court to decide such motions should they be filed. SO ORDERED.(36 in 1:07-cv-05742-RJH, 31 in 1:07-cv-11305-RJH, 28 in 1:07-cv-10995-RJH, 18 in 1:07-cv-11483-RJH, 35 in 1:07-cv-08156-RJH, 23 in 1:07-cv-07803-RJH, 37 in 1:07-cv-08830-RJH, 27 in 1:03-cv-05911-RJH, 27 in 1:07-cv-09229-RJH, 22 in 1:07-cv-09593-RJH, 33 in 1:07-cv-10954-RJH, 21 in 1:07-cv-07775-RJH, 26 in 1:07- |

Case 15-208, Document 88, 08/12/2015, 1574512, Page236 of 299

| | | |
|---|---|---|
| | | cv-08208-RJH, 647 in 1:02-cv-05571-RJH-HBP, 22 in 1:07-cv-07778-RJH, 20 in 1:07-cv-07370-RJH, 22 in 1:07-cv-07779-RJH, 19 in 1:07-cv-11484-RJH, 23 in 1:07-cv-07776-RJH, 15 in 1:08-cv-00418-RJH, 27 in 1:07-cv-11092-RJH, 31 in 1:07-cv-10578-RJH, 23 in 1:07-cv-07863-RJH) MOTION for Partial Summary Judgment filed by Vivendi, S.A., Jean-Marie Messier, Guillaume Hannezo, (23 in 1:03-cv-05911-RJH, 643 in 1:02-cv-05571-RJH-HBP) MOTION for Summary Judgment filed by Vivendi, S.A. (Signed by Judge Richard J. Holwell on 3/31/2009) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jmi) Modified on 4/2/2009 (mro). (Entered: 04/01/2009) |
| 03/31/2009 | | Transmission to Judgments and Orders Clerk. Transmitted re: (41 in 1:07-cv-09229-RJH, 35 in 1:07-cv-07776-RJH, 41 in 1:07-cv-11092-RJH, 30 in 1:07-cv-11483-RJH, 26 in 1:08-cv-00418-RJH, 31 in 1:07-cv-11484-RJH, 47 in 1:07-cv-10954-RJH, 51 in 1:07-cv-08830-RJH, 33 in 1:07-cv-07775-RJH, 34 in 1:07-cv-07778-RJH, 35 in 1:07-cv-07803-RJH, 45 in 1:07-cv-10578-RJH, 34 in 1:07-cv-09593-RJH, 49 in 1:07-cv-08156-RJH, 47 in 1:07-cv-11305-RJH, 35 in 1:07-cv-07863-RJH, 759 in 1:02-cv-05571-RJH-HBP, 45 in 1:07-cv-05742-RJH, 35 in 1:03-cv-05911-RJH, 34 in 1:07-cv-07779-RJH, 38 in 1:07-cv-08208-RJH, 32 in 1:07-cv-07370-RJH, 43 in 1:07-cv-10995-RJH) Memorandum & Opinion, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jmi) (Entered: 04/01/2009) |
| 04/01/2009 | 761 | ORDER AMENDING OPINION #97355: The conclusion of the Court's Memorandum Opinion and Order 758 concerning loss causation is amended to read: For the reasons given, defendants' motion for summary judgment against the class plaintiffs, Liberty Media, and GAMCO for failure to establish loss causation 644 and defendants' motion for summary judgment against the individual plaintiffs for failure to establish loss causation 646 are denied. So Ordered (Signed by Judge Richard J. Holwell on 3/31/09) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(js) (Entered: 04/03/2009) |
| 04/06/2009 | 767 | REVISED MEMORANDUM OPINION AND ORDER: For the reasons given, defendants' motion for summary judgment against the class plaintiffs, Liberty Media, and GAMCO for failure to establish loss causation 644 and defendants' motion for summary judgment against the individual plaintiffs for failure to establish loss causation 646 are DENIED. (Signed by Judge Richard J. Holwell on 4/6/2009) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jpo) (Entered: 04/16/2009) |
| 04/08/2009 | 762 | STIPULATION AND ORDER: It is hereby stipulated by and between the parties that Defendants Vivendi, S.A. and Jean-Marie Messier's time for serving their respective answers to the complaints in the above-captioned actions and defendant Guillaume Hannezo's time for serving his answers in the actions captioned Capitalia Asset Management SGR, S.p.A. v. Vivendi Universal. SA, No. 07 Civ. 5742 and Pioneer Investments Austria. GmbH v. Vivendi Universal, S.A., No. 02 civ. 5571 shall be extended from March 30, 2009, up until and including April 6, 2009. (Signed by Judge Richard J. Holwell on 4/7/2009) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jpo) (Entered: 04/08/2009) |
| | | |

**JA220**

| 04/09/2009 | 763 | MOTION for Anthony J. Harwood to Withdraw as Attorney. Document filed by Plaintiffs.(Harwood, Anthony) (Entered: 04/09/2009) |
| 04/09/2009 | 764 | DECLARATION of Anthony J. Harwood in Support re: 763 MOTION for Anthony J. Harwood to Withdraw as Attorney.. Document filed by Plaintiffs. (Harwood, Anthony) (Entered: 04/09/2009) |
| 04/16/2009 | 765 | ORDER: With regard to Jean-Marie Messier's motion for partial summary judgment 633 , for the reasons stated on the record at the March 2, 2009 conference, that motion is DENIED, as set forth herein. With regard to Guillaume IIannezo's motion for partial summary judgment 637 , for the reasons stated on the record at the March 2, 2009 conference, that motion is DENIED, as set forth herein. With regard to Guillaume Hannezo's motion to dismiss the complaints brought by various Individual Plaintiffs 584 , the Court did not intend its Order dated March 17, 2009 to extend to plaintiff Pioneer Investments Austria GmbH. (Signed by Judge Richard J. Holwell on 4/14/2009) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jpo) (Entered: 04/16/2009) |
| 04/16/2009 | 766 | ORDER GRANTING ANTHONY J. HARWOOD'S NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL. It is hereby ordered and decreed that Anthony J. Harwood is removed as counsel of record for plaintiffs in the cases listed above. (Signed by Judge Richard J. Holwell on 4/14/2009) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jpo) (Entered: 04/16/2009) |
| 04/17/2009 | 768 | MEMORANDUM OF LAW in Opposition re: 756 MOTION for Reconsideration re; 750 Memorandum & Opinion,,.. Document filed by Guillaume Hannezo. (Perschetz, Martin) (Entered: 04/17/2009) |
| 04/17/2009 | 769 | CERTIFICATE OF SERVICE of Defendant Guillaume Hannezo's Memorandum of Law in Opposition to Individual Plaintiffs' Motion for Reconsideration on 4/17/09. Document filed by Guillaume Hannezo. (Philip, Einat) (Entered: 04/17/2009) |
| 04/20/2009 | 770 | FILING ERROR - DUPLICATED DOCKET ENTRY (See document #772) - MOTION Notice of Motion To Lift The Stay re: (750 in 1:02-cv-05571-RJH-HBP) Memorandum & Opinion. Document filed by Norges Bank.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-07370-RJH(Sabella, James) Modified on 4/21/2009 (jar). (Entered: 04/20/2009) |
| 04/20/2009 | 771 | FILING ERROR - DUPLICATED DOCKET ENTRY (See document #774) - MEMORANDUM OF LAW in Support re: (770 in 1:02-cv-05571-RJH-HBP, 38 in 1:07-cv-07370-RJH) MOTION Notice of Motion To Lift The Stay re: (750 in 1:02-cv-05571-RJH-HBP) Memorandum & Opinion,,. *Plaintiffs' Memorandum of Law In Support of Their Motion to Lift The Stay.* Document filed by Norges Bank. (Attachments: # 1 Exhibit A to Memo in Support of Motion to Lift Stay, # 2 Exhibit B to Memo in Support of Motion to Lift Stay)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-07370-RJH(Sabella, James) Modified on 4/21/2009 (jar). (Entered: 04/20/2009) |
| | | |

**JA221**

| 04/20/2009 | 772 | MOTION to Lift the Stay. Document filed by Plaintiffs.(Arisohn, Mark) (Entered: 04/20/2009) |
|---|---|---|
| 04/20/2009 | 773 | FILING ERROR - DEFICIENT DOCKET ENTRY - MEMORANDUM OF LAW in Support re: 772 MOTION to Lift the Stay.. Document filed by Plaintiffs. (Arisohn, Mark) Modified on 4/21/2009 (jar). (Entered: 04/20/2009) |
| 04/20/2009 | 774 | MEMORANDUM OF LAW in Support re: 772 MOTION to Lift the Stay.. Document filed by Plaintiffs. (Arisohn, Mark) (Entered: 04/20/2009) |
| 04/21/2009 | 775 | REVISED MEMORANDUM OPINION AND ORDER #97355: For the reasons given, defendants' motion for summary judgment against the class plaintiffs, Liberty Media, and GAMCO for failure to establish loss causation 644 and defendants' motion for summary judgment against the individual plaintiffs for failure to establish loss causation 646 are DENIED. (Signed by Judge Richard J. Holwell on 4/6/2009) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jfe) Modified on 4/23/2009 (mro). (Entered: 04/21/2009) |
| 04/24/2009 | 776 | SCHEDULING ORDER: On May 15, 2009: Plaintiffs submit deposition designations to defendants. On May 29, 2009: (a) Defendants submit deposition designations and counter-designations to plaintiffs. (b) Parties exchange lists of intended trial exhibits and preliminary witness lists. On June 2, 2009: Parties file Daubert and in limine motions. On June 12, 2009: Plaintiffs submit deposition counter-designations to defendants. On June 30, 2009: (a) Parties file oppositions to Daubert and in limine motions. (b) Parties submit deposition designations. counter-designations and lists of intended trial exhibits to the Court. On July 3, 2009:(a) Parties exchange proposed jury instructions, proposed voir dire and jury questionnaire. (b) Parties exchange the remaining components of the pretrial order identified in Paragraph 4.A of the Court's individual practices. (c) Parties exchange certified translations of intended trial exhibits, subject to the parties' agreement that translations of certain documents or parts of documents need not be exchanged by this date. To the extent reasonably necessary, the parties may seek a one week extension of this deadline. On July 15, 2009: (a) Parties exchange objections to deposition designations, counter-designations and intended trial exhibits. (b) Parties exchange objections to proposed voir dire,jury questionnaire and jury instructions. (c) Parties exchange objections to remaining components of the pretrial order. On July 17, 2009: Parties submit completed joint pretrial order to the Court and may submit a pretrial memo if they so choose. SO ORDERED. (Signed by Judge Richard J. Holwell on 4/6/2009). Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(tve) Modified on 6/12/2009 (tve). (Entered: 04/24/2009) |
| 04/24/2009 | 777 | ORDER: Defendant Guillaume Hannezo's motion to strike Liberty Media Plaintiffs' proposed Sur-reply 715 was granted by Order signed February 3, 2009 735 . SO ORDERED. (Signed by Judge Richard J. Holwell on 4/23/2009) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(tve) (Entered: 04/24/2009) |
| 04/27/2009 | 778 | |

**JA222**

| | | |
|---|---|---|
| | | REPLY MEMORANDUM OF LAW in Support re: 756 MOTION for Reconsideration re; 750 Memorandum & Opinion,,.. Document filed by Irish Life Investment Managers Limited. (Arisohn, Mark) (Entered: 04/27/2009) |
| 04/28/2009 | 779 | ORDER: Having reviewed the recent letter submissions of the parties concerning class notice (Pl Letter dated April 14, 2009; Def Letter dated April 17, 2009; Pl. Letter dated April 22, 2009) the Court adopts, with the handful of additions noted in the copy attached to this order, the forms of notice attached to plaintiffs' letter dated April 22, 2009. So Ordered (Signed by Judge Richard J. Holwell on 4/27/09) (js) (Entered: 04/28/2009) |
| 04/29/2009 | 780 | DECLARATION of Frank C. Torchio. Document filed by Norges Bank. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-07370-RJH (Sabella, James) (Entered: 04/29/2009) |
| 04/30/2009 | 781 | MOTION for Leave to File Amended Complaints *Individual Plaintiffs' Motion for Leave to Amend Complaints*. Document filed by Norges Bank.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 04/30/2009) |
| 04/30/2009 | 782 | DECLARATION of James J. Sabella in Support re: (42 in 1:07-cv-07776-RJH, 38 in 1:07-cv-11483-RJH, 51 in 1:07-cv-10995-RJH, 49 in 1:07-cv-09229-RJH, 41 in 1:07-cv-07775-RJH, 42 in 1:07-cv-09593-RJH, 46 in 1:07-cv-08208-RJH, 56 in 1:07-cv-11305-RJH, 52 in 1:07-cv-10578-RJH, 58 in 1:07-cv-08830-RJH, 781 in 1:02-cv-05571-RJH-HBP, 42 in 1:07-cv-07370-RJH, 42 in 1:07-cv-07803-RJH, 56 in 1:07-cv-08156-RJH, 42 in 1:07-cv-07778-RJH, 40 in 1:07-cv-11484-RJH, 54 in 1:07-cv-05742-RJH, 49 in 1:07-cv-11092-RJH, 55 in 1:07-cv-10954-RJH, 43 in 1:07-cv-07863-RJH, 41 in 1:07-cv-07779-RJH) MOTION for Leave to File Amended Complaints.. Document filed by Norges Bank. (Attachments: # 1 Exhibit 1 - 5, # 2 Exhibit 6, # 3 Exhibit 7 - 11, # 4 Exhibit 12 - 19, # 5 Exhibit 20 - 22)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 04/30/2009) |
| 04/30/2009 | 783 | MOTION for Leave to File Notice of Plaintiff's Motion for Leave to File an Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs., MOTION to Amend/Correct. Document filed by GAMCO Investors, Inc.. (McGuire, Harold) (Entered: 04/30/2009) |
| 04/30/2009 | 784 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION for Leave to File Memorandum of Law in Support of Plaintiff's Motion for Leave to File an Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs., MOTION to Amend/Correct 783 MOTION for Leave to File Notice of Plaintiff's Motion for Leave to File an Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs. MOTION to Amend/Correct.. Document filed by GAMCO Investors, Inc. (MEMORANDUM OF LAW IN SUPPORT OF MOTION) (Attachments: # 1 Exhibit Exhibit A - Proposed Amended Complaint)(McGuire, Harold) Modified on 5/1/2009 (KA). (Entered: 04/30/2009) |

**JA223**

| 04/30/2009 | 786 | SEALED DOCUMENT placed in vault.(jri) (Entered: 05/01/2009) |
|---|---|---|
| 05/01/2009 | 785 | TRANSCRIPT of proceedings held on 4/15/09 before Judge Richard J. Holwell. (tro) (Entered: 05/01/2009) |
| 05/01/2009 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Note to Attorney Harold F. McGuire, Jr. to RE-FILE Document 784 MOTION for Leave to File Memorandum of Law in Support of Plaintiff's Motion for Leave to File an Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs. MOTION to Amend/Correct 783 MOTION for Leave to File Notice of Plaintiff's Motion for Leave to File an Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs. MOTI MOTION to Amend/Correct 783 MOTION for Leave to File Notice of Plaintiff's Motion for Leave to File an Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintifs. MOTI MOTION to Amend/Correct 783 MOTION for Leave to File Notice of Plaintiff's Motion for Leave to File an Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs. MOTI MOTION to Amend/Correct 783 MOTION for Leave to File Notice of Plaintiff's Motion for Leave to File an Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs. MOTI. Use the event type Memorandum of Law in Support of Motion found under the event list Replies, Opposition and Support documents. (KA) (Entered: 05/01/2009) |
| 05/01/2009 | 787 | MEMORANDUM OF LAW in Support re: 783 MOTION for Leave to File Notice of Plaintiff's Motion for Leave to File an Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs. MOTION to Amend/Correct.. Document filed by GAMCO Investors, Inc.. (Attachments: # 1 Exhibit Exhibit A - Proposed Amended Complaint)(McGuire, Harold) (Entered: 05/01/2009) |
| 05/12/2009 | 788 | MOTION for Katharine M. Ryan to Appear Pro Hac Vice. Document filed by Allianz Global Investors Kapitalanlagegesellschaft MBH.(dle) (Entered: 05/14/2009) |
| 05/15/2009 | | CASHIERS OFFICE REMARK on 788 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 05/12/2009, Receipt Number 687725. (jd) (Entered: 05/15/2009) |
| 05/18/2009 | 789 | REPLY MEMORANDUM OF LAW in Support re: (38 in 1:07-cv-07370-RJH) MOTION Notice of Motion To Lift The Stay re: (750 in 1:02-cv-05571-RJH-HBP) Memorandum & Opinion,,.. MOTION Notice of Motion To Lift The Stay re: (750 in 1:02-cv-05571-RJH-HBP) Memorandum & Opinion,,.. Document filed by Norges Bank. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-07370-RJH(Kehoe, John) (Entered: 05/18/2009) |
| | | |

**JA224**

Case 15-208, Document 88, 08/12/2015, 1574512, Page241 of 299

| 05/18/2009 | 790 | NOTICE of Firm Name Change. Document filed by StoneRidge Investment Partners LLC. (Gross, Marc) (Entered: 05/18/2009) |
|---|---|---|
| 05/18/2009 | 791 | MEMORANDUM OF LAW in Opposition re: 781 MOTION for Leave to File Amended Complaints *Individual Plaintiffs' Motion for Leave to Amend Complaints.*. Document filed by Guillaume Hannezo. (Perschetz, Martin) (Entered: 05/18/2009) |
| 05/18/2009 | 792 | CERTIFICATE OF SERVICE of Memorandum of Law in Opposition to Individual Plaintiffs' Motion for Leave to Amend Complaints on 5/18/2009. Document filed by Guillaume Hannezo. (Philip, Einat) (Entered: 05/18/2009) |
| 05/18/2009 | 793 | REPLY MEMORANDUM OF LAW in Support re: 772 MOTION to Lift the Stay.. Document filed by Eurizon Capital SGR S.p.A., Eurizon Capital S.A., Caisse de Depot et Placement du Quebec, Allianz Global Investors France, S.A., Irish Life Investment Managers Limited. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Arisohn, Mark) (Entered: 05/18/2009) |
| 05/18/2009 | 794 | CROSS MOTION to Dismiss *("Notice Of Cross-Motion Of Defendants Vivendi, S.A. and Jean-Marie Messier To Dismiss With Prejudice WSV's Action")*. Document filed by Jean-Marie Messier, Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Reynolds, Michael) (Entered: 05/18/2009) |
| 05/18/2009 | 795 | MEMORANDUM OF LAW in Opposition re: (27 in 1:02-cv-05973-HB, 29 in 1:02-cv-07346-RJH-HBP, 43 in 1:07-cv-07779-RJH, 40 in 1:07-cv-11483-RJH, 29 in 1:02-cv-05924-HB, 51 in 1:07-cv-09229-RJH, 54 in 1:07-cv-10578-RJH, 26 in 1:02-cv-07017-UA, 58 in 1:07-cv-11305-RJH, 28 in 1:02-cv-06738-HB, 44 in 1:07-cv-09593-RJH, 42 in 1:07-cv-11484-RJH, 26 in 1:07-cv-07802-RJH, 59 in 1:07-cv-08156-RJH, 794 in 1:02-cv-05571-RJH-HBP, 28 in 1:02-cv-07371-HB, 45 in 1:03-cv-05911-RJH, 25 in 1:02-cv-08978-HB, 45 in 1:07-cv-07863-RJH, 28 in 1:02-cv-05919-HB, 45 in 1:07-cv-07370-RJH, 44 in 1:07-cv-07803-RJH, 25 in 1:02-cv-08979-HB, 29 in 1:02-cv-06385-HB, 29 in 1:02-cv-06956-HB, 51 in 1:07-cv-11092-RJH, 89 in 1:03-cv-02175-RJH, 44 in 1:07-cv-07778-RJH, 56 in 1:07-cv-05742-RJH, 60 in 1:07-cv-08830-RJH, 57 in 1:07-cv-10954-RJH, 28 in 1:02-cv-06170-HB, 25 in 1:02-cv-07098-HB, 35 in 1:08-cv-00418-RJH, 43 in 1:07-cv-07775-RJH, 25 in 1:07-cv-09592-RJH, 48 in 1:07-cv-08208-RJH, 29 in 1:07-cv-11297-RJH, 53 in 1:07-cv-10995-RJH, 44 in 1:07-cv-07776-RJH) MOTION to Dismiss. *("Defendants Vivendi, S.A. And Jean-Marie Messier's Memorandum Of Law In Opposition To WSV's Motion For Leave To Amend Complaint And In Support Of Defendants' Motion To Dismiss With Prejudice WSV's Action")*. Document filed by Jean-Marie Messier, Vivendi, S.A.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Reynolds, Michael) (Entered: 05/18/2009) |
| 05/18/2009 | 796 | DECLARATION of Michael T. Reynolds in Support re: (29 in 1:02-cv-07346-RJH-HBP, 43 in 1:07-cv-07779-RJH, 51 in 1:07-cv-09229-RJH, 54 in 1:07-cv-10578-RJH, 44 in 1:07-cv-09593-RJH, 42 in 1:07-cv-11484-RJH, 26 in 1:07-cv-07802-RJH, 794 in 1:02-cv-05571-RJH-HBP, 28 in 1:02-cv-07371-HB, 45 in 1:07-cv-07370-RJH, 44 in 1:07-cv-07803-RJH, 51 in 1:07-cv-11092-RJH, 89 in 1:03-cv-02175-RJH, 44 in 1:07-cv-07778-RJH, 56 in |

| | | |
|---|---|---|
| | | 1:07-cv-05742-RJH, 25 in 1:02-cv-07098-HB, 29 in 1:07-cv-11297-RJH, 53 in 1:07-cv-10995-RJH, 44 in 1:07-cv-07776-RJH, 27 in 1:02-cv-05973-HB, 40 in 1:07-cv-11483-RJH, 29 in 1:02-cv-05924-HB, 26 in 1:02-cv-07017-UA, 58 in 1:07-cv-11305-RJH, 28 in 1:02-cv-06738-HB, 59 in 1:07-cv-08156-RJH, 45 in 1:03-cv-05911-RJH, 25 in 1:02-cv-08978-HB, 45 in 1:07-cv-07863-RJH, 28 in 1:02-cv-05919-HB, 25 in 1:02-cv-08979-HB, 29 in 1:02-cv-06385-HB, 29 in 1:02-cv-06956-HB, 60 in 1:07-cv-08830-RJH, 57 in 1:07-cv-10954-RJH, 28 in 1:02-cv-06170-HB, 35 in 1:08-cv-00418-RJH, 43 in 1:07-cv-07775-RJH, 48 in 1:07-cv-08208-RJH, 25 in 1:07-cv-09592-RJH) MOTION to Dismiss.. Document filed by Jean-Marie Messier, Vivendi, S.A.. (Attachments: # 1 Exhibit 1 to Reynolds Declaration, # 2 Exhibit 2 to Reynolds Declaration, # 3 Exhibit 3 to Reynolds Declaration) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Reynolds, Michael) (Entered: 05/18/2009) |
| 05/18/2009 | 797 | MEMORANDUM OF LAW in Opposition re: (41 in 1:03-cv-05911-RJH, 41 in 1:03-cv-05911-RJH) MOTION for Leave to File Notice of Plaintiff's Motion for Leave to File An Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs. MOTION to Amend/Correct., (783 in 1:02-cv-05571-RJH-HBP, 783 in 1:02-cv-05571-RJH-HBP) MOTION for Leave to File Notice of Plaintiff's Motion for Leave to File an Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs. MOTION to Amend/Correct. *("Defendant Vivendi, S.A.'s Opposition To The Motion Of Nine Mutual Funds To Be Joined As Additional Plaintiffs")*. Document filed by Vivendi, S.A.. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-05911-RJH (Reynolds, Michael) (Entered: 05/18/2009) |
| 05/18/2009 | 798 | DECLARATION of Michael T. Reynolds in Opposition re: (41 in 1:03-cv-05911-RJH, 41 in 1:03-cv-05911-RJH) MOTION for Leave to File Notice of Plaintiff's Motion for Leave to File An Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs. MOTION to Amend/Correct., (783 in 1:02-cv-05571-RJH-HBP, 783 in 1:02-cv-05571-RJH-HBP) MOTION for Leave to File Notice of Plaintiff's Motion for Leave to File an Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs. MOTION to Amend/Correct.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1 to Reynolds Declaration, # 2 Exhibit 2 to Reynolds Declaration)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-05911-RJH(Reynolds, Michael) (Entered: 05/18/2009) |
| 05/19/2009 | 799 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION, granting 788 Motion for Katharine M. Ryan to Appear Pro Hac Vice as counsel for the Plaintiffs. (Signed by Judge Richard J. Holwell on 5/19/09) (pl) (Entered: 05/19/2009) |
| 05/19/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: 799 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (pl) (Entered: 05/19/2009) |

