**REDACTED**

# 15-180(L)
### 15-208 (XAP)

## United States Court of Appeals
## for the Second Circuit

MIAMI GROUP, CONSISTING OF THE RETIREMENT SYSTEM FOR GENERAL EMPLOYEES OF THE CITY OF MIAMI BEACH, FRANCOIS R. GERARD, PRIGEST S.A. AND TOCQUEVILLE FINANCE S.A., PEARSON-DONIGER FAMILY, CONSISTING OF TWO SISTERS AND THEIR RESPECTIVE FAMILY MEMBERS BEATRICE DONIGER, GRANDCHILDREN'S TRUST BY BRUCE DONIGER TRUSTEE, ALISON DONIGER, MICHAEL DONIGER, EDWARD B. BRUNSWICK AND RUTH PEARSON TRUST PEARSON TRUSTEE, GAMCO INVESTORS, INCORPORATED, OPPENHEIM KAPITALANLAGEGESELLSCHAFT MBH, PLAINTIFF KBC ASSET MANAGEMENT N.V., CAPITALIA ASSET MANAGEMENT SGR, S.P.A., CAPITALIA INVESTMENT MANAGEMENT S.A., EURIZON CAPITAL SGR S.P.A., BADEN-WURTTEMBERGISCHE INVESTMENTGESELLSCHAFT MBH, BARCLAYS GLOBAL INVESTORS (DEUTSCHLAND),

*[caption continued on next page]*

On Appeal From The United States District Court
For The Southern District Of New York, No. 02-cv-05571-SAS

**JOINT APPENDIX, VOLUME IV OF XIX, PAGES JA845-JA1118**

| | |
|---|---|
| Jeffrey A. Lamken<br>MOLO LAMKEN LLP<br>The Watergate, Suite 660<br>600 New Hampshire Ave., N.W.<br>Washington, D.C. 20037<br>(202) 556-2000 | Miguel A. Estrada<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>(202) 955-8500 |
| *Counsel of Record for*<br>*Class Plaintiffs* | *Counsel of Record for*<br>*Vivendi S.A.* |

*[caption continued]*

COMINVEST ASSET MANAGEMENT GMBH, DEUTSCHE ASSET MANAGEMENT INVESTMENTGESELLSCHAFT mbH, DWS (AUSTRIA) INVESTMENTGESELLSCHAFT mbH, DWS INVESTMENT GMBH, ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT m.b.H., FORSTA AP-FONDEN, FORTIS INVESTMENT MANAGEMENT SA, KBC ASSET MANAGEMENT S.A., LANDESBANK BERLIN INVESTMENT GMBH, LBBW LUXEMBURG S.A., OPPENHEIM ASSET MANAGEMENT SERVICES S.a.r.L., PIONEER INVESTMENT MANAGEMENT LIMITED, PIONEER INVESTMENT MANAGEMENT SGRPA, PIONEER INVESTMENTS AUSTRIA GMBH, PIONEER INVESTMENTS KAPITALANLAGEGESELLSCHAFT MBH, RAIFFEISEN KAPITALANLAGE-GESELLSCHAFT m.b.H., SEB INVESTMENT MANAGEMENT AB, SKANDIA INSURANCE COMPANY LTD., UNION ASSET MANAGEMENT HOLDING AG, UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH, SEB INVESTMENT GMBH, ANDRA AP-FONDEN, BAYERN-INVEST KAPITALANLAGEGESELLSCHAFT MBH, DEKA INVESTMENT GMBH, PRIGEST, S.A., TOCQUEVILLE FINANCE, S.A., ROSENBAUM PARTNERS, L.P., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, RUTH PEARSON TRUST, DEKA INTERNATIONAL (IRELAND) LIMITED, DEKA INTERNATIONAL S.A. LUXEMBURG, DEKA FUNDMASTER INVESTMENTGESELLSCHAFT MBH, FIDEURAM INVESTIMENTI S.G.R., FIDEURAM GESTIONS S.A., INTERFUND SICA V, FRANKFURT-TRUST INVESTMENT-GESELLSCHAFT MBH, FRANKFURT-TRUST INVEST LUXEMBURG AG, HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH, HSBC TRINKAUS & BURKHARDT AG, INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH, MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH, MEAG MUNICH ERGO ASSET MANAGEMENT GMBH, METZLER INVESTMENT GMBH, METZLER IRELAND LTD, NORDCON INVESTMENT MANAGEMENT AG, NORGES BANK, SWISS LIFE HOLDING AG, SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG, SWISS LIFE ASSET MANAGEMENT AG, SWISS LIFE FUNDS AG, SWISS LIFE (BELGIUM) S.A., SWISS LIFE ASSET MANAGEMENT GMBH, SWISS LIFE ASSET MANAGEMENT (NEDERLAND) B.V., TREDJE AP-FONDEN, WESTLB MELLON ASSET MANAGEMENT KAPITALANLAGEGESELLSCHAFT MBH, ALECTA PENSIONSFORSAKRING, OMSESIDIGT, SJUNDE AP-FONDEN, VARMA MUTUAL PENSION INSURANCE COMPANY, DANSKE INVEST ADMINISTRATION A/S, AFA LIVFORSAKRINGSAKTIEBOLAG, AFA TRYGGHETSFORSAKRINGSAKTIEBOLAG, AFA SJUKFORSAKRINGSAKTIEBOLAG, AMF PENSION FONDFORVALTNING AB, ARBETSMARKNADSFORSAKRINGAR, PENSIONSFORSAKRINGSAKTIEBOLAG, PENSIONSKASSERNES ADMINSTRATION A/S, ARBEJDSMARKEDETS TILLAEGSPENSION, INDUSTRIENS PENSIONSFORIKRING A/S, ARCA SGR S.P.A.,