**JA226**

| | | |
|---|---|---|
| 05/20/2009 | 800 | CERTIFICATE OF SERVICE of Notice of Firm Name Change served on Parties on Manual Filing List on May 20, 2009. Service was made by Mail. Document filed by StoneRidge Investment Partners LLC. (Gross, Marc) (Entered: 05/20/2009) |
| 05/26/2009 | 801 | REPLY MEMORANDUM OF LAW in Support re: 783 MOTION for Leave to File Notice of Plaintiff's Motion for Leave to File an Amended Complaint for Violations of the Federal Securities Laws and Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs. MOTION to Amend/Correct. *(Reply Memorandum of Law in Further Support of Motion of Nine Mutual Funds to be Joined as Additional Plaintiffs).* Document filed by GAMCO Investors, Inc.. (McGuire, Harold) (Entered: 05/26/2009) |
| 05/28/2009 | 802 | MEMORANDUM OPINION AND ORDER:#97566 The Court holds that the Magistrate's Order compelling production is not contrary to law, and E&Y-US's objections are accordingly DENIED. E&Y-U.S. is directed to promptly produce the documents they have that are responsive to plaintiffs subpoena. (Signed by Judge Richard J. Holwell on 5/28/09) (tro) Modified on 5/29/2009 (jab). (Entered: 05/28/2009) |
| 05/28/2009 | 803 | FILING ERROR - DEFICIENT DOCKET ENTRY - REPLY MEMORANDUM OF LAW in Support re: 781 MOTION for Leave to File Amended Complaints *Individual Plaintiffs' Motion for Leave to Amend Complaints..* Document filed by WSV. (Attachments: # 1 Affidavit Declaration of Leslie M. Kelleher)(Kelleher, Leslie) Modified on 5/29/2009 (jar). (Entered: 05/28/2009) |
| 05/28/2009 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Leslie Kelleher to RE-FILE Document 803 Reply Memorandum of Law in Support of Motion. ERROR (S): Each supporting document must be filed individually. Use the event type (s) Declaration in Support found under event list Replies, Oppositions, Supporting Documents. (jar) (Entered: 05/29/2009) |
| 05/29/2009 | 804 | REPLY MEMORANDUM OF LAW in Support re: 781 MOTION for Leave to File Amended Complaints *Individual Plaintiffs' Motion for Leave to Amend Complaints.,* 794 CROSS MOTION to Dismiss *("Notice Of Cross-Motion Of Defendants Vivendi, S.A. and Jean-Marie Messier To Dismiss With Prejudice WSV's Action").*CROSS MOTION to Dismiss *("Notice Of Cross-Motion Of Defendants Vivendi, S.A. and Jean-Marie Messier To Dismiss With Prejudice WSV's Action"). Individual Plaintiff WSV's Reply Memorandum in Further Support of Motion for Leave to Amend Complaint and Response to Defendants Vivendi S.A. and Jean-Marie Messier's Cross-Motion to Dismiss With Prejudice WSV's Action.* Document filed by WSV. (Kelleher, Leslie) (Entered: 05/29/2009) |
| 05/29/2009 | 805 | DECLARATION of Leslie M. Kelleher in Support re: 804 Reply Memorandum of Law in Support of Motion,,,,. Document filed by WSV. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Kelleher, Leslie) (Entered: 05/29/2009) |
| 06/02/2009 | 806 | SEALED DOCUMENT placed in vault.(jri) (Entered: 06/02/2009) |

| 06/02/2009 | 807 | SEALED DOCUMENT placed in vault.(jri) (Entered: 06/02/2009) |
| 06/02/2009 | 808 | SEALED DOCUMENT placed in vault.(jri) (Entered: 06/02/2009) |
| 06/02/2009 | 809 | MOTION in Limine *Individual Plaintiffs Motion In Limine To Exclude Evidence That Defendants Lost Money On Transactions In Vivendi Securities*. Document filed by Norges Bank. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 06/02/2009) |
| 06/02/2009 | 810 | MEMORANDUM OF LAW in Support re: (56 in 1:07-cv-10995-RJH, 809 in 1:02-cv-05571-RJH-HBP, 54 in 1:07-cv-09229-RJH, 47 in 1:07-cv-09593-RJH, 45 in 1:07-cv-11484-RJH, 47 in 1:07-cv-07776-RJH, 61 in 1:07-cv-11305-RJH, 57 in 1:07-cv-10578-RJH, 46 in 1:07-cv-07775-RJH, 47 in 1:07-cv-07778-RJH, 46 in 1:07-cv-07779-RJH, 48 in 1:07-cv-07863-RJH, 59 in 1:07-cv-05742-RJH, 51 in 1:07-cv-08208-RJH, 47 in 1:07-cv-07803-RJH, 60 in 1:07-cv-10954-RJH, 63 in 1:07-cv-08830-RJH, 43 in 1:07-cv-11483-RJH, 62 in 1:07-cv-08156-RJH, 54 in 1:07-cv-11092-RJH, 48 in 1:07-cv-07370-RJH) MOTION in Limine. *Plaintiffs Memorandum of Law in Support of Motion In Limine To Exclude Evidence That Defendants Lost Money On Transactions In Vivendi Securities [FILED UNDER SEAL]*. Document filed by Norges Bank. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al. (Sabella, James) (Entered: 06/02/2009) |
| 06/02/2009 | 811 | DECLARATION of James J. Sabella in Support re: (56 in 1:07-cv-10995-RJH, 809 in 1:02-cv-05571-RJH-HBP, 54 in 1:07-cv-09229-RJH, 47 in 1:07-cv-09593-RJH, 45 in 1:07-cv-11484-RJH, 38 in 1:08-cv-00418-RJH, 47 in 1:07-cv-07776-RJH, 61 in 1:07-cv-11305-RJH, 57 in 1:07-cv-10578-RJH, 46 in 1:07-cv-07775-RJH, 47 in 1:07-cv-07778-RJH, 46 in 1:07-cv-07779-RJH, 48 in 1:07-cv-07863-RJH, 59 in 1:07-cv-05742-RJH, 51 in 1:07-cv-08208-RJH, 47 in 1:07-cv-07803-RJH, 60 in 1:07-cv-10954-RJH, 63 in 1:07-cv-08830-RJH, 43 in 1:07-cv-11483-RJH, 62 in 1:07-cv-08156-RJH, 54 in 1:07-cv-11092-RJH, 48 in 1:07-cv-07370-RJH) MOTION in Limine.. Document filed by Norges Bank. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 06/02/2009) |
| 06/02/2009 | 812 | MOTION in Limine *Plaintiffs' Motion in Limine To Preclude Defendants From Arguing Or Offering Evidence Purportedly Showing That Vivendi Securities Did Not Trade In An Efficient Market During The Relevant Time Period*. Document filed by Norges Bank. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 06/02/2009) |
| 06/02/2009 | 813 | MEMORANDUM OF LAW in Support re: (50 in 1:07-cv-07803-RJH, 46 in 1:07-cv-11483-RJH, 54 in 1:07-cv-08208-RJH, 62 in 1:07-cv-05742-RJH, 60 in 1:07-cv-10578-RJH, 50 in 1:07-cv-07776-RJH, 41 in 1:08-cv-00418-RJH, 50 in 1:07-cv-07778-RJH, 64 in 1:07-cv-11305-RJH, 63 in 1:07-cv-10954-RJH, 50 in 1:07-cv-09593-RJH, 51 in 1:07-cv-07863-RJH, 51 in 1:07-cv-07370-RJH, 59 in 1:07-cv-10995-RJH, 49 in 1:07-cv-07775-RJH, 812 in 1:02-cv-05571-RJH-HBP, 65 in 1:07-cv-08156-RJH, 57 in 1:07-cv-11092-RJH, 66 in 1:07-cv-08830-RJH, 49 in 1:07-cv-07779-RJH, 48 in 1:07-cv- |

Case 15-208, Document 88, 08/12/2015, 1574512, Page245 of 299

|  |  | 11484-RJH, 57 in 1:07-cv-09229-RJH) MOTION in Limine. *Plaintiffs' Memorandum of Law in Support of Motion in Limine To Preclude Defendants From Arguing Or Offering Evidence Purportedly Showing That Vivendi Securities Did Not Trade In An Efficient Market During The Relevant Time Period*. Document filed by Norges Bank. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 06/02/2009) |
| 06/02/2009 | 814 | DECLARATION of James J. Sabella in Support re: (50 in 1:07-cv-07803-RJH, 46 in 1:07-cv-11483-RJH, 54 in 1:07-cv-08208-RJH, 62 in 1:07-cv-05742-RJH, 60 in 1:07-cv-10578-RJH, 50 in 1:07-cv-07776-RJH, 41 in 1:08-cv-00418-RJH, 50 in 1:07-cv-07778-RJH, 64 in 1:07-cv-11305-RJH, 63 in 1:07-cv-10954-RJH, 50 in 1:07-cv-09593-RJH, 51 in 1:07-cv-07863-RJH, 51 in 1:07-cv-07370-RJH, 59 in 1:07-cv-10995-RJH, 49 in 1:07-cv-07775-RJH, 812 in 1:02-cv-05571-RJH-HBP, 65 in 1:07-cv-08156-RJH, 57 in 1:07-cv-11092-RJH, 66 in 1:07-cv-08830-RJH, 49 in 1:07-cv-07779-RJH, 48 in 1:07-cv-11484-RJH, 57 in 1:07-cv-09229-RJH) MOTION in Limine.. Document filed by Norges Bank. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 06/02/2009) |
| 06/02/2009 | 815 | MOTION in Limine *Motion In Limine To Exclude Evidence Or Argument Regarding Certain Facts About The Individual Plaintiffs*. Document filed by Norges Bank. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 06/02/2009) |
| 06/02/2009 | 816 | MEMORANDUM OF LAW in Support re: (62 in 1:07-cv-10995-RJH, 66 in 1:07-cv-10954-RJH, 67 in 1:07-cv-11305-RJH, 57 in 1:07-cv-08208-RJH, 68 in 1:07-cv-08156-RJH, 65 in 1:07-cv-05742-RJH, 53 in 1:07-cv-07803-RJH, 52 in 1:07-cv-07779-RJH, 54 in 1:07-cv-07370-RJH, 52 in 1:07-cv-07775-RJH, 60 in 1:07-cv-11092-RJH, 44 in 1:08-cv-00418-RJH, 815 in 1:02-cv-05571-RJH-HBP, 53 in 1:07-cv-09593-RJH, 53 in 1:07-cv-07778-RJH, 53 in 1:07-cv-07776-RJH, 54 in 1:07-cv-07863-RJH, 69 in 1:07-cv-08830-RJH, 60 in 1:07-cv-09229-RJH, 49 in 1:07-cv-11483-RJH, 51 in 1:07-cv-11484-RJH, 63 in 1:07-cv-10578-RJH) MOTION in Limine. *Memorandum of Law in Support of Motion In Limine To Exclude Evidence Or Argument Regarding Certain Facts About The Individual Plaintiffs*. Document filed by Norges Bank. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 06/02/2009) |
| 06/02/2009 | 817 | MOTION to Bifurcate *Individual Plaintiffs' Motion For A Separate Trial On Individualized Issues Relating To Damages*. Document filed by Norges Bank. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 06/02/2009) |
| 06/02/2009 | 818 | MEMORANDUM OF LAW in Support re: (67 in 1:07-cv-05742-RJH) MOTION to Bifurcate. *Individual Plaintiffs' Memorandum of Law in Support of Motion For A Separate Trial On Individualized Issues Relating To Damages*. Document filed by Norges Bank. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 06/02/2009) |
| 06/02/2009 | 819 | DECLARATION of James J. Sabella in Support re: (65 in 1:07-cv-10578-RJH, 64 in 1:07-cv-10995-RJH, 56 in 1:07-cv-07370-RJH, 53 in 1:07-cv-11484-RJH, 68 in 1:07-cv-10954-RJH, 59 in 1:07-cv-08208-RJH, 54 in 1:07- |

**JA229**

Case 15-208, Document 88, 08/12/2015, 1574512, Page246 of 299

| | | |
|---|---|---|
| | | cv-07775-RJH, 817 in 1:02-cv-05571-RJH-HBP, 46 in 1:08-cv-00418-RJH, 69 in 1:07-cv-11305-RJH, 71 in 1:07-cv-08830-RJH, 55 in 1:07-cv-09593-RJH, 55 in 1:07-cv-07776-RJH, 51 in 1:07-cv-11483-RJH, 62 in 1:07-cv-11092-RJH, 54 in 1:07-cv-07779-RJH, 55 in 1:07-cv-07778-RJH, 55 in 1:07-cv-07803-RJH, 67 in 1:07-cv-05742-RJH, 62 in 1:07-cv-09229-RJH, 70 in 1:07-cv-08156-RJH, 56 in 1:07-cv-07863-RJH) MOTION to Bifurcate.. Document filed by Norges Bank. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 06/02/2009) |
| 06/02/2009 | 820 | JOINDER to join *Individual Plaintiffs Joinder In Daubert Motions And Motions In Limine Filed By The Class Plaintiffs*. Document filed by Norges Bank. (Attachments: # 1 Certificate of Service)Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 06/02/2009) |
| 06/02/2009 | 821 | MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT CONCERNING ALLEGATIONS ABANDONED BY PLAINTIFFS*. Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 822 | MOTION in Limine *TO EXCLUDE CERTAIN DEPOSITION TESTIMONY OF JEAN BOUQUOT, BERNARD CATTENOZ, AND BERNARD RABIER*. Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 823 | MOTION in Limine *TO EXCLUDE THE DEPOSITION TESTIMONY OF GUY DESLONDES AND CHRISTIAN RAUCH*. Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 824 | MOTION in Limine *TO EXCLUDE EVIDENCE OF THE FRENCH CRIMINAL INQUIRY INTO CERTAIN EVENTS RELATING TO CURRENT OR FORMER VIVENDI EMPLOYEES*. Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 825 | MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING ALLEGATIONS UNRELATED TO VIVENDIS LIQUIDITY*. Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 826 | MOTION in Limine *TO EXCLUDE EVIDENCE RELATED TO THE JULY 1, 2002, TERMINATION AGREEMENT BETWEEN VIVENDI AND MESSIER*. Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 827 | MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING ALLEGED MISREPRESENTATIONS THAT DID NOT INFLATE VIVENDIS SHARE PRICE*. Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 828 | |

**JA230**

| | | MOTION in Limine *DEFENDANTS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. BLAINE NYE.* Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 06/02/2009) |
|------------|-----|---|
| 06/02/2009 | 829 | MOTION in Limine *DEFENDANTS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF XAVIER OUSTALNIOL.* Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 830 | MOTION in Limine *TO EXCLUDE CERTAIN DEPOSITION TESTIMONY AND OTHER EVIDENCE OF FLORENCE-HLNE SANIAL.* Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al. (Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 831 | MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT CONCERNING DISMISSED SHARE REPURCHASE AND PUT OPTION ALLEGATIONS.* Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 832 | MOTION in Limine *TO EXCLUDE SUMMARIES AND TRANSCRIPTS OF STATEMENTS MADE TO AGENCIES AND FOREIGN TRIBUNALS.* Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 833 | MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT CONCERNING THIRD PARTY PROCEEDINGS.* Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al. (Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 834 | MOTION in Limine *DEFENDANTS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF FRANK C. TORCHIO.* Document filed by Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Saunders, Paul) (Entered: 06/02/2009) |
| 06/02/2009 | 835 | NOTICE of Class Plaintiffs' Notice of Daubert Motion to Exclude Certain Opinions of Dr. William Silber, and the Entire Testimony of Mr. Ronald Gilson. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/02/2009) |
| 06/02/2009 | 836 | MOTION in Limine *Class Plaintiffs' Daubert Motion to Exlude Certain Opinions of Dr. William Silber, and the Entire Testimony of Mr. Ronald Gilson.* Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach.(Kerr, Brian) (Entered: 06/02/2009) |
| 06/02/2009 | 837 | MEMORANDUM OF LAW in Support re: 836 MOTION in Limine *Class Plaintiffs' Daubert Motion to Exlude Certain Opinions of Dr. William Silber, and the Entire Testimony of Mr. Ronald Gilson..* Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/02/2009) |

**JA231**

Case 15-208, Document 88, 08/12/2015, 1574512, Page248 of 299

| | | |
|---|---|---|
| 06/02/2009 | 838 | DECLARATION of Olivia Vasilescu Palmer in Support re: 836 MOTION in Limine *Class Plaintiffs' Daubert Motion to Exlude Certain Opinions of Dr. William Silber, and the Entire Testimony of Mr. Ronald Gilson..* Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/02/2009) |
| 06/02/2009 | 839 | MOTION in Limine *Class Plaintiffs' Daubert Motion to Exlude the Testimony of Peter Walton.* Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach.(Kerr, Brian) (Entered: 06/02/2009) |
| 06/02/2009 | 840 | MEMORANDUM OF LAW in Support re: 839 MOTION in Limine *Class Plaintiffs' Daubert Motion to Exlude the Testimony of Peter Walton..* Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/02/2009) |
| 06/02/2009 | 841 | DECLARATION of Olivia Vasilescu Palmer in Support re: 839 MOTION in Limine *Class Plaintiffs' Daubert Motion to Exlude the Testimony of Peter Walton..* Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/02/2009) |
| 06/02/2009 | 842 | MOTION in Limine *Class Plaintiffs' Motions in Limine.* Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach.(Kerr, Brian) (Entered: 06/02/2009) |
| 06/02/2009 | 843 | MEMORANDUM OF LAW in Support re: 842 MOTION in Limine *Class Plaintiffs' Motions in Limine..* Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/02/2009) |
| 06/02/2009 | 844 | DECLARATION of Olivia Vasilescu Palmer in Support re: 842 MOTION in Limine *Class Plaintiffs' Motions in Limine..* Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/02/2009) |
| 06/02/2009 | 846 | SEALED DOCUMENT placed in vault.(rt) (Entered: 06/03/2009) |
| 06/02/2009 | 847 | SEALED DOCUMENT placed in vault.(rt) (Entered: 06/03/2009) |
| 06/02/2009 | 851 | SEALED DOCUMENT placed in vault.(jri) (Entered: 06/03/2009) |
| 06/02/2009 | 852 | SEALED DOCUMENT placed in vault.(rt) (Entered: 06/03/2009) |
| 06/03/2009 | 845 | SEALED DOCUMENT placed in vault.(rt) (Entered: 06/03/2009) |
| 06/03/2009 | 848 | SEALED DOCUMENT placed in vault.(jri) (Entered: 06/03/2009) |
| 06/03/2009 | 849 | SEALED DOCUMENT placed in vault.(jri) (Entered: 06/03/2009) |

**JA232**

| 06/03/2009 | 850 | SEALED DOCUMENT placed in vault.(jri) (Entered: 06/03/2009) |
| 06/04/2009 | 853 | NOTICE of SUPPLEMENTAL Declaration of James J. Sabella in Support of Individual Plaintiffs' Motion for an Order In Limine Determining Standing (which was filed under seal). Document filed by Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss Life Asset Management GmbH, Swiss Life Holding AG, Swiss Life Asset Management (Nederland) B.V., Swiss Life Investment Management Holding AG. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-09593-RJH(Sabella, James) (Entered: 06/04/2009) |
| 06/08/2009 | 854 | SEALED DOCUMENT placed in vault.(rt) (Entered: 06/09/2009) |
| 06/09/2009 | 855 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Anthony J. Costantini dated 6/8/2009 re: We have located the work papers, but as of yet I have had no final instructions on reconsideration. ENDORSEMENT: If no motion for reconsideration is filed, Ernst and Young should produce the work papers on June 15, 2009. If a motion is filed, plaintiffs' opposition papers are due on June 16, 2009. (Signed by Judge Richard J. Holwell on 6/9/2009) (jpo) Modified on 6/15/2009 (rw). (Entered: 06/09/2009) |
| 06/11/2009 | 856 | MOTION for Reconsideration re; 802 Memorandum & Opinion,. Document filed by Ernst & Young LLP. (Attachments: # 1 Appendix A, which is the Memo Opinion and Order dated May 28, 2009)(Costantini, Anthony) (Entered: 06/11/2009) |
| 06/11/2009 | 857 | MEMORANDUM OF LAW in Support re: 856 MOTION for Reconsideration re; 802 Memorandum & Opinion,.. Document filed by Ernst & Young LLP. (Attachments: # 1 Appendix A, which is, Translation of Paris Appeals Decision, dated March 24, 2009)(Costantini, Anthony) (Entered: 06/11/2009) |
| 06/16/2009 | 858 | MEMORANDUM OF LAW in Opposition re: 856 MOTION for Reconsideration re; 802 Memorandum & Opinion,.. Document filed by Bruce Doniger. (Rodd, Stephen) (Entered: 06/16/2009) |
| 06/16/2009 | 859 | CERTIFICATE OF SERVICE of Class Plaintiffs' Opposition to Ernst & Young LLP's Motion for Reconsideration of This Court's Order Dated May 28, 2009. Document filed by Bruce Doniger. (Rodd, Stephen) (Entered: 06/16/2009) |
| 06/16/2009 | 860 | TRANSCRIPT of proceedings held on 4/6/09 before Judge Richard J. Holwell. (ldi) (Entered: 06/16/2009) |
| 06/17/2009 | 861 | REPLY MEMORANDUM OF LAW in Support re: 856 MOTION for Reconsideration re; 802 Memorandum & Opinion,.. Document filed by Ernst & Young LLP. (Costantini, Anthony) (Entered: 06/17/2009) |
| 06/17/2009 | 862 | CERTIFICATE OF SERVICE of Reply in Further Support of Motion for Reconsideration on June 17, 2009. Service was made by MAIL. Document filed by Ernst & Young LLP. (Costantini, Anthony) (Entered: 06/17/2009) |
| 06/25/2009 | 863 | AFFIDAVIT OF SERVICE of Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action served on Edgar Bronfman, Jr. on 6/10/09. Service |

**JA233**

| | | |
|---|---|---|
| | | was accepted by Paul Robinson, General Counsel. Document filed by Norges Bank and others. (Sabella, James) (Entered: 06/25/2009) |
| 06/30/2009 | 864 | SEALED DOCUMENT placed in vault.(rt) (Entered: 06/30/2009) |
| 06/30/2009 | 865 | SEALED DOCUMENT placed in vault.(rt) (Entered: 06/30/2009) |
| 06/30/2009 | 866 | MEMORANDUM OF LAW in Opposition re: 815 MOTION in Limine *Motion In Limine To Exclude Evidence Or Argument Regarding Certain Facts About The Individual Plaintiffs.*. Document filed by Vivendi, S.A.. (Reid, Penny) (Entered: 06/30/2009) |
| 06/30/2009 | 867 | MEMORANDUM OF LAW in Opposition re: 842 MOTION in Limine *Class Plaintiffs' Motions in Limine*.. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A.. (Perschetz, Martin) (Entered: 06/30/2009) |
| 06/30/2009 | 868 | DECLARATION of Einat Philip in Opposition re: 842 MOTION in Limine *Class Plaintiffs' Motions in Limine*.. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Philip, Einat) (Entered: 06/30/2009) |
| 06/30/2009 | 869 | CERTIFICATE OF SERVICE of Defendants' Memorandum of Law in Opposition to Class Plaintiff's Motion In Limine to Preclude Defendants from Inquiring into Certain Subjects in Their Cross Examinations of Class Plaintiffs' Liquidity Expert Wilbur L. Ross and Declaration of Einat Philip on June 30, 2009. Service was made by Mail. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A.. (Philip, Einat) (Entered: 06/30/2009) |
| 06/30/2009 | 870 | MEMORANDUM OF LAW in Opposition re: (50 in 1:07-cv-07803-RJH, 46 in 1:07-cv-11483-RJH, 54 in 1:07-cv-08208-RJH, 62 in 1:07-cv-05742-RJH, 60 in 1:07-cv-10578-RJH, 50 in 1:07-cv-07776-RJH, 41 in 1:08-cv-00418-RJH, 50 in 1:07-cv-07778-RJH, 64 in 1:07-cv-11305-RJH, 63 in 1:07-cv-10954-RJH, 50 in 1:07-cv-09593-RJH, 51 in 1:07-cv-07863-RJH, 51 in 1:07-cv-07370-RJH, 59 in 1:07-cv-10995-RJH, 49 in 1:07-cv-07775-RJH, 812 in 1:02-cv-05571-RJH-HBP, 65 in 1:07-cv-08156-RJH, 57 in 1:07-cv-11092-RJH, 66 in 1:07-cv-08830-RJH, 49 in 1:07-cv-07779-RJH, 48 in 1:07-cv-11484-RJH, 57 in 1:07-cv-09229-RJH) MOTION in Limine. *Memorandum of Law in Opposition to Plaintiffs' Motion in Limine To Preclude Defendants From Arguing Or Offering Evidence Purportedly Showing That Vivendi Securities Did Not Trade In An Efficient Market During The Relevant Time Period*. Document filed by Vivendi, S.A., Guillaume Hannezo, Jean-Marie Messier. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al. (Cameron, Timothy) (Entered: 06/30/2009) |
| 06/30/2009 | 871 | MEMORANDUM OF LAW in Opposition re: (817 in 1:02-cv-05571-RJH-HBP) MOTION to Bifurcate *Individual Plaintiffs' Motion For A Separate Trial On Individualized Issues Relating To Damages*.. Document filed by Vivendi, S.A., Guillaume Hannezo, Jean-Marie Messier. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Cameron, Timothy) (Entered: 06/30/2009) |
| | | |

JA234

Case 15-208, Document 88, 08/12/2015, 1574512, Page251 of 299

| 06/30/2009 | 872 | DECLARATION of Michele E. Connolly in Opposition re: (817 in 1:02-cv-05571-RJH-HBP) MOTION to Bifurcate *Individual Plaintiffs' Motion For A Separate Trial On Individualized Issues Relating To Damages*.. Document filed by Vivendi, S.A., Guillaume Hannezo, Jean-Marie Messier. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Cameron, Timothy) (Entered: 06/30/2009) |
| --- | --- | --- |
| 06/30/2009 | 873 | MEMORANDUM OF LAW in Opposition re: 828 MOTION in Limine *DEFENDANTS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. BLAINE NYE*.. Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |
| 06/30/2009 | 874 | MEMORANDUM OF LAW in Opposition re: 829 MOTION in Limine *DEFENDANTS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF XAVIER OUSTALNIOL*.. Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |
| 06/30/2009 | 875 | MEMORANDUM OF LAW in Opposition re: 827 MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING ALLEGED MISREPRESENTATIONS THAT DID NOT INFLATE VIVENDIS SHARE PRICE*.. Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |
| 06/30/2009 | 876 | MEMORANDUM OF LAW in Opposition re: 823 MOTION in Limine *TO EXCLUDE THE DEPOSITION TESTIMONY OF GUY DESLONDES AND CHRISTIAN RAUCH*.. Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |
| 06/30/2009 | 877 | MEMORANDUM OF LAW in Opposition re: 825 MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING ALLEGATIONS UNRELATED TO VIVENDIS LIQUIDITY*.. Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |
| 06/30/2009 | 878 | MEMORANDUM OF LAW in Opposition re: 830 MOTION in Limine *TO EXCLUDE CERTAIN DEPOSITION TESTIMONY AND OTHER EVIDENCE OF FLORENCE-HLNE SANIAL*.. Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |
| 06/30/2009 | 879 | MEMORANDUM OF LAW in Opposition re: 822 MOTION in Limine *TO EXCLUDE CERTAIN DEPOSITION TESTIMONY OF JEAN BOUQUOT, BERNARD CATTENOZ, AND BERNARD RABIER*.. Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |
| 06/30/2009 | 880 | MEMORANDUM OF LAW in Opposition re: 824 MOTION in Limine *TO EXCLUDE EVIDENCE OF THE FRENCH CRIMINAL INQUIRY INTO CERTAIN EVENTS RELATING TO CURRENT OR FORMER VIVENDI EMPLOYEES*.. Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |

**JA235**

| | | |
|---|---|---|
| 06/30/2009 | 881 | MEMORANDUM OF LAW in Opposition re: 833 MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT CONCERNING THIRD PARTY PROCEEDINGS..* Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |
| 06/30/2009 | 882 | MEMORANDUM OF LAW in Opposition re: 832 MOTION in Limine *TO EXCLUDE SUMMARIES AND TRANSCRIPTS OF STATEMENTS MADE TO AGENCIES AND FOREIGN TRIBUNALS..* Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |
| 06/30/2009 | 883 | MEMORANDUM OF LAW in Opposition re: 826 MOTION in Limine *TO EXCLUDE EVIDENCE RELATED TO THE JULY 1, 2002, TERMINATION AGREEMENT BETWEEN VIVENDI AND MESSIER..* Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |
| 06/30/2009 | 884 | MEMORANDUM OF LAW in Opposition re: 821 MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT CONCERNING ALLEGATIONS ABANDONED BY PLAINTIFFS..* Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |
| 06/30/2009 | 885 | MEMORANDUM OF LAW in Opposition re: 831 MOTION in Limine *TO EXCLUDE EVIDENCE AND ARGUMENT CONCERNING DISMISSED SHARE REPURCHASE AND PUT OPTION ALLEGATIONS..* Document filed by The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 06/30/2009) |
| 06/30/2009 | 886 | SEALED DOCUMENT placed in vault.(jri) (Entered: 07/01/2009) |
| 06/30/2009 | 887 | SEALED DOCUMENT placed in vault.(jri) (Entered: 07/01/2009) |
| 06/30/2009 | 888 | SEALED DOCUMENT placed in vault.(jri) (Entered: 07/01/2009) |
| 06/30/2009 | 889 | SEALED DOCUMENT placed in vault.(jri) (Entered: 07/01/2009) |
| 06/30/2009 | 891 | SEALED DOCUMENT placed in vault.(rt) (Entered: 07/02/2009) |
| 06/30/2009 | 892 | SEALED DOCUMENT placed in vault.(rt) (Entered: 07/02/2009) |
| 06/30/2009 | 893 | SEALED DOCUMENT placed in vault.(rt) (Entered: 07/02/2009) |
| 06/30/2009 | 894 | SEALED DOCUMENT placed in vault.(rt) (Entered: 07/02/2009) |
| 06/30/2009 | 895 | SEALED DOCUMENT placed in vault.(rt) (Entered: 07/02/2009) |
| 07/01/2009 | 890 | MEMORANDUM OPINION AND ORDER:#97703 For the reasons stated above, (1) Individual Plaintiffs' Motion for Reconsideration of the Order Granting Defendant Guillaume Hannezo's Motion to Dismiss 756 is DENIED; (2) Individual Plaintiffs' Motion to Lift Stay 772 is GRANTED; (3) Individual Plaintiffs' Motion for Leave to Amend Complaints 781 is GRANTED except with respect to WSV; (4) plaintiff GAMCO's Motion for Leave to File an Amended Complaint and for Nine Mutual Funds to be Joined as Additional Plaintiffs 783 is GRANTED with respect to GAMCO's |

**JA236**

| | | |
|---|---|---|
| | | motion to amend and DENIED with respect to the Funds' motion for joinder; (5) defendants Messier and Vivendi's Cross-Motion to Dismiss with Prejudice WSV's Action 794 is GRANTED; (6) Ernst & Young's Motion for Reconsideration of this Court's Memorandum Opinion and Order, Dated May 28,2009 856 is DENIED; (7) GAMCO's Motion to strike the Expert Report of John W. Peavy, III is DENIED; (8) defendants' objections to the order issued by Magistrate Judge Pitman on August 15,2006 are DENIED; (9) defendants' objections to the order issued by Magistrate Judge Pitman on January 30,2009 are GRANTED; (10) Individual Plaintiffs' request to substitute Dr. Blaine Nye for Mr. Frank Torchio as their causation and damages expert is modified and as modified GRANTED; and (II) defendant's request to exclude deposition designations for certain deponents is DENIED. (Signed by Judge Richard J. Holwell on 7/1/2009) (jpo) Modified on 7/6/2009 (eef). (Entered: 07/01/2009) |
| 07/02/2009 | 896 | MOTION for Judgment on the Pleadings *("Notice Of Defendants' Motion For Partial Judgment On The Pleadings Of Plaintiffs' Section 12(A)(2) Claims")*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al. (Saunders, Paul) (Entered: 07/02/2009) |
| 07/02/2009 | 897 | SEALED DOCUMENT placed in vault.(jri) (Entered: 07/06/2009) |
| 07/06/2009 | 898 | NOTICE of Party Name Change. Document filed by Monte Paschi Asset Management S.G.R. S.P.A. (Kehoe, John) (Entered: 07/06/2009) |
| 07/07/2009 | 899 | AMENDED COMPLAINT amending 760 Amended Complaint against Forsta AP-fonden.Document filed by Oppenheim Kapitalanlagegesellschaft mbH, KBC Asset Management N.V., Baden-Wurttembergische Investmentgesellschaft mbH, Barclays Global Investors (Deutcshland), Deutsche Asset Management Investmentgesellschaft mbH, DWS (Austria) Investmentgesellschaft mbH, DWS Investment GmbH, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., Forsta AP-fonden, Fortis Investment Management SA, Landesbank Berlin Investment GmbH, LBBW Luxemburg S.A., Oppenheim Asset Management Services S.a.r.l., Pioneer Investment Management Ltd., Pioneer Investment Management SGRPA, Pioneer Investments Austria GmbH, Pioneer Investments Kapitalanlagegesellschaft mbH, Raiffeisen Kapitalanlage-Gesellschaft m.b.H., SEB Investment Management AB, Skandia Insurance Company Ltd., Universal-Investment-Gesellschaft Mbh, SEB Investment GmbH. Related document: 760 Amended Complaint filed by Capitalia Investment Management S.A., Capitalia Asset Management SGR, S.p.A..(rdz) (ama). (Entered: 07/09/2009) |
| 07/07/2009 | 910 | AMENDED COMPLAINT against all defendants.Document filed by Edward B Brunswick, Jeffrey Kurtz, Yong Man Kim, Miami Group, Pearson-Doniger Family, GAMCO Investors, Inc., Oppenheim Kapitalanlagegesellschaft mbH, KBC Asset Management N.V., Capitalia Asset Management SGR, S.p.A., Capitalia Investment Management S.A., Eurizon Capital SGR S.p.A., Baden-Wurttembergische Investmentgesellschaft mbH, Barclays Global Investors (Deutcshland), Cominvest Asset Management GMBH, Deutsche Asset Management Investmentgesellschaft mbH, DWS (Austria) |

**JA237**

| | | |
|---|---|---|
| | | Investmentgesellschaft mbH, DWS Investment GmbH, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., Forsta AP-fonden, Fortis Investment Management SA, KBC Asset Management SA, Landesbank Berlin Investment GmbH, LBBW Luxemburg S.A., Oppenheim Asset Management Services S.a.r.l., Pioneer Investment Management Ltd., Pioneer Investment Management SGRPA, Pioneer Investments Austria GmbH, Pioneer Investments Kapitalanlagegesellschaft mbH, Raiffeisen Kapitalanlage-Gesellschaft m.b.H., SEB Investment Management AB, Skandia Insurance Company Ltd., Universal-Investment-Gesellschaft Mbh, SEB Investment GmbH, Andra Ap-Fonden, Bayern-Invest Kapitalanlagegesellschaft mbH, Deka Investment, Deka International (Ireland) Limited, Deka International S.A. Luxemburg, Deka Fundmaster Investmentgesellschaft MBH, Fideuram Investimenti S.G.R., Fideuram Gestions S.A., Interfund Sica V, Frankfurt-Trust Investment-Gesellschaft MBH, Frankfurt-Trust Invest Luxemburg AG, Helaba Invest Kapitalanlagegesellschaft MBH, HSBC Trinkaus & Burkhardt AG, Internationale Kapitalanlagegesellschaft mbH, Meag Munich Ergo Kapitalanlagegesellschaft mbH, Meag Munich Ergo Asset Management GMBH, Metzler Investment GmbH, Metzler Ireland LTD, Nordcon Investment Management AG, Norges Bank, Swiss Life Holding AG, Swiss Life Investment Management Holding AG, Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss Life Asset Management GmbH, Swiss Life Asset Management (Nederland) B.V., Tredje Ap-Fonden, Westlb Mellon Asset Management Kapitalanlagegesellschaft MBH, Alecta Pensionsforsakring, Omsesidigt, Sjunde Ap-Fonden, Varma Mutual Pension Insurance Company, Danske Invest Administration A/S, AFA Livforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Arbetsmarknadsforsakringar, Pensionsforsakringsaktiebolag, Pensionskassernes Adminstration A/S, Arbejdsmarkedets Tillaegspension, Industriens Pensionsforikring A/S, Arca SGR S.p.A., Ilmarinen Mutual Pension Insurance Company, Prima Societa' di Gestione del Risparmio S.p.A., Nordea Invest Fund Management A/S, Nordea Fonder AB, Nordea Investment Funds Company I.S.A., Nordea Fondene Norge AS, Nordea Fondbolag Finland AB, Swedbank Robur Fonder AB, Fjarde AP-Fonden.(mbe) (Entered: 07/21/2009) |
| 07/07/2009 | 911 | AMENDED COMPLAINT against Gullaume Hannezo, Jean-Marie Messier, Vivendi Universal S.A..Document filed by Andra Ap-Fonden, Bayern-Invest Kapitalanlagegesellschaft mbH, Deka Investment, Deka International (Ireland) Limited, Deka International S.A. Luxemburg, Deka Fundmaster Investmentgesellschaft MBH, Fideuram Investimenti S.G.R., Frankfurt-Trust Investment-Gesellschaft MBH, Frankfurt-Trust Invest Luxemburg AG, Helaba Invest Kapitalanlagegesellschaft MBH, HSBC Trinkaus & Burkhardt AG, Internationale Kapitalanlagegesellschaft mbH, Meag Munich Ergo Kapitalanlagegesellschaft mbH, Meag Munich Ergo Asset Management GMBH, Metzler Investment GmbH, Metzler Ireland LTD, Nordcon Investment Management AG, Norges Bank, Swiss Life Holding AG, Swiss Life Investment Management Holding AG, Swiss Life Asset Management AG, Swiss Life Funds AG, Swiss Life (Belgium) S.A., Swiss Life Asset Management GmbH, Swiss Life Asset Management (Nederland) B.V., |

**JA238**

| | | |
|---|---|---|
| | | Tredje Ap-Fonden, Westlb Mellon Asset Management Kapitalanlagegesellschaft MBH.(mbe) (Entered: 07/21/2009) |
| 07/08/2009 | 904 | AMENDED COMPLAINT amending 899 Amended Complaint against Jean-Marie Messier, Guillaume Hannezo, Vivendi Universal S.A.Document filed by Alecta Pensionsforsakring, Omsesidigt, Sjunde Ap-Fonden, Varma Mutual Pension Insurance Company, Danske Invest Administration A/S, AFA Livforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Arbetsmarknadsforsakringar, Pensionsforsakringsaktiebolag, Pensionskassernes Adminstration A/S, Arbejdsmarkedets Tillaegspension, Industriens Pensionsforikring A/S, Arca SGR S.p.A., Ilmarinen Mutual Pension Insurance Company, Prima Societa' di Gestione del Risparmio S.p.A., Nordea Invest Fund Management A/S, Nordea Fonder AB, Nordea Investment Funds Company I.S.A., Nordea Fondene Norge AS, Nordea Fondbolag Finland AB, Swedbank Robur Fonder AB, Fjarde AP-Fonden, Allianz Global Investors Kapitalanlagegesellschaft MBH, Allianz Global Investors Luxembourg S.A.. Related document: 899 Amended Complaint, filed by Oppenheim Asset Management Services S.a.r.l., Forsta AP-fonden, Pioneer Investment Management SGRPA, Landesbank Berlin Investment GmbH, DWS (Austria) Investmentgesellschaft mbH, SEB Investment GmbH, Pioneer Investment Management Ltd., Baden-Wurttembergische Investmentgesellschaft mbH, Oppenheim Kapitalanlagegesellschaft mbH, Skandia Insurance Company Ltd., Universal-Investment-Gesellschaft Mbh, Deutsche Asset Management Investmentgesellschaft mbH, Fortis Investment Management SA, Pioneer Investments Kapitalanlagegesellschaft mbH, Raiffeisen Kapitalanlage-Gesellschaft m.b.H., Barclays Global Investors (Deutcshland), Pioneer Investments Austria GmbH, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., DWS Investment GmbH, KBC Asset Management N.V., LBBW Luxemburg S.A., SEB Investment Management AB.(mro) (mro). (Entered: 07/14/2009) |
| 07/10/2009 | 900 | MOTION to Dismiss. Document filed by Guillaume Hannezo.(Perschetz, Martin) (Entered: 07/10/2009) |
| 07/10/2009 | 901 | MEMORANDUM OF LAW in Support re: 900 MOTION to Dismiss.. Document filed by Guillaume Hannezo. (Perschetz, Martin) (Entered: 07/10/2009) |
| 07/10/2009 | 902 | CERTIFICATE OF SERVICE of Notice of Motion and Memorandum of Law in Support. Document filed by Guillaume Hannezo. (Perschetz, Martin) (Entered: 07/10/2009) |
| 07/10/2009 | 903 | ORDER: Accordingly, for all the foregoing reasons, (1) the Individual Plaintiffs' application to compel Societe Generale to produce" [a]ll documents concerning Vivendi's acquisition of direct or indirect equity positions in Elektrim Telekomunikacja," is denied and (2) the Individual Plaintiffs' application to compel Vivendi to identify the documents containing information responsive to Interrogatory 20 is granted. SO ORDERED. (Signed by Magistrate Judge Henry B. Pitman on 7/10/2009) Copies Mailed By Chambers.(tve) (Entered: 07/10/2009) |
| | | |

**JA239**

| 07/14/2009 | 905 | MOTION in Limine *Notice of Defendants Vivendi, S.A., Jean-Marie Messier and Guillaume Hannezo's Motion In Limine to Exclude the Report of Special Master Neil Cartusciello.* Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Cameron, Timothy) (Entered: 07/14/2009) |
| --- | --- | --- |
| 07/14/2009 | 906 | SEALED DOCUMENT placed in vault.(jri) Modified on 7/15/2009 (jri). (Entered: 07/15/2009) |
| 07/15/2009 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney John A. Kehoe for noncompliance with Section (14.3) of the S.D.N.Y. Electronic Case Filing Rules & Instructions. E-MAIL the PDF for Document 904 Amended Complaint to: case_openings@nysd.uscourts.gov. (mro) (Entered: 07/15/2009) |
| 07/17/2009 | 907 | MEMORANDUM OF LAW in Opposition re: 900 MOTION to Dismiss.. Document filed by Plaintiffs. (Attachments: # 1 Certificate of Service) (Arisohn, Mark) (Entered: 07/17/2009) |
| 07/17/2009 | 908 | PRETRIAL MEMORANDUM. Document filed by Baden-Wurttembergische Investmentgesellschaft mbH.(Kelleher, Leslie) (Entered: 07/17/2009) |
| 07/17/2009 | 909 | MEMORANDUM OF LAW in Opposition re: (90 in 1:07-cv-11305-RJH, 86 in 1:07-cv-10578-RJH, 77 in 1:07-cv-07370-RJH, 72 in 1:07-cv-11483-RJH, 75 in 1:07-cv-07775-RJH, 83 in 1:07-cv-11092-RJH, 75 in 1:07-cv-07779-RJH, 76 in 1:07-cv-07803-RJH, 91 in 1:07-cv-08156-RJH, 74 in 1:07-cv-11484-RJH, 92 in 1:07-cv-08830-RJH, 76 in 1:07-cv-07778-RJH, 67 in 1:08-cv-00418-RJH, 77 in 1:07-cv-09593-RJH, 89 in 1:07-cv-10954-RJH, 76 in 1:07-cv-07776-RJH, 77 in 1:07-cv-07863-RJH, 85 in 1:07-cv-10995-RJH, 83 in 1:07-cv-09229-RJH, 88 in 1:07-cv-05742-RJH, 896 in 1:02-cv-05571-RJH-HBP, 80 in 1:07-cv-08208-RJH) MOTION for Judgment on the Pleadings. *Individual Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Partial Judgment on the Pleadings of Individual Plaintiffs' Section 12(a)(2) Claims.* Document filed by Norges Bank and others. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(Sabella, James) (Entered: 07/17/2009) |
| 07/22/2009 | 912 | REPLY MEMORANDUM OF LAW in Support re: 900 MOTION to Dismiss.. Document filed by Guillaume Hannezo. (Perschetz, Martin) (Entered: 07/22/2009) |
| 07/22/2009 | 913 | CERTIFICATE OF SERVICE of Reply Memorandum Of Law. on July 22, 2009. Document filed by Guillaume Hannezo. (Perschetz, Martin) (Entered: 07/22/2009) |
| 07/30/2009 | 914 | NOTICE OF CHANGE OF ADDRESS by Anthony Joseph Harwood on behalf of Anthony Joseph Harwood. New Address: Anthony J. Harwood, 100 Park Avenue, 18th Floor, New York, New York, USA 10017-5590, 212-867-6820. (Harwood, Anthony) (Entered: 07/30/2009) |
| 07/31/2009 | 915 | ANSWER to Amended Complaint with JURY DEMAND., ANSWER to Amended Complaint with JURY DEMAND. Document filed by Guillaume Hannezo. Related document: 899 Amended Complaint,,,, filed by |

**JA240**

Oppenheim Asset Management Services S.a.r.l., Forsta AP-fonden, Pioneer Investment Management SGRPA, Landesbank Berlin Investment GmbH, DWS (Austria) Investmentgesellschaft mbH, SEB Investment GmbH, Pioneer Investment Management Ltd., Baden-Wurttembergische Investmentgesellschaft mbH, Oppenheim Kapitalanlagegesellschaft mbH, Skandia Insurance Company Ltd., Universal-Investment-Gesellschaft Mbh, Deutsche Asset Management Investmentgesellschaft mbH, Fortis Investment Management SA, Pioneer Investments Kapitalanlagegesellschaft mbH, Raiffeisen Kapitalanlage-Gesellschaft m.b.H., Barclays Global Investors (Deutcshland), Pioneer Investments Austria GmbH, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., DWS Investment GmbH, KBC Asset Management N.V., LBBW Luxemburg S.A., SEB Investment Management AB, 910 Amended Complaint,,,,,,,,,,, filed by Oppenheim Asset Management Services S.a.r.l., Capitalia Investment Management S.A., Forsta AP-fonden, Interfund Sica V, Andra Ap-Fonden, Fjarde AP-Fonden, Tredje Ap-Fonden, KBC Asset Management SA, Fortis Investment Management SA, AFA Livforsakringsaktiebolag, Barclays Global Investors (Deutcshland), Internationale Kapitalanlagegesellschaft mbH, AMF Pension Fondforvaltning AB, Nordea Fondene Norge AS, Helaba Invest Kapitalanlagegesellschaft MBH, SEB Investment Management AB, Pioneer Investment Management SGRPA, Metzler Ireland LTD, Edward B Brunswick, Swedbank Robur Fonder AB, Varma Mutual Pension Insurance Company, Industriens Pensionsforikring A/S, Swiss Life Asset Management (Nederland) B.V., Bayern-Invest Kapitalanlagegesellschaft mbH, SEB Investment GmbH, Oppenheim Kapitalanlagegesellschaft mbH, Capitalia Asset Management SGR, S.p.A., Skandia Insurance Company Ltd., Universal-Investment-Gesellschaft Mbh, GAMCO Investors, Inc., Norges Bank, Pioneer Investments Kapitalanlagegesellschaft mbH, Swiss Life Asset Management AG, Cominvest Asset Management GMBH, Danske Invest Administration A/S, Swiss Life Investment Management Holding AG, Deka International (Ireland) Limited, Sjunde Ap-Fonden, Pearson-Doniger Family, Deka Investment, AFA Trygghetsforsakringsaktiebolag, Meag Munich Ergo Kapitalanlagegesellschaft mbH, Swiss Life Funds AG, Ilmarinen Mutual Pension Insurance Company, Frankfurt-Trust Investment-Gesellschaft MBH, DWS (Austria) Investmentgesellschaft mbH, Frankfurt-Trust Invest Luxemburg AG, Jeffrey Kurtz, HSBC Trinkaus & Burkhardt AG, Deutsche Asset Management Investmentgesellschaft mbH, Pioneer Investments Austria GmbH, Eurizon Capital SGR S.p.A., Arbetsmarknadsforsakringar, Pensionsforsakringsaktiebolag, DWS Investment GmbH, Fideuram Investimenti S.G.R., Nordea Fonder AB, KBC Asset Management N.V., Yong Man Kim, LBBW Luxemburg S.A., Swiss Life Asset Management GmbH, Nordea Investment Funds Company I.S.A., Nordea Fondbolag Finland AB, Westlb Mellon Asset Management Kapitalanlagegesellschaft MBH, Alecta Pensionsforsakring, Omsesidigt, Prima Societa' di Gestione del Risparmio S.p.A., Landesbank Berlin Investment GmbH, Arca SGR S.p.A., Pensionskassernes Adminstration A/S, AFA Sjukforsakringsaktiebolag, Deka Fundmaster Investmentgesellschaft MBH, Swiss Life Holding AG, Swiss Life (Belgium) S.A., Pioneer Investment Management Ltd., Baden-Wurttembergische Investmentgesellschaft mbH, Meag Munich Ergo Asset

**JA241**

| | | Management GMBH, Metzler Investment GmbH, Nordea Invest Fund Management A/S, Deka International S.A. Luxemburg, Raiffeisen Kapitalanlage-Gesellschaft m.b.H., Miami Group, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., Fideuram Gestions S.A., Nordcon Investment Management AG, Arbejdsmarkedets Tillaegspension, 904 Amended Complaint,,,,,,, filed by Allianz Global Investors Luxembourg S.A., Fjarde AP-Fonden, AFA Livforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Nordea Fondene Norge AS, Swedbank Robur Fonder AB, Varma Mutual Pension Insurance Company, Industriens Pensionsforikring A/S, Danske Invest Administration A/S, Sjunde Ap-Fonden, AFA Trygghetsforsakringsaktiebolag, Ilmarinen Mutual Pension Insurance Company, Arbetsmarknadsforsakringar, Pensionsforsakringsaktiebolag, Nordea Fonder AB, Allianz Global Investors Kapitalanlagegesellschaft MBH, Nordea Investment Funds Company I.S.A., Nordea Fondbolag Finland AB, Alecta Pensionsforsakring, Omsesidigt, Prima Societa' di Gestione del Risparmio S.p.A., Arca SGR S.p.A., Pensionskassernes Adminstration A/S, AFA Sjukforsakringsaktiebolag, Nordea Invest Fund Management A/S, Arbejdsmarkedets Tillaegspension. (Perschetz, Martin) (Entered: 07/31/2009) |
| 07/31/2009 | 916 | CERTIFICATE OF SERVICE of Answer and Affirmative Defenses to Capitalia's and PIA's amended complaints. Document filed by Guillaume Hannezo. (Perschetz, Martin) (Entered: 07/31/2009) |
| 07/31/2009 | 917 | ANSWER to Amended Complaint. Document filed by Jean-Marie Messier. Related document: 904 Amended Complaint,,,,,,, filed by Allianz Global Investors Kapitalanlagegesellschaft MBH, AFA Trygghetsforsakringsaktiebolag, Nordea Investment Funds Company I.S.A., Nordea Fondbolag Finland AB, Alecta Pensionsforsakring, Omsesidigt, Prima Societa' di Gestione del Risparmio S.p.A., Arca SGR S.p.A., Allianz Global Investors Luxembourg S.A., Pensionskassernes Adminstration A/S, Ilmarinen Mutual Pension Insurance Company, Swedbank Robur Fonder AB, AFA Sjukforsakringsaktiebolag, Varma Mutual Pension Insurance Company, Industriens Pensionsforikring A/S, Fjarde AP-Fonden, Nordea Invest Fund Management A/S, AFA Livforsakringsaktiebolag, Arbetsmarknadsforsakringar, Pensionsforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Nordea Fonder AB, Danske Invest Administration A/S, Arbejdsmarkedets Tillaegspension, Sjunde Ap-Fonden, Nordea Fondene Norge AS.(Straus, Paul) (Entered: 07/31/2009) |
| 07/31/2009 | 918 | ANSWER to Amended Complaint. Document filed by Jean-Marie Messier. Related document: 910 Amended Complaint,,,,,,,,,,, filed by Oppenheim Asset Management Services S.a.r.l., Capitalia Investment Management S.A., Forsta AP-fonden, Interfund Sica V, Andra Ap-Fonden, Fjarde AP-Fonden, Tredje Ap-Fonden, KBC Asset Management SA, Fortis Investment Management SA, AFA Livforsakringsaktiebolag, Barclays Global Investors (Deutcshland), Internationale Kapitalanlagegesellschaft mbH, AMF Pension Fondforvaltning AB, Nordea Fondene Norge AS, Helaba Invest Kapitalanlagegesellschaft MBH, SEB Investment Management AB, Pioneer Investment Management SGRPA, Metzler Ireland LTD, Edward B |