*[caption continued]*

ILMARINEN MUTUAL PENSION INSURANCE COMPANY, PRIMA SOCIETA' DI GESTIONE DEL RISPARMIO S.P.A., NORDEA INVEST FUND MANAGEMENT A/S, NORDEA FONDER AB, NORDEA INVESTMENT FUNDS COMPANY I.S.A., NORDEA FONDENE NORGE AS, NORDEA FONDBOLAG FINLAND AB, SWEDBANK ROBUR FONDER AB, FJARDE AP-FONDEN, OLIVIER CHASTAN, REED S. CLARK, DAHA DAVIS, COLLEN DODI, RUTH PEARSON TRUST PEARSON TRUSTEE, EDWARD B. BRUNSWICK, MICHAEL DONIGER, ALISON DONIGER, GRANDCHILDREN'S TRUST BY BRUCE DONIGER TRUSTEE, BRUCE DONIGER, BEATRICE DONIGER, JEFFREY KURTZ, PRICE HAL, W. SCOTT POLLAND, JR., NICHOLAS A. RADOSEVICH, CAISSE DE DEPOT ET PLACEMENT DU QUEBEC, AGF ASSET MANAGEMENT, S.A., IRISH LIFE INVESTMENT MANAGERS LIMITED,

*Plaintiffs-Appellees*,

BRUCE DONIGER, GERARD MOREL, OLIVER M. GERARD, THE RETIREMENT SYSTEM FOR GENERAL EMPLOYEES OF THE CITY OF MIAMI BEACH,

*Plaintiffs-Appellees/Cross-Appellants*,

WILLIAM CAVANAGH,

*Cross-Appellant*,

v.

VIVENDI, S.A.,

*Defendant-Appellant - Cross-Appellee*,

JEAN-MARIE MESSIER, GUILLAUME HANNEZO, VIVENDI UNIVERSAL,

*Defendants*.

# TABLE OF CONTENTS

Page

## DOCKET ENTRIES, PLEADINGS, ORDERS, AND EXPERT REPORTS

Docket Sheet (No. 1:02-cv-05571-SAS-HBP), Feb. 19, 2015 ............................. JA1

Consolidation Order (Dkt. 7) (Oct. 1, 2002) ...................................................... JA292

Consolidated Class Action Complaint (Dkt. 18) (Jan. 7, 2003) ....................... JA294

Hannezo's Notice of Motion to Dismiss (Dkt. 20) (Feb. 24, 2003) ................. JA410

Vivendi's Notice of Motion to Dismiss (Dkt. 23) (Feb. 24, 2003) .................. JA412

Vivendi's Memorandum in Support of Motion to Dismiss (Dkt. 26)
    (Feb. 24, 2003) ............................................................................................ JA415

Messier's Notice of Motion to Dismiss (Dkt. 28) (Feb. 24, 2003) .................. JA432

Vivendi's Reply Memorandum in Further Support of Motion to Dismiss
    (Dkt. 35) (Apr. 10, 2003) ............................................................................ JA435

Consolidation Order, *Liberty Media Corp. v. Vivendi Universal S.A.*
    (S.D.N.Y. 03-cv-2175) (Dkt. 14) (May 13, 2003) ................................... JA443