**JA242**

| | | |
|---|---|---|
| | | Brunswick, Swedbank Robur Fonder AB, Varma Mutual Pension Insurance Company, Industriens Pensionsforikring A/S, Swiss Life Asset Management (Nederland) B.V., Bayern-Invest Kapitalanlagegesellschaft mbH, SEB Investment GmbH, Oppenheim Kapitalanlagegesellschaft mbH, Capitalia Asset Management SGR, S.p.A., Skandia Insurance Company Ltd., Universal-Investment-Gesellschaft Mbh, Norges Bank, GAMCO Investors, Inc., Pioneer Investments Kapitalanlagegesellschaft mbH, Swiss Life Asset Management AG, Cominvest Asset Management GMBH, Danske Invest Administration A/S, Swiss Life Investment Management Holding AG, Deka International (Ireland) Limited, Sjunde Ap-Fonden, Pearson-Doniger Family, Deka Investment, AFA Trygghetsforsakringsaktiebolag, Meag Munich Ergo Kapitalanlagegesellschaft mbH, Swiss Life Funds AG, Ilmarinen Mutual Pension Insurance Company, Frankfurt-Trust Investment-Gesellschaft MBH, DWS (Austria) Investmentgesellschaft mbH, Frankfurt-Trust Invest Luxemburg AG, Jeffrey Kurtz, HSBC Trinkaus & Burkhardt AG, Deutsche Asset Management Investmentgesellschaft mbH, Pioneer Investments Austria GmbH, Eurizon Capital SGR S.p.A., Arbetsmarknadsforsakringar, Pensionsforsakringsaktiebolag, DWS Investment GmbH, Fideuram Investimenti S.G.R., Nordea Fonder AB, KBC Asset Management N.V., Yong Man Kim, LBBW Luxemburg S.A., Swiss Life Asset Management GmbH, Nordea Investment Funds Company I.S.A., Nordea Fondbolag Finland AB, Westlb Mellon Asset Management Kapitalanlagegesellschaft MBH, Alecta Pensionsforsakring, Omsesidigt, Prima Societa' di Gestione del Risparmio S.p.A., Landesbank Berlin Investment GmbH, Arca SGR S.p.A., Pensionskassernes Adminstration A/S, AFA Sjukforsakringsaktiebolag, Deka Fundmaster Investmentgesellschaft MBH, Swiss Life Holding AG, Swiss Life (Belgium) S.A., Pioneer Investment Management Ltd., Baden-Wurttembergische Investmentgesellschaft mbH, Meag Munich Ergo Asset Management GMBH, Metzler Investment GmbH, Nordea Invest Fund Management A/S, Deka International S.A. Luxemburg, Raiffeisen Kapitalanlage-Gesellschaft m.b.H., Miami Group, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., Fideuram Gestions S.A., Nordcon Investment Management AG, Arbejdsmarkedets Tillaegspension.(Straus, Paul) (Entered: 07/31/2009) |
| 07/31/2009 | 919 | ANSWER to Amended Complaint. Document filed by Jean-Marie Messier. Related document: 911 Amended Complaint,,,, filed by Deka Investment, Westlb Mellon Asset Management Kapitalanlagegesellschaft MBH, Metzler Ireland LTD, Meag Munich Ergo Kapitalanlagegesellschaft mbH, Frankfurt-Trust Investment-Gesellschaft MBH, Swiss Life Funds AG, Swiss Life Asset Management (Nederland) B.V., Andra Ap-Fonden, Swiss Life (Belgium) S.A., Swiss Life Holding AG, Bayern-Invest Kapitalanlagegesellschaft mbH, Deka Fundmaster Investmentgesellschaft MBH, Frankfurt-Trust Invest Luxemburg AG, Meag Munich Ergo Asset Management GMBH, Tredje Ap-Fonden, Metzler Investment GmbH, Norges Bank, Deka International S.A. Luxemburg, HSBC Trinkaus & Burkhardt AG, Internationale Kapitalanlagegesellschaft mbH, Nordcon Investment Management AG, Swiss Life Asset Management AG, Fideuram Investimenti S.G.R., Swiss Life Investment Management Holding AG, Helaba Invest |

**JA243**

Case 15-208, Document 88, 08/12/2015, 1574512, Page260 of 299

| | | |
|---|---|---|
| | | Kapitalanlagegesellschaft MBH, Deka International (Ireland) Limited, Swiss Life Asset Management GmbH.(Straus, Paul) (Entered: 07/31/2009) |
| 07/31/2009 | 920 | ANSWER to Amended Complaint. Document filed by Jean-Marie Messier. Related document: 899 Amended Complaint,,,, filed by Oppenheim Asset Management Services S.a.r.l., Forsta AP-fonden, Pioneer Investment Management SGRPA, Landesbank Berlin Investment GmbH, DWS (Austria) Investmentgesellschaft mbH, SEB Investment GmbH, Pioneer Investment Management Ltd., Baden-Wurttembergische Investmentgesellschaft mbH, Oppenheim Kapitalanlagegesellschaft mbH, Skandia Insurance Company Ltd., Universal-Investment-Gesellschaft Mbh, Deutsche Asset Management Investmentgesellschaft mbH, Fortis Investment Management SA, Pioneer Investments Kapitalanlagegesellschaft mbH, Raiffeisen Kapitalanlage-Gesellschaft m.b.H., Barclays Global Investors (Deutcshland), Pioneer Investments Austria GmbH, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., DWS Investment GmbH, KBC Asset Management N.V., LBBW Luxemburg S.A., SEB Investment Management AB.(Straus, Paul) (Entered: 07/31/2009) |
| 07/31/2009 | 921 | ANSWER to Amended Complaint with JURY DEMAND. Document filed by Vivendi Universal S.A.. Related document: 904 Amended Complaint,,,,,,, filed by Allianz Global Investors Kapitalanlagegesellschaft MBH, AFA Trygghetsforsakringsaktiebolag, Nordea Investment Funds Company I.S.A., Nordea Fondbolag Finland AB, Alecta Pensionsforsakring, Omsesidigt, Prima Societa' di Gestione del Risparmio S.p.A., Arca SGR S.p.A., Allianz Global Investors Luxembourg S.A., Pensionskassernes Adminstration A/S, Ilmarinen Mutual Pension Insurance Company, Swedbank Robur Fonder AB, AFA Sjukforsakringsaktiebolag, Varma Mutual Pension Insurance Company, Industriens Pensionsforikring A/S, Fjarde AP-Fonden, Nordea Invest Fund Management A/S, AFA Livforsakringsaktiebolag, Arbetsmarknadsforsakringar, Pensionsforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Nordea Fonder AB, Danske Invest Administration A/S, Arbejdsmarkedets Tillaegspension, Sjunde Ap-Fonden, Nordea Fondene Norge AS.(Saunders, Paul) (Entered: 07/31/2009) |
| 07/31/2009 | 922 | ANSWER to Amended Complaint with JURY DEMAND. Document filed by Vivendi Universal S.A.. Related document: 911 Amended Complaint,,,, filed by Deka Investment, Westlb Mellon Asset Management Kapitalanlagegesellschaft MBH, Metzler Ireland LTD, Meag Munich Ergo Kapitalanlagegesellschaft mbH, Frankfurt-Trust Investment-Gesellschaft MBH, Swiss Life Funds AG, Swiss Life Asset Management (Nederland) B.V., Andra Ap-Fonden, Swiss Life (Belgium) S.A., Swiss Life Holding AG, Bayern-Invest Kapitalanlagegesellschaft mbH, Deka Fundmaster Investmentgesellschaft MBH, Frankfurt-Trust Invest Luxemburg AG, Meag Munich Ergo Asset Management GMBH, Tredje Ap-Fonden, Metzler Investment GmbH, Norges Bank, Deka International S.A. Luxemburg, HSBC Trinkaus & Burkhardt AG, Internationale Kapitalanlagegesellschaft mbH, Nordcon Investment Management AG, Swiss Life Asset Management AG, Fideuram Investimenti S.G.R., Swiss Life Investment Management Holding AG, Helaba Invest Kapitalanlagegesellschaft MBH, Deka |

**JA244**

| | | International (Ireland) Limited, Swiss Life Asset Management GmbH. (Saunders, Paul) (Entered: 07/31/2009) |
|---|---|---|
| 07/31/2009 | 923 | ANSWER to Amended Complaint with JURY DEMAND. Document filed by Vivendi Universal S.A.. Related document: 910 Amended Complaint,,,,,,,,,,,, filed by Oppenheim Asset Management Services S.a.r.l., Capitalia Investment Management S.A., Forsta AP-fonden, Interfund Sica V, Andra Ap-Fonden, Fjarde AP-Fonden, Tredje Ap-Fonden, KBC Asset Management SA, Fortis Investment Management SA, AFA Livforsakringsaktiebolag, Barclays Global Investors (Deutcshland), Internationale Kapitalanlagegesellschaft mbH, AMF Pension Fondforvaltning AB, Nordea Fondene Norge AS, Helaba Invest Kapitalanlagegesellschaft MBH, SEB Investment Management AB, Pioneer Investment Management SGRPA, Metzler Ireland LTD, Edward B Brunswick, Swedbank Robur Fonder AB, Varma Mutual Pension Insurance Company, Industriens Pensionsforikring A/S, Swiss Life Asset Management (Nederland) B.V., Bayern-Invest Kapitalanlagegesellschaft mbH, SEB Investment GmbH, Oppenheim Kapitalanlagegesellschaft mbH, Capitalia Asset Management SGR, S.p.A., Skandia Insurance Company Ltd., Universal-Investment-Gesellschaft Mbh, Norges Bank, GAMCO Investors, Inc., Pioneer Investments Kapitalanlagegesellschaft mbH, Swiss Life Asset Management AG, Cominvest Asset Management GMBH, Danske Invest Administration A/S, Swiss Life Investment Management Holding AG, Deka International (Ireland) Limited, Sjunde Ap-Fonden, Pearson-Doniger Family, Deka Investment, AFA Trygghetsforsakringsaktiebolag, Meag Munich Ergo Kapitalanlagegesellschaft mbH, Swiss Life Funds AG, Ilmarinen Mutual Pension Insurance Company, Frankfurt-Trust Investment-Gesellschaft MBH, DWS (Austria) Investmentgesellschaft mbH, Frankfurt-Trust Invest Luxemburg AG, Jeffrey Kurtz, HSBC Trinkaus & Burkhardt AG, Deutsche Asset Management Investmentgesellschaft mbH, Pioneer Investments Austria GmbH, Eurizon Capital SGR S.p.A., Arbetsmarknadsforsakringar, Pensionsforsakringsaktiebolag, DWS Investment GmbH, Fideuram Investimenti S.G.R., Nordea Fonder AB, KBC Asset Management N.V., Yong Man Kim, LBBW Luxemburg S.A., Swiss Life Asset Management GmbH, Nordea Investment Funds Company I.S.A., Nordea Fondbolag Finland AB, Westlb Mellon Asset Management Kapitalanlagegesellschaft MBH, Alecta Pensionsforsakring, Omsesidigt, Prima Societa' di Gestione del Risparmio S.p.A., Landesbank Berlin Investment GmbH, Arca SGR S.p.A., Pensionskassernes Adminstration A/S, AFA Sjukforsakringsaktiebolag, Deka Fundmaster Investmentgesellschaft MBH, Swiss Life Holding AG, Swiss Life (Belgium) S.A., Pioneer Investment Management Ltd., Baden-Wurttembergische Investmentgesellschaft mbH, Meag Munich Ergo Asset Management GMBH, Metzler Investment GmbH, Nordea Invest Fund Management A/S, Deka International S.A. Luxemburg, Raiffeisen Kapitalanlage-Gesellschaft m.b.H., Miami Group, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., Fideuram Gestions S.A., Nordcon Investment Management AG, Arbejdsmarkedets Tillaegspension.(Saunders, Paul) (Entered: 07/31/2009) |
| 07/31/2009 | 924 | |

**JA245**

Case 15-208, Document 88, 08/12/2015, 1574512, Page262 of 299

| | | |
|---|---|---|
| | | ANSWER to Amended Complaint with JURY DEMAND. Document filed by Vivendi Universal S.A.. Related document: 899 Amended Complaint,,,, filed by Oppenheim Asset Management Services S.a.r.l., Forsta AP-fonden, Pioneer Investment Management SGRPA, Landesbank Berlin Investment GmbH, DWS (Austria) Investmentgesellschaft mbH, SEB Investment GmbH, Pioneer Investment Management Ltd., Baden-Wurttembergische Investmentgesellschaft mbH, Oppenheim Kapitalanlagegesellschaft mbH, Skandia Insurance Company Ltd., Universal-Investment-Gesellschaft Mbh, Deutsche Asset Management Investmentgesellschaft mbH, Fortis Investment Management SA, Pioneer Investments Kapitalanlagegesellschaft mbH, Raiffeisen Kapitalanlage-Gesellschaft m.b.H., Barclays Global Investors (Deutschland), Pioneer Investments Austria GmbH, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., DWS Investment GmbH, KBC Asset Management N.V., LBBW Luxemburg S.A., SEB Investment Management AB.(Saunders, Paul) (Entered: 07/31/2009) |
| 08/05/2009 | 925 | SEALED DOCUMENT placed in vault.(rt) (Entered: 08/05/2009) |
| 08/05/2009 | 926 | SEALED DOCUMENT placed in vault.(rt) (Entered: 08/05/2009) |
| 08/12/2009 | | Set/Reset Hearings: Oral Argument set for 8/14/2009 at 11:30 PM in Courtroom 17B, 500 Pearl Street, New York, NY 10007 before Judge Richard J. Holwell. (jfe) (Entered: 08/12/2009) |
| 08/12/2009 | | ***STRICKEN DOCUMENT. Deleted document number 927 from the case record. The document was stricken from this case pursuant to 930 Order. (rjm) (Entered: 09/11/2009) |
| 08/13/2009 | 928 | MOTION for Ann Kimmel Ritter to Withdraw as Attorney. Document filed by Union Asset Mangement Holding AG, SEB Investment Mangement AB, Raiffeisen Kapitalanlage-Gesellschaft m.b.H, Pioneer Investments Kapitalanlage-Gesellschaft m.b.H., Pioneer Investments Austria GmbH, LRI Landsbank Rheinland-Pfalz International S.A., Oppenheim Kapitalanlagegesellschaft mbH, Landesbank Berlin Investment GmbH, Deutsche Asset Management Investmentgesellschaft mbH, DWS Investment GmbH, Skandia Insurance Company Ltd., Fortis Investment Management SA, Barclays Global Investors (Deutschland), SEB Investment GmbH, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., Oppenheim Asset Management Services S.`ar.l., Pioneer Investment Management SGRPA, Universal-Investment-Gesellshaft mbH, DWS (Austria) Investmentgesellschaft mbH.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH(Narwold, William) (Entered: 08/13/2009) |
| 08/18/2009 | 929 | ORDER (REDACTED): ORDER denying 812 Motion in Limine; deferring ruling on 817 Motion to Bifurcate; granting 821 Motion in Limine; granting in part and denying in part 823 Motion in Limine; granting 824 Motion in Limine; granting in part and denying in part 825 Motion in Limine; granting in part and denying in part 826 Motion in Limine; denying 827 Motion in Limine; granting in part and denying in part 828 Motion in Limine; denying 829 Motion in Limine; granting 830 Motion in Limine; granting in part and denying in part 831 Motion in Limine; granting in part and denying in part |

**JA246**

Case 15-208, Document 88, 08/12/2015, 1574512, Page263 of 299

| | | |
|---|---|---|
| | | 832 Motion in Limine; granting 833 Motion in Limine; denying 834 Motion in Limine. the Court GRANTS Messier and Hannezo's Motion to Exclude Evidence of Their Permitted Use of Certain Vivendi Assets. The Court GRANTS Messier and Hannezo's Motion to Preclude References to "Insider Trading" or "Insider Information", except that the Court reserves on whether plaintiffs may use the terms in their closings. The Court GRANTS Messier's Motion to Exclude Deposition Testimony of Jean-Charles Brisard. The Court GRANTS defendant Messier's Motion to Exclude Evidence of Samuel Minzberg's Memo. The following motions are not disposed of, or otherwise addressed by, this Order andremain pending: Class Plaintiffs' Motion to Exclude Certain Opinions of Dr. William Silber and All of the Testimony of Mr. Ronald Gilson 836 ; Class Plaintiffs' Motion to Exclude the Testimony of Peter Walton 839 ; Class Plaintiffs' Motion in limine 842 ; defendants' Motion for Partial Judgment on the Pleadings of Plaintiffs' Section l2(a)(2) Claims 896 ; Hannezo'sMotion to Dismiss 900 ; defendants' Motion to Exclude the Report of Special Master Neil Cartusciello 905 ; and plaintiffs letter motion for sanctions against Vivendi for failing to turn over certain legal documents generated in the arbitration between Messier and Vivendi. The Court will hear argument on these motions and any remaining issues on August 14, 2009 at 11:30 a.m. in Courtroom 17B, 500 Pearl Street, New York, NY 10007. (Signed by Judge Richard J. Holwell on 8/12/09) (db) (Entered: 08/18/2009) |
| 08/18/2009 | | Set/Reset Hearings: Oral Argument set for 8/14/2009 at 11:30 AM in Courtroom 17B, 500 Pearl Street, New York, New York, NY 10007 before Judge Richard J. Holwell. (db) (Entered: 08/18/2009) |
| 08/27/2009 | 931 | TRANSCRIPT of proceedings held on 8/14/09 before Judge Richard J. Holwell. (ldi) (Entered: 09/09/2009) |
| 09/08/2009 | 930 | ORDER. The Clerk of the Court is directed to strike Document No. 927 from the Court's docket. (Signed by Judge Richard J. Holwell on 9/6/09) (rjm) (Entered: 09/09/2009) |
| 09/08/2009 | 943 | ORDER FOR WITHDRAWAL ON WRITTEN MOTION: It is hereby ordered that Ann Kimmel Ritter is no longer attorney of record for Plaintiff's in the above-referenced cases. (Signed by Judge Richard J. Holwell on 9/6/2009) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH(jfe) (Entered: 09/23/2009) |
| 09/10/2009 | 932 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/10/2009) |
| 09/14/2009 | 934 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/15/2009) |
| 09/14/2009 | 935 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/15/2009) |
| 09/15/2009 | 933 | ORDER: The trial presently scheduled to begin 9/29/09 is adjourned to 10/5/2009 at 10:00 AM in Courtroom 17B, 500 Pearl Street, New York, NY 10007 before Judge Richard J. Holwell. (Signed by Judge Richard J. Holwell on 9/14/09) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(tro) (Entered: 09/15/2009) |
| | | |

Case 15-208, Document 88, 08/12/2015, 1574512, Page264 of 299

| 09/18/2009 | 936 | MOTION to Quash *NOTICE OF MOTION TO QUASH SUBPOENAS*. Document filed by A. Hartswell Woodson, Andrew Rittenbury. (Attachments: # 1 Text of Proposed Order)(McGuire, Harold) (Entered: 09/18/2009) |
| 09/18/2009 | 937 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/18/2009) |
| 09/18/2009 | 938 | MOTION in Limine *Class Plaintiffs' Motion In Limine to Preclude Defendants from: (1) Calling GAMCO Witnesses in the Class Action Trial; and (2) Offering Evidence at the Class Action Trial Relating to the Individual Investment Decisions of the Class Representatives*. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach.(Kerr, Brian) (Entered: 09/18/2009) |
| 09/18/2009 | 939 | DECLARATION of Olivia Vasilescu Palmer in Support re: 938 MOTION in Limine *Class Plaintiffs' Motion In Limine to Preclude Defendants from: (1) Calling GAMCO Witnesses in the Class Action Trial; and (2) Offering Evidence at the Class Action Trial Relating to the Individual Investment Decisions of the MOTION in Limine Class Plaintiffs' Motion In Limine to Preclude Defendants from: (1) Calling GAMCO Witnesses in the Class Action Trial; and (2) Offering Evidence at the Class Action Trial Relating to the Individual Investment Decisions of the. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 09/18/2009)* |
| 09/18/2009 | 940 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/21/2009) |
| 09/21/2009 | 941 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/21/2009) |
| 09/22/2009 | 942 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/22/2009) |
| 09/28/2009 | 945 | SEALED DOCUMENT placed in vault.(jri) Modified on 9/29/2009 (jri). (Entered: 09/29/2009) |
| 09/28/2009 | 946 | SEALED DOCUMENT placed in vault.(jri) Modified on 9/29/2009 (jri). (Entered: 09/29/2009) |
| 09/29/2009 | 944 | SEALED DOCUMENT placed in vault.(jri) (Entered: 09/29/2009) |
| 09/30/2009 | 947 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Paul C. Saunders dated 9/29/2009 re: I write on behalf of Defendants Vivemli, S.A. ("Vivendi"), Jean-Marie Messier and Guillaume Hannezo ("Defendants") regarding logistics for the upcoming trial of the above-referenced case. The all parties have agreed upon the, courtroom technology setup Represented in the diagram enclosed herewith as Exhibit A. With the Court's permission, the parties' vendors will assemble that equipment at the courthouse on September 30, 2009, and will need access to the freight elevators for that purpose. ENDORSEMENT: SO ORDERED. (Signed by Judge Richard J. Holwell on 9/29/2009) (jmi) (Entered: 09/30/2009) |
| 10/02/2009 | 948 | SEALED DOCUMENT placed in vault.(jri) (Entered: 10/02/2009) |
|  |  |  |

**JA248**

| 10/05/2009 | | Minute Entry for proceedings held before Judge Richard J. Holwell: Initial Pretrial Conference held on 10/5/2009. Jury selection: 12 jurors empaneled. Opening statements began. (pl) (Entered: 10/19/2009) |
| --- | --- | --- |
| 10/05/2009 | | Minute Entry for proceedings held before Judge Richard J. Holwell: Pretrial Conference held on 10/5/2009. Jury selection: 12 jurors empaneled. Opening statements began. (mro) (Entered: 10/22/2009) |
| 10/13/2009 | 949 | MOTION for Preliminary Injunction. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach.(Kerr, Brian) (Entered: 10/13/2009) |
| 10/13/2009 | 950 | MEMORANDUM OF LAW in Support re: 949 MOTION for Preliminary Injunction.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 10/13/2009) |
| 10/13/2009 | 951 | DECLARATION of Olivia Vasilescu Palmer in Support re: 949 MOTION for Preliminary Injunction.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Attachments: # 1 Exhibit A-1, # 2 Exhibit A-2, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Kerr, Brian) (Entered: 10/13/2009) |
| 10/13/2009 | 952 | AFFIDAVIT of Morel in Support re: 949 MOTION for Preliminary Injunction.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 10/13/2009) |
| 10/13/2009 | 953 | ORDER: The Court denies, for administrative purposes, and without prejudice to renew following completion of the Class trial, the following in limine motions filed in connection with Polland, et al v. Vivendi Universal, et al (Case No. 02cv07346): Defendants' Motion to Exclude Evidence and Argument Concerning Allegations Abandoned by the Plaintiffs 32 ; Defendants' Motion to Exclude Certain Deposition Testimony of Jean Bouquot, Bernard Cattenoz, and Bernard Rabier 33 ; Defendants' Motion to Exclude the Deposition Testimony of Guy Leslondes and Christian Rauch 34 ; Defendants' Motion to Exclude Evidence of the French Inquiry into Certain Events Relating to Current and Former Vivendi Employees 35 ; Defendants' Motion to Exclude Evidence and Argument Regarding Allegations Unrelated to Vivendi's Liquidity 36 ; Defendants' Motion to Exclude Evidence Related to the July I, 2002 Termination Agreement between Vivendi and Messier 37 ; Defendants' Motion to Exclude Evidence and Argument Regarding Alleged Misrepresentations That Did Not Inflate Vivendi's Share Price 38 ; Defendants' Motion to Exclude the Expert Testimony of Dr. Blaine Nye 39 ; Defendants' Motion to Exclude the Expert Testimony of Xavier Oustalniol 40 ; Defendants' Motion to Exclude Certain Deposition Testimony and Other Evidence of Florence-Helime Sanial 41 ; Defendants' Motion to Exclude Evidence and Argument Concerning Dismissed Share Repurchase and Put Option Allegations 42 ; Defendants' Motion to Exclude Summaries and Transcripts of Statements Made to |

**JA249**

|  |  | Agencies and Foreign Tribunals 43 ; and Defendants' Motion to Exclude Evidence and Argument Concerning Third Party Proceedings 44 . SO ORDERED. (Signed by Judge Richard J. Holwell on 10/9/2009) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(tve) (Entered: 10/13/2009) |
|---|---|---|
| 10/14/2009 |  | Minute Entry for proceedings held before Judge Richard J. Holwell: Pretrial Conference held on 10/14/2009. Jury selection: 11 jurors empaneled. Trial continued. (mro) (Entered: 10/22/2009) |
| 10/16/2009 | 954 | DECLARATION of Herve Pisani in Opposition re: 949 MOTION for Preliminary Injunction.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1 to Declaration of Herve Pisani, # 2 Exhibit 2 to Declaration of Herve Pisani, # 3 Exhibit 3 to Declaration of Herve Pisani)(Saunders, Paul) (Entered: 10/16/2009) |
| 10/16/2009 | 955 | DECLARATION of Benjamin D. Brutlag in Opposition re: 949 MOTION for Preliminary Injunction.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1 to Declaration of Benjamin D. Brutlag, # 2 Exhibit 2 to Declaration of Benjamin D. Brutlag)(Saunders, Paul) (Entered: 10/16/2009) |
| 10/16/2009 | 956 | DECLARATION of Frederic Crepin in Opposition re: 949 MOTION for Preliminary Injunction.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1 to Declaration of Frederic Crepin, # 2 Exhibit 2 to Declaration of Frederic Crepin, # 3 Exhibit 3 to Declaration of Frederic Crepin, # 4 Exhibit 4 to Declaration of Frederic Crepin)(Saunders, Paul) (Entered: 10/16/2009) |
| 10/16/2009 | 957 | MEMORANDUM OF LAW in Opposition re: 949 MOTION for Preliminary Injunction. *("Defendant Vivendi, S.A.'s Memorandum Of Law In Opposition To Class Plaintiffs' Motion For Preliminary Injunction")*. Document filed by Vivendi, S.A.. (Saunders, Paul) (Entered: 10/16/2009) |
| 10/19/2009 | 958 | REPLY MEMORANDUM OF LAW in Support re: 949 MOTION for Preliminary Injunction.. Document filed by Bruce Doniger, Gerard Morel, William Cavanagh, Oliver M. Gerard, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 10/19/2009) |
| 10/26/2009 |  | Minute Entry for proceedings held before Judge Richard J. Holwell: Trial Conference held on 10/26/2009. Jury selection: 10 jurors empaneled. Trial continued. (mro) (Entered: 10/30/2009) |
| 10/27/2009 | 959 | ORDER denying (54) Motion for Leave to File Document; denying (59) Motion in Limine; denying (62) Motion in Limine; denying (65) Motion in Limine; denying (67) Motion to Bifurcate in case 1:07-cv-05742-RJH. The Court denies, for administrative purposes, and without prejudice to renew following completion of the Class trial, the following motions filed in connection with Capitalia Asset Management SGR, S.p.A et al v. Vivendi Universal, S.A. et al (Docket No. 07 Civ. 05742): Individual Plaintiffs' Motion for Leave to Amend Complaints 54 ; Individual Plaintiffs Motion In Limine To Exclude Evidence That Defendants Lost Money On Transactions In Vivendi Securities 59 ; Plaintiffs' Motion In Limine To Preclude Defendants From Arguing Or Offering Evidence Purportedly Showing That Vivendi Securities Did Not Trade In An Efficient Market During The |