First Amended Consolidated Class Action Complaint (Dkt. 93)
    (Nov. 24, 2003) ........................................................................................... JA445

Notice of Plaintiffs' Substituted Motion for Class Certification (Dkt. 234)
    (July 15, 2005) ............................................................................................ JA560

Plaintiffs' Memorandum of Law in Support of Substituted Motion for Class
    Certification (Dkt. 235) (July 15, 2005) .................................................. JA562

Bisiaux Declaration in Opposition to Plaintiffs' Motion for Class
    Certification and Exhibit 5 (Sept. 30, 2005) (Sealed) ............................ JA581

Vivendi's Memorandum in Opposition to Plaintiffs' Substituted Motion for
    Class Certification (Oct. 5, 2005) (Sealed) ............................................. JA594

Plaintiffs' Reply in Support of Their Substituted Motion for Class
    Certification (Dec. 21, 2005) (Sealed) .................................................... JA606


Consolidation Order (Dkt. 395) (Dec. 14, 2007) ................................................ JA642

Report of Andrew M. Mintzer, CPA and Exhibit C
    (Dec. 21, 2007) (Sealed) ................................................................................ JA648

Expert Report of Blaine F. Nye, Ph.D. and Exhibits 1-9 and 13-15
    (Dec. 21, 2007) (Sealed) ................................................................................ JA664

Expert Report of William L. Silber and Exhibits
    (Mar. 7, 2008) (Sealed) ................................................................................ JA1025

Memorandum in Opposition to Vivendi's Motion for Partial
    Reconsideration, (Dkt. 506) (May 2, 2008) (Redacted) ........................ JA1177

Rebuttal Expert Report of Blaine F. Nye, Ph.D.
    (May 15, 2008 ) (Sealed) .............................................................................. JA1180

Memorandum in Support of Defendants' Motion for Summary Judgment
    Against Class Plaintiffs for Failure to Establish Loss Causation
    (Aug. 15, 2008) (Sealed) .............................................................................. JA1439

Statement of Undisputed and Material Facts in Support of Defendants'
    Motion for Summary Judgment Against Class Plaintiffs for Failure to
    Establish Loss Causation (Aug. 15, 2008) (Sealed) ............................... JA1473

Memorandum in Support of Defendants' Motion for Summary Judgment
    Against Individual Plaintiffs for Failure to Establish Loss Causation
    (Aug. 15, 2008) (Sealed) .............................................................................. JA1478

Revised Memorandum Opinion and Order on Motion for Summary
    Judgment for Loss Causation (Dkt. 767) (Apr. 6, 2009) ...................... JA1512

Notice of Defendants' Motion to Exclude the Expert Testimony of
    Dr. Blaine Nye (Dkt. 828) (June 2, 2009) ............................................... JA1548

Memorandum of Law in Support of Defendants' Motion to Exclude the
    Expert Testimony of Dr. Blaine Nye (June 2, 2009) (Sealed) ............. JA1552

Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of
    Dr. Blaine Nye (June 30, 2009) (Sealed) ................................................ JA1598

Memorandum in Support of Defendants' Motion for Judgment as a Matter of Law Against Class Plaintiffs for Failure to Establish Securities Fraud (Dkt. 971) (Nov. 23, 2009) .................................................................. JA1602

Plaintiffs' Objections and Responses to the Court's Proposed Jury Instructions and Verdict Form (Dkt. 993) (Jan. 5, 2010) ..................... JA1683

Exhibit C to Plaintiffs' Objections and Responses to the Court's Proposed Jury Instructions and Verdict Form (Dkt. 993-4) (Jan. 5, 2010): Plaintiffs' Requested Amendment to the Court's Proposed Verdict Form ....................................................................................................... JA1688

Defendants' Revised Objections to the Court's Proposed Charge to the Jury (Dkt. 994) (Jan. 6, 2010) .................................................................... JA1692

Memorandum in Support of Vivendi's Renewed Motion for Judgment as a Matter of Law (Dkt. 1022) (Mar. 26, 2010) ........................................ JA1708

Exhibit 10 to Dixon Declaration (Dkt. 1023-11) (Mar. 26, 2010): Plaintiffs' Supplemental Explanations Regarding Misstatements/Omissions Listed in Table A .................................................................................... JA1778

Exhibit 26 to Dixon Declaration (Dkt. 1023-26) (Mar. 26, 2010): Defendants' Objections to Judge Holwell's Proposed Jury Charge (Jan. 4, 2010) ......................................................................................... JA1797