**JA250**

| | | Relevant Time Period 62 ; Motion In Limine To Exclude Evidence Or Argument Regarding Certain Facts About The Individual Plaintiffs 65 ; Individual Plaintiffs' Motion For A Separate Trial On Individualized Issues Relating To Damages 67 . SO ORDERED. (Signed by Judge Richard J. Holwell on 10/26/2009) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jmi) (Entered: 10/27/2009) |
|---|---|---|
| 11/02/2009 | | Minute Entry for proceedings held before Judge Richard J. Holwell: Trial Conference held 11/2/2009. Jury selection: 12 jurors empaneled. Trial continued. (mro) (Entered: 11/06/2009) |
| 11/03/2009 | 960 | ORDER denying 896 Motion for Judgment on the Pleadings; denying 900 Motion to Dismiss. The Court denies, for administrative purposes, and without prejudice to renew following completion of the Class trial, the following motions: 1. 02cv05571 (In re Vivendi Universal, S.A. Securities Litigation): Defendants Motion for Partial Judgment on the Pleadings of Plaintiffs' Section 12(a)(2) Claims 896 ; 2. 02cv05571 (In re Vivendi Universal, S.A. Securities Litigation): Motion to Dismiss 900 ; 3. 02cv07017 (Seid v. Vivendi Universal, et al): Motion to Dismiss 26 ; 4. 09cv02568 (Irish Life Investment Managers Limited et al v. Guillaume Hannezo): Motion to Dismiss 13 ; 5. 09cv02592 (Allianz Global Investors Kapitalanlagegesellschaft MBH et al v. Hannezo): Motion to Dismiss 26 ; 6. 09cv02603 (AP-Fonden et al v. Hannezo): Motion to Dismiss 22 ; and 7. 09cv02611 (Oppenheim Kapitalanlagegesellschaft M.B.H. et al v. Hannezo): Motion to Dismiss 10 . (Signed by Judge Richard J. Holwell on 11/3/09) (tro) (Entered: 11/03/2009) |
| 11/03/2009 | | ***DELETED DOCUMENT. Deleted document number 961 Order. The document was incorrectly filed in this case. (tro) (Entered: 11/03/2009) |
| 11/16/2009 | | Minute Entry for proceedings held before Judge Richard J. Holwell: Trial Conference held on 11/16/2009. Jury selection; 10 jurors empaneled. Trial continued. (mro) (Entered: 11/16/2009) |
| 11/19/2009 | 961 | MEMORANDUM OPINION AND ORDER; #98273 Denying 949 MOTION for Preliminary Injunction for the reasons stated above. (Signed by Judge Richard J. Holwell on 11/19/09) (djc) Modified on 11/25/2009 (eef). (Entered: 11/19/2009) |
| 11/19/2009 | | Minute Entry for proceedings held before Judge Richard J. Holwell: Trial Conference held on 11/19/2009. Jury selection, 10 jurors empaneled. Trial continued. (mro) (Entered: 11/25/2009) |
| 11/23/2009 | 962 | SEALED DOCUMENT placed in vault.(jri) (Entered: 11/23/2009) |
| 11/23/2009 | 963 | MOTION for Judgment as a Matter of Law. Document filed by Guillaume Hannezo.(Perschetz, Martin) (Entered: 11/23/2009) |
| 11/23/2009 | 964 | MEMORANDUM OF LAW in Support re: 963 MOTION for Judgment as a Matter of Law.. Document filed by Guillaume Hannezo. (Perschetz, Martin) (Entered: 11/23/2009) |
| 11/23/2009 | 965 | |

**JA251**

|            |     | AFFIRMATION of Michael E. Swartz in Support re: 963 MOTION for Judgment as a Matter of Law.. Document filed by Guillaume Hannezo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Swartz, Michael) (Entered: 11/23/2009) |
| 11/23/2009 | 966 | CERTIFICATE OF SERVICE of Notice of Motion, Defendant Guillaume Hannezo's Memorandum of Law in Support of His Motion for Judgment as a Matter of Law Pursuant to Rule 50 of the Federal Rules of Civil Procedure and Affirmation of Michael E. Swartz on 11/23/09. Document filed by Guillaume Hannezo. (Bradley, Michael) (Entered: 11/23/2009) |
| 11/23/2009 | 967 | SEALED DOCUMENT placed in vault.(jri) (Entered: 11/23/2009) |
| 11/23/2009 | 968 | OPPOSITION BRIEF *to Defendants' Anticipated Motions for Judgment Pursuant to Rule 50(a)*. Document filed by Bruce Doniger, William Cavanagh, The retirement System for General Employees of the City of Miami Beach.(Kerr, Brian) (Entered: 11/23/2009) |
| 11/23/2009 | 969 | MOTION for Judgment as a Matter of Law. Document filed by Vivendi, S.A..(Quinn, James) (Entered: 11/23/2009) |
| 11/23/2009 | 970 | DECLARATION of Caitlyn M. Campbell in Support re: 969 MOTION for Judgment as a Matter of Law.. Document filed by Vivendi, S.A.. (Quinn, James) (Entered: 11/23/2009) |
| 11/23/2009 | 971 | MEMORANDUM OF LAW in Support re: 969 MOTION for Judgment as a Matter of Law.. Document filed by Vivendi, S.A.. (Quinn, James) (Entered: 11/23/2009) |
| 11/23/2009 | 972 | MOTION for Judgment *Against Defendants On Issues Adjudicated By The Autorite Des Marches Financiers*. Document filed by Bruce Doniger, William Cavanagh, The retirement System for General Employees of the City of Miami Beach.(Kerr, Brian) (Entered: 11/23/2009) |
| 11/23/2009 | 973 | MEMORANDUM OF LAW in Support re: 972 MOTION for Judgment *Against Defendants On Issues Adjudicated By The Autorite Des Marches Financiers*.. Document filed by Bruce Doniger, William Cavanagh, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) (Entered: 11/23/2009) |
| 11/23/2009 | 974 | FILING ERROR - DEFICIENT DOCKET ENTRY (See document #975) - DECLARATION of Olivia Vasilescu Palmer in Support re: 972 MOTION for Judgment *Against Defendants On Issues Adjudicated By The Autorite Des Marches Financiers*.. Document filed by Bruce Doniger, William Cavanagh, The retirement System for General Employees of the City of Miami Beach. (Kerr, Brian) Modified on 11/24/2009 (jar). (Entered: 11/23/2009) |
| 11/23/2009 | 975 | DECLARATION of Olivia Vasilescu Palmer in Support re: 972 MOTION for Judgment *Against Defendants On Issues Adjudicated By The Autorite Des Marches Financiers*.. Document filed by Bruce Doniger, William Cavanagh, The retirement System for General Employees of the City of Miami Beach. (Attachments: # 1 Exhibit A - part 1, # 2 Exhibit A - part 2, # 3 Exhibit A - |

**JA252**

| | | |
|---|---|---|
| | | part 3, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(Kerr, Brian) (Entered: 11/23/2009) |
| 11/23/2009 | 976 | SEALED DOCUMENT placed in vault.(nm) Modified on 11/24/2009 (nm). (Entered: 11/24/2009) |
| 11/24/2009 | 977 | MEMORANDUM OF LAW in Opposition *("Defendants' Memorandum Of Law In Opposition To Plaintiffs' Motion For Reconsideration Of This Court's Order Excluding Evidence And Argument Concerning Third Party Proceedings")*. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A.. (Cameron, Timothy) (Entered: 11/24/2009) |
| 11/24/2009 | 978 | DECLARATION of Matthew F. Popowsky in Opposition re: 977 Memorandum of Law in Opposition,. Document filed by Guillaume Hannezo, Jean-Marie Messier, Vivendi, S.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Cameron, Timothy) (Entered: 11/24/2009) |
| 11/25/2009 | 979 | MANDATE of USCA (Certified Copy) USCA Case Number 09-1569-mv. Petitioner, through counsel, moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court` s order denying Petitioner`s motion for reconsideration of a class certification order. Upon due consideration, it is hereby ORDERED that the petition is DENIED because an immediate appeal is unwarranted. See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd., 262 F3d 134, 139-40 (2d Cir. 2001). Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 11/24/2009. (nd) (Entered: 11/25/2009) |
| 12/01/2009 | 980 | MEMORANDUM OF LAW in Opposition re: 972 MOTION for Judgment *Against Defendants On Issues Adjudicated By The Autorite Des Marches Financiers. ("Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Entry of Judgment on Issues Adjudicated by The Autorite Des Marches Financiers")*. Document filed by Jean-Marie Messier, Vivendi, S.A., Guillaume Hannezo. (Cameron, Timothy) (Entered: 12/01/2009) |
| 12/01/2009 | 981 | FILING ERROR - DEFICIENT DOCKET ENTRY (See document #983) - DECLARATION of Andrej Lang in Opposition re: 972 MOTION for Judgment *Against Defendants On Issues Adjudicated By The Autorite Des Marches Financiers.*. Document filed by Jean-Marie Messier, Vivendi, S.A., Guillaume Hannezo. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 - Part 1, # 10 Exhibit 9 - Part 2, # 11 Exhibit 9 - Part 3, # 12 Exhibit 9 - Part 4, # 13 Exhibit 9 - Part 5, # 14 Exhibit 9 - Part 6, # 15 Exhibit 9 - Part 7, # 16 Exhibit 10 - Part 1, # 17 Exhibit 10 - Part 2, # 18 Errata 10 - Part 3, # 19 Exhibit 10 - Part 4, # 20 Exhibit 10 - Part 5, # 21 Exhibit 10 - Part 6, # 22 Exhibit 11 - Part 1, # 23 Exhibit 10 - Part 2, # 24 Exhibit 10 - Part 3, # 25 Exhibit 10 - Part 4, # 26 Exhibit 10 - Part 5, # 27 Exhibit 10 - Part 6, # 28 Exhibit 12, # 29 Exhibit 13)(Cameron, Timothy) Modified on 12/2/2009 (jar). (Entered: 12/01/2009) |
| 12/01/2009 | 982 | DECLARATION of Herve Pisani in Opposition re: 972 MOTION for Judgment *Against Defendants On Issues Adjudicated By The Autorite Des* |

|  |  | *Marches Financiers..* Document filed by Jean-Marie Messier, Vivendi, S.A., Guillaume Hannezo. (Attachments: # 1 Exhibit 1)(Cameron, Timothy) (Entered: 12/01/2009) |
|---|---|---|
| 12/01/2009 | 983 | DECLARATION of Andrej Lang in Opposition re: 972 MOTION for Judgment *Against Defendants On Issues Adjudicated By The Autorite Des Marches Financiers..* Document filed by Jean-Marie Messier, Vivendi, S.A., Guillaume Hannezo. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 - Part 1, # 10 Exhibit 9 - Part 2, # 11 Exhibit 9 - Part 3, # 12 Exhibit 9 - Part 4, # 13 Exhibit 9 - Part 5, # 14 Exhibit 9 - Part 6, # 15 Exhibit 9 - Part 7, # 16 Exhibit 10 - Part 1, # 17 Exhibit 10 - Part 2, # 18 Exhibit 10 - Part 3, # 19 Exhibit 10 - Part 4, # 20 Exhibit 10 - Part 5, # 21 Exhibit 10 - Part 6, # 22 Exhibit 11 - Part 1, # 23 Exhibit 11 - Part 2, # 24 Exhibit 11 - Part 3, # 25 Exhibit 11 - Part 4, # 26 Exhibit 11 - Part 5, # 27 Exhibit 11 - Part 6, # 28 Exhibit 12, # 29 Exhibit 13)(Cameron, Timothy) (Entered: 12/01/2009) |
| 12/03/2009 |  | Minute Entry for proceedings held before Judge Richard J. Holwell: Jury Trial held on 12/3/2009. Jury selection; 10 jurors empaneled. Trial continued. (mro) (Entered: 12/08/2009) |
| 12/08/2009 |  | Minute Entry for proceedings held before Judge Richard J. Holwell: Jury Trial held on 12/8/2009. Jury selection; 10 jurors empaneled. Trial continued. (mro) (Entered: 12/08/2009) |
| 12/10/2009 | 984 | NOTICE of Defendants' Offer of Proof Pursuant to Federal Rule of Evidence 103(a)(2). Document filed by Jean-Marie Messier, Vivendi, S.A., Guillaume Hannezo. (Slifkin, Daniel) (Entered: 12/10/2009) |
| 12/17/2009 | 985 | SEALED DOCUMENT placed in vault.(nm) (Entered: 12/17/2009) |
| 12/17/2009 | 986 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 963 MOTION for Judgment as a Matter of Law.. Document filed by Guillaume Hannezo. (Perschetz, Martin) (Entered: 12/17/2009) |
| 12/17/2009 | 987 | CERTIFICATE OF SERVICE of Supplemental Memorandum of Law in Support of Defendant Guillaume Hannezo's Motion for Judgment as a Matter of Law Pursuant to Rule 50 of the Federal Rules of Civil Procedure on 12/17/09. Document filed by Gullaume Hannezo. (Bradley, Michael) (Entered: 12/17/2009) |
| 12/29/2009 | 988 | NOTICE of Plaintiffs' Offer of Proof Pursuant to Federal Rule of Evidence 103(a)(2). Document filed by Bruce Doniger. (Margolies, Richard) (Entered: 12/29/2009) |
| 01/04/2010 | 989 | Objection *Defendants' Objections and Responses to Judge Holwell's Proposed Charge to the Jury.* Document filed by Vivendi, S.A.. (Quinn, James) (Entered: 01/04/2010) |
| 01/04/2010 | 990 | CERTIFICATE OF SERVICE of Defendants' Objections and Responses to Judge Holwell's Proposed Charge to the Jury served on Abbey Spanier Rodd & Abrams LLP; Milberg LLP; Browne Woods George LLP on 01/04/2010. |

**JA254**

Case 15-208, Document 88, 08/12/2015, 1574512, Page271 of 299

| | | Service was made by Mail. Document filed by Vivendi, S.A.. (Quinn, James) (Entered: 01/04/2010) |
|---|---|---|
| 01/04/2010 | 991 | NOTICE of Defendants' Offer of Proof Pursuant to Federal Rule of Evidence 103(a)(2). Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Quinn, James) (Entered: 01/04/2010) |
| 01/04/2010 | 992 | CERTIFICATE OF SERVICE of Defendants' Offer of Proof Pursuant to Federal Rule of Evidence 103(a)(2) served on Abbey Spanier Rodd & Abrams LLP; Milberg LLP; Browne Woods George LLP on 01/04/2010. Service was made by Mail. Document filed by Vivendi, S.A.. (Quinn, James) (Entered: 01/04/2010) |
| 01/05/2010 | 993 | NOTICE of Plaintiffs' Objections And Responses To The Court's Proposed Jury Instructions And Verdict Form. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Margolies, Richard) (Entered: 01/05/2010) |
| 01/06/2010 | 994 | Objection *Defendants' Revised Objections to the Court's Proposed Charge to the Jury.* Document filed by Vivendi, S.A.. (Quinn, James) (Entered: 01/06/2010) |
| 01/06/2010 | 995 | CERTIFICATE OF SERVICE of Defendants' Revised Objections to the Court's Proposed Charge to the Jury served on Abbey Spanier Rodd & Abrams LLP, Browne Woods George LLP, Milberg LLP on 1/6/2010. Document filed by Vivendi, S.A.. (Quinn, James) (Entered: 01/06/2010) |
| 01/08/2010 | 996 | SEALED DOCUMENT placed in vault.(jri) (Entered: 01/08/2010) |
| 02/02/2010 | 997 | ORDER that the parties maintaining custody of the exhibits shall, upon request, and within a reasonable time of any such request, make such documents available to members of the public for inspection and/or photocopying at the expense of the party seeking access to the exhibits. SO ORDERED, (Signed by Judge Richard J. Holwell on 2/2/2010) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(jmi) (Entered: 02/02/2010) |
| 02/02/2010 | 998 | JURY VERDICT FORM (Exhibit # 3).(mbe) (Entered: 02/04/2010) |
| 02/22/2010 | 999 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Paul C. Saunders dated 2/12/10 re: counsel for defendants write regarding Vivendi, S.A.'s motions under Rule 50(b) and Rule 59 of the Federal Rules of Civil Procedure. Your Honor left open the briefing schedule in light of the "length of the trial and the complexity of the issues". (rd. at 7634.) Vivendi now proposes the following briefing schedule for its motions: 1. Vivendi shall serve and file a single omnibus memorandum of law in support of its motions under Rule 50(b) and Rule 59 no later than Friday, March 26, 2010, 2. Plaintiffs shall serve and file their opposition no later than Monday, April 26, 2010; and, 3. Vivendi shall serve and file its reply memorandum of law no later than Monday, May 17, 2010. Additional relief as set forth in this Order. ENDORSEMENT: So ordered. (Signed by Judge Richard J. Holwell on 2/22/10) (pl) (Entered: 02/22/2010) |
| 02/23/2010 | 1000 | |

**JA255**

| | | |
|---|---|---|
| | | TRANSCRIPT of proceedings held on December 4,7,8,9,10,11, 2010 before Judge Richard J. Holwell. (ajc) (Entered: 02/23/2010) |
| 02/23/2010 | 1001 | TRANSCRIPT of proceedings held on January 4, 5, 6, 7, 8, 2010 before Judge Richard J. Holwell. (ajc) (Entered: 02/23/2010) |
| 02/23/2010 | 1002 | TRANSCRIPT of proceedings held on November 12, 13, 16, 17, 2009 before Judge Richard J. Holwell. (ajc) (Entered: 02/24/2010) |
| 02/23/2010 | 1003 | TRANSCRIPT of proceedings held on November 30, December 1, 2, 3, 2009 before Judge Richard J. Holwell. (ajc) (Entered: 02/24/2010) |
| 02/23/2010 | 1004 | TRANSCRIPT of proceedings held on December 14, 15, 16, 17, 2009 before Judge Richard J. Holwell. (ajc) (Entered: 02/24/2010) |
| 02/23/2010 | 1005 | TRANSCRIPT of proceedings held on October 29, November 2, 3, 2009 before Judge Richard J. Holwell. (ajc) (Entered: 02/24/2010) |
| 02/23/2010 | 1006 | TRANSCRIPT of proceedings held on October 5, 6, 7, 8, 13, 14, 15, 2009 before Judge Richard J. Holwell. (ajc) (Entered: 02/24/2010) |
| 02/23/2010 | 1009 | TRANSCRIPT of proceedings held on November 4, 5, 6, 9, 10, 2009 before Judge Richard J. Holwell. (ajc) (Entered: 02/24/2010) |
| 02/24/2010 | 1007 | TRANSCRIPT of proceedings held on January 11,12,12,14,15,19,20,22,26,28,29, 2010 before Judge Richard J. Holwell. (ajc) (Entered: 02/24/2010) |
| 02/24/2010 | 1008 | TRANSCRIPT of proceedings held on October 19, 21, 22, 26, 27, 28, 2010 before Judge Richard J. Holwell. (ajc) (Entered: 02/24/2010) |
| 02/24/2010 | 1010 | TRANSCRIPT of proceedings held on November 18, 19, 20, 23, 24, 2009 before Judge Richard J. Holwell. (ajc) (Entered: 02/25/2010) |
| 03/03/2010 | 1011 | MOTION to Withdraw *Steven Gustavson, Jeffrey Lamken, and Robert Kry as Counsel of Record*. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(Calhoon, Michael) (Entered: 03/03/2010) |
| 03/11/2010 | 1012 | MEMO ENDORSEMENT re: (1011) Motion to Withdraw in case 1:02-cv-05571-RJH-HBP; and (115) Motion to Withdraw in case 1:03-cv-02175-RJH. ENDORSEMENT: SO ORDERED. (Signed by Judge Richard J. Holwell on 3/10/2010) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(tve) (Entered: 03/11/2010) |
| 03/19/2010 | 1013 | MOTION for Judgment. Document filed by Bruce Doniger.(Amin-Giwner, Stephanie) (Entered: 03/19/2010) |
| 03/19/2010 | 1014 | MEMORANDUM OF LAW in Support re: 1013 MOTION for Judgment.. Document filed by Bruce Doniger. (Amin-Giwner, Stephanie) (Entered: 03/19/2010) |
| | | |

**JA256**

| | | |
|---|---|---|
| 03/19/2010 | 1015 | DECLARATION of Stephanie Amin-Giwner in Support re: 1013 MOTION for Judgment.. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Amin-Giwner, Stephanie) (Entered: 03/19/2010) |
| 03/19/2010 | 1016 | CERTIFICATE OF SERVICE. Document filed by Bruce Doniger. (Amin-Giwner, Stephanie) (Entered: 03/19/2010) |
| 03/19/2010 | 1017 | NOTICE of Motion for Award of Prejudgment Interest. Document filed by Bruce Doniger. (Amin-Giwner, Stephanie) (Entered: 03/19/2010) |
| 03/19/2010 | 1018 | MOTION for award of prejudgment interest. Document filed by Bruce Doniger.(Amin-Giwner, Stephanie) (Entered: 03/19/2010) |
| 03/19/2010 | 1019 | MEMORANDUM OF LAW in Support re: 1018 MOTION for award of prejudgment interest.. Document filed by Bruce Doniger. (Amin-Giwner, Stephanie) (Entered: 03/19/2010) |
| 03/19/2010 | 1020 | DECLARATION of Dr. Blaine F. Nye in Support re: 1018 MOTION for award of prejudgment interest.. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Amin-Giwner, Stephanie) (Entered: 03/19/2010) |
| 03/19/2010 | 1021 | CERTIFICATE OF SERVICE. Document filed by Bruce Doniger. (Amin-Giwner, Stephanie) (Entered: 03/19/2010) |
| 03/26/2010 | 1022 | MEMORANDUM OF LAW in Support *("Consolidated Memorandum Of Law In Support Of Vivendi, S.A.'s Renewed Motion For Judgment As A Matter Of Law Pursuant To Rule 50(b), Or, In The Alternative, For A New Trial Pursuant To Rule 59 Of The Federal Rules Of Civil Procedure")*. Document filed by Vivendi, S.A.. (Saunders, Paul) (Entered: 03/26/2010) |
| 03/26/2010 | 1023 | DECLARATION of Douglas J. Dixon In Support Of Vivendi, S.A.'s Renewed Motion For Judgment As A Matter Of Law Pursuant To Rule 50 (b), Or, In The Alternative, For A New Trial Pursuant To Rule 59 Of The Federal Rules Of Civil Procedure. in Support re: 1022 Memorandum of Law in Support,. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 22, # 22 Exhibit 23, # 23 Exhibit 24, # 24 Exhibit 25, # 25 Exhibit 26, # 26 Exhibit 27, # 27 Exhibit 28, # 28 Exhibit 29, # 29 Exhibit 30, # 30 Exhibit 31, # 31 Exhibit 32, # 32 Exhibit 33, # 33 Exhibit 34, # 34 Exhibit 35, # 35 Exhibit 36, # 36 Exhibit 37, # 37 Exhibit 38, # 38 Exhibit 39, # 39 Exhibit 40, # 40 Exhibit 41, # 41 Exhibit 42, # 42 Exhibit 43, # 43 Exhibit 44, # 44 Exhibit 45, # 45 Exhibit 46, # 46 Exhibit 47, # 47 Exhibit 48, # 48 Exhibit 49, # 49 Exhibit 50, # 50 Exhibit 22)(Saunders, Paul) (Entered: 03/26/2010) |
| 03/31/2010 | 1024 | MOTION Plaintiffs' Notice of Motion For Approval Of Post-Verdict Class Notice And Claims Administration, And To Require Vivendi To Pay For It. Document filed by Bruce Doniger.(Margolies, Richard) (Entered: 03/31/2010) |

**JA257**

| | | |
|---|---|---|
| 03/31/2010 | 1025 | MEMORANDUM OF LAW in Support re: 1024 MOTION Plaintiffs' Notice of Motion For Approval Of Post-Verdict Class Notice And Claims Administration, And To Require Vivendi To Pay For It.. Document filed by Bruce Doniger. (Margolies, Richard) (Entered: 03/31/2010) |
| 03/31/2010 | 1026 | DECLARATION of Richard B. Margolies in Support re: 1024 MOTION Plaintiffs' Notice of Motion For Approval Of Post-Verdict Class Notice And Claims Administration, And To Require Vivendi To Pay For It.. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Margolies, Richard) (Entered: 03/31/2010) |
| 03/31/2010 | 1027 | CERTIFICATE OF SERVICE. Document filed by Bruce Doniger. (Margolies, Richard) (Entered: 03/31/2010) |
| 04/05/2010 | 1028 | ORDER, that the Court is in receipt of the parties' letters regarding the briefing schedule for Class Plaintiffs' Motion for Entry of Final Judgment, Motion for Award of Prejudgment Interest, and that Vivendi's request to postpone briefing on these motions until after the Court has ruled upon Vivendi's Rule 50 and Rule 59 motions is denied. See Fed. R. Civ. P. 58(b)(2). Vivendi's responses to the above-listed motions shall be filed by April 26, 2010, and class plaintiffs' replies shall be filed by May 17, 2010. (Signed by Judge Richard J. Holwell on 4/2/10) (pl) (Entered: 04/05/2010) |
| 04/05/2010 | 1029 | ORDER, that for the reasons stated on the record at trial on January 4, 2010 (Tr. 6728), Class Plaintiffs' Motion for Judgment Against Defendants On Issues Adjudicated By The Autorite Des Marches Financiers 972 is denied. (Signed by Judge Richard J. Holwell on 4/2/10) (pl) (Entered: 04/05/2010) |
| 04/08/2010 | 1030 | NOTICE OF APPEARANCE by Bryan Henry Parr on behalf of Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc. (Parr, Bryan) (Entered: 04/08/2010) |
| 04/08/2010 | 1031 | ENDORSED LETTER addressed to Judge Richard J. Holwell from Arthur N. Abbey dated 4/5/2010 re: Counsel write regarding Vivendi S.A.'s recently filed motion under Rule 50(b) and Rule 59 of the F.R.C.P. The parties have agreed to a short extension to the briefing timetable and respectfully request that the Court approve the following schedule: Plaintiff shall serve and file their opposition no later than 5/12/2010; and Vivendi shall serve and file its reply memorandum of law no later than 6/9/2010. ENDORSEMENT: SO ORDERED. (Signed by Judge Richard J. Holwell on 4/6/2010) (tro) (Entered: 04/08/2010) |
| 04/13/2010 | 1032 | ORDER, that by this Order, the Court hereby amends its Order dated April 2, 2010 (l029). Defendants' responses to class plaintiffs' Motion for Entry of Final Judgment, Motion for Award of Prejudgment Interest, and Motion for Approval of Post-Verdict Class Notice and Claims Administration and to Require Vivendi to Pay For It shall be filed by May 12, 2010. Class plaintiffs' replies shall be filed by June 9, 2010. (Signed by Judge Richard J. Holwell on 4/12/10) (pl) (Entered: 04/13/2010) |
| | | |