Exhibit 40 to Dixon Declaration (Dkt. 1023-40) (Mar. 26, 2010): Plaintiffs' Table of Misstatements and Omissions (Dec. 24, 2009) ....................... JA1914

Exhibit 41 to Dixon Declaration (Dkt. 1023-41) (Mar. 26, 2010): Defendants' Response to Plaintiffs' Proposed Table of Misstatements and Omissions (Dec. 28, 2009) ............................................................ JA1933

Exhibit 61 to Margolies Declaration (Dkt. 1052-72–1052-76) (May 13, 2010): Plaintiffs' Responses and Objections to Defendants' Amended Second Set of Interrogatories, and Exhibit A thereto (July 27, 2007) ....................................................................................... JA1941

Exhibit 62 to Margolies Declaration (Dkt. 1052-77–1052-80) (May 13, 2010): Plaintiffs' Amended Responses and Objections to Defendants' Amended Second Set of Interrogatories, and Exhibit A thereto (Oct. 29, 2007) ......................................................................... JA2052

Dixon Supplemental Declaration in Support of Renewed Motion for
    Judgment as a Matter of Law (Dkt. 1059) (June 9, 2010) ..................... JA2171

Exhibit 58 to Dixon Declaration (Dkt. 1059-9) (June 9, 2010):
    Court Exhibit 4, Exhibits Admitted into Evidence (Jan. 11, 2010) ..... JA2173

Exhibit 59 to Dixon Declaration (Dkt. 1059-10) (June 9, 2010): Plaintiffs'
    Exhibit 310, Gibert Letter (July 18, 2000) ............................................ JA2249

Margolies Declaration in Support of Plaintiffs' Supplemental Memorandum
    Concerning the Impact of *Morrison* (Dkt. 1075) (July 16, 2010) ........ JA2254

Exhibit 3 to Margolies Declaration (Dkt. 1075-4) (July 16, 2010): Brief for
    European Aeronautic Defence & Space Co. N.V. et al. as *Amicus
    Curiae* in *Morrison v. National Australia Bank Ltd.* (U.S. 08-1191)
    (Feb. 26, 2010) .................................................................................... JA2256

Exhibit 7 to Margolies Declaration (Dkt. 1075-8) (July 16, 2010):
    Vivendi Universal, SEC Form F-6 (Nov. 3, 2000) ............................... JA2305

Exhibit 8 to Margolies Declaration (Dkt. 1075-9) (July 16, 2010):
    Vivendi Universal, SEC Form 8-A (Dec. 29, 2000) ............................ JA2307

Exhibit 9 to Margolies Declaration (Dkt. 1075-10) (July 16, 2010):
    Vivendi Universal, Cover Pages of Annual Reports filed on Form 20-
    F for 2000 (PX-701), 2001 (PX-856), and 2002 (PX-604) .................. JA2310

Exhibit 10 to Margolies Declaration (Dkt. 1075-11) (July 16, 2010):
    Edgar M. Bronfman SEC Form SC-13D (Dec. 18, 2000) .................... JA2315

Vivendi's Supplemental Memorandum of Law Regarding *Morrison*
    (Dkt. 1077) (July 16, 2010) ................................................................. JA2344

Plaintiffs' Memorandum of Law in Support of Renewed Motion for
    Approval of Post-Verdict Class Notice and Claims Administration
    (Dkt. 1101) (Sept. 21, 2011) ................................................................ JA2350

Vivendi's Memorandum of Law in Opposition to Plaintiffs' Renewed
    Motion for Approval of Post-Verdict Class Notice and Claims
    Administration (Dkt. 1109) (Nov. 7, 2011) .......................................... JA2362

Plaintiffs' Reply in Support of Their Renewed Motion for Approval of Post-Verdict Class Notice and Claims Administration (Dkt. 1113) (Dec. 19, 2011) ................................................................................... JA2366

Notice of Case Reassignment (Dkt. 1116) (Feb. 8, 2012) ............................... JA2384

Exhibit 1 to Slifkin Declaration (Dkt. 1135-1) (May 9, 2012): Vivendi Universal, SEC Form F-4 (Oct. 30, 2000) .............................. JA2386

Order for Administering Claims Process (Dkt. 1197) (Nov. 13, 2012) ......... JA2391

Letter to Judge Scheindlin from James W. Quinn (Dkt. 1204) (July 21, 2014) ................................................................. JA2412