**JA258**

| 04/21/2010 | 1033 | TRANSCRIPT of Civil Cause for Conference proceedings held on August 1, 2005 before Magistrate Judge Henry B. Pitman. (mro) (Entered: 04/21/2010) |
| 04/23/2010 | 1035 | MOTION for Richard P. Sobiecki to Appear Pro Hac Vice. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc.Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(mro) (Entered: 04/26/2010) |
| 04/26/2010 | 1034 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: Attorney Richard P. Sobiecki is admitted to practice pro hac vice as counsel for Plaintiffs Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VII, Inc., LMC USA VIII, Inc., Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc. and Liberty Media International, Inc. in these actions. (Signed by Judge Richard J. Holwell on 4/23/2010) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(tro) (Entered: 04/26/2010) |
| 04/27/2010 | | CASHIERS OFFICE REMARK on 1035 Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on 04/23/2010, Receipt Number 901526. (jd) (Entered: 04/27/2010) |
| 05/12/2010 | 1036 | MEMORANDUM OF LAW in Opposition re: 1013 MOTION for Judgment.. Document filed by Jean-Marie Messier, Guillaume Hannezo, Gullaume Hannezo. (Attachments: # 1 Certificate of Service)(Malone, Michael) (Entered: 05/12/2010) |
| 05/12/2010 | 1037 | DECLARATION of John A. Calabro in Opposition re: 1013 MOTION for Judgment.. Document filed by Jean-Marie Messier, Guillaume Hannezo, Gullaume Hannezo. (Attachments: # 1 Exhibits, # 2 Certificate of Service) (Malone, Michael) (Entered: 05/12/2010) |
| 05/12/2010 | 1038 | MEMORANDUM OF LAW in Opposition re: 1024 MOTION Plaintiffs' Notice of Motion For Approval Of Post-Verdict Class Notice And Claims Administration, And To Require Vivendi To Pay For It.. Document filed by Jean-Marie Messier, Guillaume Hannezo, Gullaume Hannezo. (Attachments: # 1 Certificate of Service)(Malone, Michael) (Entered: 05/12/2010) |
| 05/12/2010 | 1039 | DECLARATION of Lisa L. Albert in Opposition re: 1024 MOTION Plaintiffs' Notice of Motion For Approval Of Post-Verdict Class Notice And Claims Administration, And To Require Vivendi To Pay For It.. Document filed by Jean-Marie Messier, Guillaume Hannezo, Gullaume Hannezo. (Attachments: # 1 Exhibits, # 2 Certificate of Service)(Malone, Michael) (Entered: 05/12/2010) |
| 05/12/2010 | 1040 | MEMORANDUM OF LAW in Opposition re: 1013 MOTION for Judgment. *("Vivendi, S.A.'s Memorandum Of Law In Opposition To Plaintiff's Motion For Entry Of Final Judgment")*. Document filed by Vivendi, S.A.. (Saunders, Paul) (Entered: 05/12/2010) |
| 05/12/2010 | 1041 | |

| | | |
|---|---|---|
| | | DECLARATION of John M. Gildersleeve in Opposition re: 1013 MOTION for Judgment.. Document filed by Vivendi Universal, S.A.. (Attachments: # 1 Exhibit 1 to Gildersleeve Declaration, # 2 Exhibit 2 to Gildersleeve Declaration, # 3 Exhibit 3 to Gildersleeve Declaration, # 4 Exhibit 4 to Gildersleeve Declaration, # 5 Exhibit 5 to Gildersleeve Declaration, # 6 Exhibit 6 to Gildersleeve Declaration, # 7 Exhibit 7 to Gildersleeve Declaration)(Saunders, Paul) (Entered: 05/12/2010) |
| 05/12/2010 | 1042 | MEMORANDUM OF LAW in Opposition re: 1024 MOTION Plaintiffs' Notice of Motion For Approval Of Post-Verdict Class Notice And Claims Administration, And To Require Vivendi To Pay For It. *("Vivendi's Memorandum Of Law In Opposition To Plaintiffs' Motion For Approval Of Post-Verdict Class Notice And Claims Administration, And To Require Vivendi To Pay For It")*. Document filed by Vivendi, S.A.. (Attachments: # 1 Appendix A to Memorandum Of Law)(Saunders, Paul) (Entered: 05/12/2010) |
| 05/12/2010 | 1043 | DECLARATION of Michele E. Connolly in Opposition re: 1024 MOTION Plaintiffs' Notice of Motion For Approval Of Post-Verdict Class Notice And Claims Administration, And To Require Vivendi To Pay For It. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1 to Connolly Declaration, # 2 Exhibit 2 to Connolly Declaration, # 3 Exhibit 3 to Connolly Declaration, # 4 Exhibit 4 to Connolly Declaration, # 5 Exhibit 5 to Connolly Declaration, # 6 Exhibit 6 to Connolly Declaration, # 7 Exhibit 7 to Connolly Declaration, # 8 Exhibit 8 to Connolly Declaration, # 9 Exhibit 9 to Connolly Declaration, # 10 Exhibit 10 to Connolly Declaration, # 11 Exhibit 11 to Connolly Declaration, # 12 Exhibit 12 to Connolly Declaration)(Saunders, Paul) (Entered: 05/12/2010) |
| 05/12/2010 | 1044 | DECLARATION of Dr. William L. Silber in Opposition re: 1024 MOTION Plaintiffs' Notice of Motion For Approval Of Post-Verdict Class Notice And Claims Administration, And To Require Vivendi To Pay For It.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1 to Silber Declaration)(Saunders, Paul) (Entered: 05/12/2010) |
| 05/12/2010 | 1045 | MEMORANDUM OF LAW in Opposition re: 1018 MOTION for award of prejudgment interest. *("Vivendi, S.A.'s Memorandum Of Law In Opposition To Plaintiffs' Motion For An Award Of Prejudgment Interest")*. Document filed by Vivendi, S.A.. (Saunders, Paul) (Entered: 05/12/2010) |
| 05/12/2010 | 1046 | DECLARATION of Dr. William L. Silber in Opposition re: 1018 MOTION for award of prejudgment interest.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1 to Silber Declaration)(Saunders, Paul) (Entered: 05/12/2010) |
| 05/12/2010 | 1047 | DECLARATION of Joanna H. D'Avella in Opposition re: 1018 MOTION for award of prejudgment interest.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit |

**JA260**

| | | 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Errata 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32)(Saunders, Paul) (Entered: 05/12/2010) |
|---|---|---|
| 05/12/2010 | 1048 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU(OPPOSITION BRIEF)- BRIEF re: 1022 Memorandum of Law in Support, ("Plaintiffs' Opposition To Vivendi's Motion For Judgment As A Matter Of Law Pursuant To Rule 50(b)OrFor A New Trial Pursuant To Rule 59 Of The Federal Rules Of Civl Procedure. Document filed by Bruce Doniger.(Rodd, Stephen) Modified on 5/13/2010 (KA). (Entered: 05/12/2010) |
| 05/12/2010 | 1049 | FILING ERROR - DEFICIENT DOCKET ENTRY - LINKED TO INCORRECT PDF -DECLARATION of Richard B. Margolies in Opposition re: 1013 MOTION for Judgment.. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2-Part A, # 3 Exhibit 2-Part B, # 4 Exhibit 2-Part C, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6-Part A, # 9 Exhibit 6-Part B, # 10 Exhibit 7-Part A, # 11 Exhibit 7-Part B, # 12 Exhibit 7-Part C, # 13 Exhibit 7-Part D, # 14 Exhibit 7-Part E, # 15 Exhibit 8, # 16 Exhibit 9, # 17 Exhibit 10, # 18 Exhibit 11, # 19 Exhibit 12, # 20 Exhibit 13, # 21 Exhibit 14, # 22 Exhibit 15, # 23 Exhibit 16, # 24 Exhibit 17, # 25 Exhibit 18, # 26 Exhibit 19, # 27 Exhibit 20, # 28 Exhibit 21, # 29 Exhibit 22, # 30 Exhibit 23, # 31 Exhibit 24, # 32 Exhibit 25, # 33 Exhibit 26, # 34 Exhibit 27, # 35 Exhibit 28, # 36 Exhibit 29, # 37 Exhibit 30-Part A, # 38 Exhibit 30-Part B, # 39 Exhibit 31, # 40 Exhibit 32, # 41 Exhibit 33, # 42 Exhibit 34, # 43 Exhibit 35, # 44 Exhibit 36, # 45 Exhibit 37, # 46 Exhibit 38, # 47 Exhibit 39, # 48 Exhibit 40, # 49 Exhibit 41, # 50 Exhibit 42, # 51 Exhibit 43, # 52 Exhibit 44, # 53 Exhibit 45, # 54 Exhibit 46, # 55 Exhibit 47, # 56 Exhibit 48, # 57 Exhibit 49, # 58 Exhibit 50, # 59 Exhibit 51, # 60 Exhibit 52, # 61 Exhibit 53, # 62 Exhibit 54, # 63 Exhibit 55, # 64 Exhibit 56-Part A, # 65 Exhibit 56-Part B, # 66 Exhibit 57, # 67 Exhibit 58-Part A, # 68 Exhibit 58-Part B, # 69 Exhibit 59, # 70 Exhibit 60, # 71 Exhibit 61-Part A, # 72 Exhibit 61-Part B, # 73 Exhibit 61-Part C, # 74 Exhibit 61-Part D, # 75 Exhibit 61-Part E, # 76 Exhibit 62-Part A, # 77 Exhibit 62-Part B, # 78 Exhibit 62-Part C, # 79 Exhibit 62-Part D, # 80 Exhibit 63, # 81 Exhibit 64, # 82 Exhibit 65)(Rodd, Stephen) Modified on 5/13/2010 (kco). (Entered: 05/13/2010) |
| 05/13/2010 | 1050 | CERTIFICATE OF SERVICE of Plaintiffs' Opposition to Vivendi's Motion For Judgment As A Matter Of Law Pursuant To Rule 50(b) or For A New Trial Pursuant To Rule 59 Of The Federal Rules Of Civil Procedure and Declaration of Richard B. Margolies In Support of Plaintiffs' Opposition. Document filed by Bruce Doniger. (Rodd, Stephen) (Entered: 05/13/2010) |
| 05/13/2010 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Note to Attorney Stephen Rodd to RE-FILE Document 1048 Brief. Use the event type Opposition Brief found under the event list Other Documents. NOTE: Link document to document#969. Modified on 5/13/2010 (KA). (Entered: 05/13/2010) |
| 05/13/2010 | 1051 | |

**JA261**

| | | |
|---|---|---|
| | | MEMORANDUM OF LAW in Opposition re: 969 MOTION for Judgment as a Matter of Law. *(Plaintiffs' Opposition To Vivendi's Motion For Judgment As A Matter Of Law Pursuant To Rule 50(b) Or For A New Trial Pursuant To Rule 59 Of The Federal Rules Of Civil Procedure)*. Document filed by Bruce Doniger. (Rodd, Stephen) (Entered: 05/13/2010) |
| 05/13/2010 | 1052 | DECLARATION of Richard B. Margolies In Support Of Plaintiffs' Opposition To Vivendi's Motion For Judgment As A Matter Of Law Pursuant To Rule 50(b) Or For A New Trial Pursuant To Rule 59 Of The Federal Rules Of Civil Procedure, in Opposition re: 969 MOTION for Judgment as a Matter of Law.. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2-Part A, # 3 Exhibit 2-Part B, # 4 Exhibit 2-Part C, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6-Part A, # 9 Exhibit 6-Part B, # 10 Exhibit 7-Part A, # 11 Exhibit 7-Part B, # 12 Exhibit 7-Part C, # 13 Exhibit 7-Part D, # 14 Exhibit 7-Part E, # 15 Exhibit 8, # 16 Exhibit 9, # 17 Exhibit 10, # 18 Exhibit 11, # 19 Exhibit 12, # 20 Exhibit 13, # 21 Exhibit 14, # 22 Exhibit 15, # 23 Exhibit 16, # 24 Exhibit 17, # 25 Exhibit 18, # 26 Exhibit 19, # 27 Exhibit 20, # 28 Exhibit 21, # 29 Exhibit 22, # 30 Exhibit 23, # 31 Exhibit 24, # 32 Exhibit 25, # 33 Exhibit 26, # 34 Exhibit 27, # 35 Exhibit 28, # 36 Exhibit 29, # 37 Exhibit 30-Part A, # 38 Exhibit 30-Part B, # 39 Exhibit 31, # 40 Exhibit 32, # 41 Exhibit 33, # 42 Exhibit 34, # 43 Exhibit 35, # 44 Exhibit 36, # 45 Exhibit 37, # 46 Exhibit 38, # 47 Exhibit 39, # 48 Exhibit 40, # 49 Exhibit 41, # 50 Exhibit 42, # 51 Exhibit 43, # 52 Exhibit 44, # 53 Exhibit 45, # 54 Exhibit 46, # 55 Exhibit 47, # 56 Exhibit 48, # 57 Exhibit 49, # 58 Exhibit 50, # 59 Exhibit 51, # 60 Exhibit 52, # 61 Exhibit 53, # 62 Exhibit 54, # 63 Exhibit 55, # 64 Exhibit 56-Part A, # 65 Exhibit 56-Part B, # 66 Exhibit 57, # 67 Exhibit 58-Part A, # 68 Exhibit 58-Part B, # 69 Exhibit 59, # 70 Exhibit 60, # 71 Exhibit 61-Part A, # 72 Exhibit 61-Part B, # 73 Exhibit 61-Part C, # 74 Exhibit 61-Part D, # 75 Exhibit 61-Part E, # 76 Exhibit 62-Part A, # 77 Exhibit 62-Part B, # 78 Exhibit 62-Part C, # 79 Exhibit 62-Part D, # 80 Exhibit 63, # 81 Exhibit 64, # 82 Exhibit 65)(Rodd, Stephen) (Entered: 05/13/2010) |
| 06/09/2010 | 1053 | REPLY MEMORANDUM OF LAW in Support re: 1013 MOTION for Judgment.. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit A) (Margolies, Richard) (Entered: 06/09/2010) |
| 06/09/2010 | 1054 | REPLY MEMORANDUM OF LAW in Support re: 1024 MOTION Plaintiffs' Notice of Motion For Approval Of Post-Verdict Class Notice And Claims Administration, And To Require Vivendi To Pay For It.. Document filed by Bruce Doniger. (Margolies, Richard) (Entered: 06/09/2010) |
| 06/09/2010 | 1055 | REPLY MEMORANDUM OF LAW in Support re: 1018 MOTION for award of prejudgment interest.. Document filed by Bruce Doniger. (Margolies, Richard) (Entered: 06/09/2010) |
| 06/09/2010 | 1056 | DECLARATION of Richard B. Margolies in Support re: 1018 MOTION for award of prejudgment interest.. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit |

**JA262**

Case 15-208, Document 88, 08/12/2015, 1574512, Page279 of 299

| | | |
|---|---|---|
| | | 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Margolies, Richard) (Entered: 06/09/2010) |
| 06/09/2010 | 1057 | CERTIFICATE OF SERVICE of Plaintiffs' Reply Memorandum In Support Of Their Motion For Entry Of Final Judgment, Plaintiffs' Reply Memorandum In Support Of Post-Verdict Class Notice and Claims Administration and To Require Vivendi To Pay For It, Plaintiffs' Reply Memorandum In Support Of Their Motion For Award Of Prejudgment Interest and Declaration of Richard B. Margolies In Support Of Their Motion For Award Of Prejudgment Interest. Document filed by Bruce Doniger. (Margolies, Richard) (Entered: 06/09/2010) |
| 06/09/2010 | 1058 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MEMORANDUM OF LAW in Support ("Reply Memorandum Of Law In Support Of Vivendi, S.A.'s Renewed Motion For Judgment As A Matter Of Law Pursuant To Rule 50(b), Or, In The Alternative, For A New Trial Pursuant To Rule 59 Of The Federal Rules Of Civil Procedure"). Document filed by Vivendi, S.A.. (Saunders, Paul) Modified on 6/10/2010 (KA). (Entered: 06/09/2010) |
| 06/09/2010 | 1059 | DECLARATION of Douglas J. Dixon in Support. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 51 to Dixon Declaration, # 2 Exhibit 52 to Dixon Declaration, # 3 Exhibit 53 to Dixon Declaration, # 4 Exhibit 54 to Dixon Declaration, # 5 Exhibit 55 to Dixon Declaration, # 6 Exhibit 56 to Dixon Declaration, # 7 Exhibit 57 to Dixon Declaration, # 8 Exhibit 58 to Dixon Declaration, # 9 Exhibit 59 to Dixon Declaration, # 10 Exhibit 60 to Dixon Declaration, # 11 Exhibit 61 to Dixon Declaration, # 12 Exhibit 62 to Dixon Declaration, # 13 Exhibit 63 to Dixon Declaration) (Saunders, Paul) (Entered: 06/09/2010) |
| 06/09/2010 | | ***STRICKEN DOCUMENT. Deleted document number 1061 from the case record. The document was stricken from this case pursuant to 1069 Order. (tve) (Entered: 06/30/2010) |
| 06/10/2010 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Note to Attorney Paul Saunders to RE-FILE Document 1058 Memorandum of Law in Support. Use the event type Reply Memorandum of Law in Support(non-motion) found under the event list Other Answers. (KA) (Entered: 06/10/2010) |
| 06/10/2010 | 1060 | REPLY MEMORANDUM OF LAW in Support *("Reply Memorandum Of Law In Support Of Vivendi, S.A.'s Renewed Motion For Judgment As A Matter Of Law Pursuant To Rule 50(b), Or, In The Alternative, For A New Trial Pursuant To Rule 59 Of The Federal Rules Of Civil Procedure")*. Document filed by Vivendi, S.A.. (Saunders, Paul) (Entered: 06/10/2010) |
| 06/15/2010 | 1063 | MOTION for Stephen H. Cypen to Appear Pro Hac Vice. Document filed by The retirement System for General Employees of the City of Miami Beach. (mro) (Entered: 06/18/2010) |
| 06/15/2010 | 1064 | MOTION for Jeffrey A. Lamken to Appear Pro Hac Vice. Document filed by Bruce Doniger.(mro) (Entered: 06/18/2010) |
| | | |

**JA263**

Case 15-208, Document 88, 08/12/2015, 1574512, Page280 of 299

| 06/15/2010 | 1065 | MOTION for Maxine Delespaul to Appear Pro Hac Vice. Document filed by Gerard Morel.(mro) (mro). (Entered: 06/21/2010) |
| 06/17/2010 | 1062 | RESPONSE *("Defendants' Opposition To The Motion To Admit Maxime Delespaul Pro Hac Vice As Counsel For Plaintiff Gerard Morel")*. Document filed by Jean-Marie Messier, Vivendi, S.A., Gullaume Hannezo. (Saunders, Paul) (Entered: 06/17/2010) |
| 06/22/2010 | 1066 | REPLY MEMORANDUM OF LAW in Support re: 1065 MOTION for Maxine Delespaul to Appear Pro Hac Vice.. Document filed by Miami Group, Gerard Morel, Oliver M. Gerard. (Spencer, Michael) (Entered: 06/22/2010) |
| 06/24/2010 |      | CASHIERS OFFICE REMARK on 1063 Motion to Appear Pro Hac Vice, 1064 Motion to Appear Pro Hac Vice, 1065 Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 06/15/2010, Receipt Number 906273. (jd) (Entered: 06/24/2010) |
| 06/24/2010 | 1067 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 1064 Motion for Jeffrey A. Lamken to Appear Pro Hac Vice. (Signed by Judge Richard J. Holwell on 6/24/2010) (jpo) (Entered: 06/24/2010) |
| 06/24/2010 | 1068 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 1063 Motion for Stephen H. Cypen to Appear Pro Hac Vice. (Signed by Judge Richard J. Holwell on 6/24/2010) (jpo) (Entered: 06/24/2010) |
| 06/30/2010 | 1069 | ORDER: the Court strikes the Harazi Affidavit 1061 from the record and will not consider it or any references thereto in ruling upon the pending post-trial motions. See Continental Cas. Co. v. Howard, 775 F.2d 876, 886 (7th Cir. 1985) (holding that trial court properly ordered an affidavit stricken where it sought to introduce evidence barred by Rule 606(b)).SO ORDERED. (Signed by Judge Richard J. Holwell on 6/24/2010) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(tve) (Entered: 06/30/2010) |
| 06/30/2010 | 1070 | ORDER: Class Plaintiffs' request to file such a motion will be addressed at the hearing on Monday, July 26, 2010 at 10:00 a.m. In addition, Vivendi and Class Plaintiffs are directed to submit supplemental briefs no longer than twenty-five (25) pages by July 14, 2010. SO ORDERED. (Signed by Judge Richard J. Holwell on 6/29/2010) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(tve) (Entered: 06/30/2010) |
| 06/30/2010 | 1071 | ORDER: Pre-Motion Conference set for 7/26/2010 at 10:00 AM in Courtroom 17B, 500 Pearl Street, New York, NY 10007 before Judge Richard J. Holwell. (Signed by Judge Richard J. Holwell on 6/29/2010) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(tve) (Entered: 06/30/2010) |
| 07/07/2010 | 1072 | MOTION for Alexandra M. Walsh to Appear Pro Hac Vice. Document filed by Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media |

| | | International, Inc..Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(mro) (Entered: 07/08/2010) |
|---|---|---|
| 07/14/2010 | 1073 | ORDER granting (1072) Motion for Alexandra M. Walsh to Appear Pro Hac Vice in case 1:02-cv-05571-RJH-HBP; granting (123) Motion for Alexandra M. Walsh to Appear Pro Hac Vice in case 1:03-cv-02175-RJH. So Ordered. (Signed by Judge Richard J. Holwell on 7/13/2010) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:03-cv-02175-RJH(js) (Entered: 07/14/2010) |
| 07/16/2010 | 1074 | SUPPLEMENTAL MEMORANDUM OF LAW re: 1070 Order, *Conerning the Impact of Morrison v. National Australia Bank.* Document filed by Bruce Doniger. (Margolies, Richard) (Entered: 07/16/2010) |
| 07/16/2010 | 1075 | DECLARATION of Richard B. Margolies in Support re: 1074 Memorandum of Law. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Margolies, Richard) (Entered: 07/16/2010) |
| 07/16/2010 | 1076 | CERTIFICATE OF SERVICE of Plaintiffs' Supplemental Memorandum Concerning The Impact of Morrison v. National Australia Bank and Declaration of Richard B. Margolies In Support. Document filed by Bruce Doniger. (Margolies, Richard) (Entered: 07/16/2010) |
| 07/16/2010 | 1077 | SUPPLEMENTAL MEMORANDUM OF LAW re: 1070 Order, *("Vivendi, S.A.'s Supplemental Memorandum Of Law Regarding The Supreme Court's Decision In Morrison v. National Australia Bank Ltd., No. 08-1191, 561 U.S.---(2010)").* Document filed by Vivendi, S.A.. (Saunders, Paul) (Entered: 07/16/2010) |
| 07/16/2010 | 1078 | DECLARATION of Douglas J. Dixon *in Support of Vivendi, S.A.'s Supplemental Memorandum of Law Regarding the Supreme Court's Decision in Morrison v. National Australia Bank Ltd., No. 08-1191, 561 U.S.--(2010).* Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (Saunders, Paul) (Entered: 07/16/2010) |
| 07/23/2010 | 1079 | NOTICE of Withdrawal of Attorney. Document filed by AFA Livforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, AMF Pension Fondforvaltning AB, Alecta Pensionsforsakring, Omsesidigt, Allianz Global Investors Kapitalanlagegesellschaft MBH, Allianz Global Investors, Luxembourg S.A., Arbejdsmarkedets Tillaegspension, Arbetsmarknadsforsakringar, Pensionsforsakringsaktiebolag, Arca SGR S.p.A., Danske Invest Administration A/S, Fjarde Ap-Fonden, Ilmarinen Mutual Pension Insurance Company, Industriens Pensionsforikring A/S, Nordea Fondbolag Finland AB, Nordea Fondene Norge AS, Nordea Fonder AB, Nordea Invest Fund Management A/S, Nordea Investment Funds Company I.S.A., Pensionskassernes Adminstration A/S, Prima Societa' di Gestione del Risparmio S.p.A., Sjunde Ap-Fonden, Swedbank Robur Fonder AB, Varma Mutual Pension Insurance Company. Filed In Associated Cases: 1:02-cv- |