Proposed Order for 54(b) Judgment (Dkt. 1228) (Nov. 10, 2014) ................. JA2415

Notice of Appeal (Dkt. 1234) (Jan. 21, 2015) ................................................. JA2465

Notice of Cross-Appeal (Dkt. 1235) (Jan. 22, 2015) ....................................... JA2466

### TRANSCRIPTS

Hearing Transcript (Dkt. 752) (Mar. 2, 2009) ................................................. JA2467

Trial Transcript (Dkt. 1006) (Oct. 5, 2009) ..................................................... JA2470

Trial Transcript (Dkt. 1006) (Oct. 6, 2009) ..................................................... JA2471

Trial Transcript (Dkt. 1006) (Oct. 8, 2009) ..................................................... JA2480

Trial Transcript (Dkt. 1006) (Oct. 14, 2009) ................................................... JA2496

Trial Transcript (Dkt. 1006) (Oct. 15, 2009) ................................................... JA2504

Clip Report (Oct. 25, 2009) .............................................................................. JA2508

Trial Transcript (Dkt. 1008) (Oct. 26, 2009) ................................................... JA2517

Trial Transcript (Dkt. 1008) (Oct. 27, 2009) ................................................... JA2530

Trial Transcript (Dkt. 1008) (Oct. 28, 2009) ................................................... JA2550

Trial Transcript (Dkt. 1005) (Oct. 29, 2009) ................................................... JA2554

Trial Transcript (Dkt. 1005) (Oct. 30, 2009) ................................................... JA2556

Trial Transcript (Dkt. 1005) (Nov. 2, 2009) .................................................... JA2576

Trial Transcript (Dkt. 1009) (Nov. 5, 2009) .................................................... JA2608

Trial Transcript (Dkt. 1009) (Nov. 6, 2009) .................................................... JA2616

Trial Transcript (Dkt. 1009) (Nov. 9, 2009) .................................................... JA2666

Trial Transcript (Dkt. 1009) (Nov. 10, 2009) .................................................. JA2686

Trial Transcript (Dkt. 1002) (Nov. 12, 2009) .................................................. JA2698

Trial Transcript (Dkt. 1002) (Nov. 13, 2009) .................................................. JA2707

Trial Transcript (Dkt. 1002) (Nov. 16, 2009) .................................................. JA2711

Trial Transcript (Dkt. 1002) (Nov. 17, 2009) .................................................. JA2715

Trial Transcript (Dkt. 1010) (Nov. 18, 2009) .................................................. JA2863

Trial Transcript (Dkt. 1010) (Nov. 19, 2009) .................................................. JA3055

Trial Transcript (Dkt. 1010) (Nov. 20, 2009) .................................................. JA3179

Trial Transcript (Dkt. 1010) (Nov. 23, 2009) .................................................. JA3184

Trial Transcript (Dkt. 1010) (Nov. 24, 2009) .................................................. JA3187

Trial Transcript (Dkt. 1003) (Nov. 30, 2009) .................................................. JA3192

Trial Transcript (Dkt. 1003) (Dec. 2, 2009) .................................................... JA3197

Trial Transcript (Dkt. 1003) (Dec. 3, 2009) .................................................... JA3296

Trial Transcript (Dkt. 1000) (Dec. 8, 2009) .................................................... JA3321

Trial Transcript (Dkt. 1000) (Dec. 9, 2009) .................................................... JA3349

Trial Transcript (Dkt. 1000) (Dec. 11, 2009) .................................................. JA3516

Trial Transcript (Dkt. 1004) (Dec. 14, 2009) .................................................. JA3522

Trial Transcript (Dkt. 1004) (Dec. 16, 2009) .................................................. JA3536

Trial Transcript (Dkt. 1004) (Dec. 17, 2009) .................................................. JA3592

Trial Transcript (Dkt. 1001) (Jan. 4, 2010) ...................................................... JA3601

Trial Transcript (Dkt. 1001) (Jan. 5, 2010) ...................................................... JA3605

Trial Transcript (Dkt. 1001) (Jan. 7, 2010) ...................................................... JA3614

Trial Transcript (Dkt. 1001) (Jan. 8, 2010) ...................................................... JA3618

Trial Transcript (Dkt. 1007) (Jan. 11, 2010) .................................................... JA3625

Trial Transcript (Dkt. 1007) (Jan. 29, 2010) .................................................... JA3673

Hearing Transcript (Dkt. 1080) (July 26, 2010) ............................................. JA3677