**JA265**

Case 15-208, Document 88, 08/12/2015, 1574512, Page282 of 299

|            |      | 05571-RJH-HBP, 1:07-cv-08156-RJH, 1:07-cv-09229-RJH, 1:07-cv-11092-RJH(Berman, Stuart) (Entered: 07/23/2010) |
|------------|------|---|
| 07/30/2010 | 1080 | TRANSCRIPT of proceedings held on July 26, 2010 10:00 a.m. before Judge Richard J. Holwell. (ajc) (Entered: 07/30/2010) |
| 08/10/2010 |      | CASHIERS OFFICE REMARK on 1064 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 07/27/2010, Receipt Number 910515. (jd) (Entered: 08/10/2010) |
| 09/17/2010 | 1081 | NOTICE OF CHANGE OF ADDRESS by Nathan D. Finch on behalf of Pioneer Investments Austria GmbH. New Address: Motley Rice LLC, 1000 Potomac St., Suite 150, Washington, DC, United States 20007, 202-232-5507. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP, 1:07-cv-08830-RJH, 1:07-cv-10578-RJH, 1:07-cv-10954-RJH(Finch, Nathan) (Entered: 09/17/2010) |
| 09/30/2010 | 1082 | ORDER dismissing as moot 963 Motion for Judgment as a Matter of Law. (Signed by Judge Richard J. Holwell on 9/30/10) (cd) (Entered: 09/30/2010) |
| 09/30/2010 | 1083 | ORDER Because the renewed motion supersedes the motion filed at the close of plaintiffs' case, as an administrative matter the Court hereby closes the original motion for Judgment as a Matter of Law (969). The Clerk is directed to mark the motion as closed on the docket sheet for this case. (Signed by Judge Richard J. Holwell on 9/29/10) (cd) (Entered: 09/30/2010) |
| 02/22/2011 | 1084 | MEMORANDUM OPINION AND ORDER: #99960 For the foregoing reasons, the Court concludes that claims brought by purchasers of Vivendis ordinary shares must be dismissed under Morrison. Going forward, the class shall consist of all persons from the United States, France, England and the Netherlands who purchased or otherwise acquired American Depositary Shares of Vivendi between October 30, 2000 and August 14, 2002. Vivendis motion 969 for judgment as a matter of law, or in the alternative, for a new trial, is denied for the reasons described above, except that the Court grants judgment as a matter of law in Vivendis favor with respect to Statement No. 55 on the Verdict Form. Class Plaintiffs motion for entry of judgment 1013 is denied on the ground that it is premature to enter final judgment prior to the damages phase of this litigation. In light of the Courts conclusion that entry of judgment is premature, Class Plaintiffs motions for an award of pre-judgment interest 1018 and for approval of their proposed notice and claims administration procedure 1024 are denied without prejudice and with leave to re-file at a later date as appropriate. (Signed by Judge Richard J. Holwell on 2/17/2011) (jpo) Modified on 2/24/2011 (ajc). (Entered: 02/22/2011) |
| 03/02/2011 | 1085 | ORDER denying as moot (1065) Motion for Maxime Delespaul to Appear Pro Hac Vice in case 1:02-cv-05571-RJH-HBP. Class Plaintiffs' motion 1065 for Maxime Delespaul to appear pro hac vice in this matter is denied as moot in light of the Court's dismiss of the claims brought by the foreign purchasers of ordinary shares. (Signed by Judge Richard J. Holwell on 2/25/2011) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(mro) (Entered: 03/02/2011) |
|            |      | |

**JA266**

Case 15-208, Document 88, 08/12/2015, 1574512, Page283 of 299

| 04/08/2011 | 1086 | MOTION for Entry of Judgment under Rule 54(b) *As To The Claims Of Ordinary Share Purchasers*. Document filed by Bruce Doniger.(Margolies, Richard) (Entered: 04/08/2011) |
| 04/08/2011 | 1087 | MEMORANDUM OF LAW in Support re: 1086 MOTION for Entry of Judgment under Rule 54(b) *As To The Claims Of Ordinary Share Purchasers*.. Document filed by Bruce Doniger. (Margolies, Richard) (Entered: 04/08/2011) |
| 04/25/2011 | 1088 | MEMORANDUM OF LAW in Opposition re: 1086 MOTION for Entry of Judgment under Rule 54(b) *As To The Claims Of Ordinary Share Purchasers*. *("Vivendi, S.A.'s Memorandum In Opposition To Plaintiffs' Motion For Entry Of Judgment As To The Claims Of Ordinary Share Purchasers Pursuant To Federal Rule Of Civil Procedure 54(b)")*. Document filed by Vivendi, S.A.. (Slifkin, Daniel) (Entered: 04/25/2011) |
| 05/23/2011 | 1089 | NOTICE OF CHANGE OF ADDRESS by Brian C. Kerr on behalf of Grandchildren's Trust by Bruce Doniger Trustee. New Address: Brower Piven, 488 Madison Avenue, Eighth Floor, New York, NY, United States 10022, 212-501-9000. (Kerr, Brian) (Entered: 05/23/2011) |
| 07/21/2011 | 1090 | MANDATE of USCA (Certified Copy) USCA Case Number 11-0908-mv. Upon due consideration, it is hereby ORDERED that the petition for 23(f) class certification is DENIED because the issues raised by the petition do not relate to the class certification requirements of RUle 23 and the petitioners have not demonstrated that the relevant issues are likely to escape effective review after entry of final judgment, or that the district court's decision is manifestly erroneous. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 07/20/2011. (nd) (Entered: 07/21/2011) |
| 07/21/2011 | | Transmission of USCA Mandate/Order to the District Judge re: 1090 USCA Mandate,,. (nd) (Entered: 07/21/2011) |
| 07/22/2011 | 1091 | ORDER. In light of plaintiffs' intention not to voluntarily dismiss their actions, the Court sets the following briefing schedule for defendants to file any motion: 1. Defendants to move by August 22, 2011. 2. Plaintiffs to oppose by September 22, 2011. 3. Defendant to reply by October 6, 2011. If any party believes that a conference is still necessary, the parties may request a conference by sending a letter to the Court. (Motions due by 8/22/2011. Responses due by 9/22/2011. Replies due by 10/6/2011.) (Signed by Judge Richard J. Holwell on 7/19/11 Filed In Associated Cases: 1:02-cv-05571-RJH -HBP et al.(rjm) (Entered: 07/22/2011) |
| 08/22/2011 | 1092 | MOTION to Dismiss. Document filed by Guillaume Hannezo.(Perschetz, Martin) (Entered: 08/22/2011) |
| 08/22/2011 | 1093 | MEMORANDUM OF LAW in Support re: 1092 MOTION to Dismiss.. Document filed by Guillaume Hannezo. (Perschetz, Martin) (Entered: 08/22/2011) |
| 08/22/2011 | 1094 | AFFIRMATION of Michael P. Bradley in Support re: 1092 MOTION to Dismiss.. Document filed by Guillaume Hannezo. (Attachments: # 1 Exhibit |

**JA267**

Case 15-208, Document 88, 08/12/2015, 1574512, Page284 of 299

| | | |
|---|---|---|
| | | 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Bradley, Michael) (Entered: 08/22/2011) |
| 08/22/2011 | 1095 | MOTION for Judgment on the Pleadings *(Partial Judgment)*. Document filed by Vivendi Universal S.A.. (Attachments: # 1 Certificate of Service)(Reid, Penny) (Entered: 08/22/2011) |
| 08/22/2011 | 1096 | MEMORANDUM OF LAW in Support re: 1095 MOTION for Judgment on the Pleadings *(Partial Judgment)*.. Document filed by Vivendi Universal S.A.. (Reid, Penny) (Entered: 08/22/2011) |
| 08/22/2011 | 1097 | DECLARATION of Penny P. Reid in Support re: 1095 MOTION for Judgment on the Pleadings *(Partial Judgment)*.. Document filed by Vivendi Universal S.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Reid, Penny) (Entered: 08/22/2011) |
| 09/09/2011 | 1098 | MEMORANDUM OF LAW in Opposition re: (1095 in 1:02-cv-05571-RJH -HBP) MOTION for Judgment on the Pleadings *(Partial Judgment)*. *Individual Plaintiffs' Memorandum of Law in Response to Defendants' Motion for Judgment on the Pleadings Based on Morrison v. National Australia Bank*. Document filed by Frankfurt-Trust Invest Luxemburg AG, Frankfurt-Trust Investment-Gesellschaft MBH, Frankfurter Service Kapitalanlagegesellschaft MBH, Swiss Life (Belgium) S.A., Swiss Life Asset Management (Nederland) B.V., Swiss Life Asset Management AG, Swiss Life Asset Management GmbH, Swiss Life Funds AG, Swiss Life Holding AG, Swiss Life Investment Management Holding AG, Norges Bank, Internationale Kapitalanlagegesellschaft mbH. Filed In Associated Cases: 1:02-cv-05571-RJH -HBP et al.(Sabella, James) (Entered: 09/09/2011) |
| 09/09/2011 | 1099 | MEMORANDUM OF LAW in Opposition re: (1092 in 1:02-cv-05571-RJH -HBP) MOTION to Dismiss. *Individual Plaintiffs' Memorandum of Law in Response to Defendant Guillaume Hannezo's Renewed Motion to Dismiss*. Document filed by HSBC Trinkaus & Burkhardt AG, Frankfurt-Trust Invest Luxemburg AG, Frankfurt-Trust Investment-Gesellschaft MBH, Frankfurter Service Kapitalanlagegesellschaft MBH, Swiss Life (Belgium) S.A., Swiss Life Asset Management (Nederland) B.V., Swiss Life Asset Management AG, Swiss Life Asset Management GmbH, Swiss Life Funds AG, Swiss Life Holding AG, Swiss Life Investment Management Holding AG, Internationale Kapitalanlagegesellschaft mbH. Filed In Associated Cases: 1:02-cv-05571-RJH -HBP et al.(Sabella, James) (Entered: 09/09/2011) |
| 09/21/2011 | 1100 | MOTION to Approve post-verdict class notice and claims administration and to require Vivendi to pay for those procedures *; Motion for adjustment of class definition; motion to approve plaintiffs' proposed procedures for the "Individual Reliance Phase"; Renewed Motion for award of prejudgment Interest; motion regarding plaintiffs' application for attorneys' fees and costs*. Document filed by Bruce Doniger.(Amin-Giwner, Stephanie) (Entered: 09/21/2011) |
| 09/21/2011 | 1101 | MEMORANDUM OF LAW in Support re: 1100 MOTION to Approve post-verdict class notice and claims administration and to require Vivendi to pay |

| | | for those procedures *; Motion for adjustment of class definition; motion to approve plaintiffs' proposed procedures for the "Individual Re. Document filed by Bruce Doniger. (Amin-Giwner, Stephanie) (Entered: 09/21/2011)* |
|---|---|---|
| 09/21/2011 | 1102 | DECLARATION of Stephanie Amin-Giwner in Support re: 1100 MOTION to Approve post-verdict class notice and claims administration and to require Vivendi to pay for those procedures *; Motion for adjustment of class definition; motion to approve plaintiffs' proposed procedures for the "Individual Re. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Amin-Giwner, Stephanie) (Entered: 09/21/2011)* |
| 09/21/2011 | 1103 | CERTIFICATE OF SERVICE. Document filed by Bruce Doniger. (Amin-Giwner, Stephanie) (Entered: 09/21/2011) |
| 10/05/2011 | 1104 | JOINT SCHEDULING ORDER: 1100 MOTION to Approve post-verdict class notice and claims administration and to require Vivendi to pay for those procedures; Motion for adjustment of class definition; motion to approve plaintiffs' proposed procedures for the "Individual Reliance Phase"; Renewed Motion for award of prejudgment Interest; motion regarding plaintiffs' application for attorneys' fees and costs - Responses due by 11/7/2011. Replies due by 12/5/2011. (Signed by Judge Richard J. Holwell on 10/4/2011) (ab) (Entered: 10/05/2011) |
| 10/06/2011 | 1105 | REPLY MEMORANDUM OF LAW in Support re: 1095 MOTION for Judgment on the Pleadings *(Partial Judgment)..* Document filed by Vivendi, S.A.. (Reid, Penny) (Entered: 10/06/2011) |
| 10/17/2011 | 1106 | ENDORSED LETTER addressed to Judge Richard J Holwell from James Sabella dated 10/7/2011 re: There should be no need for additional briefing. ENDORSEMENT: The defendants' Motion for Judgment on the pleadings is deemed to cover claims under both the Securities Act of 1933 and Securities Exchange Act of 1934. (Signed by Judge Richard J. Holwell on 10/17/2011) (cd) (Entered: 10/17/2011) |
| 11/07/2011 | 1107 | MEMORANDUM OF LAW in Opposition re: 1100 MOTION to Approve post-verdict class notice and claims administration and to require Vivendi to pay for those procedures *; Motion for adjustment of class definition; motion to approve plaintiffs' proposed procedures for the "Individual Re. Document filed by Guillaume Hannezo, Guillaume Hannezo, Jean-Marie Messier. (Malone, Michael) (Entered: 11/07/2011)* |
| 11/07/2011 | 1108 | DECLARATION of Satyam N. Bee in Opposition re: 1100 MOTION to Approve post-verdict class notice and claims administration and to require Vivendi to pay for those procedures *; Motion for adjustment of class definition; motion to approve plaintiffs' proposed procedures for the "Individual Re. Document filed by Guillaume Hannezo, Guillaume Hannezo, Jean-Marie Messier. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Malone, Michael) (Entered: 11/07/2011)* |
| 11/07/2011 | 1109 | MEMORANDUM OF LAW in Opposition re: 1100 MOTION to Approve post-verdict class notice and claims administration and to require Vivendi to |

**JA269**

Case 15-208, Document 88, 08/12/2015, 1574512, Page286 of 299

|            |      | pay for those procedures *; Motion for adjustment of class definition; motion to approve plaintiffs' proposed procedures for the "Individual Re. Document filed by Vivendi, S.A.. (Reid, Penny) (Entered: 11/07/2011)* |
|------------|------|---|
| 11/07/2011 | [1110](#) | CERTIFICATE OF SERVICE of Memorandum of Law in Opposition served on Abbey Spanier Rodd & Abrams, LLP; Brower Piven, PC; King & Spalding LLP; Milberg LLP; Schulte Roth & Zabel LLP on 11/7/2011. Service was made by Federal Express. Document filed by Vivendi, S.A.. (Reid, Penny) (Entered: 11/07/2011) |
| 11/28/2011 | [1111](#) | NOTICE OF CHANGE OF ADDRESS by Stuart M. Grant on behalf of Norges Bank and others. New Address: Grant & Eisenhofer P.A., 123 Justison Street, Wilmington, Delaware, USA 19801, (302) 622-7000. (Grant, Stuart) (Entered: 11/28/2011) |
| 11/29/2011 | [1112](#) | ENDORSED LETTER addressed to Judge Richard J. Holwell from Arthur N. Abbey dated 11/22/2011 re: Counsel for the Class Plaintiffs request a two-week extension of the time in which to file their reply papers in further support of their motion, from 12/5/2011 to 12/19/2011. ENDORSEMENT: SO ORDERED. (Replies due by 12/19/2011.) (Signed by Judge Richard J. Holwell on 11/26/2011) (ft) (Entered: 11/29/2011) |
| 12/19/2011 | [1113](#) | REPLY MEMORANDUM OF LAW in Support re: [1100](#) MOTION to Approve post-verdict class notice and claims administration and to require Vivendi to pay for those procedures *; Motion for adjustment of class definition; motion to approve plaintiffs' proposed procedures for the "Individual Re. Document filed by Bruce Doniger. (Margolies, Richard) (Entered: 12/19/2011)* |
| 02/01/2012 | [1114](#) | MEMORANDUM OPINION & ORDER re: #101360 (1095 in 1:02-cv-05571-RJH-HBP) MOTION for Judgment on the Pleadings *(Partial Judgment)* filed by Vivendi Universal S.A. For the reasons stated in this Memorandum Opinion & Order, the Court GRANTS the Defendants' motion for partial judgment on the pleadings [ECF No.1 095], and the Ordinary Share Claims of the Individual Plaintiffs in the above-captioned cases are dismissed (Signed by Judge Richard J. Holwell on 1/27/2012) Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al. (also docketed in additional cases on page 1 of this opinion)(cd) Modified on 2/1/2012 (jab). (Entered: 02/01/2012) |
| 02/06/2012 | [1115](#) | MEMORANDUM OPINION AND ORDER re: #101389 [1086](#) MOTION for Entry of Judgment under Rule 54(b) *As To The Claims Of Ordinary Share Purchasers* filed by Bruce Doniger: For the reasons set forth within, the Court DENIES the plaintiffs' motion for entry of judgment as to the claims of ordinary-share purchasers pursuant to Federal Rule of Civil Procedure 54(b) [ECF No. 1086]. (Signed by Judge Richard J. Holwell on 2/6/2012) (ab) Modified on 2/7/2012 (jab). (Entered: 02/06/2012) |
| 02/08/2012 | [1116](#) | NOTICE OF CASE REASSIGNMENT to Judge Shira A. Scheindlin. Judge Richard J. Holwell is no longer assigned to the case. Filed In Associated Cases: 1:02-cv-05571-RJH-HBP et al.(sjo) (Entered: 02/08/2012) |
|            |      |   |

**JA270**

Case 15-208, Document 88, 08/12/2015, 1574512, Page287 of 299

| | | |
|---|---|---|
| 03/21/2012 | 1117 | OPINION AND ORDER re: #1016047 1092 MOTION to Dismiss filed by Guillaume Hannezo. For the foregoing reasons, Hannezo's motion is denied. The Clerk of the Court is directed to close this motion in the following cases: [Docket No. 1092] in 02 Civ. 5571; [Docket No. 20] in 09 Civ. 2568; [Docket No. 33] in 09 Civ. 2592; [Docket No. 28] in 09 Civ. 2603; [Docket No. 17] in 09 Civ. 2611. (Signed by Judge Shira A. Scheindlin on 3/20/2012) (lmb) Modified on 3/27/2012 (jab). (Entered: 03/21/2012) |
| 04/02/2012 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Status Conference held on 4/2/2012. (lmb) (Entered: 05/09/2012) |
| 04/04/2012 | 1118 | ORDER:The briefing schedule for the parties submissions concerning the class definition and the computation of damages is amended as follows: (1) opening briefs are due April 25, 2012; (2) opposition briefs are due May 9, 2012; and (3) reply briefs are due May 16, 2012. The schedule for the parties supplemental submissions concerning prejudgment interest is amended as follows: (1) opening submissions are due April 25, 2012; and (2) reply submissions are due May 9, 2012., ( Motions due by 4/25/2012., Responses due by 5/9/2012., Replies due by 5/16/2012.) (Signed by Judge Shira A. Scheindlin on 4/4/2012) (lmb) (Entered: 04/04/2012) |
| 04/11/2012 | 1119 | TRANSCRIPT of Proceedings re: Hearing held on 4/2/2012 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Steven Greenblum, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/7/2012. Redacted Transcript Deadline set for 5/17/2012. Release of Transcript Restriction set for 7/13/2012.Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 04/11/2012) |
| 04/11/2012 | 1120 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 4/3/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 04/11/2012) |
| 04/17/2012 | 1121 | TRANSCRIPT of Proceedings re: Conference held on 4/2/2012 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Steven Greenblum, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/11/2012. Redacted Transcript Deadline set for 5/21/2012. Release of Transcript Restriction set for 7/19/2012.Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 04/17/2012) |
| 04/17/2012 | 1122 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 4/2/12 has been |

| | | |
|---|---|---|
| | | filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 04/17/2012) |
| 04/17/2012 | 1123 | MOTION for William H. Narwold and the law firm of Motley Rice LLC to Withdraw as Attorney. Document filed by Baden-Wurttembergische Investmentgesellschaft mbH, Barclays Global Investors (Deutcshland), Cominvest Asset Management GMBH, DWS (Austria) Investmentgesellschaft mbH, DWS Investment GmbH, Deutsche Asset Management Investment gesellschaft mbH, Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., Forsta AP-fonden.Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-08830-SAS, 1:07-cv-10578-SAS, 1:07-cv-10954-SAS, 1:07-cv-11297-RJH(Narwold, William) (Entered: 04/17/2012) |
| 04/24/2012 | 1124 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Penny P. Reid dated 4/23/2012 re: We write to ask the Court's permission to file twenty-five exhibits. ENDORSEMENT: Request granted. Defendants may file 25 exhibits, each of which may not exceed 15 pages. So ordered. (Signed by Judge Shira A. Scheindlin on 4/24/2012) (lmb) (Entered: 04/24/2012) |
| 04/24/2012 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Status Conference held on 4/24/2012. (js) (Entered: 05/07/2012) |
| 04/25/2012 | 1125 | MEMORANDUM OF LAW *in Response to the Court's Request for Supplemental Briefing Regarding the Substantial Risk of Investing in Vivendi During the Class Period*. Document filed by Vivendi, S.A.. (Quinn, James) (Entered: 04/25/2012) |
| 04/25/2012 | 1126 | MOTION to Amend/Correct *the Class Definition*. Document filed by Bruce Doniger.(Amin-Gwiner, Stephanie) (Entered: 04/25/2012) |
| 04/25/2012 | 1127 | DECLARATION of Caitlyn M. Campbell in Support re: 1125 Memorandum of Law. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25)(Quinn, James) (Entered: 04/25/2012) |
| 04/25/2012 | 1128 | MEMORANDUM OF LAW in Support re: 1126 MOTION to Amend/Correct *the Class Definition. Supplemental Memorandum Regarding Class Definition and Damage Calculation Issues*. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit A)(Amin-Gwiner, Stephanie) (Entered: 04/25/2012) |
| 04/25/2012 | 1129 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 1100 MOTION to Approve post-verdict class notice and claims administration and |

**JA272**

| | | |
|---|---|---|
| | | to require Vivendi to pay for those procedures ; *Motion for adjustment of class definition; motion to approve plaintiffs' proposed procedures for the "Individual Re Supplemental Memorandum of Law in Support of Motion for Award of PreJudgment Interest. Document filed by Bruce Doniger. (Amin-Giwner, Stephanie) (Entered: 04/25/2012)* |
| 04/25/2012 | 1130 | DECLARATION of Dr. Blaine F. Nye in Support re: 1100 MOTION to Approve post-verdict class notice and claims administration and to require Vivendi to pay for those procedures ; *Motion for adjustment of class definition; motion to approve plaintiffs' proposed procedures for the "Individual Re. Document filed by Bruce Doniger. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K) (Amin-Giwner, Stephanie) (Entered: 04/25/2012)* |
| 04/30/2012 | 1131 | ORDER OF DISMISSAL: that the actions (that are listed in this Order) are dismissed with prejudice, but without costs (the "Dismissed Actions"). The Clerk of the Court is directed to close the Dismissed Actions and any pending motions in those actions. To the extent that plaintiffs in the Dismissed Actions also assert claims in actions 09 Civ. 2568, 09 Civ. 2592 or 09 Civ. 2603, such plaintiffs' claims in these actions also are dismissed with prejudice. (Signed by Judge Shira A. Scheindlin on 4/30/2012) Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(pl) (Entered: 05/01/2012) |
| 05/02/2012 | 1132 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/24/2012 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Steven Greenblum, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/29/2012. Redacted Transcript Deadline set for 6/7/2012. Release of Transcript Restriction set for 8/3/2012.Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 05/02/2012) |
| 05/02/2012 | 1133 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNCE proceeding held on 4/24/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 05/02/2012) |
| 05/09/2012 | 1134 | MEMORANDUM OF LAW in Opposition re: 1126 MOTION to Amend/Correct *the Class Definition. ("Vivendi's Memorandum Of Law In Opposition To Plaintiffs' Motion For Amendment To The Class Definition").* Document filed by Vivendi, S.A.. (Slifkin, Daniel) (Entered: 05/09/2012) |
| 05/09/2012 | 1135 | DECLARATION of Daniel Slifkin in Opposition re: 1126 MOTION to Amend/Correct *the Class Definition..* Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1 to Slifkin Declaration, # 2 Exhibit 2 to Slifkin |

**JA273**

| | | |
|---|---|---|
| | | Declaration (Sealed), # 3 Exhibit 3 to Slifkin Declaration)(Slifkin, Daniel) (Entered: 05/09/2012) |
| 05/09/2012 | 1136 | REPLY MEMORANDUM OF LAW in Support re: 1125 Memorandum of Law *in Response to the Court's Request for Supplemental Briefing Regarding the Substantial Risk of Investing in Vivendi During the Class Period.*. Document filed by Vivendi, S.A.. (Quinn, James) (Entered: 05/09/2012) |
| 05/09/2012 | 1137 | DECLARATION of Caitlyn M. Campbell in Support re: 1136 Reply Memorandum of Law in Support,. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Quinn, James) (Entered: 05/09/2012) |
| 05/09/2012 | 1138 | SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Support re: 1100 MOTION to Approve post-verdict class notice and claims administration and to require Vivendi to pay for those procedures *; Motion for adjustment of class definition; motion to approve plaintiffs' proposed procedures for the "Individual Re Motion for Prejudgment Interest.* Document filed by Bruce Doniger. (Amin-Giwner, Stephanie) (Entered: 05/09/2012) |
| 05/09/2012 | 1139 | DECLARATION of Richard B. Margolies in Support re: 1100 MOTION to Approve post-verdict class notice and claims administration and to require Vivendi to pay for those procedures *; Motion for adjustment of class definition; motion to approve plaintiffs' proposed procedures for the "Individual Re.* Document filed by Bruce Doniger. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Amin-Giwner, Stephanie) (Entered: 05/09/2012) |
| 05/09/2012 | 1140 | SEALED DOCUMENT placed in vault.(mps) Modified on 5/10/2012 (mps). (Entered: 05/10/2012) |
| 05/16/2012 | 1141 | SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Support re: 1126 MOTION to Amend/Correct *the Class Definition. AND DAMAGE CALCULATION ISSUES.* Document filed by Bruce Doniger. (Margolies, Richard) (Entered: 05/16/2012) |
| 05/17/2012 | 1142 | STIPULATION OF DISMISSAL: IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned actions were dismissed, with prejudice, against Defendants Vivendi Universal, S.A., Jean-Marie Messier, and Guillaume Hannezo. Accordingly, the parties stipulate to the dismissal of the actions against all Defendants with prejudice, but without costs. (Signed by Judge Shira A. Scheindlin on 5/17/2012) (mro) (Entered: 05/18/2012) |
| 05/30/2012 | 1143 | NOTICE OF APPEAL from (94 in 1:07-cv-11484-SAS, 1131 in 1:02-cv-05571-SAS-HBP) Order of Dismissal,,. Document filed by Caisse de Depot et Placement du Quebec. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-11484-SAS(nd) (Entered: 05/31/2012) |
| 05/30/2012 | | Appeal Fee Due: for (97 in 1:07-cv-11484-SAS, 1143 in 1:02-cv-05571-SAS-HBP) Notice of Appeal,.$455.00 Appeal fee due by 6/13/2012. Filed In |