Trial Transcript, *Liberty Media Corp. v. Vivendi Universal S.A.* (S.D.N.Y. 03-cv-2175) (Dkt. 295) (June 14, 2012) ............................. JA3695

Oral Argument Transcript (Dkt. 1192) (Sept. 11, 2012) ................................ JA3698

## EXHIBITS

PX 1: Book of Warnings from Guillaume Hannezo to Jean-Rene Fourtou, Volume I (July 30, 2002) .................................................................. JA3725

PX 2: Book of Warnings from Guillaume Hannezo to Jean-Rene Fourtou, Volume II (July 30, 2002) (Translation) ............................................. JA3978

PX 25: E-mail from Michelle Buchalski to Victor Aviles, et al. (Oct. 30, 2001) ................................................................................. JA3981

PX 53: Press Release, Vivendi Universal, Vivendi Universal Media & Communications Reports Strong First Quarter Operational Results (Apr. 24, 2002) ................................................................................ JA3993

PX 102: E-mail from Karen Trickett to Laurence Daniel and Eileen McLauglin (Oct. 17, 2001) ............................................................... JA4000

PX 107: E-mail from Catherine Gros to Jean-Marie Messier and Guillaume Hannezo (Apr. 23, 2002) ................................................................ JA4032

PX 110: E-mail from Nick Henny to Karen Trickett (Jan. 31, 2001) ............ JA4045

PX 112: Draft Press Release, Vivendi Universal, Vivendi Universal Announces Very Strong First Quarter 2001 Results – Ahead of Targets – With Strong Revenue and EBITDA Growth for its Media and Communications Businesses (Apr. 23, 2001) .................................JA4047

PX 136T: Translated memorandum from Guillaume Hannezo to Jean-Marie Messier ........................................................................................JA4054

PX 148: Memorandum from Guillaume Hannezo to Jean-Marie Messier (July 17, 2001) ........................................................................JA4057

PX 168T: Translated Memorandum from Guillaume Hannezo ......................JA4059

PX 193: E-mail from Vivendi Universal (July 23, 2001, 01:44 AM) ............JA4061

PX 252T: Translated Memorandum from Guillaume Hannezo to Dominique Gibert (Dec. 14, 2001) ...........................................................JA4067

PX 261: E-mail from Eileen McLaughlin to Guillaume Hannezo (May 2, 2002) ..........................................................................JA4069

PX 262: E-mail from Laurence Daniel to Guillaume Hannezo (May 2, 2002, 1:00 PM) ...................................................................JA4070

PX 262T: Translated E-mail from Laurence Daniel to Guillaume Hannezo (May 2, 2002, 1:00 PM) ...................................................................JA4071

PX 273T : Translated E-mail from Guillaume Hannezo to Jean-Marie Messier (Dec. 13, 2001) ........................................................JA4072

PX 280: Transcript of Vivendi Universal Conference Call on First Half 2001 Results: Overview (Sept. 25, 2001) .....................................JA4073

PX 284T: Translated Memorandum from Guillaume Hannezo (Jan. 15, 2002) ...........................................................................JA4097

PX 295: Press Release, Vivendi Universal, Vivendi Universal Reports 2001 Results (Mar. 5, 2002) .........................................................JA4101

PX 342: Press Release, Vivendi Universal, Vivendi Universal 2000 Results (Mar. 9, 2001) ..............................................................JA4103

PX 376: Press Release, Vivendi Universal, Vivendi Universal
   Sold 55 Million Treasury Shares for at Least 3.3 Billion Euros
   (Jan. 7, 2002) ................................................................................... JA4117

PX 415: Memorandum from Guillaume Hannezo to Jean-Marie Messier,
   Edgar Bronfman, Jr. and Eric Licoys ................................................ JA4119

PX 451: E-mail from Michelle Buchalski to Amy Barrett, et al.
   (Sept. 25, 2001) ................................................................................. JA4122

PX 474: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K)
   (June 26, 2001) ................................................................................. JA4132

PX 499: Transcript of Vivendi Universal Press Conference
   (Dec. 17, 2001) ................................................................................. JA4152

PX 506: *Moody's Affirms Ratings of Vivendi Universal SA, Outlook Is
   Negative*, Moody's Investors Service (Dec. 17, 2001) ...................... JA4164

PX 539: E-mail from Guillaume Hannezo to John Luczycki and Dominique
   Gibert (Jan. 30, 2002) ....................................................................... JA4166