**JA274**

| | | Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-11484-SAS(nd) (Entered: 05/31/2012) |
|---|---|---|
| 05/30/2012 | 1144 | NOTICE OF APPEAL from (110 in 1:07-cv-11305-SAS, 1131 in 1:02-cv-05571-SAS-HBP) Order of Dismissal,,. Document filed by AGF Asset Management, S.A.. Filing fee $ 455.00, receipt number 465401039629. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-11305-SAS(nd) (Entered: 05/31/2012) |
| 05/30/2012 | 1145 | NOTICE OF APPEAL from (105 in 1:07-cv-10995-SAS, 1131 in 1:02-cv-05571-SAS-HBP) Order of Dismissal,,. Document filed by Irish Life Investment Managers Limited. Filing fee $ 455.00, receipt number 465401039628. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-10995-SAS(nd) (Entered: 05/31/2012) |
| 05/31/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (97 in 1:07-cv-11484-SAS, 1143 in 1:02-cv-05571-SAS-HBP) Notice of Appeal,. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-11484-SAS(nd) (Entered: 05/31/2012) |
| 05/31/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (1144 in 1:02-cv-05571-SAS-HBP, 113 in 1:07-cv-11305-SAS) Notice of Appeal,. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-11305-SAS(nd) (Entered: 05/31/2012) |
| 05/31/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (108 in 1:07-cv-10995-SAS, 1145 in 1:02-cv-05571-SAS-HBP) Notice of Appeal,. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-10995-SAS(nd) (Entered: 05/31/2012) |
| 05/31/2012 | | USCA Appeal Fees received $ 455.00 receipt number 465401039699 on 5/31/2012 re: (97 in 1:07-cv-11484-SAS, 1143 in 1:02-cv-05571-SAS-HBP) Notice of Appeal, filed by Caisse de Depot et Placement du Quebec. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-11484-SAS(nd) (Entered: 05/31/2012) |
| 06/25/2012 | 1146 | MANDATE of USCA (Certified Copy) as to (97 in 1:07-cv-11484-SAS, 1143 in 1:02-cv-05571-SAS-HBP) Notice of Appeal, filed by Caisse de Depot et Placement du Quebec USCA Case Number 12-2226....that the appeal is hereby WITHDRAWN pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 06/25/2012. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-11484-SAS(nd) (Entered: 06/25/2012) |
| 07/05/2012 | 1147 | ORDER: #102039 granting in part and denying in part 1100 Motion to Approve ; granting in part and denying in part 1126 Motion to Amend/Correct. For the foregoing reasons, plaintiffs motion for adjustment of class definition is denied; plaintiffs motion to approve plaintiffs proposed procedures for the Individual Reliance Phase is granted in part and denied in part; plaintiffs motion to approve post-verdict class notice and claims |

**JA275**

Case 15-208, Document 88, 08/12/2015, 1574512, Page292 of 299

|            |      | administration and to require Vivendi to pay for those procedures is granted in part and denied in part; plaintiffs renewed motion for award of prejudgment interest is granted, but not for the amount requested; and plaintiffs motion regarding plaintiffs application for attorneys' fees and costs is granted. The Clerk of the Court is directed to close these motions [Docket Nos. 1100 and 1126]. A status conference is scheduled for July 17,2012 at 3:00 p.m. in Courtroom 15C. SO ORDERED.(Signed by Judge Shira A. Scheindlin on 7/05/2012) (ama) Modified on 7/10/2012 (jab). (Entered: 07/05/2012) |
|------------|------|------|
| 07/05/2012 |      | Set/Reset Deadlines:, Set/Reset Hearings:( Status Conference set for 7/17/2012 at 03:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Shira A. Scheindlin.) (ama) (Entered: 07/05/2012) |
| 07/05/2012 | 1148 | ORDER: I HEREBY APPOINT, pursuant to Federal Rule of Civil Procedure53(a)(1 )(A),(a)(1)(B) and (a)(l)(C), Melanie L. Cyganowski, Esq. to serve as Special Master, until further order of this Court. The Court has received an affidavit from Ms. Cyganowski disclosing whether there are any grounds for disqualification under 28 U.S.C. § 455. The parties have consented, with the Court's approval, to waive any such grounds for disqualification. See Fed. R. Civ.P. 53(a)(2) and (b)(3). The Special Master's appointment is therefore effective immediately. With the provisions as further set forth in this order (Signed by Judge Shira A. Scheindlin on 7/5/2012) (js) (Entered: 07/05/2012) |
| 07/05/2012 | 1174 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 1147 Order on Motion to Approve, Order on Motion to Amend/Correct. (Attachments: # 1 CNN.com - Vivendi woes hit Europe bourses - August 14, 2002) (tro) (Entered: 08/01/2012) |
| 07/05/2012 | 1175 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 1147 Order on Motion to Approve, Order on Motion to Amend/Correct. (Attachments: # 1 CNN.com - Vivendi woes hit Europe bourses - August 14, 2002) (tro) (Entered: 08/02/2012) |
| 07/10/2012 | 1149 | MOTION for Partial Summary Judgment *Individual Plaintiffs' Notice of Motion for an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment*. Document filed by Deka International (Ireland) Limited, Deka Investment, AFA Livforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, Alecta Pensionsforsakring, Omsesidigt, Caisse de Depot et Placement du Quebec, Norges Bank.Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-07370-SAS, 1:07-cv-07776-SAS, 1:07-cv-08156-SAS, 1:07-cv-11484-SAS(Sabella, James) (Entered: 07/10/2012) |
| 07/10/2012 | 1150 | MEMORANDUM OF LAW in Support re: (99 in 1:07-cv-07370-SAS, 1149 in 1:02-cv-05571-SAS-HBP, 99 in 1:07-cv-11484-SAS, 98 in 1:07-cv-07776-SAS, 115 in 1:07-cv-08156-SAS) MOTION for Partial Summary Judgment *Individual Plaintiffs' Notice of Motion for an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment*.. Document filed by Deka International (Ireland) |

**JA276**

| | | |
|---|---|---|
| | | Limited, Deka Investment, AFA Livforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, Alecta Pensionsforsakring, Omsesidigt, Caisse de Depot et Placement du Quebec, Norges Bank. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-07370-SAS, 1:07-cv-07776-SAS, 1:07-cv-08156-SAS, 1:07-cv-11484-SAS (Sabella, James) (Entered: 07/10/2012) |
| 07/10/2012 | 1151 | DECLARATION of James J. Sabella in Support re: (99 in 1:07-cv-07370-SAS, 1149 in 1:02-cv-05571-SAS-HBP, 99 in 1:07-cv-11484-SAS, 98 in 1:07-cv-07776-SAS, 115 in 1:07-cv-08156-SAS) MOTION for Partial Summary Judgment *Individual Plaintiffs' Notice of Motion for an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment.*. Document filed by Deka International (Ireland) Limited, Deka Investment, AFA Livforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, Alecta Pensionsforsakring, Omsesidigt, Caisse de Depot et Placement du Quebec, Norges Bank. (Attachments: # 1 Exhibit 1 - Verdict Form)Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-07370-SAS, 1:07-cv-07776-SAS, 1:07-cv-08156-SAS, 1:07-cv-11484-SAS(Sabella, James) (Entered: 07/10/2012) |
| 07/10/2012 | 1152 | RULE 56.1 STATEMENT. Document filed by Deka International (Ireland) Limited, Deka Investment, AFA Livforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, Alecta Pensionsforsakring, Omsesidigt, Caisse de Depot et Placement du Quebec, Norges Bank. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-07370-SAS, 1:07-cv-07776-SAS, 1:07-cv-08156-SAS, 1:07-cv-11484-SAS (Sabella, James) (Entered: 07/10/2012) |
| 07/10/2012 | 1153 | MOTION To Establish The Method of Calculating Damages. Document filed by Vivendi Universal S.A..(Reid, Penny) (Entered: 07/10/2012) |
| 07/10/2012 | 1154 | MEMORANDUM OF LAW in Support re: 1153 MOTION To Establish The Method of Calculating Damages.. Document filed by Vivendi Universal S.A.. (Reid, Penny) (Entered: 07/10/2012) |
| 07/10/2012 | 1155 | MOTION To Establish the Method of Calculating Damages. Document filed by Guillaume Hannezo.Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-07370-SAS, 1:07-cv-08156-SAS, 1:07-cv-11484-SAS(Perschetz, Martin) (Entered: 07/10/2012) |
| 07/10/2012 | 1156 | MEMORANDUM OF LAW in Support re: (103 in 1:07-cv-11484-SAS) MOTION To Establish the Method of Calculating Damages.. Document filed by Guillaume Hannezo. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-07370-SAS, 1:07-cv-08156-SAS, 1:07-cv-11484-SAS (Perschetz, Martin) (Entered: 07/10/2012) |
| 07/13/2012 | 1157 | MOTION for Partial Summary Judgment *Plaintiffs' Notice of Motion for Entry of an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment.* Document filed by Gamco Investors, Inc., GAMCO Investors, Inc..Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:02-cv-05571-SAS-HBP, 1:03-cv-05911-SAS(Cappucci, Vincent) (Entered: 07/13/2012) |
| 07/13/2012 | 1158 | MEMORANDUM OF LAW in Support re: (1157 in 1:02-cv-05571-SAS-HBP, 89 in 1:03-cv-05911-SAS) MOTION for Partial Summary Judgment *Plaintiffs' Notice of Motion for Entry of an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment*.. Document filed by Gamco Investors, Inc., GAMCO Investors, Inc.. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:03-cv-05911-SAS(Cappucci, Vincent) (Entered: 07/13/2012) |
| 07/13/2012 | 1159 | DECLARATION of Vincent R. Cappucci in Support re: (1157 in 1:02-cv-05571-SAS-HBP, 89 in 1:03-cv-05911-SAS) MOTION for Partial Summary Judgment *Plaintiffs' Notice of Motion for Entry of an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment*.. Document filed by Gamco Investors, Inc., GAMCO Investors, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:03-cv-05911-SAS(Cappucci, Vincent) (Entered: 07/13/2012) |
| 07/13/2012 | 1160 | RULE 56.1 STATEMENT. Document filed by Gamco Investors, Inc., GAMCO Investors, Inc.. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:03-cv-05911-SAS(Cappucci, Vincent) (Entered: 07/13/2012) |
| 07/16/2012 | 1161 | MOTION SEEKING CLARIFICATION OR, IN THE ALTERNATIVE, RECONSIDERATION OF THE COURTS RULING REGARDING PARTIAL NETTING re: 1147 Order on Motion to Approve, Order on Motion to Amend/Correct,,,,,,,,.. MOTION for Reconsideration. Document filed by Vivendi, S.A..(Slifkin, Daniel) (Entered: 07/16/2012) |
| 07/16/2012 | 1162 | MEMORANDUM OF LAW in Support re: 1161 MOTION SEEKING CLARIFICATION OR, IN THE ALTERNATIVE, RECONSIDERATION OF THE COURTS RULING REGARDING PARTIAL NETTING re: 1147 Order on Motion to Approve, Order on Motion to Amend/Correct,,,,,,,,.. MOTION for Reconsideration. MOTION SEEKING CLARIFICATION OR, IN THE ALTERNATIVE, RECONSIDERATION OF THE COURTS RULING REGARDING PARTIAL NETTING re: 1147 Order on Motion to Approve, Order on Motion to Amend/Correct,,,,,,,,.. Document filed by Vivendi, S.A.. (Slifkin, Daniel) (Entered: 07/16/2012) |
| 07/16/2012 | 1163 | DECLARATION of Daniel Slifkin in Support re: 1161 MOTION SEEKING CLARIFICATION OR, IN THE ALTERNATIVE, RECONSIDERATION OF THE COURTS RULING REGARDING PARTIAL NETTING re: 1147 Order on Motion to Approve, Order on Motion to Amend/Correct,,,,,,,,.. MOTION for Reconsideration. MOTION SEEKING CLARIFICATION OR, IN THE ALTERNATIVE, RECONSIDERATION OF THE COURTS RULING REGARDING PARTIAL NETTING re: 1147 Order on Motion to Approve, Order on Motion to Amend/Correct,,,,,,,,.. Document filed by Vivendi, S.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Slifkin, Daniel) (Entered: 07/16/2012) |
| 07/17/2012 | 1164 | |

**JA278**

Case 15-208, Document 88, 08/12/2015, 1574512, Page295 of 299

|  |  | ORDER granting 1161 Motion. terminating 1161 Motion for Reconsideration. Accordingly, Vivendi's motion for clarification is granted. The Clerk of the Court is directed to close this motion [Docket No. 1161]. (Signed by Judge Shira A. Scheindlin on 7/17/2012) (djc) (Entered: 07/18/2012) |
| 07/17/2012 |  | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Status Conference held on 7/17/2012. (js) (Entered: 08/02/2012) |
| 07/30/2012 | 1165 | MEMORANDUM OF LAW in Opposition re: (1153 in 1:02-cv-05571-SAS-HBP) MOTION To Establish The Method of Calculating Damages. *Individual Plaintiffs' Memorandum of Law in Opposition to Defendant Vivendi, S.A.'s Motion to Establish the Method of Calculating Damages.* Document filed by AFA Livforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, Alecta Pensionsforsakring, Omsesidigt, Caisse de Depot et Placement du Quebec, Deka International (Ireland) Limited, Norges Bank. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-07370-SAS, 1:07-cv-07776-SAS, 1:07-cv-08156-SAS, 1:07-cv-11484-SAS(Sabella, James) (Entered: 07/30/2012) |
| 07/31/2012 | 1166 | RESPONSE to Motion re: (99 in 1:07-cv-07370-SAS, 1149 in 1:02-cv-05571-SAS-HBP, 99 in 1:07-cv-11484-SAS, 115 in 1:07-cv-08156-SAS) MOTION for Partial Summary Judgment *Individual Plaintiffs' Notice of Motion for an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment..* Document filed by Jean-Marie Messier. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:02-cv-05924-HB, 1:07-cv-07370-SAS, 1:07-cv-08156-SAS, 1:07-cv-11484-SAS(Malone, Michael) (Entered: 07/31/2012) |
| 07/31/2012 | 1167 | DECLARATION of John A.Calabro in response to Individual Plaintiffs' Motion For An Order Limiting The Issues To Be Litigated On Grounds Of Collateral Estoppel And For Partial Summary Judgment- in Opposition re: (99 in 1:07-cv-07370-SAS, 1149 in 1:02-cv-05571-SAS-HBP, 99 in 1:07-cv-11484-SAS, 115 in 1:07-cv-08156-SAS) MOTION for Partial Summary Judgment *Individual Plaintiffs' Notice of Motion for an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment..* Document filed by Jean-Marie Messier. (Attachments: # 1 Exhibits)Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-07370-SAS, 1:07-cv-08156-SAS, 1:07-cv-11484-SAS(Malone, Michael) (Entered: 07/31/2012) |
| 07/31/2012 | 1168 | MEMORANDUM OF LAW in Opposition re: 1149 MOTION for Partial Summary Judgment *Individual Plaintiffs' Notice of Motion for an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment..* Document filed by Vivendi Universal S.A.. (Quinn, James) (Entered: 07/31/2012) |
| 07/31/2012 | 1169 | DECLARATION of Lucia Freda in Opposition re: 1149 MOTION for Partial Summary Judgment *Individual Plaintiffs' Notice of Motion for an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment..* Document filed by Vivendi Universal S.A.. |

**JA279**

Case 15-208, Document 88, 08/12/2015, 1574512, Page296 of 299

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Quinn, James) (Entered: 07/31/2012) |
| 07/31/2012 | 1170 | COUNTER STATEMENT TO 1152 Rule 56.1 Statement,. Document filed by Vivendi Universal S.A.. (Quinn, James) (Entered: 07/31/2012) |
| 07/31/2012 | 1171 | RESPONSE to Motion re: (1157 in 1:02-cv-05571-SAS-HBP, 89 in 1:03-cv-05911-SAS) MOTION for Partial Summary Judgment *Plaintiffs' Notice of Motion for Entry of an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment.*. Document filed by Vivendi Universal, S.A., Vivendi Universal S.A.. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:03-cv-05911-SAS(Saunders, Paul) (Entered: 07/31/2012) |
| 07/31/2012 | 1172 | COUNTER STATEMENT TO (1160 in 1:02-cv-05571-SAS-HBP, 92 in 1:03-cv-05911-SAS) Rule 56.1 Statement. Document filed by Vivendi Universal, S.A., Vivendi Universal S.A.. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:03-cv-05911-SAS(Saunders, Paul) (Entered: 07/31/2012) |
| 07/31/2012 | 1173 | DECLARATION of Paul C. Saunders in Opposition re: (89 in 1:03-cv-05911-SAS, 1157 in 1:02-cv-05571-SAS-HBP) MOTION for Partial Summary Judgment *Plaintiffs' Notice of Motion for Entry of an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment.*. Document filed by Vivendi Universal, S.A., Vivendi Universal S.A.. (Attachments: # 1 Exhibit 1 to Saunders Declaration, # 2 Exhibit 2 to Saunders Declaration)Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:03-cv-05911-SAS(Saunders, Paul) (Entered: 07/31/2012) |
| 08/03/2012 | 1176 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Arthur N. Abbey dated 8/3/2012 re: Counsel for plaintiff writes that we have reached agreement on most outstanding issues, continue to try to resolve others, and anticipate that a very few of these will require the Court's intervention. The parties request that the Court approve the following briefing schedule: August 8, 2012: Vivendi submits a letter brief to the Court (no longer than 5 pages); August 17, 2012: Class Plaintiffs Submit a letter brief (no longer than 8 pages); and August 22, 2012: Vivendi submits a reply letter brief (no longer than 3 pages). ENDORSEMENT: Request granted. The above schedule is acceptable to the Court. (Signed by Judge Shira A. Scheindlin on 8/3/2012) (pl) (Entered: 08/03/2012) |
| 08/06/2012 | 1177 | TRANSCRIPT of Proceedings re: CONFERNCE held on 7/17/2012 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Eve Giniger, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/30/2012. Redacted Transcript Deadline set for 9/10/2012. Release of Transcript Restriction set for 11/8/2012.Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 08/06/2012) |
| | | |

**JA280**

| 08/06/2012 | 1178 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNCE proceeding held on 7/17/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 08/06/2012) |
|---|---|---|
| 08/08/2012 | 1179 | ORDER OF DISMISSAL: that the following actions are dismissed with prejudice but without costs: 08 Civ. 2056, 08 Civ. 2057, 08 Civ. 2166, 08 Civ. 2214. The Clerk of the Court is directed to close these actions and any pending motions. To the extent that plaintiffs in these actions also assert claims in 09 Civ. 2568, 09 Civ. 2592, or 09 Civ. 2603, such plaintiffs' claims in these actions are dismissed with prejudice. (Signed by Judge Shira A. Scheindlin on 8/8/2012) (pl) Modified on 8/8/2012 (pl). (Entered: 08/08/2012) |
| 08/09/2012 | 1180 | RESPONSE re: (1170 in 1:02-cv-05571-SAS-HBP) Counter Statement to Rule 56.1 *Individual Plaintiffs' Response to Vivendi's Statement Under Rule 56.1*. Document filed by AFA Livforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, Alecta Pensionsforsakring, Omsesidigt, Caisse de Depot et Placement du Quebec, Norges Bank and others. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-07370-SAS, 1:07-cv-08156-SAS, 1:07-cv-11484-SAS(Sabella, James) (Entered: 08/09/2012) |
| 08/09/2012 | 1181 | REPLY MEMORANDUM OF LAW in Support re: (99 in 1:07-cv-07370-SAS, 1149 in 1:02-cv-05571-SAS-HBP, 99 in 1:07-cv-11484-SAS, 115 in 1:07-cv-08156-SAS) MOTION for Partial Summary Judgment *Individual Plaintiffs' Notice of Motion for an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment.*. Document filed by AFA Livforsakringsaktiebolag, AFA Sjukforsakringsaktiebolag, AFA Trygghetsforsakringsaktiebolag, Alecta Pensionsforsakring, Omsesidigt, Caisse de Depot et Placement du Quebec, Norges Bank. Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-07370-SAS, 1:07-cv-08156-SAS, 1:07-cv-11484-SAS(Sabella, James) (Entered: 08/09/2012) |
| 08/09/2012 | 1182 | REPLY MEMORANDUM OF LAW in Support re: 1153 MOTION To Establish The Method of Calculating Damages.. Document filed by Vivendi Universal S.A.. (Quinn, James) (Entered: 08/09/2012) |
| 08/10/2012 | 1183 | OPINION AND ORDER re: #102187 (99 in 1:07-cv-07370-SAS, 99 in 1:07-cv-11484-SAS, 115 in 1:07-cv-08156-SAS) MOTION for Partial Summary Judgment *Individual Plaintiffs' Notice of Motion for an Order Limiting the Issues to be Litigated on Grounds of Collateral Estoppel and for Partial Summary Judgment* filed by Deka Investment, Norges Bank, AFA Trygghetsforsakringsaktiebolag, AFA Livforsakringsaktiebolag, Alecta Pensionsforsakring, Omsesidigt, AFA Sjukforsakringsaktiebolag, Caisse de Depot et Placement du Quebec, Deka International (Ireland) Limited, (103 in |

**JA281**

|  |  | 1:07-cv-11484-SAS, 119 in 1:07-cv-08156-SAS, 103 in 1:07-cv-07370-SAS) MOTION To Establish the Method of Calculating Damages filed by Guillaume Hannezo. For the foregoing reasons, defendants' motions to apply the damages methodology contained in the July 5, 2012 Opinion and Order are granted and plaintiffs' motions for collateral estoppel are granted in part and denied in part. The Clerk of the Court is directed to close these motions. The conference previously scheduled in the Individual Plaintiffs and GAMCO Plaintiffs actions for September 12, 2012 at 4:30 p.m. is moved to September 11, 2012 at 3:00 p.m., ( Status Conference set for 9/11/2012 at 03:00 PM before Judge Shira A. Scheindlin.) (Signed by Judge Shira A. Scheindlin on 8/10/2012) Filed In Associated Cases: 1:02-cv-05571-SAS-HBP, 1:07-cv-07370-SAS, 1:07-cv-08156-SAS, 1:07-cv-11484-SAS(lmb) Modified on 8/14/2012 (jab). (Entered: 08/10/2012) |
|---|---|---|
| 08/22/2012 | 1184 | TRANSCRIPT of Proceedings re: confernce held on 8/7/2012 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Thomas Murray, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/17/2012. Redacted Transcript Deadline set for 9/27/2012. Release of Transcript Restriction set for 11/26/2012.Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 08/22/2012) |
| 08/22/2012 | 1185 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a confernce proceeding held on 8/7/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 08/22/2012) |
| 08/22/2012 | 1186 | THIS DOCUMENT HAS BEEN DELETED FROM THE DOCKET PURSUANT TO COURT ORDER, DOCUMENT #1187. 8/23/2012 (pl). (Entered: 08/22/2012) |
| 08/23/2012 | 1187 | ORDER: This Court's order issued on August 22, 2012 is hereby withdrawn. The Order was inadvertently issued without the benefit of having received or considered defendants' reply letter, which the Court had previously agreed to consider. A new Order will be issued to replace the now withdrawn Order. The Clerk of the Court is directed to delete docket entry # 1186. (Signed by Judge Shira A. Scheindlin on 8/23/2012) (pl) (Entered: 08/23/2012) |
| 08/23/2012 | 1188 | ORDER: The immediate issue before the Court concerns the information to be gathered by the issuance of the Claim Forms to the Class Members. The question of how to treat the Vivendi Universal ADSs acquired through the three-way merger consummated on December 8, 2000, need not be decided at this time. To capture all relevant information that may ultimately be needed to calculate damages, the Claim Form should ask claimants to specify how many ADS's they held in Vivendi, S.A., Canal+, Seagram, and Vivendi |

**JA282**

Case 15-208, Document 88, 08/12/2015, 1574512, Page299 of 299

| | | |
|---|---|---|
| | | Universal, S.A. during the period from October 30, 2000 through August 14, 2002, the opening and closing dates of the defined Class Period. (Signed by Judge Shira A. Scheindlin on 8/23/2012) (pl) (Entered: 08/23/2012) |
| 08/28/2012 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Status Conference held on 8/28/2012. (cd) (Entered: 09/06/2012) |
| 08/29/2012 | 1189 | NOTICE OF APPEARANCE by Melanie L. Cyganowski on behalf of Special Master (Cyganowski, Melanie) (Entered: 08/29/2012) |
| 09/11/2012 | | Minute Entry for proceedings held before Judge Shira A. Scheindlin: Oral Argument held on 9/11/2012. (js) (Entered: 10/10/2012) |
| 09/13/2012 | 1190 | TRANSCRIPT of Proceedings re: CONFERNCE held on 8/28/2012 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Linda Fisher, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/9/2012. Redacted Transcript Deadline set for 10/18/2012. Release of Transcript Restriction set for 12/17/2012.Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 09/13/2012) |
| 09/13/2012 | 1191 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNCE proceeding held on 8/28/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 09/13/2012) |
| 09/28/2012 | 1192 | TRANSCRIPT of Proceedings re: ARGUMENT held on 9/11/2012 before Judge Shira A. Scheindlin. Court Reporter/Transcriber: Michael McDaniel, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/22/2012. Redacted Transcript Deadline set for 11/1/2012. Release of Transcript Restriction set for 1/2/2013.Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 09/28/2012) |
| 09/28/2012 | 1193 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 9/11/12 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:02-cv-05571-SAS-HBP et al.(McGuirk, Kelly) (Entered: 09/28/2012) |
| 10/11/2012 | 1194 | |

**JA283**