PX 618: Press Release, Vivendi Universal, Seagram's Spirits and Wines
   Business Sold to Diageo and Pernod Ricard (Dec. 19, 2000) ............ JA4167

PX 626: E-mail from Nick Henny to Edgar Bronfman Jr. and Zach Horowitz
   (Oct. 10, 2001, 5:40 PM) ................................................................... JA4168

PX 654: E-mail from Edgar Bronfman Jr. to Brian Mulligan
   (Sept. 17, 2000) ................................................................................. JA4169

PX 680: Press Release, Vivendi Universal, Vivendi Universal Preliminary
   Revenues for 2000 (Feb. 14, 2001) ................................................... JA4170

PX 701: Vivendi Universal, Annual Report Pursuant to Section 13
   or 15(d) of the Securities Exchange Act of 1934 (Form 20-F)
   (July 2, 2001) .................................................................................... JA4174

PX 709: E-mail from Edgar Bronfman Jr. to Nick Henny et al.
   (Jan. 11, 2002) .................................................................................. JA4578

PX 720: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K)
   (Jan. 12, 2001) .................................................................................. JA4579

PX 761: Transcript of Vivendi Universal Conference Call
(June 26, 2002) .................................................................................. JA4592

PX 762: Transcript of Vivendi Universal Accounting Workshop
Conference Call on US GAAP & French GAAP: A Comparison
(Mar. 6, 2002) .................................................................................... JA4607

PX 769: Transcript of Vivendi Universal Conference Call on 2001
Annual Results (Mar. 5, 2002) ............................................................ JA4619

PX 807T: Translated E-mail from Guillaume Hannezo to
Ariane De-Lamaze and Jean-Laurent Nabet (Sept. 21, 2001) ............. JA4622

PX 854: Press Release, Vivendi Universal, Update on Vivendi Universal's
Cash Position (May 30, 2002) ............................................................. JA4623

PX 856: Vivendi Universal, Annual Report Pursuant to Section 13
or 15(d) of the Securities Exchange Act of 1934 (Form 20-F)
(May 28, 2002) ................................................................................... JA4624

PX 859: Transcript of Vivendi Universal Conference Call
(Mar. 5, 2002) .................................................................................... JA4638

PX 859T: Translated transcript of Vivendi Universal Conference Call
(Mar. 5, 2002) .................................................................................... JA4652

PX 865: Press Release, Vivendi Universal, Elektrim (Dec. 12, 2001) ........... JA4666

PX 899: Press Release, Vivendi Universal, Vivendi Universal's Comments
on the New Moody's Rating (May 3, 2002) ........................................ JA4667

PX 929: E-mail from Andrew Stokoe to John Luczycki (Sept. 12, 2001) ..... JA4668

PX 938: Press Release, Vivendi Universal, Vivendi Universal Announces
Very Strong First Quarter 2001 Results – Ahead of Targets – with
13% Revenue and 112% EBITDA Growth for its Media and
Communications Businesses (Apr. 23, 2001) ..................................... JA4669

PX 1033: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K)
(Apr. 15, 2002) ................................................................................... JA4672

PX 1075: Vivendi Universal, Registration Statement (Form F-4)
(Oct. 30, 2000) ................................................................................... JA4676

PX 1088: Merrill Lynch Analyst Report, Vivendi Universal: Limited Ad Exposure, Performance Ahead of Targets (Mar. 27, 2001) .................. JA4699

PX 1111: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K) (Nov. 12, 2001) ................................................................................ JA4705

PX 1123: *Vivendi CEO Slams "Unfair" Share Price Fall*, Reuters (Feb. 6, 2002) ................................................................................. JA4717

PX 1127: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K) (Mar. 5, 2002) ................................................................................. JA4725

PX 1131: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K) (Mar. 28, 2002) ............................................................................... JA4741

PX 1133: BusinessWeek Readers Report, Memo from Jean-Marie Messier (Apr. 1, 2002) ................................................................................. JA4746

PX 1154: *Vivendi Sold Shares in Water Unit to Deutsche Bank*, Bloomberg (June 20, 2002) .................................................................. JA4749

PX 1288: Respondents Vivendi Universal, S.A., Vivendi Universal Canada Inc., and Vivendi Universal Holding I Corp.'s Answer and Response to Jean-Marie Messier's Statement of Claim and Counterclaims (Dec. 16, 2002) ................................................................................ JA4751

PX 1289: Vivendi's Pre-Hearing Brief (May 9, 2003) .................................. JA4788

PX 1291: Vivendi's Memorandum of Law in Support of Motion to Dismiss Petition to Confirm and to Vacate Arbitration Award, or Alternatively to Stay this Proceeding (July 9, 2003) .................................................. JA4825

PX 1434: E-mail from Alexandra Fichelson to Ariane De-Lamaze and Laurence Daniel (July 19, 2001, 12:02 PM) ......................................... JA4829

PX 1486: Plaintiffs' Daily Inflation for Vivendi Shares, Per Share; 10/30/2000 – 8/14/2002 ................................................................... JA4838

DX 240: BNP Paribas Analyst Report, Vivendi Universal: The Losing Streak Continues (May 3, 2002) ......................................................... JA4848

DX 253: JPMorgan Analyst Report, Vivendi Universal: 1H01 Revenue & EBITDA: Expect Mixed Results … What Would Curious George Say? (July 18, 2001) ................................................................. JA4849

DX 313: JPMorgan Analyst Report, Vivendi Universal: Preview of 2001 Results Following Meeting With Management (Feb. 5, 2002) ............ JA4851

DX 398: Merrill Lynch Analyst Report, Vivendi Universal: Accounting and Management Issues Outweigh by Growth Dynamic (Jan. 25, 2001) ........................................................................................ JA4855

DX 551: Deutsche Bank Analyst Report, Vivendi Universal: Will the Real Slim Vivendi Please Stand Up (Mar. 28, 2001) ................................... JA4859

DX 794: Press Release, Moody's Investors Service, Moody's Changes Direction of Review of Vivendi SA From Uncertain to Possible Downgrade (July 4, 2000) ..................................................................... JA4863

DX 796: JPMorgan Analyst Report, Vivendi Universal: Are You Ready to Rock? (Apr. 18, 2001) .................................................................................. JA4865

DX 957: Morgan Stanley Dean Witter, Vivendi Universal: Initiation of Coverage (June 1, 2001) ................................................................................. JA4870

DX 1147: Standard & Poor's Analyst Report, Research: New Entry Vivendi Universal to Be Assigned 'BBB/A-2' Outlook Will Be Stable (Nov. 29, 2000) .......................................................................................... JA4874

DX 1150: Standard & Poor's Analyst Report, Research: Vivendi Universal Still on Watch Neg After Company's Announcement of USA Networks Inc. Purchase (Dec. 17, 2001) ............................................ JA4876

DX 1183: Carol Matlack, *Welcome to the Real World*, Business Week (Dec. 4, 2000) ............................................................................................. JA4878

DX 1191: Standard & Poor's Analyst Report, Research: Vivendi Universal S.A. (Jan. 8, 2001) ....................................................................................... JA4881

DX 1193: Press Release, Moody's Investor Service, Moody's Confirms Vivendi Universal's Ratings (Jan. 18, 2001) ....................................... JA4884

DX 1249: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K) (Oct. 17, 2001) .............................................................................................. JA4887

DX 1277: Robert Elliott, *Vivendi, Techs Lead Paris Bourse Down*, Reuters (Jan. 7, 2002) ............................................................................. JA4916

DX 1280T: Anne-Laure Julien, *Stock Market: Deutsche Bank and Goldman Sachs Required to Reclaim the Shares: No Takers for Vivendi Universal's Treasury Shares* (Jan. 9, 2002) (Translated) .................... JA4918

DX 1314: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K) (Apr. 4, 2002) .............................................................................. JA4919

DX 1323: Vivendi Universal, S.A., Rapport Annuel sur L'Exercice 2001 (Apr. 10, 2002) ............................................................................. JA4924

DX 1328: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K) (Apr. 15, 2002) ............................................................................ JA4928

DX 1336T: Vivendi Universal, Excerpts of Presentation of the Company and of the Group (Translated) ............................................................ JA4933

DX 1411: Vivendi Universal, Report of Foreign Private Issuer (Form 6-K) (Sept. 25, 2002) ........................................................................... JA4937

DX 1828: Demonstrative: "Nye Price Inflation" ............................................ JA4941

DX 1905: Press Release, Vivendi Universal, Deleveraging and Liquidity Details (June 26, 2002) ................................................................... JA4942

DX 1907: Demonstratives Used During Closing Statements on Behalf of Vivendi, S.A. ............................................................................... JA4945

# CONFIDENTIAL MATERIAL OMITTED PURSUANT TO PROTECTIVE ORDER

# JA845-JA1118